IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>　　　　　　Defendants. | No.  CV-17-04565-PHX-SPL<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation (Doc. 54), in which they jointly request an extension of time for Defendants to file a Reply to Plaintiff's Amended Motion to Dismiss (Doc. 43). Having considered this first request,

　　　**IT IS ORDERED** that the Stipulation (Doc. 54) is **granted**. Defendants shall have until **May 15, 2018**, to file a Reply to the Amended Motion to Dismiss (Doc. 43).

　　　Dated this 8th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge