**Exhibit A in support of Defendants' Supplement to Memorandum Re: Confidential Designation of Deposition Transcripts and Videotapes**

**And**

**Motion for Protective Order and Order to Cease/Desist and Remove Public Postings**

**<u>FILED UNDER SEAL</u>**