# *Exhibit B*

## Haytham Faraj

Videos    Check-Ins    More ▼    👤 Add Friend    💬    🔍    ⋯

m a friend request.    👤 Add Friend

**Haytham Faraj** is in **Phoenix, Arizona**.
17 hrs · 🌐                                                    ⋯

George Floyd was suffocated to death by Minneapolis PD on May 25. These video captures depict the same type of murder committed by Phoenix PD. The victim's name is Muhammad Muhaymin. His crime? He tried to use a public restroom in a community center while black. The cops showed up and decide to arrest him. 4 officers were on top of him as he pleaded "please officer. I can't breath." They kneeled on his head and pressed on his chest. It went on for many minutes until they killed him. All the officers involved admit that he did not attack any officer verbally or physically. I represent his family. He did not deserve to die. @ Phoenix, Arizona



😠😢😥 77                                    21 Comments 7 Shares

👍 Like        💬 Comment        ↪ Share

**Robert Hommel**
We need to stop talking about these killers like their cops. They're not cops. I know what a cop is. It ain't this. They're racists. They're killers. They're disgusting. They need to be removed.

Like · Reply · 17h                                              👍 2

**Tyler Ayres**
**Robert Hommel** they are cops. Denying they are cops minimizes the problem. It is not a few bad apples, it's a systemic problem. The government is not your friend. They are not working for any persons benefit. Cops are the face of the government for the vast majority of the population. Failure to call them what they are is cowardly.

Like · Reply · 16h                                              👍 2

**Michael F. White**
Keep fighting the good fight **Haytham Faraj!**

Like · Reply · 17h                                              👍 2

**Michael F. White**
Keep fighting the good fight **Haytham Faraj**!

Like · Reply · 17h · 2

**Andrea Pearl**
Omg why does this keep happening? I truly just don't understand

Like · Reply · 17h

**Tyler Ayres**
**Andrea Pearl** because as a society we have put too much trust and power in our government. My only question is why we ask the government to police us and we won't police them?

Like · Reply · 16h · 1

**Alonso Zavalasoto**
Get them a lot of justice!    ...

Like · Reply · 16h

**Sarkis Jacob Babachanian**
I wish I knew a Don Lemon or a Chris Cuomo to get some light on these roaches. God bless you for fighting the good fight, brother.

Like · Reply · 16h · Edited · 2

**Ishmael Moran**
Give them as much justice as you can.., and thank you 🙏 for being a voice for those who would otherwise be steamrolled by a corrupt system.

Like · Reply · 13h

**Karen Cauthen**
I have no words 😢🙏 just sorrow for his family and friends

Like · Reply · 10h · Edited

**Phillip Barker**
Go get em sir

Like · Reply · 8h

**Margaret Easley**
Disgusting

Like · Reply · 8h

**Phil Downey**
You should advertise in Fresno. Alot of brutality there with some seriously incompetent local attorneys failing their clients.

Like · Reply · 7h

**Wissam Aoun**
Please make it shareable

Like · Reply · 6h

**Haytham Faraj**
**Wissam Aoun** I will posting videos of the incident soon

Like · Reply · 6h · 1

**Haytham Faraj**
**Wissam Aoun** it's not been made public

Like · Reply · 6h

**Max Mitchell**
I'm thankful that you are on their case!

Like · Reply · 6h

**Mike Linda Makki**
His family is in great hands and my God protect his soul and keep the innocent alive.

Like · Reply · 6h

Haytham Faraj
Wissam Aoun I will posting videos of the incident soon

Like · Reply · 6h

👍 1

Haytham Faraj
Wissam Aoun it's not been made public

Like · Reply · 6h

Max Mitchell
I'm thankful that you are on their case!

Like · Reply · 6h

Mike Linda Makki
His family is in great hands and my God protect his soul and keep the innocent alive.

Like · Reply · 6h

Frank Andreano
This is crazy. Good luck.

Like · Reply · 5h

Anuradha Banerjee
Disgusting. Wish you didn't have to take this case, but glad the victim's family has you representing them.

Like · Reply · 3h

Jerome Perry
They know about qualified immunity. So they don't care they feel immune from any kind of repercussions

Like · Reply · 2h

👍 1

Jack de Madrid
WTF is going on? Not in my 8 years of Law Enforcement or 28 years combined USMC USArmy combatives have I ever seen a knee to the jugular as a technique.
I will not agree to this being a white-v-nonwhite issue.
You'll find overbearing cops abusing thier power against all people. But I agree it needs to stop.

Like · Reply · 1h