# *Exhibit C*

6 hrs ·

Phoenix PD murder of Muhammad Muhaymin for attempting to use a public restroom. No officers fired or charged. I represent his daughter and sister in a wrongful death civil rights law suit . Please repost and share. These are clips from body cam footage. This is exactly like the inhumane and violent murder of George Floyd. Phoenix put out some edited versions of these videos to try and justify the murder. @shaunking @donlemoncnn @cnn @msnbc24hour



15                                                                    12 Comments   13 Shares

👍 Like        💬 Comment        ➤ Share



**Vicki Robinson Slater** I'm going to add his name to my list of names, go get em Haytham. You are the lawyer for this job. Clean their fucking clock.

Like · Reply · 6h

**Larry Johnson** Make it shareable.

Like · Reply · 6h



**Haytham Faraj** Larry Johnson it is now

Like · Reply · 5h

**Larry Johnson** Haytham Faraj thanks bro

Like · Reply · 5h

 **Vicki Robinson** Slate, I'm
Going to add his name to my list of names, go get em Haytham. You are the lawyer for this job. Clean their fucking clock.

Like · Reply · 6h

 **Larry Johnson** Make it shareable.

Like · Reply · 6h

 **Haytham Faraj** Larry Johnson it is now

Like · Reply · 5h

 **Larry Johnson** Haytham Faraj thanks bro

Like · Reply · 5h

 **Haytham Faraj** Larry Johnson thank you for spreading the word.

Like · Reply · 5h 

Like · Reply · 5h

Haytham Faraj Wissam Aoun it is now

Like · Reply · 5h

**Abby Okrent** Haytham, is there a press release or story that doesn't prominently feature the video footage? My Black friends are traumatized and I don't want to reshare images more than I need to. But I do want to share this story.

Like · Reply · 3h

> **Haytham Faraj** Abby Okrent i will write something up and share it. We're almost done with the discovery process on this case. Waiting for a trial date at this point.
>
> Like · Reply · 2h   👍 1