*Exhibit D*



Ismail Abu-Hayyek
3 hrs

There is absolutely no way ANYONE can stay silent after watching this video. The behavior of police goes on unchecked and has gone on this way for far too long. My uncles are representing Muhammad Muhaymin and his family, a man who was killed by Phoenix PD simply because he had to use the bathroom. And you can hear him say "why are you doing this?" This video is just one example of thousands of incident of murder at the hands of law enforcement.

**Show Attachment**

 Like   Comment   Share



2 hrs · 🌐

My husband David Chami and my brother, Haytham Faraj, represent the family of Muhammad Muhaymin. He was murdered by Phoenix PD. None of the officers involved faced any consequences. His crime? Attempting to use a public restroom in a community center. His screams haunt me, his voice echoes in my head #icantbreathe #MuhammadMuhaymin #blacklivesmatter

Show Attachment

😢😡👍 10                                                  3 Comments  1 Share

👍 Like      💬 Comment      ↗ Share



**Sally Bianca Berkhia** That is so painful to watch-- but we need see it, we need to create change. Enough is enough!

Like · Reply · 2h     👍 1

**Loubna Mahfouz**
💔💔💔 👍 1
Like · Reply · 1h



**Sidney Kafker** I literally could not breath while watching this. It's not nearly enough to simply feel outraged!

Like · Reply · 40m     👍 1



**Darryl Halpern**
2 hrs ·

What happened in Minnesota is not an anomaly - it happens. This disturbing video is from Arizona - this man was killed - suffocated to death after being stopped while trying to use a public restroom. My friend Haytham Faraj is representing the family in trying to bring justice and community awareness. Please share.
I am reminded that most law enforcement officer are true to their commitment to protect and serve and i thank you for your service - and i forget how hard your job may be during these times

Show Attachment

 1

1 Comment