# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br> Defendants. | Case No.: 17-cv-04565-PHX-SMB <br><br> **ORDER GRANTING DEFENDANTS' MEMORANDUM RE: CONFIDENTIAL DESIGNATION OF DEPOSITION TRANSCRIPTS AND VIDEOTAPES** <br><br> **AND** <br><br> <u>**EXPEDITED**</u> **MOTION FOR PROTECTIVE ORDER AND ORDER TO CEASE/DESIST AND REMOVE PUBLIC POSTINGS** |

Pursuant to Defendants City of Phoenix, Antonio Tarango, Oswald Grenier, Kevin McGowan, Jason Hobel, Ronaldo Canilao, David Head, Susan Heimbigner, James Clark, Dennis Leroux, Ryan Nielsen and Steven Wong (collectively "Phoenix Defendants") Defendants' Supplement to Memorandum re: Confidential Designation of Deposition Transcripts and Videotapes and Expedited Motion for Protective Order and Order to Cease/Desist and Remove Public Postings (Dkt. No. ____), and good cause appearing;

**IT IS HEREBY ORDERED** that the Defendant Officers' deposition transcripts and videotapes remain confidential pursuant to this Court's May 8, 2019 (Doc. 072).

1    **IT IS FURTHER HEREBY ORDERED** that this Court will grant Phoenix
2  Defendants' request for an Expedited Protective Order that Plaintiff's Counsel must remove
3  his posts within 24 hours of the entry of this Order.