Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Jared M. Scarbrough, Bar No. 022011
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
jared.scarbrough@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-SMB<br><br>**DEFENDANTS' MOTION TO SEAL EXHIBIT ATTACHED TO DEFENDANTS' SUPPLEMENT TO MEMORANDUM RE: CONFIDENTIAL DESIGNATION OF DEPOSITION TRANSCRIPTS AND VIDEOTAPES** |

Defendants City of Phoenix, Antonio Tarango, Oswald Grenier, Kevin McGowan, Jason Hobel, Ronaldo Canilao, David Head, Susan Heimbigner, James Clark, Dennis Leroux, Ryan Nielsen and Steven Wong (collectively the "Phoenix Defendants"), respectfully request this Court seal **Exhibit A**, attached to Defendants' Supplement to

1  Memorandum Re: Confidential Designation of Deposition Transcripts and Videotapes
2  (Dkt No. 179). The Exhibit contains Plaintiff's demand to Phoenix Defendants' and
3  arguably should have been designated under Rule 408. Thus, the letter should be sealed
4  from public view.

5  Dated: May 29, 2020.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    Jared M. Scarbrough
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| David A. Chami<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>*Attorney for Pintiff* | Haytham Faraj<br>LAW OFFICES OF HAYTHAM FARAJ<br>1935 W Belmont Ave.<br>Chicago, IL 60657<br>*Attorney for Plaintiff* |

Brian J. Theut
Theut, Theut & Theut
5150 North 16th Street
Phoenix, AZ 85016
brian@theutlaw.com
*Guardian Ad Litem and Statutory Representative for A. M.*

By: */s/ Kim Penny*