# EXHIBIT 3

# In The Matter Of:

*Mussalina Muhaymin v.*
*City of Phoenix*

---

*Arizona Mary Esther Smith*
*July 25, 2019*

---

*Valley Court Reporting, LLC*
*4802 East Ray Road, Suite 23-200*
*Phoenix, AZ 85044*
*(602) 710-1148*
*www.valleycr.com*

**Min-U-Script® with Word Index**

Page 13

1    A.   They were coming towards me down the
2  pathway. So there was two officers and then
3  Mr. Mussolini in the middle, and they were taking him
4  to the squad vehicle.
5    Q.   Okay. You meant Mr. Muhaymin.
6    A.   I'm sorry.
7    Q.   That's okay.
8    A.   Mr. Muhammad.
9    Q.   Mr. Mussolini, that's the Italy dictat --
10  Italian dictator.
11   A.   We're not going to talk about him.
12   Q.   Different person.
13   A.   Am I bad.
14   Q.   That's all right. So Mr. Muhaymin at the
15  time you said was coming down the walkway?
16   A.   Yes.
17   Q.   How was he -- was he walking? What was
18  happening?
19   A.   He was between the officers. They were --
20  his hands were already -- either they were already
21  cuffed or they were like holding his hands behind him.
22  They had -- both had like the shoulder area also and
23  they were kind of like -- he wasn't actually like
24  walking. It was kind of like a drag walk like, but
25  they were going towards the car like that.

Page 14

1    Q.   Okay. And do you remember if there were two
2  or three officers around?
3    A.   At that time I remember there was two.
4    Q.   Okay. Could there have been any other
5  officers around the area that you didn't see?
6    A.   It could have but I did -- I was not looking
7  around.
8    Q.   Okay. At that time did -- did you pay any
9  attention to what was happening to Mr. Muhaymin?
10   A.   Yes.
11   Q.   Explain to us, if you can, what -- what it is
12  that you observed as he was being walked, dragged down
13  the aisle.
14   A.   Okay. So I was getting out of the car and I
15  came to the corner where the basketball they play at
16  the community center, and that's when I saw the two
17  officers dragging the male towards the car. So I
18  stopped because it's not every day you see that.
19        And so when they got to the vehicle, they
20  slammed him against the front hood left side of the
21  car, and then he started saying things. I don't --
22  inaudible to me because I was quite a ways away.
23        And they pulled his hands. They were behind
24  him up towards his -- the traps. So he was all the way
25  back here, and they kept pushing it up, and he started

Page 15

1  to scream because it was painful.
2        He was screaming. They were like stop; stop
3  resisting, and I think they were trying to like get in
4  his pants, you know, to try to figure out maybe, you
5  know, identification or something, but it was just a
6  lot of conflict right there.
7        After that, I think he was on the car. I
8  don't know the minutes. It seemed like hours. But
9  they shuffled towards the ground, and then that's when
10  his body, the body of the -- the male body became like
11  adjacent to mine, catty-corner where his feet were
12  towards me.
13   Q.   Okay. Did you -- when you say he was a ways
14  away, how many feet, if you can estimate, from you to
15  where he was near the vehicle?
16   A.   If I was at the basketball -- there's a
17  tree. I'm trying to figure out how many feet that
18  would be. Not 20. I would say 15 maybe. It was
19  quite -- I'm sorry. I'm geographical. I remember a
20  tree being there, and I could have been two -- three
21  cars away from -- between me and them.
22   Q.   Okay. Was there anything in between you and
23  them that would prevent you from seeing them?
24   A.   No. My vision was not obstructed.
25   Q.   So you said a shuffle to the ground. Did --

Page 16

1  did they take him to the ground or did they fall?
2    A.   They took him to the ground.
3    Q.   Okay. And when he was taken to the ground,
4  what did the officers do?
5    A.   They moved from having their arms with him to
6  putting their weight on top of him. So they started to
7  put their knees into his shoulders.
8    Q.   Okay. Did you see any one of the officers
9  put their knee on his neck?
10   A.   There's a white large male. He had a shaved
11  head. He was the one that was towards the neck area
12  but then he switched after a while. But I remember
13  him, he went to the feet of the person after a while,
14  but he was the one that was on the neck area.
15   Q.   Okay. Was it with his -- with his body or
16  was it with his knee on his neck?
17   A.   It was his knee.
18   Q.   Okay. Were any other officers holding him
19  down?
20   A.   Well, there's the two to start with. I know
21  the white -- the bigger cop with the bald head, and
22  then when I was facing them, two officers came up. It
23  was one -- one ran past me. He had brunette hair; he
24  was shorter, and there was a taller cop. The shorter
25  one did try to help out, and that's when the switch

Page 17

1   happened and the bigger cop with the bald head went
2   towards the feet of the male and tried to hold him
3   down.
4       Q.   Okay.  Did -- did you notice how many
5   officers had their weight of their bodies on
6   Mr. Muhaymin?
7       A.   To my -- to my recollection it was one, two
8   three -- four.
9       Q.   Do you remember how tall Mr. Muhaymin was?
10      A.   He wasn't as tall as the bald-headed cop and
11  he wasn't as tall as the taller cop that came by.  I
12  want to say -- ooh, I'm not good with height.  Maybe
13  five -- maybe even six-foot.  Maybe like five-11,
14  five-nine, five-10, in that range.  I'm so sorry.
15      Q.   All right.  Was he a big guy?
16      A.   No.  He's -- he's a slim -- slimmer built
17  man.
18      Q.   Okay.  Did you -- could you hear
19  Mr. Muhaymin?
20      A.   Sometimes.  Sometimes it was groan.
21  Sometimes it was, you know, painful screams, and then
22  just that one last time that I heard him when I tried
23  to like turn away he was saying I couldn't breathe.
24      Q.   How many times did you hear him say I can't
25  breathe?

Page 18

1       A.   I only heard one big one.  Like he was like I
2   can't breathe, you know.
3       Q.   All right.  Did you ever see Mr. Muhaymin
4   kick a police officer?
5       A.   No.
6       Q.   Did you ever see Mr. Muhaymin throw any
7   punches at any police officers?
8       A.   No.
9       Q.   Did you ever see Mr. Muhaymin shove any
10  police officers?
11      A.   No.
12      Q.   Did you see Mr. Muhaymin make any aggressive
13  moves towards any of the officers?
14      A.   No.
15      Q.   Did you see what you believed to be any
16  officers who were afraid of Mr. Muhaymin?
17      A.   No.
18      Q.   I want to play -- well, before I do that, let
19  me ask you, there was a -- there's a portion of this
20  incident that occurs in the community center on the
21  ground inside the -- near the doors of the community
22  center.  I want to ask you if you saw any of that.
23      A.   No.
24      Q.   Okay.  So the first time you saw Mr. Muhaymin
25  as I recall your testimony is after they were

Page 19

1   already -- had him and they were carrying him,
2   essentially, out to the vehicle?
3       A.   Yes.
4       Q.   Okay.  I'm going to play a video.  It's about
5   seven minutes long.  The last time I did this I said I
6   wasn't going to pause it or ask any questions so this
7   time I won't say that because I might, but I'm going to
8   try to just play it for you.
9            And if you can tell me -- and I'm actually
10  going to probably fast forward a couple minutes because
11  the first few minutes are at a place where you've
12  already said you did not see.  So I'm going to go to
13  the portion of the video where they've started to
14  already bring him out.  And this is Officer Hobel's
15  body cam video COP3.
16           I'm just going to fast forward to -- for the
17  record, I'm fast forwarding to two minutes and seven
18  seconds, which is right before they turn the corner
19  towards the parking lot.
20           And actually, before I do that, do you
21  recognize the front door of the library that's
22  visual -- visible here?
23      A.   Yes.
24      Q.   Okay.  Can you tell from this angle where the
25  body cam is being taken from?

Page 20

1       A.   Yes.  They're on the other side of the -- I
2   think by the basketball gym.
3       Q.   Okay.  So let me start playing it and I'll
4   just let it roll from here.
5            (Video played.)
6       Q.   I'm going to back it up because the officer
7   that's breathing makes the audible a little harder to
8   hear, but I want -- did you hear any of -- well, let me
9   ask you if you hear him say I can't breathe here a
10  little quieter.
11           (Video played.)
12      Q.   Were you able to hear him say it under his --
13  over the breathing of the officer?
14      A.   No.
15      Q.   Okay.  That's all right.
16           (Video played.)
17      Q.   Is this the portion of the video, can you
18  tell if this is where you saw the officer with his knee
19  on the neck of Mr. Muhaymin?
20      A.   I -- I -- I can't see from this angle
21  where -- because I do go inside to actually finish my
22  work.  I come and then that's when I see other people
23  go towards the window.  There's a bay window where you
24  read, and that's when people started saying, oh, it's
25  getting bad out there.  That's when I got up and that's