David A. Chami, AZ #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
david@pricelawgroup.com

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
T: (312) 635-0800
F: (202) 280-1039
haytham@farajlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Phoenix, an Arizona Municipal Corporation, *et al.*, <br><br> Defendants. | Case No.: CV-17-04565-PHX-SMB <br><br> **NOTICE OF LODGING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND SUPPORTING DOCUMENTS UNDER SEAL** |

Plaintiff Mussalina Muhaymin ("Plaintiff"), through undersigned counsel, pursuant to Local Rule of Civil Procedure 5.6(d), hereby provides notice to the Court and counsel for Defendants that she has lodged under seal Plaintiff's Motion to Amend the Complaint ("Motion

to Amend"), Exhibit 1 to the Motion to Amend, the Declaration of David A. Chami in Support thereof ("Chami Decl."), and Exhibit A to the Chami Decl. Plaintiff further states the following:

1. The Motion to Amend, Exhibit 1 Plaintiff's Second Amended Complaint, the Chami Decl., and Exhibit A to the Chami Decl., lodged under seal by Plaintiff, all contain specific information, including quotation, gleaned from the depositions the City of Phoenix's Rule 30(b)(6) witness and Officer Heimbigner.

2. While Plaintiff contests that a public police department's training policies and practices are confidential, as they are accessible by the public through a FOIA request, in an abundance of caution Plaintiff notes that both of the relevant depositions have been designated as "CONFIDENTIAL" by Defendants pursuant to this Court's protective order (Dkt. 72).

## **L.R. 5.6(d) CERTIFICATION**

The undersigned hereby certifies that on June 10, 2020 at 11:00 a.m., the parties conferred with the Court and it was determined that Plaintiff would seek permission to file her motion to amend the complaint under seal, as well as the accompanying documents.

WHEREFORE, pursuant to L.R. 5.6(d), Plaintiff hereby respectfully requests the Court enter an order making Plaintiff's Motion for leave to file Second Amended Complaint, Exhibit 1 to the Motion, the Declaration of David A. Chami in Support thereof, and Exhibit A to the Chami Decl. part of the public record.

Respectfully submitted this 10th day of June 2020,

PRICE LAW GROUP, APC

By: /s/ *David A. Chami*
David A. Chami, AZ #027585
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter.

PRICE LAW GROUP, APC

*/s/Florence Lirato*