Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Jared M. Scarbrough, Bar No. 022011
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-SMB<br><br>**JOINT REPORT REGARDING SETTLEMENT TALKS** |

Pursuant to the Court's Order dated March 17, 2020, the parties jointly file this report regarding their compliance with the Court's Order to engage in good faith settlement talks.

The parties participated in private mediation on January 13, 2020, which was unsuccessful. Counsel for Statutory Beneficiary, A.M., was not yet appointed and did not participate in the private mediation. The parties later engaged in additional good faith settlement discussions in June, 2020, which were also unsuccessful.

DATED: August 24, 2020.

**PRICE LAW GROUP, APC**

By: */s/ David A. Chami (with permission)*
    David A Chami
    *Attorney for Plaintiff*

**LAW OFFICES OF HAYTHAM FARAJ**

By: */s/ Haytham Faraj (with permission)*
    Haytham Faraj
    *Attorney for Plaintiff*

**THEUT, THEUT & THEUT**

By: */s/ Brian Theut (with permission)*
    Brian Theut
    *Guardian Ad Litem and Statutory Representative for A. M.*

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    Jared M. Scarbrough
    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

David A. Chami
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorney for Plaintiff*

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
*Attorney for Plaintiff*

Brian J. Theut
THEUT, THEUT & THEUT
5150 North 16th Street
Phoenix, AZ 85016
*Guardian Ad Litem and Statutory Representative for A. M.*

By: */s/ Aly Shomar-Esparza*