# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin, et al., | No. CV-17-04565-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Leave to File Excess Pages (Doc. 198) in relation to Plaintiff's reply brief. After careful review, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Excess Pages is **GRANTED** in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of the Court will electronically file the document.

Dated this 25th day of August, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge