Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br> Defendants. | Case No.: 17-cv-04565-PHX-SMB <br><br> **DEFENDANTS' MOTION TO SEAL EXPEDITED MOTION FOR PROTECTIVE ORDER AND MOTION FOR SANCTIONS** <br><br> (Assigned to the Honorable Susan M. Brnovich) |

Defendants City of Phoenix, Antonio Tarango, Oswald Grenier, Kevin McGowan, Jason Hobel, Ronaldo Canilao, David Head, Susan Heimbigner, James Clark, Dennis Leroux, Ryan Nielsen and Steven Wong (collectively the "Phoenix Defendants"), respectfully request this Court seal Defendants' Expedited Motion for Protective Order and

Motion for Sanctions, including the referenced exhibits. The Motion and exhibits pertain to conduct by Plaintiff and Plaintiff's counsel directly in violation of this Court's Protective Order (Dkt. No. 072) and June 5, 2020 Order (Dkt. No. 188) and contains information designated Confidential under the Protective Order, and therefore, public access should not be permitted.

Dated: October 7, 2020.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
 Daniel J. O'Connor, Jr.
 Karen J. Stillwell
 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

David A. Chami
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorney for Plaintiff*

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
*Attorney for Plaintiff*

Brian J. Theut
THEUT, THEUT & THEUT
5150 North 16th Street
Phoenix, AZ 85016
*Guardian Ad Litem and Statutory Representative for A. M.*

By: */s/ Aly Shomar-Esparza*