|   |   |
|---|---|
| Mussalina Muhaymin, et al., | No. CV-17-04565-PHX-SMB |
| Plaintiffs, | **TRIAL SETTING ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**IT IS ORDERED** setting a **15-Day** Jury Trial commencing on **September 14, 2021**. Trial hours are from 9:00 a.m. to 4:30 p.m. (except for the first day which starts at 8:45 a.m.) before:

**THE HONORABLE SUSAN M. BRNOVICH**
**UNITED STATES DISTRICT COURT**
**SANDRA DAY O'CONNOR U.S. COURTHOUSE**
**401 WEST WASHINGTONSTREET**
**COURTROOM 506**
**PHOENIX, ARIZONA 85003**

**THIS IS A FIRM TRIAL SETTING.**

Please note that normal trial days are Tuesday through Friday. Each day shall commence at 9:00 a.m. (unless otherwise ordered). The lunch break will be taken at 12:00 p.m., with the afternoon session to begin promptly at 1:15 p.m. A fifteen (15) minute break will be taken both mid-morning and mid-afternoon, with the trial day to end at 4:30 p.m.

**IT IS FURTHER ORDERED** setting a Final Trial Management Conference on **August 20, 2021 at 9:00 a.m. (30 minutes allotted)**. Trial counsel and/or the parties shall attend this conference in person. The parties shall submit a Joint Final Pretrial Statement no later than **August 13, 2021**. The Final Pretrial Statement shall include all the information prescribed in the Final Pretrial Statement form found at www.azd.uscourts.gov under Judges and Courtrooms, Forms and Procedures.

**IT IS FURTHER ORDERED** that the following be completed three days prior to the Final Trial Management Conference:

1. **EXHIBITS**

    All trial exhibits shall be submitted. The parties shall (a) number and mark exhibits in accordance with the instructions found in Exhibit Marking Instructions at www.azd.uscourts.gov under Judges and Courtrooms, Forms and Procedures (such numbers shall correspond to exhibit numbers listed in the Proposed Final Pretrial Order); (b) meet in person and exchange marked copies of all exhibits to be used at trial no later than 14 days before the submission deadline for the Proposed Final Pretrial Order (any exhibit not marked and exchanged at this meeting shall be precluded at trial); and (c) eliminate any duplicate exhibits while meeting to exchange exhibits.

2. **MOTIONS IN LIMINE**

    Pursuant to LR Civ 7:2(1), counsel shall meet and confer to discuss and identify any disputed evidentiary issues that are anticipated to be the subject of motions in *limine*. The parties are directed to provide the court with a written report of agreements reached at the conference so that the court can enforce such agreements. At the time of filing any motions in *limine*, counsel shall also provide the court notice that counsel have met in person prior to the filing of said motions in *limine* or the motion(s) may be stricken.

    The parties shall file and serve all motions in *limine* no later than 30 days prior to the Final Trial Management Conference. Each motion in *limine* shall include

proposed language for the order in *limine* being sought from the Court, and the proposed language shall state with precision the evidence that is subject to the proposed order and the limitation or exclusion placed on the evidence. The motions and responses must be concise and shall not exceed three (3) pages in length. No replies shall be filed unless prior written leave of Court is granted. No party may file more than three motions in *limine*. Counsel shall be preparted to argue the merits of such motions at the Final Trial Management Conference.

3. **VOIR DIRE**

The parties shall jointly file a proposed set of voir dire qustions. The voir dire questions shall be drafted in a neutral manner. To the extent possible, the parties shall stipulate to the proposed questions. If the parties have any disagreement about a particular question, they shall state the reason for their objection below the question. The parties shall also provide, for the purposes of voir dire, a joint master list of the names of every witness who may be called at trial.

4. **PROPOSED JURY INSTRUCTIONS**

The parties shall file proposed jury instructions in accordance with "Guidelines for Jury Instructions in Civil Cases" found at www.azd.uscourts.gov under Judges and Courtrooms and Orders, Forms and Procedures.

5. **PROPOSED FORM OF VERDICT**

Each party shall file a proposed form of verdict, including any proposed special verdict forms or juror interrogatories.

6. **FORMATTING**

The proposed voir dire questions, proposed jury instructions, and forms of verdict shall be submitted in Word format by email to brnovich_chambers@azd.uscourt.gov.

7. **SETTLEMENT**

The parties shall promptly notify the Court if a settlement is reached.

1  No information disclosed after the dates contained in the order may be used at the
2  trial absent court order on motion and affidavit.
3  Dated this 2nd day of December, 2020.

Honorable Susan M. Brnovich
United States District Judge

- 4 -