Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
travis.hill@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-SMB<br><br>**DEFENDANTS MOTION TO SEAL:**<br><br>**1) MOTION FOR SUMMARY JUDGMENT;**<br><br>**2) STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**3) EXHIBITS TO STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants City of Phoenix, Antonio Tarango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer Ryan

Nielsen and Sergeant Steven Wong (collectively the "Phoenix Defendants"), respectfully request this Court seal:

1) Defendants' Motion for Summary Judgment;

2) Defendants' Separate Statement of Facts in support of Motion for Summary Judgment; and

3) All Exhibits to Defendants' Separate Statement of Facts in support of Motion for Summary Judgment.

Phoenix Defendants' make this Motion in good faith, as the Motion for Summary Judgment, Statement of Facts, and Exhibits, reference extensive confidential testimony and documents covered by this Court's Protective Order entered on May 8, 2019 (*See* Dkt. No. 072), with the majority of the Exhibits containing excerpts from confidential documents. *See also* Order dated June 5, 2020 at Dkt. No. 188; Sealed Order dated December 11, 2020 at Dkt. No. 271.

Dated: December 17, 2020.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    Travis B. Hill
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

David A. Chami
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorney for Plaintiff*

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
*Attorney for Plaintiff*

Brian J. Theut
THEUT, THEUT & THEUT
5150 North 16th Street
Phoenix, AZ 85016
*Guardian Ad Litem and Statutory Representative for A. M.*

By: /s/ Dara J. Wilson