# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MUSSALINA MUHAYMIN, as                  )
Personal Representative of the          )
Estate of Muhammad Abdul                )
Muhaymin, Jr.,                          )
                                        )
            Plaintiff,                  )
                                        )       CASE NO.
vs.                                     )       17-cv-04565-PHX-SMB
                                        )
CITY OF PHOENIX, an Arizona             )
Municipal Corporation; ANTONIO          )
TARONGO; OFFICER OSWALD                  )
GRENIER; OFFICER KEVIN                   )
MCGOWAN; OFFICER JASON HOBE;             )
OFFICER RONALDO CANILAO;                 )
OFFICER DAVID HEAD; OFFICER              )
SUSAN HEIMBINGER; OFFICER                )
JAMES CLARK; OFFICER DENNIS              )
LEROUS; OFFICER RYAN NIELSON;            )
OFFICER STEVEN WONG; and DOE             )
SUPERVISORS 1-5,                        )
                                        )
            Defendants.                 )
                                        )
                                        )


REPORTER'S TRANSCRIPTION OF RECORDING OF:

COP 000257
Interview of Hanna Glemba
January 4, 2017




Transcribed by:     Ashlee Mangum
                    Registered Professional Reporter
                    Certified Reporter #50612

COP 012351

1  center --

2           DETECTIVE WINTER:  Okay.

3           HANNA GLEMBA:  -- activity and other

4  various --

5           DETECTIVE WINTER:  Okay.

6           HANNA GLEMBA:  Reports.

7           DETECTIVE WINTER:  Do you have like an

8  official city title?

9           HANNA GLEMBA:  I'm a recreation leader.

10          DETECTIVE WINTER:  Recreation leader.

11          HANNA GLEMBA:  Uh-huh.

12          DETECTIVE WINTER:  Perfect.  Thank you.

13          HANNA GLEMBA:  Uh-huh.

14          DETECTIVE WINTER:  Okay.  Now, there was an

15  incident that occurred here at the rec center earlier

16  today?

17          HANNA GLEMBA:  Yes.

18          DETECTIVE WINTER:  You recall the incident?

19          HANNA GLEMBA:  Yes, I do.

20          DETECTIVE WINTER:  Okay.  Tell me about what

21  you observed.

22          HANNA GLEMBA:  So first thing I come in, we

23  open at 9:00.

24          DETECTIVE WINTER:  Okay.

25          HANNA GLEMBA:  It was probably not much past

1   15, 20 minutes, and a gentleman came in to the facility.

2   He's visited the facility before, kind of a regular

3   trespasser.  He came in, he had a dog with him, a

4   chihuahua, not on a leash.  He has come into the

5   facility before and has been verbally confrontational

6   with staff.  The dog has been aggressive with staff

7   before.

8           So knowing that, my supervisor Tony

9   approached him and requested, said, "Sir, you know you

10   cannot have your dog in here.  You need to leave."  And

11   he just wasn't having it, he wasn't listening.  They

12   made their way from the front entrance.

13           DETECTIVE WINTER:  Okay.  Give me just one

14   second to catch up.

15           HANNA GLEMBA:  Sure.

16           DETECTIVE WINTER:  Okay.

17           HANNA GLEMBA:  No.  That's okay.

18           DETECTIVE WINTER:  I'm trying to take a lot

19   of notes.

20           HANNA GLEMBA:  That's okay.

21           DETECTIVE WINTER:  Personally, I hate

22   listening back to the recording.

23           HANNA GLEMBA:  No problem.

24           DETECTIVE WINTER:  You might not remember

25   old answering machines.

```
 1                    DETECTIVE WINTER:  Okay.

 2                    HANNA GLEMBA:  Tony just kept repeating,

 3   "You're going to have leave."  The other guy is

 4   basically saying, "No, no, no.  My dog is a service

 5   dog."  So, I mean, they're saying this as they're kind

 6   of trying continuing to walk into the building.

 7                    DETECTIVE WINTER:  Okay.  Okay.  So they

 8   just keep walking into the building?

 9                    HANNA GLEMBA:  They continue to walk in.

10                    DETECTIVE WINTER:  Okay.

11                    HANNA GLEMBA:  And I'm at the front desk, so

12   they pass me.

13                    DETECTIVE WINTER:  Okay.  So you were at the

14   front desk at this time?

15                    HANNA GLEMBA:  I was at the front desk.

16                    DETECTIVE WINTER:  Okay.

17                    HANNA GLEMBA:  Yep.  And they started to

18   walk past me and move towards the restroom area.  And as

19   Tony is continuing to talk to him, he kind of gets, you

20   know, he's still talking with him staying, "No, no, no,"

21   and he bumps Tony.  Basically, they're kind of -- he's

22   kind of pushing him trying to get past him into the

23   restroom.

24                    DETECTIVE WINTER:  Okay.  So the man is

25   pushing Tony?
```

1          DETECTIVE WINTER:  Okay.  Not wanting to

2   assume or anything, are they in the men's side or the

3   women's side?

4          HANNA GLEMBA:  They're in the men's side.

5          DETECTIVE WINTER:  Okay.

6          HANNA GLEMBA:  Uh-huh.

7          DETECTIVE WINTER:  Okay.  When the officers

8   arrive, what happens?

9          HANNA GLEMBA:  So there is one officer --

10         DETECTIVE WINTER:  Okay.

11         HANNA GLEMBA:  -- that shows up at first,

12   and Tony and the other man are already in conversation,

13   it is kind of toned down a little bit, and the other

14   officer comes in and just kind of listens to the

15   conversation, observes.  And they continue this for

16   about a few minutes, still trying to reason with him,

17   talk with him.

18          Sorry.  Just let me know if you need more

19   time or not.

20         DETECTIVE WINTER:  You're fine.

21         HANNA GLEMBA:  Okay.  So they're talking

22   with him, not more than just a few minutes later, two

23   officers come in.

24         DETECTIVE WINTER:  Okay.

25         HANNA GLEMBA:  And they go right to the

1  restroom.  So they're all kind of observing, listening,

2  watching, trying to talk him down.

3          DETECTIVE WINTER:  Okay.

4          HANNA GLEMBA:  And then, lastly, there's one

5  more officer, so there's four officers total that come

6  in.  And, again, they're trying to talk him down, reason

7  with him.  I don't know everything that's said because

8  they're kind of farther into the bathroom at this

9  point --

10         DETECTIVE WINTER:  Okay.

11         HANNA GLEMBA:  -- but I do know that the

12 talking did go up for a little bit, like the voices were

13 kind of raised.

14         DETECTIVE WINTER:  Okay.

15         HANNA GLEMBA:  And the police started

16 getting his information, the man's information,

17 biographical information.  And --

18         DETECTIVE WINTER:  Was that when all four

19 officers were there?

20         HANNA GLEMBA:  All four officers --

21         DETECTIVE WINTER:  Okay.

22         HANNA GLEMBA:  -- were there.  So after

23 listening to them and trying to talk them down and Tony

24 also talking them down, they got the gentleman's

25 information.

1          DETECTIVE WINTER:  Okay.

2          HANNA GLEMBA:  I did hear that.  And then

3    they all came out of the restroom, so together.  And

4    there was an officer that told Tony and I that they were

5    going to trespass him.

6          DETECTIVE WINTER:  Okay.

7          HANNA GLEMBA:  And so, at that point, the

8    police took it from there, Tony and I stayed back, and

9    the police escorted the man outside of our south exit.

10         DETECTIVE WINTER:  Okay.

11         HANNA GLEMBA:  And -- yeah.  Once they were

12   out there, I still kind of they walked outside around

13   the front desk so I could see what's going on, but they

14   proceeded to arrest him and they were trying to handcuff

15   him.  And, as they were doing that, he started to put up

16   a fight, and just being aggressive, and all four

17   officers were trying to restrain him.

18         DETECTIVE WINTER:  When you said he started

19   to fight, what do you mean?

20         HANNA GLEMBA:  Well, he started to fight, so

21   he started to struggle.  I know one -- I saw one officer

22   trying to put his hands behind his back, and he was

23   trying to wiggle free, and that's when the other

24   officers started, you know, to --

25         DETECTIVE WINTER:  Give me just one second

1   here.

2                HANNA GLEMBA:   Yep.

3                DETECTIVE WINTER:   Okay.   Okay.   So the

4   other -- so the man -- so one officer is trying to put

5   his hands behind his back?

6                HANNA GLEMBA:   Uh-huh.

7                DETECTIVE WINTER:   And he's trying to wiggle

8   free?

9                HANNA GLEMBA:   And he's trying to wiggle

10  free, and that's when the other officers are kind of,

11  come at him, you know, trying to grab him, trying to

12  restrain him so he couldn't wiggle.

13                DETECTIVE WINTER:   Could you see where they

14  grabbed him?

15                HANNA GLEMBA:   Oh, gosh.   I know -- I mean,

16  his -- he's trying to wiggle --

17                DETECTIVE WINTER:   Okay.

18                HANNA GLEMBA:   -- his arms, just trying to

19  grab him everywhere because he was, like, literally

20  moving his arms, he was moving his trunk, his legs,

21  anything he could do to get free.   But I couldn't tell

22  exactly where.

23                DETECTIVE WINTER:   Okay.   That's okay.

24                HANNA GLEMBA:   It was a little too far.   But

25  I know it was a struggle, and they struggled for several

1   minutes.

2          DETECTIVE WINTER:  Okay.  When this struggle

3   is taking place, is everybody standing up or is --

4          HANNA GLEMBA:  The --

5          DETECTIVE WINTER:  -- anybody falling to the

6   ground?

7          HANNA GLEMBA:  The officers, they're trying

8   to get him down, so they're all kind of going up and

9   down together.  At the end, they eventually get him on

10  the ground, but this is after several minutes.

11          And the dog's there, too, kind of biting and

12  barking at the officers.

13          DETECTIVE WINTER:  Okay.  And where is this

14  all taking place?

15          HANNA GLEMBA:  This is taking place just

16  outside the exit doors in that breezeway.

17          DETECTIVE WINTER:  And that's the -- when

18  you say breezeway, is that like the breezeway --

19          HANNA GLEMBA:  That's the walkway.

20          DETECTIVE WINTER:  -- between the community

21  center and the library?

22          HANNA GLEMBA:  Yes.

23          DETECTIVE WINTER:  Okay.

24          HANNA GLEMBA:  Yes.

25          DETECTIVE WINTER:  Okay.  All right.  So

1   that's happening there in the breezeway?

2           HANNA GLEMBA:  Uh-huh.

3           DETECTIVE WINTER:  Okay.  Then what do you

4   see?

5           HANNA GLEMBA:  So after that, they struggle,

6   they actually get him handcuffed.

7           DETECTIVE WINTER:  Okay.

8           HANNA GLEMBA:  And so they pick him up and

9   they -- the officers escort him to the squad car.  And,

10  as they're trying to get him in, he resists again.

11          DETECTIVE WINTER:  Okay.  How does he

12  resist?

13          HANNA GLEMBA:  It's kind of the same motions

14  before, just wiggling, running, trying to -- not getting

15  in the back of the car.

16          DETECTIVE WINTER:  Okay.

17          HANNA GLEMBA:  Just moving a lot.  And the

18  officers, much like the time before, they're just trying

19  to restrain him.

20          DETECTIVE WINTER:  Okay.

21          HANNA GLEMBA:  So, I'm a little farther back

22  at this point because I'm just watching through the

23  windows.  I'm still in the community center.

24          DETECTIVE WINTER:  Okay.  When you say

25  you're watching through the windows, you're in the