# EXHIBIT 6

# Incident Report

### Report Id
31458

### Incident Date
Wed 01/04/2017

### Incident Time
9:20am

### Location
Marvale Community Center

### Address
4420 N. 51st Ave, Phx 85031

### District
Northwest

### Reported By
Anthony Tarango

### Incident Flags
Incident

### Police Report
2017-19424

### Approvers
Jan Sherwood

## PD Incident

## Description

I, Tony Tarango, Recreation Coordinator III, was approached by Isabel Silvas, ISS employee, that the gentlemen who had on multiple occasions from August to today brought his dog into the facility and had been verbally confrontational was entering the building. I approached the gentlemen and asked him to leave because his dog was off leash and running loose in the facility. I had spoken to him several times before about not being able to use the facility because of his dog being aggressive toward staff, off leash, and his own aggressive threating behavior. The man stated for the first time that the dog was a service animal. I proceeded to ask him for the paperwork. He then stated that it had been stolen out in the streets and I could call his counselor at J.F. Long to check it out. I told that man that if he gave me the counselors name and number then I could verify that the dog is a service animal. At that time the gentlemen began to visibly get upset stating he needed "to take a shit." He then lunged and bumped me and tried

COP 011239

to push past me to get into the restroom. I immediately told Recreation Leader Hannah Glemba to call 911 and she was advised by the 911 operator to stay on the phone till PD arrived. I tried to talk to the gentlemen to calm him down and diffuse the situation. Approximately 5 minutes later an officer arrived and we both tried to talk to the man to calm him down but he continued to be upset. Approximately 5 minutes later 2 additional officers arrived and began talking to the gentleman. Officers asked for his name and he proceeded to spelled out his first and last name. We all agreed that if he held the dog he would be able to use the restroom. P.D. stated to Hannah Glemba that they would be trespassing the individual. Approximately 5 minutes pass and an officer walks into the restroom and tells the man to hurry up. Upon the man exiting the restroom 4 officers escorted him toward the front exit of the building where PD began to cuff him. He then began to fight with the officers.

## Action Taken

I, Tony Tarango, immediately told Hannah Glemba to call 911 when the man lunged and bumped me. I then notified my supervisor Jan Sherwood, Northwest Recreation Supervisor of the situation

## Notes

Maryvale Community Center Incidents; Man with Dog(#lf)Staff Reports(#lf)January 6, 2017(#lf)(#lf)Incident #1 - Wednesday, August 31, 2016(#lf)From Rona Pride: (#lf)At approximately 10:30 a.m., I Rona Pride Recreation Coordinator II, heard a man giving Recreation Leader Hannah Glemba a hard time because she couldn't provide him ice for his cup. When I approached the counter, the man gestured to his cup that he only needed a little ice. I stated that I could not provide that to him and he became upset with me and stated "I don't want to talk to you" and gestured to go-away. I sought out assistance from my Coordinator III Tony Tarango. (#lf)From Tony Tarango:(#lf)It was approximately 10:30 a.m. when Rona entered my office saying there was a man giving her and Hannah trouble wanting ice. I approached the man at the front desk and asked him if I could help him with something. He stated, "Ya, I need ice". I then explained to the man that we did not have ice for public consumption. The man got visibly upset and kept saying "man you can't hook me up, that's bullshit". At that time, I told that man that this is a place of business and I would appreciate it if he did not use that language. He continued to ask for ice completely ignoring what I was saying. This went on for a few more minutes and then he decided to leave. At that point I felt the issue was resolved.(#lf)(#lf)Incident #2 – Week of September 12, 2016(#lf)From Tony Tarango:(#lf)ISS janitorial workers, Josh Govan and Isabel Silva reported to Rona Pride that the same man was observed in the center's kitchen. Rona investigated and saw him walking from the kitchen area. She asked if she could help him and he shook his head and left the center. She then locked both doors to the kitchen.(#lf)(#lf)Incident #3 – Week of September 26, 2016 (#lf)From Tony Tarango:(#lf)Late September morning the same individual walked into the building with a dog off leash asking front desk staff for a cup of ice. I could hear him from my office going back and forth with my staff after they told him they could not give him ice. I walked out to inform him that the ice was not for

the public. The individual became upset and threatened me by saying, "Don't let me see you out on the street". At that point I asked him to please leave the facility as he was threating me. The dog was barking at staff and became aggressive and attempted to bite them. I observed Recreation Programmer Zahira Rangel, grab a chair to put herself between the aggressive dog. The dog then lunged and attempted to bite Recreation Leader Hannah Glemba, who put her leg up to defend herself while the man stood there laughing. I asked him to take his dog and leave the facility or I would have to call the police. He then grabbed the dog and walked out of the building.(#If)(#If)Incident #4 – Week of October 3, 2016 (#If)From Zahira Rangel:(#If)The individual passed by the front desk while I was covering for part-time staff, Hannah Glemba while she used the restroom. As the individual passed by the front desk to leave the facility he blew kisses at me and laughed as he walked away. Right after the man exited the building. I went to inspect the men's restroom because he had a history of bathing in the facility sink. As I walked into the men's restroom I announced myself in case there was somebody using the restroom. After no one responded, I walked into the restroom to see the light brown Chihuahua laying under the sink growling at me. As I walked out to look for the individual, the dog walked out of the restroom and ran out the main entrance. (#If)(#If)Incident #5 – October 26, 2016 (#If)From Rona Pride:(#If)The Palo Verde Library security guard reported to Rona Pride a disruptive customer who brought his dog into the library. The security guard provided photos of the man from their security system. See attached photos.(#If)(#If)Incident #6 – Week of November 14, 2016(#If)From Tony Tarango:(#If)I was working at the front desk when I noticed the man entering the facility with his dog off leash again. I approached the man and stated to him that he already knew he couldn't come in the building with his dog because it had already tried to bite staff. The man did not respond and just picked up the dog and rushed into the restroom. I waited for the man to exit the bathroom and again I told him that he could not be in the building because of his aggressive dog, and if I saw him in the building again then I would have to call the police. He stated, "Go ahead and call the police what the fuck are they going to do and if you do you better watch your back". I then followed the individual to make sure he exited the building and as he did he continued to talk and cuss at me.(#If)(#If)Incident #7 – December 16, 2016 (#If)From Tony Tarango:(#If)At 2:14p.m. I received a text from Isabel Silvas, ISS employee informing me that my 1996 Nissan pickup had been broken into. I was offsite and arrived back at the center approximately 20 minutes later to see the driver side window had been broken and my seat was folded up as if they were looking for something to steal. I called 911 to report the crime and approximately 2 hours later officers Nobel and Grosskopf arrived to take a report. They informed me that this was their area or beat and through conversation about the center and the surrounding community I informed the officers of the issues we had been having with the man with the dog. Officer Grosskopf said that he knew who I was referring to because he had previous interactions with the individual. Officer Grosskopf asked if the dog had bit me because in the past it had attempted to bite him. The officers advised that if we had anymore issues with him to call police. (#If)(#If)Incident #8 – Week of December 28, 2016 (#If)From Tony Tarango:(#If)I received a text from Isabel Silvas, ISS employee and Lupe Alaca, Recreation Leader, "The guy with the dog is in the building." I called Lupe and asked her what he was doing and she stated that he just walked in to the restroom.

I asked her if he had his dog with him and she said," Yes." I then told her not to say anything to him because of past situations and just let him use the restroom and call me when he leaves. Screenshot of text message included. (#If)(#If)

## Witness

| name | address | phone |
|---|---|---|
| Isabel Silva-ISS Staff | 4420 N. 51st Ave, Phx 85031 | 602-534-3755 |
| Joshua Govan-ISS Staff | 4420 N. 51st Ave, Phx 85031 | 602-534-3755 |
| Hannah Glemba - City Staff | 4420 N. 51st Ave, Phx 85031 | 602-534-3755 |

Copyright © City of Phoenix Parks and Recreation Department

COP 011242