# EXHIBIT 15

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. ) CV-17-04565-PHX-SMB |
| City of Phoenix, et al., | ) ) |
|     Defendants. | ) ) |

VIDEOTAPED DEPOSITION OF JAMES CLARK

Scottsdale, Arizona
July 30, 2019
2:02 p.m.

PREPARED FOR:
(COPY)

PREPARED BY:
SHERYL L. HENKE, RPR
Arizona CCR No. 50745

CONFIDENTIAL

1  was he -- was he uncuffed, or was he still cuffed and
2  you all were working on getting his arms behind his
3  back; do you recall?
4      A.   Let me explain.  He had a cuff on this arm, a
5  cuff on his right arm.  They were using two sets of
6  cuffs.
7      Q.   Yes.
8      A.   They were not hooked together.  So his right
9  arm, his left arm were not attached together with the
10 cuffs.
11     Q.   Okay.
12     A.   They were separate.
13     Q.   All right.  Fine.  So when you got there they
14 were separated, but the cuffs were on the two arms?
15     A.   Correct.
16     Q.   Okay. And that's when you all helped to
17 get -- collectively helped to get his arms behind his
18 back?
19     A.   Correct.
20     Q.   Now, when you got his arms behind his back,
21 did you all end up using one cuff or still both cuffs?
22     A.   One cuff.
23     Q.   And the -- the hinge cuff?
24     A.   Yes.
25     Q.   Okay.  Was there any conversation with any

1  A. Specific training as in how?

2  Q. I have no idea. Is there something that --
3  something special that you all deal with when you're --
4  you're dealing with homeless people?

5  A. There's been no formal training, but they come
6  up with programs. Every now and then they will get a
7  grant to where they'll have different, not shelters but
8  resources that you can take them to, to get them help.

9  Q. Okay. When the hobble is placed on, does it
10 -- is that like being hogtied?

11 A. What's your version of hogtied?

12 Q. Well, when, you know, handcuffs and maybe the
13 legs bend back, you can tighten it as much as you want
14 or not, but basically is that what it is, is that the
15 idea?

16 A. The idea is so he can't kick his feet. It's
17 to immobilize his feet, get them tied to the back. If
18 you cinch it up really tight, then I think what you're
19 referring to is hogtied.

20 Q. Yeah.

21 A. Where the legs are going to be past that
22 90-degree angle, and the heels will up on his lower
23 back.

24 Q. Depending on how tight you cinch it?

25 A. We don't do that.