# EXHIBIT 53

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF ARIZONA

3

4  Mussalina Muhaymin,       )
                            )
5       Plaintiff,       )
                            )
6        vs.          ) Case No.
                            ) CV-17-04565-PHX-SMB
7  City of Phoenix, et al.,  )
                            )
8       Defendants.      )
    _____)
9

10

11

12      DEPOSITION OF AMANDA E. MASKOVYAK, M.D.

13               (VIA ZOOM)

14            (CONFIDENTIAL)

15

16           Phoenix, Arizona
               May 26, 2020
17              1:00 p.m.

18

19

20

21

22  Prepared by:             BB&S REPORTING LLC
    Pamela Joy Giffin, RPR     2415 East Camelback Road
23  Arizona CR No. 50106       Suite 700
    California CSR No. 8651     Phoenix, Arizona  85016
24
                            602-883-8390
25                        office@bbsreporting.com

 1   would need to understand that individual's tolerance

 2   and history of usage, right?

 3            MS. STILLWELL:  Speculative, argumentative,

 4   leading.

 5        Q.    BY MR. CHAMI:  Correct?

 6        A.    I would say not necessarily.

 7        Q.    BY MR. CHAMI:  So you're saying that you can

 8   to a reasonable degree of medical certainty determine

 9   based on the levels of methamphetamine in a person and

10   no other information, you'd be able to render a

11   medically certain opinion as to the impact of the meth

12   on that individual?

13            MS. STILLWELL:  Same objection.

14            THE WITNESS:  Yes.  Methamphetamine is

15   considered a drug with no safe levels.

16        Q.    BY MR. CHAMI:  How many people -- do you know

17   how many people use meth in the United States each

18   year?

19            MS. STILLWELL:  Form and foundation.

20            THE WITNESS:  No.

21        Q.    BY MR. CHAMI:  Do you know how many people

22   die from meth in the United States each year?

23            MS. STILLWELL:  Same objection.

24   Argumentative, relevance, foundation.

25            THE WITNESS:  No.

1      Q.     BY MR. CHAMI:  What makes you think

2   Mr. Muhaymin was going to die from meth on January 4th,

3   2017?

4           MS. STILLWELL:  Argumentative, speculative,

5   leading.

6           THE WITNESS:  Methamphetamine is a drug that

7   has unpredictable effects, again, no safe level, so if

8   you're using it, there's always the potential for it to

9   be fatal.

10     Q.     BY MR. CHAMI:  I mean, aspirin can be fatal,

11   right?

12           MS. STILLWELL:  Objection.

13           THE WITNESS:  Yes.

14           MS. STILLWELL:  Argumentative.

15     Q.     BY MR. CHAMI:  Okay.  How about coronary

16   heart disease?  Is that something that Mr. Muhaymin was

17   likely to die from on January 4th, 2017, absent

18   physical exertion during law enforcement subdual?

19           MS. STILLWELL:  Argumentative, speculative

20   and leading.

21           THE WITNESS:  So coronary artery disease, and

22   it's possible, I would say less likely.

23     Q.     BY MR. CHAMI:  Okay.  Do you know how many

24   people in the United States have -- over the age of 20

25   have coronary artery disease?