**EXHIBIT 57**



# City of Phoenix

**To:** Jeri L. Williams
Police Chief

**Date:** July 26, 2018

**From:** Use Of Force Review Board

**Subject:** USE OF FORCE INCIDENT REVIEW RESULTS (PSB17-0004)

**EMPLOYEES INVOLVED:** Sergeant Steven Wong #7293 (800); Officer Ronaldo Canilao #7439 (800); Officer James Clark #5708 (900); Officer David Head #6119 (800); Officer Susan Heimbigner #6291 (800); Officer Jason Hobel #7012 (800); Officer Dennis Leroux #7699 (DEB); Officer Kevin McGowan #6788 (600); Officer Ryan Nielsen #8028 (900)

The use of force incident occurred on January 4, 2017, at 9:30 a.m. at 4420 N. 51st Avenue.

The Use of Force Review Board met on Wednesday, July 25, 2018, at 1:00 p.m. in the 1st Floor Conference Room at 620 W. Washington. The Board consisted of Chairperson/Assistant Chief John Collins, Commander Anthony Vasquez, Sergeant Brian Rimsza, Officer Kevin Ham, Mr. Carl Lange, Mr. Richard Smith and Mr. Ronald Tweedy.

After careful consideration of the presentation given by the investigating supervisor from the Professional Standards Bureau and statements from the officers involved, the Board recommends that this use of force be designated as in accordance with the Department's policy.

A/C JC  5/60

_____
John Collins, Assistant Police Chief
Use of Force Review Board Chairperson

A4837\ooa\I:\Use of Force\2018 In Policy\PSB17-0004.doc

cc: Assistant Chief Sandra Renteria (CHF)
Assistant Chief Mary Roberts (CHF)
Commander Edward DeCastro (800)
Commander Charles Consolian (900)
Commander Steve Martos (600)
Commander Sean Connolly (DEB)
Sergeant Tadd Cline (PSB)
Ms. Elisa Rodriguez (PSB)
Ms. Ruth Anna LaCoss (FMB)

Sergeant Steven Wong (800)
Officer Ronaldo Canilao (800)
Officer James Clark (900)
Officer David Head (800)
Officer Susan Heimbigner (800)
Officer Jason Hobel (800)
Officer Dennis Leroux (DEB)
Officer Kevin McGowan (600)
Officer Ryan Nielsen (900)

7-30-18
Concur with Board Recommendation

CONFIDENTIAL   COP 011009



# City of Phoenix

**To:** Jeri L. Williams
Police Chief

**Date:** December 6, 2018

**From:** Use Of Force Review Board

**Subject:** USE OF FORCE INCIDENT REVIEW RESULTS (PSB17-0004)

**EMPLOYEE INVOLVED: Officer Oswald Grenier #7080 (800)**

The use of force incident occurred on January 4, 2017, at 9:30 a.m. at 4420 N. 51st Avenue.

The Use of Force Review Board met on Wednesday, December 5, 2018, at 2:00 p.m. in the 1st Floor Conference Room at 620 W. Washington. The Board consisted of Chairperson/Assistant Chief John Collins, Commander Anthony Vasquez, Sergeant Brian Rimsza, Officer Kevin Ham, Mr. Carl Lange, Mr. Richard Smith and Mr. Ronald Tweedy.

After careful consideration of the presentation given by the investigating supervisor from the Professional Standards Bureau and statements from the officer involved, the Board recommends that this use of force be designated as in accordance with the Department's policy.

*A/C SC Collins 5/6*

John Collins, Assistant Police Chief
Use of Force Review Board Chairperson

A4837\ooa\l:\Use of Force\2018 In Policy\PSB17-0004 Grenier.doc

cc: Assistant Chief Sandra Renteria (CHF)
Commander Edward DeCastro (800)
Sergeant Tadd Cline (PSB)
Officer Oswald Grenier (800)
Ms. Elisa Rodriguez (PSB)
Ms. Ruth Anna LaCoss (FMB)

*I believe this could have been handled better in the initial contact with Grenier. That said, I will concur with the Board.*

CONFIDENTIAL          COP 010501.1