Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
travis.hill@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-SMB<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEAL:**<br><br>**1) MOTION FOR SUMMARY JUDGMENT;**<br><br>**2) STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**3) EXHIBITS TO STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

On December 21, 2020, Plaintiff filed a "Response in Opposition to Defendants' Motion(s) to Seal (Dkt. Nos. 272, 276)." On December 18, 2020 at 2:30 p.m., Plaintiff first contacted Defense counsel regarding the Motion to Seal and requested a meet and confer the following Monday, December 21, 2020. *See* **Exhibit A**, correspondence from

Plaintiff's counsel on December 18, 2020. After multiple exchanges between counsel, including Defense Counsel's quoted reference to the ruling set forth in this Court's December 11, 2020 Sealed Order, Plaintiff's counsel was advised Defense Counsel was out of the office but would be contacted to participate in a meet and confer on Monday, December 21, 2020.[1] *See also* Order dated June 5, 2020 at Dkt. No. 188; Sealed Order dated December 11, 2020 at Dkt. No. 271; and **Exhibit A**. Instead of contacting undersigned counsel and engaging in a meet and confer on December 21, 2020, Plaintiff's counsel filed an Opposition with the Court. *See* Dkt. No. 277.

Plaintiff's Opposition to the Motion to Seal again ignores and defies the Court's Orders in this matter. The parties have been before the Court on this issue multiple times. The vast majority of the forty (40) page Motion for Summary Judgment, the twenty (20) page Statement of Facts in support of the Motion, and the seventy-four (74) Exhibits have previously been deemed confidential pursuant to the Court's Protective Order at Dkt. 072. *See* Dkt. Nos. 188, 271. The reasons for that protection have already been litigated before this Court multiple times over the past several months.

Moreover, Plaintiff's Opposition is premature. Even the cases relied upon by Plaintiff addressed whether materials previously deemed confidential would remain confidential *after* a case is fully adjudicated and/or a ruling was issued on the subject motions. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). To ask this Court to take a precognitive approach and unseal confidential information at this stage is entirely improper and inappropriate. If the Court unseals confidential information at this stage and an adverse

---

[1] Interestingly, in his correspondence, Plaintiff suggested that the pleadings be "redacted;" however, in his Response in Opposition requests that the Court unseal the entirety of the pleadings and exhibits. *See* **Exhibit A**. However, even "redacting" the pleadings as Plaintiff suggested, would require the bulk of the pleadings be redacted and would render them nearly unintelligible.

ruling to the Defendants is rendered, the confidential nature of the information previously sealed is now nullified before there is an adjudication of the issues on their merits. Accordingly, it is proper to maintain these pleadings and information under seal at this time. Should the Court require Defendants to present "compelling reasons" before the Motion for Summary Judgment has been fully briefed, argued, and ruled upon, Defendants respectfully request an opportunity to do so.

Defendants respectfully request the Court seal their Motion for Summary Judgment, their Statement of Facts in support of the Motion for Summary Judgment, and the Exhibits submitted. *See* Dkt. Nos. 272, 273, 274, 275, 276. Defendants also respectfully request the Court Order all subsequent briefing, i.e., the Response to the Motion for Summary Judgment, Plaintiff's Statement of Facts and Opposing Statement of Facts, and Reply in Support of Motion for Summary Judgment, including all exhibits referenced by both parties, to be filed under seal.

Dated: December 22, 2020.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    Travis B. Hill
    *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

David A. Chami
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorney for Plaintiff*

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
*Attorney for Plaintiff*

Brian J. Theut
THEUT, THEUT & THEUT
5150 North 16th Street
Phoenix, AZ 85016
*Guardian Ad Litem and Statutory Representative for A. M.*

By: /s/ Dara J. Wilson

# EXHIBIT A

# Tiffany Gill

| | |
|---|---|
| **From:** | Tiffany Gill |
| **Sent:** | Friday, December 18, 2020 4:57 PM |
| **To:** | David Chami |
| **Cc:** | Karen Stillwell; Dara Wilson; Haytham Faraj; Florence Lirato; christina@farajlaw.com; Sekneh Faraj; Michael Yancey; Travis Hill |
| **Subject:** | RE: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits |

I will reach out to Karen on Monday and let you know.

Have a nice weekend,



**TIFFANY GILL** | Paralegal
O'Connor & Dyet, P.C.
7955 South Priest Drive | Tempe, Arizona 85284
P: 602.241.7028 | F: 602.241.7039
vCard | Email | Bio | Website

NOTICE: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be a legally privileged document. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited by law. Please reply to the sender that you have received the message in error, or please call the sender at (602) 241-7000 and then delete this email from your system. Thank you.

**From:** David Chami <david@pricelawgroup.com>
**Sent:** Friday, December 18, 2020 4:47 PM
**To:** Tiffany Gill <Tiffany.Gill@occlaw.com>
**Cc:** Karen Stillwell <Karen.Stillwell@occlaw.com>; Dara Wilson <Dara.Wilson@occlaw.com>; Haytham Faraj <haytham@farajlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>; Travis Hill <Travis.Hill@occlaw.com>
**Subject:** Re: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

If Karen believes our conversation would be futile that I am comfortable foregoing the conversation and just bringing the motion.

Referencing items that are covered by the protective order does not make them sealable. The burden is still on the defendants to establish that ceiling is warranted. Furthermore only portions of the motion quote from ▉▉▉▉▉ and could have been redacted. Sealing the entire motion is completely inappropriate.

Finally had I known Miss still I would be unavailable until January 4 I could've spoken to her this afternoon. I'm happy to get on the phone and make myself available anytime that is convenient for her on Monday.

David Chami, Esq.
Managing Partner, Litigation
8245 N 85th Way
Scottsdale AZ 85258
David@pricelawgroup.com
P: (818) 600-5515
F: (818) 600-5415

Please excuse any typos as this message has been sent from my mobile device

On Dec 18, 2020, at 4:42 PM, Tiffany Gill <Tiffany.Gill@occlaw.com> wrote:

Good afternoon Mr. Chami,

Unfortunately Ms. Stillwell is out of the office for the rest of the afternoon and is unavailable to respond to your email. Please note she will also be out of the office through January 4.

I spoke with Ms. Stillwell given the nature of your email below. There are several references and quotes from information/materials deemed confidential by the Court and, therefore, the Motion, Statement of Facts, and Exhibits were filed under seal in accordance with the Court's Order.

Given that Ms. Stillwell is out of the office, please advise if you would still like a telephone call on Monday to discuss this issue with her. If so, please provide a timeframe in which you are available and I will contact her to schedule the call.

Thank you,

<image003.png>

**TIFFANY GILL** | Paralegal
O'Connor & Dyet, P.C.
7955 South Priest Drive | Tempe, Arizona 85284
**P**: 602.241.7028 | **F**: 602.241.7039
vCard | Email | Bio | Website

NOTICE: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be a legally privileged document. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited by law. Please reply to the sender that you have received the message in error, or please call the sender at (602) 241-7000 and then delete this email from your system. Thank you.

**From:** David Chami <david@pricelawgroup.com>
**Sent:** Friday, December 18, 2020 4:06 PM
**To:** Karen Stillwell <Karen.Stillwell@occlaw.com>; Dara Wilson <Dara.Wilson@occlaw.com>; Haytham Faraj <haytham@farajlaw.com>
**Cc:** Tiffany Gill <Tiffany.Gill@occlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>; Travis Hill <Travis.Hill@occlaw.com>
**Subject:** Re: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

You sealed the whole motion not just the ▮▮▮▮▮▮▮▮▮▮▮ themselves.

David Chami, Esq.
Managing Partner, Litigation
8245 N. 85th Way

Scottsdale, AZ 85258
Phone: 818-600-5515
Fax: 818-600-5415
david@pricelawgroup.com



**IRS Circular 230 Disclosure**: To ensure compliance with the requirements imposed by the IRS, we inform you that, to the extent that this communication or any attachment addresses a tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code; or (ii) promote, market or recommend to another party any transaction or matter addressed herein or in any such attachment.

**Confidentiality Notice**: This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. if you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Karen Stillwell <Karen.Stillwell@occlaw.com>
**Sent:** Friday, December 18, 2020 3:38 PM
**To:** David Chami <david@pricelawgroup.com>; Dara Wilson <Dara.Wilson@occlaw.com>; Haytham Faraj <haytham@farajlaw.com>
**Cc:** Tiffany Gill <Tiffany.Gill@occlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com <christina@farajlaw.com>; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>; Travis Hill <Travis.Hill@occlaw.com>
**Subject:** RE: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

Mr. Chami,

I am *not* abusing the PO and my designations are/were done in good faith.

With all due respect, I refer you to the Court's Sealed Order and the rulings set forth therein, including the specific ruling that the [REDACTED]

If you still believe that a meet and confer is necessary after you review the Court's Sealed Order, please let me know. Thanks.

<image004.png>

**KAREN STILLWELL** | Attorney
O'Connor & Dyet, P.C.
7955 South Priest Drive | Tempe, Arizona 85284
**P:** 602.241.7030 | **F:** 602.241.7039
vCard | Email | Bio | Website

NOTICE: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be a legally privileged document. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited by law. Please reply to the sender that you have received the message in error, or please call the sender at (602) 241-7000 and then delete this email from your system. Thank you.

**From:** David Chami <david@pricelawgroup.com>
**Sent:** Friday, December 18, 2020 3:19 PM
**To:** Karen Stillwell <Karen.Stillwell@occlaw.com>; Dara Wilson <Dara.Wilson@occlaw.com>; Haytham

Faraj <haytham@farajlaw.com>
Cc: Tiffany Gill <Tiffany.Gill@occlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>
Subject: Re: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

Karen:

You continue to abuse the PO by improperly claiming items are confidential just because you labeled them that way.

The Court did not state ████████████████████████████████████
████████ There is a difference.

"A party seeking to seal a judicial record bears the burden of overcoming th[e] strong presumption [in favor of public access] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir.2003)). "That is, the party must articulate[ ] compelling reasons supported by specific factual findings, that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana*, 447 F.3d at 1178-79 (internal citations and quotations omitted).

The Ninth Circuit has explicitly held, "the presumption of access is not rebutted where documents which are the subject of a protective order are filed with the court as attachments to summary judgment motions" and that "to retain any protected status for documents attached to a summary judgment motion, the proponent must meet the 'compelling reasons' standard and not the lesser 'good cause' determination." *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir.2003).

Please advise if you're available on Monday to discuss.


David Chami, Esq.
Managing Partner, Litigation
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: 818-600-5515
Fax: 818-600-5415
david@pricelawgroup.com



**IRS Circular 230 Disclosure:** To ensure compliance with the requirements imposed by the IRS, we inform you that, to the extent that this communication or any attachment addresses a tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code; or (ii) promote, market or recommend to another party any transaction or matter addressed herein or in any such attachment.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. if you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Karen Stillwell <Karen.Stillwell@occlaw.com>
**Sent:** Friday, December 18, 2020 2:32 PM
**To:** David Chami <david@pricelawgroup.com>; Dara Wilson <Dara.Wilson@occlaw.com>; Haytham Faraj <haytham@farajlaw.com>
**Cc:** Tiffany Gill <Tiffany.Gill@occlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com <christina@farajlaw.com>; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>
**Subject:** RE: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

Mr. Chami,

Please explain why you disagree about it being filed under seal in light of the Court's most recent Sealed Order. The motion, statement of facts, and exhibits detail information that has been deemed confidential. I just need to understand the basis of your disagreement.

You will receive the exhibits today.

Thanks.

<image004.png>

**KAREN STILLWELL** | Attorney
O'Connor & Dyet, P.C.
7955 South Priest Drive | Tempe, Arizona 85284
**P:** 602.241.7030 | **F:** 602.241.7039
vCard | Email | Bio | Website

NOTICE: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be a legally privileged document. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited by law. Please reply to the sender that you have received the message in error, or please call the sender at (602) 241-7000 and then delete this email from your system. Thank you.

**From:** David Chami <david@pricelawgroup.com>
**Sent:** Friday, December 18, 2020 2:30 PM
**To:** Dara Wilson <Dara.Wilson@occlaw.com>; Haytham Faraj <haytham@farajlaw.com>
**Cc:** Karen Stillwell <Karen.Stillwell@occlaw.com>; Tiffany Gill <Tiffany.Gill@occlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>
**Subject:** Re: Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

Karen

We disagree that the motion for summary judgment and exhibits can be filed under seal. We plan to bring a motion to oppose the sealing of the motion. I am available to meet and confer on Monday. Please advise if you will withdraw your request to seal.

Additionally, you filed the motion on the 17th but we still do not have the exhibits. Will we get them today? Not having them impacts are review.

David Chami, Esq.
Managing Partner, Litigation
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: 818-600-5515
Fax: 818-600-5415
david@pricelawgroup.com



**IRS Circular 230 Disclosure**: To ensure compliance with the requirements imposed by the IRS, we inform you that, to the extent that this communication or any attachment addresses a tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code; or (ii) promote, market or recommend to another party any transaction or matter addressed herein or in any such attachment.

**Confidentiality Notice**: This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. if you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Dara Wilson <Dara.Wilson@occlaw.com>
**Sent:** Thursday, December 17, 2020 5:45 PM
**To:** David Chami <david@pricelawgroup.com>; Haytham Faraj <haytham@farajlaw.com>
**Cc:** Karen Stillwell <Karen.Stillwell@occlaw.com>; Tiffany Gill <Tiffany.Gill@occlaw.com>; Florence Lirato <florence@pricelawgroup.com>; christina@farajlaw.com <christina@farajlaw.com>; Sekneh Faraj <sekneh@farajlaw.com>; Michael Yancey <Michael@pricelawgroup.com>
**Subject:** Muhaymin v. City of Phoenix - SEALED MSJ, SOF and Exhibits

Good Afternoon,

By now you should have received from the court notice of docket entry of filing the attached SEALED Motion for Summary Judgment (dkt 273) and Statement of Facts in Support of Motion for Summary Judgment (dkt 274). Due to the size of exhibits and an issue electronically filing same, they will be provided to you tomorrow.

Please be advised that a hard copy of these pleadings will not be mailed. Thank you.

| <image005.png> | **DARA WILSON** \| Legal Assistant<br>O'Connor & Dyet, P.C.<br>7955 South Priest Drive \| Tempe, Arizona 85284<br>P: 602.241.7024 \| F: 602.241.7039<br>vCard\| Email \| Website |
|---|---|

NOTICE: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be a legally privileged document. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited by law. Please reply to the sender that you have received the message in error, or please call the sender at (602) 241-7000 and then delete this email from your system. Thank you.