# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin, et al., | No. CV-17-04565-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to Defendants City of Phoenix, Antonio Tarango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer Ryan Nielsen and Sergeant Steven Wong (collectively "Phoenix Defendants") Motion to Exceed Page Limits for Motion for Summary Judgment and Accompanying Statement of Facts (Doc. 270) and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion and permitting Phoenix Defendants' to file their Motion for Summary Judgment not to exceed forty (40) pages, and Separate Statement of Facts in Support of Motion for Summary Judgment not to exceed thirty (30) pages, including citations to the record.

Dated this 30th day of December, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge