1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

9    Mussalina Muhaymin, et al.,            No. CV-17-04565-PHX-SMB

10                  Plaintiffs,             **ORDER**

11   v.

12   City of Phoenix, et al.,

13                  Defendants.

14

15         Pursuant to Defendants City of Phoenix, Antonio Tarango, Officer Oswald Grenier,

16   Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David

17   Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer

18   Ryan Nielsen and Sergeant Steven Wong (collectively "Phoenix Defendants") Motion to

19   Seal: (1) Defendants' Motion for Summary Judgment; (2) Defendants' Separate Statement

20   of Facts in Support of Motion for Summary Judgment; and (3) All Exhibits to Defendants'

21   Separate Statement of Facts in support of Motion for Summary Judgment (Doc. 272) and

22   good cause appearing,

23         **IT IS HEREBY ORDERED** granting the Motion and sealing Defendants' Motion

24   for Summary Judgment filed at Doc. 273, Defendants' Separate Statement of Facts in

25   Support of Motion for Summary Judgment filed at Doc. 274, and all referenced exhibits

26   filed at Doc. 275.

27         **IT IS FURTHER ORDERED** that this order will be reconsidered after hearing

28   from counsel at oral argument on the motion for summary judgment.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their response, separate statement of facts, and exhibits under seal.

Dated this 8th day of January, 2021.

Honorable Susan M. Brnovich
United States District Judge