# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin, et al., | No. CV-17-04565-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to Defendants City of Phoenix, Antonio Tarango, Oswald Grenier, Kevin McGowan, Jason Hobel, Ronaldo Canilao, David Head, Susan Heimbigner, James Clark, Dennis Leroux, Ryan Nielsen and Steven Wong (collectively "Phoenix Defendants") Motion to Seal Defendants' Reply in Support of Expedited Motion for Protective Order and Motion for Sanctions (Doc. 250), including the referenced exhibits, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion and sealing Defendants' Reply in Support of Expedited Motion for Protective Order and Motion for Sanctions (Doc. 251), including the referenced exhibits.

Dated this 8th day of January, 2021.

Honorable Susan M. Brnovich
United States District Judge