# EXHIBIT B

Audio File submitted via Flash Drive
911 Dispatch Call on January 4, 2017
COP000239