Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
travis.hill@occlaw.com
(602) 241-7000
*Attorneys for Phoenix Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-SMB<br><br>**DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>Assigned to the<br>Honorable Susan M. Brnovich |

Defendants City of Phoenix, Antonio Tarango, Oswald Grenier, Kevin McGowan, Jason Hobel, Ronaldo Canilao, David Head, Susan Heimbigner, James Clark, Dennis Leroux, Ryan Nielsen and Steven Wong (collectively the "Defendants"), respectfully request this Court continue the Oral Argument currently set for **Tuesday, May 4, 2021 at 10:00 am** on Defendants' Motion for Summary Judgment (Dkt. Nos. 273, 274, 275, 277,

- 2 -

278 296), to a later date, after the briefing has been completed on Defendants' Motion to Exclude Testimony by Plaintiff's Expert, Dr. Bennet Omalu (Dkt. No. 303).

In the interests of the parties' and the Court's time and resources, Defendants respectfully request that their Motion for Summary Judgment ***be considered and argued simultaneously*** with their Motion to Exclude Testimony by Plaintiff's Expert, Dr. Bennet Omalu (Dkt. No. 303), given the significant overlapping arguments and significance of both Motions to this litigation.

Undersigned counsel contacted opposing counsel for his position on the requested continuance. Opposing counsel objects. However, opposing counsel also indicated his intention to file three (3) Motions to Exclude related to Defendants' experts, seemingly with similar significance to this litigation. Undersigned counsel is unaware of the specific content of Plaintiff's additional anticipated Motions; however, the presumed significance of the Court's rulings on those Motions (as well as Defendants' pending Motions), further warrants a continuance of the Oral Argument on the Motion for Summary Judgment and scheduling Oral Argument for the Court's consideration of all Motions simultaneously.

Defendants' request is made in good faith, for judicial economy, and is not for purposes of delay.

Dated: April 2, 2021.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    Travis B. Hill
    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| David A. Chami<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>*Attorney for Plaintiff* | Haytham Faraj<br>LAW OFFICES OF HAYTHAM FARAJ<br>1935 W Belmont Ave.<br>Chicago, IL 60657<br>*Attorney for Plaintiff* |

Brian J. Theut
THEUT, THEUT & THEUT
5150 North 16th Street
Phoenix, AZ 85016
*Guardian Ad Litem and Statutory Representative for A. M.*

By: */s/ Dara J. Wilson*