David A. Chami, AZ #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
david@pricelawgroup.com

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
T: (312) 635-0800
F: (202) 280-1039
haytham@farajlaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Phoenix, an Arizona Municipal Corporation, *et al.*, <br><br> Defendants. | Case No.: CV-17-04565-PHX-SMB <br><br> **PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S MOTIONS TO EXCLUDE EXPERT TESTIMONY** |

Pursuant to the Protective Order [Doc. 72], Plaintiff Mussalina Muhaymin respectfully requests this Court seal Plaintiff's Motions to Exclude Expert Testimony by Defendants' Experts, Dr. Gary M. Vilke, Dr. Binh T. Ly and Greg Meyer, including the exhibits identified in the Motions.

1

| | |
|---|---|
| Date: April 2, 2021 | **PRICE LAW GROUP, APC** |
| | By: /s/ David A. Chami |
| | David A. Chami, AZ #027585 |
| | david@pricelawgroup.com |
| | Attorneys for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Florence Lirato*