**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., | Case No.: CV-17-04565-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, an Arizona Municipal Corporation, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Seal Plaintiff's Motions to Exclude Expert Testimony by Defendants' Experts, Dr. Gary M. Vilke, Dr. Binh T. Ly and Greg Meyer, including the exhibits identified in the Motions. After review, and good cause appearing,

IT IS ORDERED granting Plaintiff's Motion [305] and sealing Plaintiff's Motions, including the exhibits identified in the Motions.