**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| U.S. District Judge: Susan M. Brnovich | Date: April 13, 2021 |
| Case Number: CV-17-04565-PHX-SMB | |
| Muhaymin v. Phoenix, City of et al | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Brian J. Theut | Karen J. Stillwell |
| | Haytham Faraj | |
| | David A. Chami | |

**MOTION HEARING:**

Motion Hearing re: Defendant's Motion to Continue Oral Argument (Doc. 304) held. Oral argument held. It is hereby ordered denying the motion.

Discussion held regarding Plaintiffs' Motions to Exclude Expert Testimony (Lodged at Docs. *306, 307, and 308) and Defendant's Motion to Exclude Expert Testimony (Lodged at Doc. 303).

Defendant moves to strike Plaintiffs' Motion to Exclude Expert Testimony by Defendants' Expert Dr. Binh Ly (Doc. 306). The motion is granted with leave to refile as 17 pages within seven days from today's date. Defendant shall respond within two weeks from the date it's filed.

Defendants' oral motion for a two-week extension to respond to Plaintiff's Motion Exclude (Docs 307 and 308) is granted with no objection by the Plaintiff.

Plaintiffs' oral motion for a two-week extension to respond to Defendant's Motion to Exclude Expert Testimony by Plaintiff's Expert Dr. Bennet Omalu is granted with no objection by the Defendant.

| | |
|---|---|
| Deputy Clerk: Elaine Garcia | **18 minutes** |
| Court Reporter: Christine Coaly | **Start: 11:01 AM** |
| | **Stop: 11:19 AM** |

*The documents are now filed as Docs. 313, 314, 315 and 316