Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
travis.hill@occlaw.com
(602) 241-7000
*Attorneys for Phoenix Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br> Defendants. | Case No.: 17-cv-04565-PHX-SMB <br><br> **DEFENDANTS' MOTION TO SEAL NOTICE OF VIOLATIONS OF ARIZ. R. PROF. COND. E.R. 4.2 & 3.6, AND LOCAL RULE OF CIVIL PROCEDURE 83.8 AND MOTION FOR SANCTIONS** <br><br> Assigned to the <br> Honorable Susan M. Brnovich |

Defendants City of Phoenix, Antonio Tarango, Oswald Grenier, Kevin McGowan, Jason Hobel, Ronaldo Canilao, David Head, Susan Heimbigner, James Clark, Dennis Leroux, Ryan Nielsen and Steven Wong (collectively the "Defendants"), respectfully request this Court seal Defendants' Notice of Violations of Ariz. R. Prof. Cond. E.R. 4.2

& 3.6 and Local Rule of Civil Procedure 83.8, and Motion for Sanctions, including the referenced exhibits. The Notice and exhibits contain documents and information that contain confidential information and/or have been designated Confidential under this Court's Protective Order entered on May 8, 2019 (Dkt. No. 072), and therefore, public access should not be permitted.

Dated: May 3, 2021.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
　　Daniel J. O'Connor, Jr.
　　Karen J. Stillwell
　　Travis B. Hill
　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

David A. Chami
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorney for Plaintiff*

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
*Attorney for Plaintiff*

Brian J. Theut
THEUT, THEUT & THEUT
5150 North 16th Street
Phoenix, AZ 85016
*Guardian Ad Litem and Statutory Representative for A. M.*

By: */s/ Aly Shomar-Esparza*