IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin, et al., | No. CV-17-04565-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Douglas L. Rayes. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-17-04565-PHX-DLR.

Dated this 9th day of September, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge