IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> vs. <br><br> Ronaldo Canilao; James Clark; Oswald Grenier; David Head; Susan Heimbinger; Jason Hobe; Dennis Lerous; Kevin McGowan; Ryan Nielson; Antonio Tarango; Steven Wong; City of Phoenix, <br><br> Defendants. | Case No.: CV-17-04565-PHX-DLR <br><br> **[PROPOSED] ORDER** |

The Court having considered the Motion to Intervene and Unseal by Muslim Advocates:

IT IS HEREBY ORDERED that the Motion to Intervene be granted and that the summary judgment filings, exhibits, hearing transcript and decision be unsealed and placed on the public docket.

1