Daniel J. O'Connor, Jr., Bar No. 010081
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona   85284
daniel.oconnor@occlaw.com
travis.hill@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-DLR<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO INTERVENOR MUSLIM ADVOCATES' MOTION TO INTERVENE AND MOTION TO UNSEAL**<br><br>Assigned to the<br>Honorable Douglas L. Rayes |

Undersigned counsel for Defendants City of Phoenix, Antonio Tarango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer Ryan Nielsen and Sgt. Steven Wong (collectively "Phoenix Defendants")

and counsel for Intervenor Muslim Advocates, hereby stipulate and respectfully request the Court extend the deadline for Defendants to file their Response to Intervenor Muslim Advocates' Motion to Intervene and Motion to Unseal (Doc. 356 and 357), for four (4) days, to and including **October 1, 2021**.

This stipulation is made in good faith and is made in light of an additional Motion to Intervene filed by The Associated Press (Doc. 358), to which Defendants' response is due on October 1, 2021.

A proposed form of Order is submitted for the Court's convenience.

RESPECTFULLY SUBMITTED this 23rd day of September, 2021.

**O'CONNOR & DYET, P.C.**

By: */s/ Travis B. Hill*
　　Daniel J. O'Connor, Jr.
　　Travis B. Hill
　　*Attorneys for Defendants*

**MUSLIM ADVOCATES**

By: */s/ Sanaa Ansari (w/ permission)*
　　Sanaa Ansari
　　*Attorney for Intervenor*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| David A. Chami<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>*Attorney for Plaintiff* | Haytham Faraj<br>LAW OFFICES OF HAYTHAM FARAJ<br>1935 W Belmont Ave.<br>Chicago, IL 60657<br>*Attorney for Plaintiff* |
| Brian J. Theut<br>THEUT, THEUT & THEUT<br>5150 North 16th Street<br>Phoenix, AZ 85016<br>*Guardian Ad Litem and Statutory Representative for A. M.* | Sanaa Ansari<br>MUSLIM ADVOCATES<br>P.O. Box 34440<br>Washington, D.C. 20043<br>*Attorney for Intervenor* |

By: */s/ D. Wilson*