Daniel J. O'Connor, Jr., Bar No. 010081
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona   85284
daniel.oconnor@occlaw.com
travis.hill@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-DLR<br><br>**DEFENDANTS' APPLICATION FOR SUBSTITUTION OF  COUNSEL WITH CLIENT CONSENT**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Pursuant to L.R.Civ. 83.3(b)(1), Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), attorneys Daniel J. O'Connor, Jr.

and Travis B. Hill and the law firm of O'Connor & Dyet, PC, hereby apply to this Court to withdraw as counsel of record for Defendants in this matter.

The City of Phoenix consents to the withdrawal of counsel as per the signed Consent below. The City of Phoenix further agrees and consents that the following attorneys and law firm may be substituted in as counsel of record for Defendants in the above-captioned action:

Georgia Staton, Esq.
Ravi Patel, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
(602) 262-1700
gstaton@jshfirm.com
rpatel@jshfirm.com

Pursuant to Local Rule 83.3(b)(3), substituting counsel set forth above is advised and aware that trial of this case is set to begin April 25, 2022 and advised of the hearing in this case scheduled for November 15, 2021. Substituting counsel will make suitable arrangements to prepare for trial and this Application is not filed for purposes of delaying trial.

The Consents attached hereto verify the agreement of City of Phoenix to the withdrawal of counsel of record and substitution as set forth above.

A form of Order is lodged herewith.

//

//

//

Dated: November 10, 2021.

**O'CONNOR & DYET, P.C.**


By: /s/ Travis B. Hill
    Daniel J. O'Connor, Jr.
    Travis B. Hill
    *Attorneys for Defendants*

## CONSENT

Les Tuskai, Assistant Chief Counsel for City of Phoenix, hereby acknowledges and consents to the withdrawal of the law firm of O'Connor & Dyet, PC as counsel of record for Defendants, and agrees to substitute in Georgia Staton and Ravi Patel from the law firm of Jones, Skelton & Hochuli, PLC, as counsel of record for Defendants in the above-captioned matter.

Georgia Staton of the law firm of Jones, Skelton & Hochuli, P.L.C., hereby consents to the firm's appointment as counsel of record for Defendants in the above-captioned action.


    /s/ Les Tuskai (*w/permission*)
Les Tuskai, Assistant Chief Counsel
City of Phoenix
City Attorney's Office


    /s/ Georgia Staton (*w/permission*)
Georgia Staton, Esq.
Ravi Patel, Esq.
JONES, SKELTON & HOCHULI, P.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| David A. Chami<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>*Attorney for Plaintiff* | Haytham Faraj<br>LAW OFFICES OF HAYTHAM FARAJ<br>1935 W Belmont Ave.<br>Chicago, IL 60657<br>*Attorney for Plaintiff* |
| Brian J. Theut<br>THEUT, THEUT & THEUT<br>5150 North 16th Street<br>Phoenix, AZ 85016<br>*Guardian Ad Litem and Statutory Representative for A. M.* | |

By: /s/          D. Zborower