Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1738
Fax: (602) 200-7859
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br> Defendants. | No. 17-cv-04565-PHX-DLR <br><br> **Unopposed Motion to Withdraw Defendants' Motion for Sanctions [Doc. 335]** <br><br> (Assigned to the Honorable Douglas L. Rayes) |

Defendants move to withdraw their Notice of Violations of Ariz. R. Prof. Cond. E.R. 4.2 & 3.6, and Local Rule of Civil Procedure 83.8 and Motion for Sanctions [Doc. 335], which is presently set for oral argument on November 15, 2021, and to vacate the hearing.

9910194.1

Counsel undersigned have conferred with counsel for Plaintiff and Plaintiff does not oppose this motion. A proposed order is attached hereto.

DATED this 12th day of November, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By/s/ Georgia A. Staton
Georgia A. Staton
Ravi V. Patel
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5

9910194.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Drapeau

9910194.1