EXHIBIT 1

Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Jared M. Scarbrough, Bar No. 022011
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5,<br><br>Defendants. | Case No.: 17-cv-04565-PHX-SMB<br><br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF** A.M. |

PLEASE TAKE NOTICE that, pursuant to FRCP 30, the *videotaped* deposition will be taken upon oral examination of the person whose name appears

below, before an officer duly authorized by law to administer oaths, and will be recorded by video and/or stenographer, at the time and place designated below:

| | |
|---|---|
| PERSON TO BE EXAMINED: | A.M.<br>c/o Price Law Group<br>c/o Law Offices of Haytham Faraj |
| DATE AND TIME OF DEPOSITION: | **Wednesday, December 11, 2019 at 3:30 pm** |
| PLACE OF DEPOSITION: | **O'Connor & Dyet, PC**<br>**7955 South Priest Drive**<br>**Tempe, Arizona 85284** |
| TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN: | **Sommer Green**<br>**Maricopa Reporting, Inc.**<br>**2801 East Camelback Road, Suite 200,**<br>**Phoenix, AZ 85016**<br>**(602) 505-7977**<br>**sommergreene96@gmail.com** |
| VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN: | **VideoDep, Inc.**<br>**4802 East Ray Road, Suite 23-47**<br>**Phoenix, AZ 85044**<br>**(602) 431-2181**<br>**videodep@videodep.com** |

*IF AN INTERPRETER IS REQUIRED TO TRANSLATE TESTIMONY, NOTICE OF SAME MUST BE GIVEN WITHIN TEN (10) DAYS BEFORE THE DEPOSITION DATE, AND THE SPECIFIC LANGUAGE AND/OR DIALECT DESIGNATED.*

Dated: November 20, 2019.

**O'CONNOR & DYET, P.C.**

By: */s/ Karen J. Stillwell*
Daniel J. O'Connor, Jr.
Karen J. Stillwell
Jared M. Scarbrough
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David A. Chami
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
david@pricelawgroup.com
*Attorney for Plaintiff*

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
haytham@farajlaw.com
*Attorney for Plaintiff*

***COPY of the foregoing emailed this 20th day of November, 2019 to:***

Sommer Green
Maricopa Reporting, Inc.
2801 East Camelback Road, Suite 200
Phoenix, AZ 85016
(602) 505-7977
sommergreene96@gmail.com

VideoDep, Inc.
4802 East Ray Road, Suite 23-47
Phoenix, AZ 85044
(602) 431-2181
videodep@videodep.com

By: */s/ Kim Penny*