EXHIBIT 3

# *Exhibit A*

Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Interested Parties, City of Phoenix,*
*Antonio Tarango, Officer Oswald Grenier,*
*Officer Kevin McGowan, Officer Jason Hobel,*
*Officer Ronaldo Canilao, Officer David Head,*
*Officer Susan Heimbigner, Officer James Clark,*
*Officer Dennis Leroux, Officer Ryan Nielsen,*
*and Officer Steven Wong*

## ARIZONA SUPERIOR COURT

## MARICOPA COUNTY

| | |
|---|---|
| In the Matter of the Estate of<br><br>MUHAMMAD ABDUL MUHAYMIN, JR.,<br><br>Deceased. | Case No.: PB2017-091535<br><br>**STIPULATED MOTION FOR APPOINTMENT OF STATUTORY REPRESENTATIVE FOR MINOR IN CONNECTION WITH ONGOING FEDERAL LAWSUIT**<br><br>(Assigned to the Honorable Susan White) |

Mussalina Muhaymin, as Personal Representative of this Estate ("Personal Representative"), Interested parties, City of Phoenix, Antonio Tarango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer Ryan Nielsen, and Sergeant Steven Wong (collectively "Phoenix Defendants"), and current Guardian Ad Litem, Brian J. Theut, hereby stipulate to the appointment of

Brian J. Theut as the statutory representative for Decedent's minor daughter, A.M. ███████, in connection with the ongoing Federal Lawsuit. The parties submit the following for the Court's consideration:

### A. BACKGROUND

On October 26, 2017, Mussalina Muyahmin was appointed as the Personal Representative for the Estate of Muhammad Abdul Muhaymin. At that time of his death, Muhammad Abdul Muhaymin had two children – an adult son and a minor daughter, A.M. ███████ ("A.M."). On that same date, Mr. Brian J. Theut was appointed as the Guardian ad Litem to represent the best interests of the minor child, A.M., in the Probate Action.

On December 8, 2017, a wrongful death and Section 1983 lawsuit was filed by Mussalina Muhaymin, as Personal Representative for the Estate of Muhammad Abdul Muhaymin, Jr., acting on behalf of the statutory beneficiaries. *See Muhaymin v. City of Phoenix, et al.*, 17-cv-04565-PHX-SMB, District Court of Arizona ("the federal lawsuit"). The federal lawsuit was filed against the City of Phoenix, ten individual police officers, and a City of Phoenix employee.

The only individuals who can claim damages (and try to recover) in the aforementioned federal lawsuit would be the statutory beneficiaries – the adult son and a minor child, A.M. As the parties participated in discovery and depositions in the federal lawsuit, it was discovered that A.M. is involved in an ongoing Juvenile Dependency action in Maricopa County Superior Court, believed to be under case number JD27750.[1] Mr. Theut, the Guardian Ad Litem for minor, A.M., in the Juvenile Dependency Action and this underlying Probate Action, has not been involved in the federal lawsuit to this point.

---

[1] Undersigned counsel does not have access to the pleadings or related information to JD27750, and it is believed that A.M. may be involved in more than one juvenile action.

It is undersigned counsel's understanding that A.M. has been placed with Mussalina Muhaymin (the Personal Representative) in a kinship placement; however, Ms. Muhaymin has no legal authority to act on behalf of or bind A.M. in the federal lawsuit related to the state law claims for wrongful death. Similarly, it is undersigned counsel's understanding that A.M.'s mother does not have legal authority to act on behalf of or bind A.M. in the federal lawsuit, in light of the ongoing Juvenile Dependency action.

### B. APPOINTMENT OF A STATUTORY REPRESENTATIVE IS NECESSARY TO ACT IN THE MINOR CHILD'S BEST INTERESTS AND TO BIND AND HAS AUTHORITY TO BIND AND ACT ON HER BEHALF IN THE FEDERAL LAWSUIT; HOWEVER, SUCH AUTHORITY IS SUBJECT TO THE APPROVAL OF THE MARICOPA COUNTY SUPERIOR COURT.

Arizona Revised Statutes §14-1408(A) provides that the Court may appoint a representative "to receive notice, give consent and otherwise represent, bind and act on behalf of a minor . . ." where the Court determines an interest is not represented. It is imperative that A.M. have a statutory representative appointed to bind and act on her behalf, execute authorizations on her behalf, and make monetary or strategic decisions on her behalf, in the Federal Lawsuit.

### C. PROPOSED STATUTORY REPRESENTATIVE

The parties respectfully request that the current Guardian Ad Litem in the Juvenile Action and Probate Action, Mr. Brian J. Theut, also be appointed as the statutory representative for A.M. in connection with the ongoing Federal Lawsuit. In light of Mr. Theut's current appointment, knowledge, and history regarding A.M., the parties agree he is the most appropriate person to be appointed as the statutory representative for A.M. in connection with the Federal Lawsuit. The parties request that Mr. Theut's appointment afford him the legal authority to bind A.M. in the Federal Lawsuit, act on behalf of A.M. in the Federal Lawsuit, execute authorizations on behalf of A.M. in the Federal

1 Lawsuit, and make monetary or strategic decisions on behalf of [A.M.] in the
2 Federal Lawsuit; however, such authority is subject to the Approval of the Maricopa
3 County Superior Court. Mr. Theut has agreed to this appointment, as evidenced by his
4 signature hereto.

### D. CONCLUSION

The parties, through undersigned counsel, hereby request the Court appoint attorney Brian J. Theut as the statutory representative for [A.M.] in connection with the ongoing Federal Lawsuit. The parties further request the Court afford Mr. Theut the legal authority to bind, act on behalf of, execute authorizations, and make monetary or strategic decisions on behalf of [A.M.] in the Federal Lawsuit; however, such authority is subject to the Approval of the Maricopa County Superior Court.

RESPECTFULLY SUBMITTED this 26th day of March, 2020.

**YASER ALI LAW**

By: _/s/ (for, with permission)_
Yaser Ali
Attorney for Personal
Representative Mussalina
Muhaymin

**PRICE LAW GROUP**

By: _/s/ (for, with permission)_
David A. Chami
Attorney for Plaintiff Mussalina
Muhaymin, as Personal
Representative of the Estate of
Muhammad Abdul Muhaymin, Jr.,
in pending Federal lawsuit 17-cv-
04565-PHX-SMB

THEUT, THEUT & THEUT

By: /s/ (with permission)
Brian J. Theut
Guardian Ad Litem for A.M.
A.M. in pending Juvenile
Dependency JD27750, and pending
Probate PB2017-091535

O'CONNOR & DYET, P.C.

By: /s/ (with permission)
Daniel J. O'Connor, Jr.
Karen J. Stillwell
*Attorneys for Interested Parties,
City of Phoenix, Antonio Tarango,
Officer Oswald Grenier, Officer
Kevin McGowan, Officer Jason
Hobel, Officer Ronaldo Canilao,
Officer David Head, Officer Susan
Heimbigner, Officer James Clark,
Officer Dennis Leroux, Officer
Ryan Nielsen, and Sgt. Steven Wong*

**Original** of the foregoing filed this
27th day of March, 2020, with:

Clerk of the Court
Maricopa County Superior Court
Central Court Building, 1st floor
201 West Jefferson
Phoenix, AZ 85003

**Copy** of the foregoing
sent by email and USPS mail on
March 27, 2020, to:

David A. Chami
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
david@pricelawgroup.com
Attorney for Plaintiff Mussalina Muhaymin,
as Personal Representative of the Estate of
Muhammad Abdul Muhaymin, Jr., in
pending Federal lawsuit 17-cv-04565-PHX-SMB

Haytham Faraj
Law Offices of Haytham Faraj
1935 W Belmont Ave.
Chicago, IL 60657
haytham@farajlaw.com
Attorney for Plaintiff Mussalina Muhaymin,
as Personal Representative of the Estate of
Muhammad Abdul Muhaymin, Jr. in
pending Federal lawsuit 17-cv-04565-PHX-SMB)

Yaser Ali
Yaser Ali Law
2163 E. Baseline Road, Suite 105
Tempe, AZ 85283
yali@yaseralilaw.com
Attorney for Petitioner Mussalina Muhaymin,
as Personal Representative of the Estate of
Muhammad Abdul Muhaymin, Jr., in
pending probate PB2017-091535)

Brian J. Theut
Theut, Theut & Theut
5150 North 16th Street
Phoenix, AZ 85016
brian@theutlaw.com
Guardian Ad Litem for ▓▓ A.M. ▓▓
in pending Juvenile Dependency JD27750, and
pending Probate PB2017-091535

**Copy** of the foregoing sent by USPS
Mail March 27th, 2020 to:

- 6 -

1. Joshua Fulkerson
2. Arizona Child Protected Services
3. 4000 N. Central Ave., Suite 400
   Phoenix, AZ 85012
4. Caseworker for ▮▮▮ A.M. ▮▮▮, a minor
5. By: /s/ Karen Larsen

Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Interested Parties, City of Phoenix, Antonio Tarango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer Ryan Nielsen, and Officer Steven Wong*

**ARIZONA SUPERIOR COURT**

**MARICOPA COUNTY**

| | |
|---|---|
| In the Matter of the Estate of<br><br>MUHAMMAD ABDUL MUHAYMIN, JR.,<br><br>Deceased. | Case No.: PB2017-091535<br><br>**ORDER APPOINTING STATUTORY REPRESENTATIVE FOR MINOR IN CONNECTION WITH ONGOING FEDERAL LAWSUIT**<br><br>(Assigned to the Honorable Susan White) |

Upon Stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED appointing Brian J. Theut as the statutory representative for Decedent's minor daughter, A.M., in connection with the ongoing Federal Lawsuit, *Muhaymin v. City of Phoenix, et al.*, pending in the Arizona District Court, Case No. 17-cv-04565-PHX-SMB.

IT IS FURTHER ORDERED that Mr. Theut has the legal authority to bind, act on behalf of, execute authorizations, and make monetary or strategic decisions, on behalf of

1  ▓A.M.▓ in the Federal Lawsuit; however, such authority is subject to the
2  Approval of the Maricopa County Superior Court.
3      DATED:_____

                                                     _____
                                                     Honorable Susan White
                                                     Superior Court Judge