# EXHIBIT 4

Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Interested Parties, City of Phoenix, Antonio Tarango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobel, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbigner, Officer James Clark, Officer Dennis Leroux, Officer Ryan Nielsen, and Officer Steven Wong*

**ARIZONA SUPERIOR COURT**

**MARICOPA COUNTY**

| | |
|---|---|
| In the Matter of the Estate of<br><br>MUHAMMAD ABDUL MUHAYMIN, JR.,<br><br>Deceased. | Case No.: PB2017-091535<br><br>**ORDER APPOINTING STATUTORY REPRESENTATIVE FOR MINOR IN CONNECTION WITH ONGOING FEDERAL LAWSUIT**<br><br>(Assigned to the Honorable Susan White) |

Upon Stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED appointing Brian J. Theut as the statutory representative for Decedent's minor daughter, A.M., in connection with the ongoing Federal Lawsuit, *Muhaymin v. City of Phoenix, et al.*, pending in the Arizona District Court, Case No. 17-cv-04565-PHX-SMB.

IT IS FURTHER ORDERED that Mr. Theut has the legal authority to bind, act on behalf of, execute authorizations, and make monetary or strategic decisions, on behalf of

1  ▉A.M.▉ in the Federal Lawsuit; however, such authority is subject to the
2  Approval of the Maricopa County Superior Court.

3  DATED: 4-6-2020

          HONORABLE SUSAN WHITE
          MARICOPA COUNTY SUPERIOR COURT

          Honorable Susan White
          Superior Court Judge