# LODGED PROPOSED Doc. 275 (redacted)

Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
Travis B. Hill, Bar No. 021133
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
travis.hill@occlaw.com
(602) 241-7000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobel; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbigner; Officer James Clark; Officer Dennis Leroux; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br> Defendants. | Case No.: 17-cv-04565-PHX-SMB <br><br> **INDEX OF EXHIBITS TO DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **(TO BE FILED UNDER SEAL)** <br><br> Assigned to the Honorable Susan B. Brnovich |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1. | Recorded Interview of Antonio Tarango January 4, 2017 |
| 2. | Recorded Interview of Hannah Glemba January 4, 2017 |
| 3. | Deposition of Antonio Tarango |

| | | |
|---|---|---|
| | 4. | Deposition of Jason Hobel |
| | 5. | Interview of Hannah Glemba February 16, 2017 |
| | 6. | Incident Report prepared by Antonio Tarango January 4, 2017 |
| | 7. | Recorded Interview of Jason Hobel January 11, 2017 |
| | 8. | Written Statement of Hannah Glemba January 4, 2017 |
| | 9. | Notice of Inquiry and Response of Antonio Tarango |
| | 10. | ARS 11-1008, 11-1010 |
| | 11. | Responses from Maricopa County Animal Care & Control |
| | 12. | Written Statement of Hannah Glemba – no date |
| | 13. | Interview of Antonio Tarango February 7, 2017 |
| | 14. | Deposition of Oswald Grenier |
| | 15. | Deposition of James Clark |
| | 16. | Recorded Interview of Oswald Grenier January 4, 2017 |
| | 17. | Recorded Interview of Oswald Grenier January 11, 2017 |
| | 18. | Recorded Interview of Jason Hobel January 4, 2017 |
| | 19. | Recorded Interview of Ronaldo Canilao January 4, 2017 |
| | 20. | Deposition of Ronaldo Canilao |
| | 21. | Recorded Interview of David Head January 4, 2017 |
| | 22. | Recorded Interview of David Head January 11, 2017 |
| | 23. | Deposition of David Head |
| | 24. | Recorded Interview of Ronaldo Canilao January 11, 2017 |
| | 25. | Recorded Interview of Anthony Williamson January 5, 2017 |
| | 26. | Recorded Interview of Jimmy Yee January 4, 2017 |
| | 27. | Recorded Interview of Juan Lara January 4, 2017 |
| | 28. | Recorded Interview of Susan Heimbigner January 13, 2017 |
| | 29. | Recorded Interview of Ryan Nielsen January 4, 2017 |
| | 30. | Recorded Interview of Ryan Nielsen January 13, 2017 |
| | 31. | Deposition of Ryan Nielsen |
| | 32. | Recorded Interview of Susan Heimbigner January 4, 2017 |
| | 33. | Recorded Interview of Steven Wong January 4, 2017 |
| | 34. | Recorded Interview of Steven Wong January 10, 2007 |
| | 35. | Deposition of Steven Wong |
| | 36. | Recorded Interview of Dennis Leroux January 4, 2017 (1st and 2nd) |
| | 37. | Recorded Interview of Dennis Leroux January 12, 2017 |
| | 38. | Recorded Interview of James Clark January 11, 2017 |
| | 39. | Recorded Interview of Kevin McGowan January 27, 2017 |
| | 40. | Recorded Interview of James Clark January 4, 2017 |
| | 41. | Recorded Interview of Kevin McGowan January 4, 2017 |
| | 42. | Phoenix Police Department Ops Order re: Arrest |
| | 43. | Medical Examiner's Report |
| | 44. | Toxicology Report |

| 45. | Deposition of Muhammad Muhaymin, Jr. |
|---|---|
| 46. | Deposition of ▇▇▇▇ Muhaymin |
| 47. | Deposition of Scott DeFoe |
| 48. | Deposition of Bennet Omalu, MD – Vol 1 |
| 49. | Deposition of Ali Taqi, MD |
| 50. | Expert Report of Greg Meyer |
| 51. | Expert Report of Michael Graham |
| 52. | Rebuttal Expert Report of Greg Meyer |
| 53. | Deposition of Amanda Maskovyak, MD |
| 54. | Expert Report of Binh Ly, MD |
| 55. | Expert Report of Gary Vilke, MD |
| 56. | Deposition of Bennet Omalu, MD – Vol 2 |
| 57. | Phoenix Police Department UOF Findings |
| 58. | MCAO Ltr dated 02/22/18 |
| 59. | Plaintiff's discovery responses to Second Set of Non-Uniform Interrogatories |
| 60. | AZ DOC Summary |
| 61. | Library Video |
| 62. | Grenier Video – COP 1 |
| 63. | Hobel Video – COP 2 |
| 64. | Hobel Video – COP 3 |
| 65. | Canilao Video – COP 4 |
| 66. | Head Video – COP 5 |
| 67. | Head Video – COP 6 |
| 68. | Nielsen Video – COP 8 |
| 69. | Nielsen Video – COP 9 |
| 70. | Nielsen Video – COP 10 |
| 71. | Clark Video – COP 12 |
| 72. | McGowan Video – COP 7 |
| 73. | Aker Video – COP 11 |
| 74. | Miller Video – COP 13 |