# LODGED
# PROPOSED
# Doc. 275-46
# (redacted)

# EXHIBIT 46

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Mussalina Muhaymin as Personal )
Representative of the Estate of )
Muhammad Abdul Muhaymin, Jr., )
)
            Plaintiff, )
)
vs. )  Case No.:
)  17-cv-04565-PHX-SMB
City of Phoenix, an Arizona )
Municipal Corporation; Antonio )
Tarango; Officer Oswald Grenier;)
Officer Kevin McGowan; Officer )
Jason Hobe; Officer Ronaldo )
Canilao; Officer David Head; )
Officer Susan Heimbinger; )
Officer James Clark; Officer )
Dennis Lerous; Officer Ryan )
Nielson; Officer Steven Wong; )
and Doe Supervisors 1-5, )
)
            Defendants. )
_____ )

VIDEOTAPED DEPOSITION OF ███ MUHAYMIN

December 11, 2019

3:42 p.m.

Tempe, Arizona

REPORTED BY:                    MARICOPA REPORTING, INC.
Kate E. Roundy, RPR             2801 East Camelback Road
Certified Court Reporter        Suite 200

CCR No. 50582                   Phoenix, Arizona 85016

```
 1            MR. CHAMI:  This is federal court, and I'm
 2    allowed to state the basis of my objection.
 3            And this is not coaching, but go ahead and ask
 4    your question.
 5    BY MS. STILLWELL:
 6       Q.   Ten days, so around January 14th, does that sound
 7    about right?
 8            MR. CHAMI:  Objection.  Calls for speculation.
 9    Lacks foundation.
10    BY MS. STILLWELL:
11       Q.   If you know?
12       A.   I just knew it was like after -- I didn't really
13    hear about a funeral coming up until afterwards.
14       Q.   Okay.
15       A.   I don't know.
16       Q.   Okay.  You just went with your mom to the
17    funeral?
18       A.   Yeah.
19       Q.   Okay.  And was your mom married to Muhammad; do
20    you know?
21       A.   No.
22       Q.   No, you don't know, or no, she wasn't married?
23       A.   She wasn't married.
24       Q.   Okay.  Do you recall a time when you and your mom
25    and your dad all lived together?
```

Page 20

```
 1    A.    Yes.
 2    Q.    When was that?
 3    A.    Around 2011.
 4    Q.    Okay.  And for how long, if you remember?
 5    A.    He stayed about three months.
 6    Q.    Okay.  And how were things during that time?
 7    A.    It was good.
 8    Q.    And he ultimately left?
 9    A.    Like what do you mean?  Like?
10    Q.    He didn't stay with you and your mom --
11    A.    No.
12    Q.    -- in 2011 after those few months?
13    A.    After those few months, that's when he left.
14    Q.    Okay.  And during the time that he lived with
15   you, did he put you to bed?
16    A.    Yeah.
17    Q.    Did he tuck you to bed?
18    A.    Yeah.
19    Q.    Did he read you books?
20    A.    No.
21    Q.    Did he cook dinner or breakfast?
22    A.    Yeah.
23    Q.    Did he take you to school or from school?
24    A.    Yes.  Yes.
25    Q.    Did he take you to any activities?
```

Page 25

```
 1      A.   No.

 2      Q.   Okay.  Actually your father -- yeah.

 3           After the funeral, did you spend some time with

 4   your Aunt Mussalina?

 5      A.   No.  I didn't stay the whole funeral, so, no.

 6      Q.   Oh, I'm talking about after the funeral, any

 7   day --

 8      A.   Um.

 9      Q.   -- from 2017 to 2019?

10      A.   I don't think so, no.

11      Q.   You just don't have a memory of it?

12      A.   Huh-uh.

13      Q.   Okay.  Did you continue talking to her on the

14   phone?

15      A.   No.

16      Q.   Did you text with her at all?

17      A.   No.

18      Q.   Did you talk to your brother at all beforehand --

19      A.   No.

20      Q.   -- or after?

21           Now, with your dad, what is your earliest memory

22   of him?

23      A.   Two days before he passed away.

24      Q.   Okay.  When he -- you remember that he lived with

25   you in 2011?
```

Page 26

1      A.   Yes.

2      Q.   Okay.  And since -- from 2011 until 2017, how

3  often did you see him?

4      A.   Not often.  It was kind of like a reunited-type

5  thing when I saw him because I had a chance to.

6      Q.   Okay.  From 2000 -- well, actually do you know at

7  any time after you're born until his passing, do you know

8  if he sent money?

9      A.   (Nonverbal response.)

10      Q.   Do you know if he sent clothing or items or

11  books?

12      A.   If he had some, he did, I think.  I don't know.

13      Q.   You just don't know?

14          THE COURT REPORTER:  Is that a yes or a no?

15          THE WITNESS:  No.

16          THE COURT REPORTER:  Thank you.

17  BY MS. STILLWELL:

18      Q.   You said that you saw your father two days before

19  his passing?

20      A.   Yes.

21      Q.   And how did that come about?

22      A.   I found out my mom, she went to go see him at the

23  park a lot.  And so when I found that out, I was asking

24  her if I could go see him.

25      Q.   Okay.  How did you find out your mom was visiting

Page 27

1   him?

2       A.   Because my grandma, they went -- he went -- he

3   went to my grandma's clinic.  So then she told me, did you

4   know that your dad was here and your mom was seeing him?

5   And I said no.

6           So then I asked my mom if I could go see him.

7       Q.   Okay.  So your grandma's clinic, this is your

8   mom's mom?

9       A.   Yes.

10      Q.   And what kind of a clinic does she run?

11      A.   She went to Terros.

12      Q.   Okay.  And so did she tell you that she was --

13  that he was living at the park, or did your mom tell you?

14      A.   My grandma told me.

15      Q.   Okay.  And so you asked your mom to go?

16      A.   Yes.

17      Q.   And do you know how long he had been living at

18  the park?

19      A.   No.

20      Q.   Do you know what he had been doing --

21      A.   No.

22      Q.   -- for the years before that?

23      A.   No.

24      Q.   Had you had any contact or communication with

25  him?

Page 28

1      A.   No.

2      Q.   No phone calls?

3      A.   No.

4      Q.   No other visits?

5      A.   No.

6      Q.   So you said two days before his passing you went

7  to the park?

8      A.   Yes.

9      Q.   Did your mom take you?

10     A.   Yes.

11     Q.   And were you able to see him?

12     A.   Yes.

13     Q.   And were you able to visit with him?

14     A.   Yes.

15     Q.   How long would you say you were at the park?

16     A.   Four hours exact.

17     Q.   Okay.  What did you guys do?

18     A.   We talked.  We played, because he was at the

19  park.  We played a lot and we just hung out and stuff.

20     Q.   And how was -- how was he acting?

21     A.   Normal.

22     Q.   Was he being playful?

23     A.   Yeah.

24     Q.   Did he recognize you?

25     A.   Yes.

Case 2:17-cv-04565-DLR   Document 382-2   Filed 11/30/21   Page 10 of 10

Page 29

1    Q.   And he was happy to see you?

2    A.   Yes.

3    Q.   And did you play on some park equipment together,

4    anything?

5    A.   Yes.

6    Q.   And did he show you where he was living?

7    A.   Well, I kind of already had the idea.

8    Q.   Okay.  Did you see where he was sleeping?

9    A.   Yes.

10   Q.   Okay.  Do you recall ever spending any holidays

11   or birthdays with your dad?

12   A.   We don't really celebrate holidays.

13   Q.   Okay.

14   A.   But birthdays, I didn't really celebrate that

15   either.

16   Q.   Okay.  When you had the big family gatherings and

17   like Thanksgiving at your aunt's --

18   A.   Yeah, that was -- that side of the family

19   celebrates holidays.

20   Q.   Okay.  He wasn't at those?

21   A.   Huh-uh.

22   Q.   Okay.  Did you ever have any family gatherings

23   with your dad that you remember?

24   A.   Two days before he passed away, that was kind of

25   a family gathering, I guess.