LODGED

PROPOSED

Doc. 275-59

(redacted)

# EXHIBIT 59

David A. Chami, AZ #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
david@pricelawgroup.com

Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave.
Chicago, IL 60657
T: (312) 635-0800
F: (202) 280-1039
haytham@farajlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Phoenix, an Arizona Municipal Corporation, *et al.*, <br><br> Defendants. | Case No.: CV-17-04565-PHX-SMB <br><br> PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF NON-UNIFORM INTERROGATORIES TO PLAINTIFF AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MUHAMMAD ABDUL MUHAYMIN, JR. AND ON BEHALF OF STATUTORY BENEFICIARY ▮▮▮▮ MUHAYMIN |

NOW COMES Plaintiff, Mussalina Muhaymin, as Personal Representative of the Estate of Muhammad Abdul Muhaymin, Jr., by and through undersigned counsel, and pursuant Fed. R. Civ. P. 33, responds to Defendants' Second Set of Interrogatories to Plaintiff as follows:

-1-

*L. Firm*, 129 P.3d 966, 973 (Ariz. App. 1st Div. 2006) (citing *Nunez*, 25 Ariz.App. at 563, 545 P.2d at 74; *Williams*, 169 Ariz. at 470, 820 P.2d at 334). Moreover, any and all objections and privileges with respect to ▆ Muhaymin's claimed wrongful death damages, including any claimed physician-patient or psychologist-patient privileges, belong to her. Plaintiff cannot assert – nor does she have a right to waive – any such privileges on her behalf.

**INTERROGATORIES**

1. Provide the basis and all supporting documents regarding Statutory Beneficiary ▆ Muhaymin's claimed damages in the subject lawsuit, including, but not limited to, her attempted self-harm as a result of her father's death, and any treatment related to the same.

**RESPONSE:** Plaintiff objects to this interrogatory as overly broad, unduly burdensome, and not reasonably limited in scope. Plaintiff further objects to this request to the extent that it seeks production of documents not authorized under Fed. R. Civ. P. 33. To the extent that this request seeks information related to Statutory Beneficiary ▆ Muhaymin's claimed wrongful death damages, Plaintiff objects on the grounds that this information is not within Plaintiff's direct, personal knowledge and is otherwise directed to the wrong party. Pursuant to Arizona law, the only aspect of this case that the statutory plaintiff necessarily establishes for represented statutory beneficiaries is liability, not their damages. Moreover, because the defense sought to stay proceedings in this matter until a legal representative was