LODGED
PROPOSED
Doc. 292-18
(redacted)

# EXHIBIT Q

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500



**CIOX**
HEALTH
**INVOICE**

| | |
|---|---|
| Invoice #: | **0298295912** |
| Date: | **02/12/2020** |
| Customer #: | **1787081** |

| Ship to: |
|---|
| OCONNOR AND CAMPBELL |
| OCONNOR AND CAMPBELL |
| 7955 S PRIEST DR |
| TEMPE,AZ 85284-1050 |

| Bill to: |
|---|
| OCONNOR AND CAMPBELL |
| OCONNOR AND CAMPBELL |
| 7955 S PRIEST DR |
| TEMPE,AZ 85284-1050 |

| Records from: |
|---|
| TERROS MCDOWELL |
| 4909 E MCDOWELL RD |
| PHOENIX,AZ 85008 |

**Requested By:**    OCONNOR AND CAMPBELL          **DOB :**

**Patient Name:**    MUHAYMIN MUHAMMAD ABDUL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 43.75 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 167 | 0.25 | 41.75 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 87.50 |
| Sales Tax | | | 7.09 |
| Invoice Total | | | 94.59 |
| Balance Due | | | 94.59 |

| **Terms: Net 30 days** | **Please remit this amount : $94.59(USD)** |
|---|---|

------------------------------✂--------------------------------------------------------------

**Ciox Health**

P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

| Invoice #: | **0298295912** |
|---|---|
| Check #_____ | |
| Payment Amount $_____ | |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

COP 015222



**O'CONNOR**
**& DYET**

A Professional Corporation
Attorneys Licensed In Multiple Jurisdictions

October 31, 2019

Writer's Contact Information
tiffany.gill@occlaw.com
602.241.7028

Terros, Inc.
c/o Quarles & Brady
2 North Central Ave., Suite 200
Phoenix, AZ 85004

      RE:  **Muhammad Abdul Muhaymin, Jr.**
           **DOB:** ▮▮▮▮▮▮

Dear Custodian of Records:

Enclosed is a Subpoena for Documents directing you to produce documents at this office. We **DO NOT** intend to take testimony at the deposition.  We merely want the documents stated in Exhibit "A" which is attached to the Subpoena.  Enclosed with the Subpoena is an authorization signed by Mussalina Muhaymin, as personal representative of the Estate of Muhammad Abdul Muhaymin, Jr.

If you prefer, you may simply mail the documents to our office before the date set forth in the Subpoena.  **Pursuant to Arizona Revised Statutes, Section 12-351, payment will be made at the rate of $.25 per page of photocopying and $25.00 per hour of clerical time necessary in locating and photocopying the records upon presentation of any itemized statement.**

If, for any reason, you cannot mail the records requested prior to the date stated in the Subpoena, or have questions regarding the Subpoena, please contact me directly prior to the date set forth in the Subpoena.

Kindest regards,

**O'CONNOR & DYET**

*Tiffany Gill*

Tiffany Gill
Paralegal

cc:    David Chami
       Haytham Faraj

7955 South Priest Drive, Tempe, Arizona 85284 •Telephone 602.241.7000 •Facsimile 602.241.7039
Web address www.occlaw.com

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Mussalina Muhaymin, | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  CV-17-04565-PHX-SMB |
| City of Phoenix, et al. | ) | |
| | ) | |
| _Defendant_ | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                      Terros, Inc.

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: O'Connor & Dyet | Date and Time: |
|---|---|
| 7955 S. Priest Drive | |
| Tempe, AZ 85284 | 11/15/2019 10:00 am |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    10/31/2019

CLERK OF COURT

_____          OR          _____
_Signature of Clerk or Deputy Clerk_                              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   City of Phoenix, et
_____, who issues or requests this subpoena, are:

Karen Stillwell, O'Connor & Dyet, 7955 S. Priest Drive, Tempe, AZ 85284   602-241-7000   karen.stillwell@occlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   CV-17-04565-PHX-SMB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

COP 015226

## EXHIBIT A

**THE STATE OF ARIZONA TO:**          Terros, Inc.
                                       c/o Quarles & Brady
                                       2 North Central Ave., Suite 200
                                       Phoenix, AZ 85004

**DATE AND TIME OF PRODUCTION OF DOCUMENTS:** November 15, 2019 at 9:00 am

**PLACE OF PRODUCTION OF DOCUMENTS:**          O'Connor & Dyet, P.C.
                                               7955 S. Priest Drive
                                               Tempe, Arizona 85284

### DOCUMENTS TO BE PRODUCED

Photocopies of your <u>entire</u> file from January 1, 2012 to the present, pertaining to:
    **Muhammad Abdul Muhaymin, Jr.**
    ***See*** **attached Authorization signed by Mussalina Muhaymin, as the Personal Representative of the Estate of Muhammad Abdul Muhaymin, Jr.**

Said records must include, but are not limited to, the following:

    A.    All histories or initial visit patient information forms and questionnaires;

    B.    All office notes, progress notes, psychiatric notes, psychological notes;

    C.    All consultation or evaluation reports and correspondence to or from doctors, hospitals or other health care providers, including mental health treatment;

    D.    All hospital records of any type or description, including nurses' notes.

    E.    All prior medical and mental health records;

    F.    All correspondence to or from the patient or his/her relatives, employers, attorneys or other persons or entities;

    G.    All insurance claim forms (health, automobile, workmen's compensation, life and disability, etc.);

    H.    All prescriptions or medication charts;

    I.    All notes, memoranda, writings, forms documents, reports, correspondence, telephone messages, excerpts from medical texts and publications and other material comprising a part of your files relating to the above-named patient; and

    J.    <u>All x-rays</u> or other diagnostic images of same; please advise if you have any x-rays available and if necessary, arrangements will be made to obtain copies.

**NOTE: This subpoena compels production of every document and record in your office relating to the above-named patient. The Subpoena is <u>not</u> limited just to records generated by you or to records relating just to the accident in this lawsuit. YOU ARE NOT AUTHORIZED TO EDIT OR OMIT ANY DOCUMENT.**

COP 015228

or entity (other than O'CONNOR & CAMPBELL, P.C.) and not disclose these records to any individual or entity that has not been expressly authorized to receive this information.

8. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand that, pursuant to the HITECH Act, 42 U.S.C.A. § 17935(e)(1) and is implementing regulations, 45 CFR 164.524(c)(4)(i), I may and am requesting that a complete electronic copy of my medical records be provided to O'CONNOR & CAMPBELL, P.C., 7955 South Priest Drive, Tempe, AZ 85284. The HITECH Act provides that: "if requested by an individual, a covered entity must transmit the copy of protected health information directly to another person designated by the individual." I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact the HIM director or privacy officer.


Mussatina Muhaymin,
as Personal Representative of the Estate of
Muhammad Abdul Muhaymin, Jr.

October 18, 2019
Date

## **AFFIDAVIT**

COMES NOW _____Yahaira Ortiz Gomez_____, the duly authorized Custodian of Records for **Terros, Inc.** and as such have the authority to certify that the records attached hereto constitute a true and correct copy of the medical and imaging records pertaining to the treatment of **Muhammad Abdul Muhaymin, Jr.** by **Terros, Inc.** The attached records were prepared by the personnel of **Terros, Inc.** staff, physicians, or persons acting under the control of either, in the ordinary course of business, at or near the time of treatment reported therein and making the record is regular practice.

EXECUTED on this __6th__ day of ___February___ ~~2019.~~
                                                                           2020

_____Yahaira Ortiz Gomez_____

Title: ____Medical Records Specialist____

# TERROS

## AFFIDAVIT OF CUSTODIAN OF RECORDS
## RECORD AVAILABLE

State of Arizona

County of **Maricopa**

Client Name: **Muhammad Abdul Muhaymin, Jr.**
DOB: ▮▮▮▮▮ ▮ ▮▮▮▮
Case #: _____

1. I am a duly authorized custodian of the records described in the attached Order, and I have the authority to certify the records.

2. The attached copy is a true and correct copy of all the records described in the Subpoena/Court Order.

3. The records were prepared by clinic personnel acting in the ordinary course of business at or near the time of the act, condition, or event described therein. Information in the TERROS records was transmitted by, or from, a person with first hand - knowledge acquired in the course of regularly conducted business activities.

4. Information in the TERROS records is by or from a person with first-hand knowledge acquired in the course of a regularly conducted business activity and is subject to federal laws regarding the confidentiality of client records maintained in connection with alcohol and drug abuse treatment programs. See 42 U.S.C. § 290dd-2 and 42 C.F.R § 2.1, *et seq.* These regulations regulate the manner in which the provider may respond to Subpoenas for records relating to alcohol or drug abuse treatment. The regulations prohibit implicit or negative disclosures that may identify alcohol or drug abuse clients. Any inquiry that may involve those records must be met by a noncommittal response (42 C.F.R. § 2.13) unless the client has consented (42 C.F.R. § 2.31) or a Court Order has been entered (42 C.F.R. § 2.61). The clinic, therefore, requests that the Court determine the confidentiality of the submitted records subject to these federal requirements. If an Order seeking disclosure of the records is sought, the requirements for such an Order, including notice and an opportunity for the patient to be heard and the standard for such an order (42 C.F.R § 2.64) will apply.

_____
Signature of Custodian of Records

Subscribed and sworn to before me this **10th** day of **february** 20 **20**

_____
Notary

My Commission Expires: _____

Form 21,007

Rev.10/31/07, 5/8/07

# Advance Directives Form

PM Form 3.12.1

## THIS FORM MUST BE COMPLETED AND PROMINENTLY DISPLAYED IN THE BEHAVIORAL HEALTH MEDICAL RECORD

-----------------------------------------------------------------------------------------------------------------------------------

### Section I. Advance Directives Information Provided to Behavioral Health Recipients

(to be checked and initialed by the consumer)

I have been provided written information about Advance Directives

via the Member Handbook

_____

Signed By: Muhammad Muhaymin

Consumers initials          Date

I have been provided a verbal explanation about Advance Directives

_____

Signed By: Muhammad Muhaymin

Consumers initials          Date

I have been provided the ***Advance Directive Resource*** sheet as a

helpful tool in developing an advance directive.

_____

Signed By: Muhammad Muhaymin

Consumers initials          Date

### Section II. Advance Directives Development

Date:_____

(to be filled out by the Assigned Clinician)

Behavioral Health Recipient has developed an Advance Directive.

__ Yes __ No

If No, stop here and let the behavioral health recipient know that assistance in developing an Advance Directive is available

If an Advance Directive has been executed (developed), is it in the behavioral health medical record?

__ Yes __ No

If Advance Directive has been executed, but is not filed in the behavioral health medical record, please mark the applicable box below:

COP 015232

__ Behavioral Health Recipient does not wish to have it filed in the behavioral health medical record

__ Clinical Liaison/ Case Manager has asked for a copy, but has not been provided one

__ Other _____

To facilitate coordination of care:

__Has a copy of an executed Advance Directive or refusal been sent to the Behavioral Health Recipient's PCP?

---

**Section III. Advance Directives Enactment/Execution**

Has the Advance Directive document ever been acted on?     __ Yes _____     __ No

Date

If Yes, have all appropriate parties been notified?

__ Yes (specify who)_____

__ No (describe why not)_____

Revised 9/1/07                    MuhammadMuhaymin ███████          November 2, 2016

# Maricopa RBHA

## Advance Directives Resources

**About Advance Directives**

Federal regulations define an advance directive as a written instruction, such as a living will or durable power of attorney for health care, recognized under state law (whether statutory or as recognized by the courts of the state), relating to the individuals wishes regarding the provision of health care when the individual is incapacitated.

**Advance Directives for Health and Mental Health Care**

These are documents the individual creates that appoint someone else to make health care or mental health care decisions in the event the individual becomes incapacitated or incapable of making treatment decisions. The instructions provided in the documents are followed should an individual become unable to express his/her wishes.

**What to do with Advance Directives**

Advance directives are documents signed by a competent person giving direction to health care providers about treatment choices in certain circumstances. By creating an advance directive, the individual remains in control of health care decisions since these wishes were written down in advance. If the individual is no longer able to make decisions, doctors and other health care providers are legally obligated to follow the patients wishes outlined in the advance directive.

**Local Resources for Creating Advance Directives**

Recovery Innovations of Arizona provides a peer support specialist who teaches mental health care power of attorney classes. Please contact:

Recovery Innovations of Arizona

2701 N. 16th Street, Suite 316

Phoenix, AZ 85006

(602)636-4609

**Web Sites Providing Advance Directive Information**

The Governor's Council on Developmental Disabilities; click on Legal Options Manual.

 The Arizona Secretary of State; click on Advance Directives.

Health Care Decisions.

**Request a Video, Advance Directive Documents and Instructions or Other Materials**

Health Care Decisions, (602) 222-2229 or http://www.hcdecisions.org/Request Materials.asp.

Office of Arizona Attorney General Life Care Planning Materials and Video (602) 542-2124 or Arizona Attorney General Terry Goddard

Maricopa RBHA is the Regional Behavioral Health Authority for Maricopa County, funds for services are provided through a contract with Arizona Department of Health Services/Division of Behavioral Health and AHCCCS.

Advance Directives Resources 9/1/07

COP 015234

**Non-Title XIX/XXI Co-payment Assessment**          Attachment A

Instructions:  Complete this form for all Non-Title XIX/XXI persons.  Provide a copy to the person, parent or legal guardian.

**Name  MuhammadMuhaymin**

### I. Person's Family Household Size and Income

A.  Size of person's family household  (Family consists of : Applicant; parent(s) of a minor child; spouse; natural child, adoptive child and stepchild under 18 years of age or 19 if full time student)

B.  Gross monthly income  (includes the gross family income; as family is defined in A)

C.  Third Party Liability coverage:    yes      no

### II. Sliding Co-payment Schedule

| Size of Family Household by Gross Monthly Family Income | | | | | | | | | Co-payment based on type of service provided* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | S/R | T/M/D | R/I |
| <$924 | <$1,244 | <$1,565 | <$1,886 | <$2,206 | <$2,527 | <$2,849 | <$3,169 | <$3,490 | $0 | $0 | $0 |
| $924-$1,107 | $1,244-$1,492 | $1,565-$1,877 | $1,886-$2,262 | $2,206-$2,647 | $2,527-$3,032 | $2,849-$3,417 | $3,169-$3,804 | $3,490-$4,187 | $1 | $2 | $15 |
| $1,108-$1,292 | $1,493-$1,740 | $18,78-$2,190 | $2,263-$2,640 | $2,648-$3,088 | $3,033-$3,538 | $3,418-$3,987 | $3,805-$4,435 | $4,188-$4,885 | $3 | $6 | $30 |
| $1,293-$1,476 | $1,741-$1,989 | $2,191-$2,503 | $2,641-$3,016 | $3,089-$3,529 | $3,539-$4,043 | $3,988-$4,556 | $4,436-$5,069 | $4,886-$5,583 | $4 | $8 | $45 |
| $1,477-$1,662 | $1,990-$2,239 | $2,504-$2,816 | $3,017-$3,394 | $3,530-$3,970 | $4,044-$4,548 | $4,557-$5,177 | $5,070-$5,703 | $5,584-$6,281 | $6 | $10 | $60 |
| $1,663-$1,846 | $2,240-$2,487 | $2,817-$3,129 | $3,395-$3,771 | $3,971-$4,412 | $4,549-$5,054 | $5,178-$5,696 | $5,704-$6,336 | $6,282-$6,979 | $8 | $12 | $75 |
| $1,847-$2,031 | $2,488-$2,735 | $3,130-$3,442 | $3,772-$4,149 | $4,413-$4,853 | $5,055-$5,559 | $5,697-$6,266 | $6,337-$6,970 | $6,980-$7,677 | $10 | $20 | $90 |
| >$2,031 | >$2,735 | >$3,442 | >$4,149 | >$4,853 | >$5,559 | >$6,266 | >$6,970 | >$7,677 | Full | Full | Full |

* S/R is Support and Rehabilitation Services, T/M/D is Treatment, Medical and Day Program Services, R/I is Residential and Inpatient   Services.

### III.    Co-payment Assessment for Non-Title XIX/XXI Persons

Based on the person's family household size, gross monthly family income and third party coverage in Part I, use the Sliding Co-payment Schedule in Part II to determine if the person is required to pay a co-payment for behavioral health services that are provided.  Indicate below:

Person is not required to pay a co-payment.

Person is obligated to pay a co-payment of $ for S/R services, $ for T/M/D services and
     $ for R/I services

Person has third party coverage and is obligated to pay up to $ for S/R services, $ for T/M/D
     services, and $ for R/I services not to exceed the unreimbursed portion of the service cost.

The co-payment will create an undue hardship for the person or his/her family, and thus the following is
     being recommended (e.g. reduce or waive):

_____
**Staff Signature**                          **Title**                          **Date**

### IV.  Agreement to pay co-payment

I am certifying that the information provided in this document is true and correct to the best of my knowledge.  If it has been determined that I will need to pay a co-payment for the provision of behavioral health services, my signature below also indicates that 1) the co-payment and the method for calculating my co-payment has been explained to me and 2) I am agreeing to pay the co-payment each time services are provided unless other arrangements have been made with the provider.

_____
**Person/Parent/Legal Guardian Signature**                    **Date**

**Consent to Allow Electronic Communication of Protected Health Information via Email or Leaving Voice messages**

The behavioral health information collected and provided by Terros through its electronic means or a voice message to health care professionals, schools , caregivers and guardian, is provided only at the consent of the client and/or guardian (if the recipient is a minor).

Terros currently has a secure email system. This secure email requires user name and password to access personal information, but there could be a possibility, protected health information contained in such emails may be disclosed to, or intercepted by, unauthorized third parties.

- Highly sensitive or personal information **will not** be communicated by email or left on a voice message

- When using email or leaving a voice message, the information transmitted will be minimum information

I hereby authorize Terros to communicate certain behavioral health information via voice message or email to me or to a third party for coordination of care. I understand that I have the right to revoke this authorization at any time but must do so in writing. I understand that the revocation will not apply to information that has already been released in response to this authorization. This authorization will terminate on the date services have ended with Terros.

Should information disclosed under this consent be disclosed to others by the recipient, it is no longer considered protected health information covered under this consent.

Client Signature: _ Signed By: Muhammad Muhaymin

Date: 11/02/2016

Parent/Guardian Signature: {SIGNATURE PAD}

Date: 11/02/2016

&lt;EmailVMConsent.ngn&gt;

Muhammad Muhaymin 1101103099

COP 015237

**Member Handbook Receipt**

I have received a copy of the Maricopa RBHA Member Handbook.

Date:                          11/02/2016

Client's Name:        Muhammad Muhaymin

DOB:                          ███████

Client/Parent or Legal Guardian:   {SIGNATURE PAD}

**Recibo de Manual Para Miembro de Maricopa RBHA**
He Recibido una copia del manual para miembro de Maricopa RBHA.

Fecha:                          11/02/2016

Nombre de Cliente:        Muhammad Muhaymin

Fecha de Nacimiento:        ███████

Cliente/padre o guarda legal:   Signed By Muhammad Muhaymin

COP 015238

# ADHS FORM MH-211

## Notice of Legal Rights for Persons with Serious Mental Illness

If you have a serious or chronic mental illness, you have legal rights under federal and state law.  Some of these rights include:

- The right to appropriate mental health services based on your individual needs;

- The right to participate in all phases of your mental health treatment, including individual service plan (ISP) meetings;

- The right to a discharge plan upon discharge from a hospital;

- The right to consent to or refuse treatment (except in an emergency or by court order);

- The right to treatment in the least restrictive setting;

- The right to freedom from unnecessary seclusion or restraint;

- The right not to be physically, sexually, or verbally abused;

- The right to privacy (mail, visits, telephone conversations);

- The right to file an appeal or grievance when you disagree with the services you receive or your rights are violated;

- The right to choose a designated representative(s) to assist you in ISP meetings and in filing grievances;

- The right to a case manager to work with you in obtaining the services you need;

- The right to a written ISP that sets forth the services you will receive;

- The right to associate with others;

- The right to confidentiality of your psychiatric records;

- The right to obtain copies of your own psychiatric records (unless it would not be in your best interest to have them);

- The right to appeal a court-ordered involuntary commitment and to consult with an attorney and to request judicial review of court-ordered commitment every 60 days;

- The right not to be discriminated against in employment or housing.

If you would like information about your rights, you may request a copy of the "Your Rights in Arizona as an Individual with Serious Mental Illness" brochure or you may also call the Arizona Department of Health Services, Office of Human Rights at 1-800-421-2124 or  at (602) 364-4574.

ADHS/DBHS Form MH-211 (9/93)

COP 015239

COP 015240



## MEMBER HANDBOOK RECEIPT

I have received a copy of the Member Handbook.

Signature of Behavioral Health Member/Guardian

9/22/2016

Date

## RECIBO DE MANUAL PARA MIEMBROS

He recibido una copia del manual para miembros.

Firma de la persona que recibe servicios de salud mental/guardian

Fecha

ADHS/DBHS Policy Form 301.1 Last Revised: 04/08/14

---

Name: Muhaymin, Muhammad                DOB: ██████        Date: 09/22/2016

COP 015241

# BHAnnual - Affidavit

## Per A.A.C. R9-10-1011 Assessment and Treatment Plan

If an assessment or treatment plan is conducted and documented by a behavioral health technician (BHT), a behavioral health professional (BHP) reviews the assessment or treatment plan information documented by the behavioral health technician to ensure that the assessment or treatment  plan information identifies the behavioral health services needed by the client and whether the client needs medical services.

I attest that I have reviewed and approved the assessment or treatment plan completed by the BHT based on the above standard.

Electronically signed by: Julia Matthies BHP /s/
*Signature of Behavioral Health Professional*

Julia Matthies BHP
*Name of Behavioral Health Professional*

**Assessment Date:  12/12/2016**

**Date of Review:  12/13/2016**

COP 015242

COP 015243

Inactive Meds


Allergies


# Client Name: **Muhammad Muhaymin**

*Reminder: Please copy and paste most current diagnosis and medication log from generated documents in Next Gen directly onto generated assessment.*

**Date, start and stop time and location of interview:**

Cm sat down with Muhammad and his step mother Annie Davis to update his assessment and ISP goals on 11/14/16, cm sat down with Muhammad at 2:30pm, cm did get the permission of Muhammad guardian Mussallina (sister). Mussallina is his guardian and sister, Annie Davis is Muhammad step mother and will be helping him attend his appointments. Cm completed Muhammad assessment at Maryvale Park at 9:30am, cm ended the interview at 10:55am.

**Presenting Issues/Concerns/mental status assessment:**

Muhammad said he wanted help with everything had to offered, Muhammad presented okay he was talking and answering questions the best he could. Muhammad is wanting help with housing, medications management, case management.

**History of present illness (progress in recovery over last year):**

Muhammad reports his symptoms are using hand gestures, feeling like he is being followed, talking incoheant about the birds, and people when he was little he would think the adults are telling him to be bad or seeing little girls being bad. Muhammad step mother (Annie) said it could be all day and all night the longest it ever went for was a week. Muhammad reports never being in the hospital Muhammad step mother Annie report they would take him to jail instead of the hospital. Muhammad reports no current SI/HI. Muhammad reports no current stressor at this time. Muhammad report over the last year he has done better he has not been to jail and is getting more help now.

**Past Psychiatric History:**

Muhammad reports his first diagnosed was at the age of 33 after his father death. Muhammad has never been to the hospital for psychiatric only when he got arrested. Muhammad reports past symptoms are hand gestures, not wanting to be inside (i.e. home or apartment) hearing voices, Annie informed cm that Muhammad will talk with the child and see them when there is no children there. Annie informed reported Muhammad said the adults are the ones that make him do bad things.

**Medical History (include PCP contact info, labs ordered):**

Muhammad reports last year when he was in jail they took blood for routine blood work. Muhammad report no current health issues at this time. Muhammad is new to the system and has a PCP but has not seen him at this time. Muhammad reports no barriers to going to the PCP once he knows who he/she is. Muhammad is current going to go to Dr. Allen who can be reached at 602-797-7760 and is located at 3864 N. 27th Ave.

**Cultural Preferences for Treatment:**

Muhammad reports his culture and religion preference is important in his treatment planning, Monotheist Muhamad primary language is English preferred language is English according to guardian, an interpreter is not needed at Muhammad treatment planning or appointments. English is the preferred language.

COP 015245

Muhammad reports no legal or pending litigation at this time. Muhammad reports no custody concerns, Muhammad is not a sex offender, no probation, DCS involvement, Muhammad is not on COT/ COE at this time. Muhammad has no history of COT/COE at this time.

**Substance use status/history:**

Muhammad reports his does use substance; Muhammad reports his drug of choice is meth, Muhammad reports he has used alcohol and marijuana social, Muhammad as reports he used all types of substance and is not ready to say what he has used. Muhammad reports he is still researching his substance use. Muhammad reports he has used synthetic drug. Muhammad reports his longest sobriety was 2 months. Muhammad reports be involved in a drug treatment program, about a decade ago in and out of treatment. Muhammad is not currently involved in any substance abuse treatment program or counseling. Muhammad reports his barriers for not stopping is the privacy act and the right to bear arms (which he means bear his arms).

**Risk Assessment:**

Muhammad is not SI/HI/PAD/GD at this time, Muhammad is at risk of withdrawal or overdose/toxic use. Muhammad nutrition is not good due to his homelessness, Muhammad is at risk to exposure to the elements, exploitation, abuse or neglect due to his substance use and his current homelessness.

**Brief summary/areas of need to be addressed in ISP (what will the ISP goals be addressing?):**

Living Goal: I want own apartment/ Muhammad needs to keep in touch with cm and guardian for updates on his housing.
Learning/Working Goal: I want to work part-time to earn money/ Muhammad will meet with RS for supportive employment
Social Goal: I want attend community groups/ Muhammad will meet with RS to community support services.
Health Goal: I want to visit with PCP yearly for routine check-up/ Muhammad meet with the PCP for intake.

**Strength's**
Muhammad has work history
Muhammad has the support of his family
Muhammad has the support of the clinical team
Muhammad will attend his appointments
Muhammad can cook and clean
Muhammad utilize the transit system
Muhammad has support from his dog
Muhammad does get food stamps
Muhammad car drive
Muhammad has Associate's Degree
**Clinical Team Recommendations:**

**Case Management:** activities may include assisting, maintaining, and monitoring covered services,  finding necessary resources to meet basic needs, coordinating care with family and other agencies involved,  outreach and follow up, and other activities as needed.

**BHMP Services:** Services may include ongoing medication management involving the review of effects, side effects, and adjustment of medications to prevent, stabilize, or ameliorate symptoms of a behavioral health condition.

**RN Services**: as needed through activities that may include the measurement of vital signs, assessment and monitoring of physical/medical status, review of the effects and side effects of medications and administration of medications.

Clinical Coordinator recommends she attend all MD and RN appointments, take all medications as prescribed, counseling referral as needed, engage with RS and FM to increase daily meaningful activity and enhance natural supports. Ensure follow up with PCP and other medical specialists as indicated. CC recommends individual counseling.

**TRANSPORTATION:** CM or ACT specialist will support by assisting in coordinating, arranging, or providing clinically necessary transportation for medically necessary behavioral health services.

**Rehab Specialist:**  Rehab Specialist services may include assessment of level of assistance he/she requires to create, plan, and successfully work towards accomplishing his/her employment/learning and social engagement goals.

**Peer/Family Mentor:**   Services may include group teaching independent living, social, and communications skills to persons and/or their families in order to maximize the person's ability to live and participate in the community and function independently.

Electronically signed by: Kimberly Bryant BHT /s/                12/12/2016
**Kimberly Bryant BHT - Provider**                              **Date**

_____          _____
**Behavioral Health Professional Reviewer Name (print) / Signature**     **Date**
Terros
**Agency**

| **REMINDER:**  All demographic data reported to ADHS/DBHS must be reviewed during annual update.  Based on this review: |
| --- |
| - At a minimum the following demographic/clinical data fields must be reported to ADHS/DBHS regardless of whether they have changed since the last data submittal: Axis I, II and V and GAF/CGAS, behavioral health category, employment and educational status, primary residence, number of arrests since the last data update and primary and secondary substance use; and/or |
| - All other demographic information that has changed (e.g., other agency involvement, income for non-Title XIX/XXI eligibles). |

COP 015248

Name: Muhammad Muhaymin
Date of Birth: ▇▇▇

| Medical Conditions | | |
|---|---|---|
| Condition | No/Yes | Additional Information (onset, treatment, etc.) |
| Thyroid Disorder | ☒ No ☐ Yes *If yes, what type:* | |
| Hepatitis | ☒ No ☐ Yes *If yes, what type:* | |
| HIV/AIDS | ☐ No ☐ Yes ☐ Deferred | |
| History of head trauma/injuries | ☒ No ☐ Yes | |
| Chronic pain | ☒ No ☐ Yes | |
| Other Conditions: | N/A | |
| Allergies? | ☒ No ☐ Yes, *If yes, explain:* | |
| Surgeries? | ☒ No ☐ Yes, *If yes, explain:* | |
| Number of pregnancies and number of live births? | Male | |
| Difficulties because of medical issues? | "No." | |

## MENTAL HEALTH HISTORY:

| Mental Health Treatment | | | |
|---|---|---|---|
| Type | Where | When | Why/Diagnosis |
| Outpatient - Medication Management and Counseling | PreSMI | determined in 2010 | BHR never engaged in services; was never opened with a clinic. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Other: BHR was unable to provide his mental health history. He came into the office then immediately fell asleep as soon as the evaluation began. He would make up intermittently but never spoke. He only made noises and gestured from time to time.

## MEDICATIONS:

| Current Medications *(psychiatric and medical)* | | |
|---|---|---|
| Medication | Dosage | Additional Information *(i.e. reason for Rx and abuse or adherence)* |
| None | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Side effects? N/A

Efficacy of current and past medications? BHR's guardian was unable to recall past medications.

COP 015249

Name: Muhammad Muhaymin
Date of Birth: ███████

## MENTAL HEALTH SYMPTOMS:

| Symptoms |
| --- |
| **Description** *(including onset, precipitating events, duration, frequency, triggers, and specific examples like quotes)*: The BHR 43 year old, single, Black male who was seen at CPR Tempe with his guardian/sister, Mussallina Muhaymin, for a PreSMI evaluation. He is T19 with, MC, homeless and not employed.  As stated above, the BHR fell asleep as soon as the evaluation began. He would make up intermittently but never spoke.  He only made noises and gestured from time to time. All of the information gathered below was from the sister/guardian. |

Presenting Concern: "Well, I applied for guardianship and I have temp guardianship and I want to establish services for him and renew my guardianship."

The BHR's sister reported he was diagnosed with Schizophrenia and Bipolar as well as an addiction in the past.  His symptoms include:

Depression: "I don't know. I see more of the Schizophrenia stuff," his sister answered.

Mania: "He gets where he is real hyper, screaming at the top of his lungs and making up songs."  BHR's sister was unable to provide more details.

Anxiety: "I don't know".

Psychosis: "Um, he is just saying really crazy things like asking if he can choke me and he used to teach marital arts at the community colleges.  He symptoms started I think in 2006 when our father passed because he and my father were real close. They took care of him in the family."  BHR's sister endorsed he has AVH as well as delusional thinking "our conversations don't make sense". At the time of assessment, the BHR appeared unable to speak and only made hand gestures.

| |
| --- |
| Difficulties because of symptoms? "Homelessness and the addiction came after and he has been arrested a lot.  He was stabbed recently." |
| How will you know if things are better/improving? "He's not like this." |
| What type of assistance do you feel you need? "He needs all the help he can get." |

| Risk Assessment | |
| --- | --- |
| History of suicide attempts? | ☐ No ☐ Yes *If yes, explain:* "I don't know." |
| Current ideation, intent, plans, or access to means? | ☒ No ☐ Yes *If yes, explain:* |
| Most recent suicidal ideation? Was there intent or a plan? | "I don't know." |
| History of harming others? | ☐ No ☐ Yes *If yes, explain:* "I don't know." |
| Current ideation, intent, plans, or access to means? | ☒ No ☐ Yes *If yes, explain:* |
| Most recent homicidal ideation? Was there intent or a plan? | "I don't know." |
| History of self-injurious behavior? | ☒ No ☐ Yes *If yes, explain:* |
| Was Duty to Warn completed? | ☒ No ☐ Yes *If yes, explain:* |

## SUBSTANCE ABUSE HISTORY:

| Substance Abuse | | | |
| --- | --- | --- | --- |
| **Type** | **First Use** | **Last Use** | **History/ Pattern of use (type, amount, and frequency)** |
| Denied | | | |
| | | | |

Name: Muhammad Muhaymin
Date of Birth: ███

| Substance Abuse | | | |
|---|---|---|---|
| Type | First Use | Last Use | History/ Pattern of use (type, amount, and frequency) |
| | | | |
| | | | |
| | | | |
| | | | |
| Other: BHR's sister was unsure but knows he uses something. "He asked me for ice before. I don't even know what that is." | | | |
| Drug of choice? | ☒ No ☐ Yes *If yes, what:* | | |
| Longest period of sobriety? How did they function during sobriety? | N/A | | |
| History of substance abuse treatment? | ☐ No ☐ Yes, *If yes, explain:* Unknown | | |
| Cigarette Smoker? | ☒ No ☒ Yes, *If yes, how many packs a day:* occasional | | |
| How has substance abuse impacted functioning? | N/A | | |
| Additional Information: | N/A | | |

## LEGAL HISTORY:

| Legal | |
|---|---|
| History of arrests? | ☐ No ☒ Yes *If yes, explain:* BHR has been charged with multiple things including "posession, trespassing, failure to appears and stuff like that". |
| Sentences? | His sister reported she knows he has served at least 2 years and "in and out over the years". |
| Additional Information: | No current pending legal issues. |

## EDUCATION & EMPLOYMENT HISTORY:

| Education | |
|---|---|
| Highest level of Education? | Graduated high school and completed some college. |
| Special Education? | ☒ No ☐ Yes *If yes, explain:* |
| Additional Information: | N/A |

| Employment | |
|---|---|
| Currently Employed? | ☐ Yes ☒ No *If yes describe the job (type of work, PT or FT, etc.). If no describe the last job:* BHR was last employed in 2006 "he and my father owned a martial arts school". |
| Work history | BHR was also employed at Waste Management for 3 years. |
| Barriers to employment | When asked, the BHR made a noise and jestured with his hands. |

## INTERPERSONAL FUNCTIONING:

| Social History | |
|---|---|
| Raised by? | "My dad and my mother died when we were teenagers." |
| Siblings? | 2 sisters. |
| Description of Childhood: | BHR was born and raised in New York and came to AZ at age 14. |
| History of Abuse? | ☐ No ☒ Yes *if yes, describe:* On the streets BHR has been abused, stabbed, beat up, etc. |
| Developmental Milestones (walk, talk, and potty train) | ☒ Met ☐ Not Met, *explain:* |
| Complications at birth? | N/A |
| Family history of mental illness, suicides, medical issues, and substance abuse? | No known mental health; No suicides; asthma, HTN and prostate cancer run in family; Father hx of crack cocaine |
| Relationship Status: | ☒ Single ☐ Committed Relationship ☐ Married ☐ Separated ☐ Divorced ☐ Widowed *Relationship History:* No current known current relationship. |

COP 015251

Name: Muhammad Muhaymin
Date of Birth:

| Social History | |
|---|---|
| Children: | 2 children ages 23 and 10; no contact |
| Friendships: | Unknown |

## GENERAL FUNCTIONING:

| Living Situation | |
|---|---|
| Living Arrangements | Homeless for the last 6+ years. |
| Source of Finances | None. |
| Method of Transportation | "Walk." |

| Activities of Daily Living | | |
|---|---|---|
| Type of Activity | Denied problems | Difficulty reported (please explain) |
| ▪ Bathing | ☒ | ☐ "He looks clean when we meet up." |
| ▪ Grooming/Hygiene | ☒ | ☐ BHR did appear clean, neat and it nlew clothing. |
| ▪ Preparing food | ☐ | ☐ "He has lost a lot of weight since I seen him since August. He had a food stamp card, but I don't know what happened to it." |
| ▪ Mobility | ☐ | ☐ |
| ▪ Housework | ☐ | ☒ Homeless |
| ▪ Shopping | ☐ | ☐ Unknown |
| ▪ Managing money | ☐ | ☐ No income. |
| ▪ Taking medication | ☐ | ☒ "He only stays on meds until he is incarcerated." |

| Typical day |
|---|
| When asked to describe their typical day they replied, "BHR made noises and motioned like he is walking." |

| Hobbies/Leisure Activities |
|---|
| BHR made a noise and a gesture that was incomprehensible. |

## BEHAVIORAL OBSERVATIONS:

| General Appearance | |
|---|---|
| Apparent Age | ☒ Age-Consistent ☐ Younger ☐ Older |
| Height | ☒ Average ☐ Short ☐ Tall |
| Weight | ☒ Average ☐ Obese ☐ Overweight ☐ Thin ☐ Emaciated |
| Attire | ☒ Casual ☐ Neat ☐ Tattered ☐ Dirty |
| Grooming | ☒ Well-Groomed ☐ Disheveled ☐ Unkempt ☐ Adequate ☐ Immaculate |
| Additional information: | N/A |

| Demeanor/Interaction | |
|---|---|
| Mood (as reported by the individual) | "BHR made a gesture he was hungry" |
| Affect (as observed by the evaluator) | ☐ Euthymic ☐ Dysphoric ☐ Upbeat ☐ Irritable ☐ Anxious ☐ Angry ☐ Euphoric ☒ Flat ☐ Constricted ☐ Labile |
| Eye Contact | ☐ Appropriate ☒ Minimal ☐ Poor ☐ Adequate ☐ Constant |
| Cooperation | ☐ Good ☐ Resistant ☐ Hostile ☐ Defensive ☐ Evasive ☒ Apathetic |
| Additional information: | N/A |

| Speech | |
|---|---|
| Articulation | ☐ Goal-Directed ☐ Unintelligible ☐ Mumbled ☐ Slurred ☐ Stuttered ☐ Clear |
| Tone | ☐ Normal ☐ Soft ☐ Loud |
| Rate | ☐ Normal ☐ Slow ☐ Verbose ☐ Pressured |
| Response Latency | ☐ Within Normal Limits ☐ Delayed ☐ Shortened |
| Additional Information: | BHR did not speak. |

| Motor Activity |
|---|

Name: Muhammad Muhaymin
Date of Birth: ███████

| Motor Activity | |
|---|---|
| Gait | ☒ Normal ☐ Staggering ☐ Shuffling ☐ Slow ☐ Awkward ☐ Use of Cane |
| Posture | ☒ Normal ☐ Relaxed ☐ Rigid ☐ Tense ☐ Slouched ☐ Erect |
| Psychomotor activity | ☒ Within Normal Limits ☐ Calm ☐ Hypoactive ☐ Restless ☐ Hyperactive ☐ Agitated |
| Mannerisms | ☒ None ☐ Tics ☐ Tremors ☐ Rocking ☐ Picking ☐ Grimacing |
| Additional Information: | N/A |

| Cognition | |
|---|---|
| Thought Content | ☐ Unremarkable ☐ Illogical ☐ Ruminations ☐ Negative ☐ Other: |
| Thought Processes | ☐ Logical/Coherent ☐ Tangential ☐ Circumstantial ☐ Vague |
| Delusions | ☐ No ☐ Yes *If yes, what type:* ☐ Grandiose ☐ Persecutory ☐ Somatic ☐ Erotomanic ☐ Jealous ☐ Other: |
| Perception *(as observed by the evaluator – i.e. responding to unseen others)* | ☐ Unremarkable ☐ Auditory Hallucinations ☐ Visual Hallucinations ☐ Tactile Hallucinations ☐ Olfactory Hallucinations ☐ Gustatory Hallucinations |
| Judgment | ☐ Good ☐ Partial ☐ Limited ☐ Poor ☐ None |
| Impulse Control | ☐ Good ☐ Partial ☐ Limited ☐ Poor ☐ None |
| Insight | ☐ Good ☐ Partial ☐ Limited ☐ Poor ☐ None |
| Additional Information: | BHR did not speak. |

| Intelligence | |
|---|---|
| Estimated intelligence | ☐ Average ☐ Below Average ☐ Above Average ☐ Borderline Intellectual Functioning ☐ Intellectual disability ☒ Unable to determine |
| Additional Information: | BHR did not speak; MMSE was unable to be completed due to the condition of the BHR. |

## MENTAL STATUS:

| Mini Mental Status Exam | | |
|---|---|---|
| Category | Measurement | Results |
| Orientation | Asked about person, place, time, and situation. | |
| Attention | Asked to complete Serial 7's (counting backwards from 100 in increments of 7) and the "world" task (spelling the word "world" forwards and backwards. | |
| Immediate Recall | Asked to repeat three words: "Robin, Blue, and St. Louis." | |
| Naming | Asked to identify a pen and watch. | |
| Repetition | Asked to repeat the phrase: "No Ifs, ands, or buts." | |
| Following Instructions | Asked to take a piece of paper in their right hand, fold it in half, and set it on the table. | |
| Reading | Was shown a piece of paper that read, "close your eyes," and asked to read it and do what it says. | |
| Writing | Instructed to write a sentence of their choosing. | They wrote: "            " |
| Construction | Asked to draw a clock with the hands pointing to 11:10 am. | |
| Delayed Recall | Asked to recall the above words after a five minute delay. | |

| Higher Executive Functioning | | |
|---|---|---|
| Category | Measurement | Results |
| Current events | Asked to name the last three presidents of the United States. | They responded: "          ." |
| Judgment | Asked what they would do if they encountered | They stated "        " and "        ." |

COP 015253

Name: Muhammad Muhaymin
Date of Birth: ▮

**Higher Executive Functioning**

| Category | Measurement | Results |
|---|---|---|
| | a burning house in their neighborhood and a stamped, sealed, and addressed envelope on the street. | respectively |
| Problem solving | Asked to identify the similarity between an apple and a banana and a car and a boat. | They replied: "        " and "        ." |
| Abstract thinking | Asked the meaning of the following proverbs: "Don't cry over spilled milk" and "Rome wasn't built in a day." | They said: "        " and "        ," respectively. |

**Additional information**

| | |
|---|---|
| Clinical records obtained: ☐ Yes ☒ No    If no, explain: | |
| Pend options: ☐ 3 day  ☐ 20 day pend  ☐ EEP  If 3 day, explain: PreSMI | |

COP 015254

Name: Muhammad Muhaymin
Date of Birth: ▮▮▮▮▮

## SUMMARY:

**Clinical Summary**

The BHR 43 year old, single, Black male who was seen at CPR Tempe with his guardian/sister, Mussallina Muhaymin, for a PreSMI evaluation. He is T19 with, MC, homeless and not employed.  As stated above, the BHR fell asleep as soon as the evaluation began. He would make up intermittently but never spoke.  He only made noises and gestured from time to time. All of the information gathered below was from the sister/guardian.  BHR's sister reported he is primarily psychotic, delusional and having AVH and is unaware of mood symptoms, anxiety or what substances he may use.  Given what is known, the BHR appears to meet criteria for F20.9 Schizophrenia.

## DIAGNOSTIC IMPRESSION:

F20.9 Schizophrenia
Z59.0 Homelessness

## ASAM SUMMARY: ☐ Completed  ☒ Not applicable, explain: Hx unknown.

| Dimensions | 1- Intoxication | 2- Biomed | 3- Emotional | 4- Readiness | 5- Relapse | 6- Recovery environment |
|---|---|---|---|---|---|---|
| Risk level | | | | | | |
| (0)No risk (Low) | | | | | | |
| (1)Mild    (Low) | | | | | | |
| (2) Moderate (Medium) | | | | | | |
| (3)Significant (Medium) | | | | | | |
| (4) Severe (High) | | | | | | |

Tamara Lamontagne  //      _signature_          LASAC // Evaluator          9/22/2016
**Assessor's Name (print) / Signature**          **Credentials/Position**          **Date**

_____          _____          _____
**Supervisor's Name (print) / Signature**          **Credentials/Position**          **Date**

---

Name: Muhaymin, Muhammad          DOB: ▮▮▮▮          Date: 09/22/2016

COP 015255

Name: Muhammad Muhaymin
Date of Birth: ▉▉▉▉▉

## ADHS/DBHS POLICY AND PROCEDURE MANUAL
### Policy Form 106.1
### Serious Mental Illness
### DETERMINATION

1. **Preliminary Serious Mental Illness Eligibility Determination Recommendation**

   Based upon my direct behavioral health assessment of this person, or my review thereof, I

   | Tamara Lamontagne | LASAC |
   |---|---|
   | Print Name | Credentials |

   make the following preliminary serious mental illness eligibility recommendation:

1. **Preliminary Recommendation of Qualifying Diagnosis:** (Select the person's principal diagnosis(es) supported by available information.)

   **Psychotic Disorders:** ☐ F20.0 ☐ F20.1 ☐ F20.2 ☐ F20.3 ☐ F20.5 ☒ F20.9 ☐ F28 ☐ F29 ☐ F21 ☐ F22 ☐ F25.0 ☐ F25.1 ☐ F25.8 ☐ F25.9

   **Bipolar Disorders:** ☐ F31.0 ☐ F31.1 ☐ F31.10 ☐ F31.11 ☐ F31.12 ☐ F31.13 ☐ F31.2 ☐ F31.30 ☐ F31.31 ☐ F31.32 ☐ F31.4 ☐ F31.5 ☐ F31.60 ☐ F31.61 ☐ F31.62 ☐ F31.63 ☐ F31.64 ☐ F31.70 ☐ F31.71 ☐ F31.72 ☐ F31.73 ☐ F31.74 ☐ F31.75 ☐ F31.76 ☐ F31.77 ☐ F31.78 ☐ F31.9 ☐ F31.81 ☐ F31.89 ☐ F34.0 ☐ F39

   **Major Depression:** ☐ F32.0 ☐ F32.1 ☐ F32.2 ☐ F32.3 ☐ F32.4 ☐ F32.5 ☐ F32.9 ☐ F33.0 ☐ F33.1 ☐ F33.2 ☐ F33.3 ☐ F33.4 ☐ F33.40 ☐ F33.41 ☐ F33.42 ☐ F33.9 ☐ F32.8 ☐ F32.9 ☐ F34.1

   **Anxiety Disorders:** ☐ F40.00 ☐ F40.01 ☐ F40.02 ☐ F41.0 ☐ F41.1 ☐ F40.2 ☐ F41.8 ☐ F41.9

   **Trauma-Related Disorders:** ☐ F43.10 ☐ F43.11 ☐ F43.12   **Obsessive-Compulsive Disorders:** ☐ F42

   **Dissociative Disorders:** ☐ F44.81

   **Personality Disorders:** ☐ F60.0, ☐ F60.1, ☐ F60.3, ☐ F60.4, ☐ F60.5, ☐ F60.6, ☐ F60.7, ☐ F60.81, ☐ F60.89, ☐ F60.9

   1(a) The above noted diagnosis(es) is/are suggested based upon the following signs and symptoms of the mental disorder(s): (Provide descriptions of both positive (confirming) findings and negative ("rule-out") findings for other diagnoses that were considered).
   PreSMI: BHR's sister reported he is primarily psychotic, delusional and having AVH and is unaware of mood symptoms, anxiety or what substances he may use. Given what is known, the BHR appears to meet criteria for F20.9 Schizophrenia.

Name: Muhammad Muhaymin
Date of Birth: ███ █

2. **Preliminary Recommendation of Functional Criteria:** As a result of the above diagnosis, the person exhibits any item listed under 2(a), (b), and/or (c) for most of the past twelve months **or** for most of the past six months with an expected continued duration of at least six months:

☐ 2(a) **Inability to live in an independent or family setting with out supervision (Self Care/Basic Needs) -** The person's capacity to live independently or in a family setting, including the capacity to provide or arrange for needs such as food, clothing, shelter and medical care.
　　☐ Neglect or disruption of ability to attend to basic needs.
　　☐ Needs assistance in care for self.
　　☐ Unable to care for self in safe or sanitary manner.
　　☐ Housing, food and clothing must be provided or arranged for by others.
　　☐ Unable to attend to the majority of basic needs of hygiene, grooming, nutrition, medical, and dental care.
　　☐ Unwilling to seek prenatal care or necessary medical/dental care for serious medical or dental conditions.
　　☐ Refuses treatment for life threatening illnesses because of behavioral health disorder.

☐ 2(b) **A risk of serious harm to self or others (Social/ Legal and/or Feeling/Affect/Mood) -** The extent and ease with which the person is able to maintain conduct within the limits prescribed by law, rules and social expectations, and/or the extent to which the person's emotional life is well modulated or out of control.

　　☐ Seriously disruptive to family and/or community.
　　☐ Pervasively or imminently dangerous to others' bodily safety.
　　☐ Regularly engages in assaultive behavior.
　　☐ Has been arrested, incarcerated, hospitalized or at risk of confinement because of dangerous behavior.
　　☐ Persistently neglectful or abusive towards others in the person's care.
　　☐ Severe disruption of daily life due to frequent thoughts of death, suicide, or self-harm, often with behavioral intent and/or plan.
　　☐ Affective disruption causes significant damage to the person's education, livelihood, career, or personal relationships.

☐ 2(c) **Dysfunction in Role Performance --** Person's capacity to perform the present major role function in society -- school, work, parenting or other developmentally appropriate responsibility.
　　☐ Frequently disruptive or in trouble at work or at school
　　☐ Frequently terminated from work or suspended/expelled from school.
　　☐ Major disruption of role functioning.
　　☐ Requires structured or supervised work or school setting.
　　☐ Performance significantly below expectation for cognitive/developmental level.
　　☐ Unable to work, attend school, or meet other developmentally appropriate responsibilities.

The above noted Functional Criteria ratings are suggested based upon the following information regarding this person's functioning: (Provide a description of positive (confirming) findings and negative ("rule-out") findings of the functioning of this person).
N/A

Name: Muhammad Muhaymin
Date of Birth: ███████

3. **Risk of Deterioration**

☒ The person does **not** currently meet any one of the above functional criteria 2(a) through 2(c) but may be expected to deteriorate to such a level without treatment.

    ☒ A qualifying diagnosis with probable chronic, relapsing and remitting course.
    ☐ Co-morbidities (like mental retardation, substance dependence, personality disorder, etc.).
    ☐ Persistent or chronic factors such as social isolation, poverty, extreme chronic stressors (life-threatening or debilitating medical illnesses, victimization, etc.)
    ☐ **Other** (past psychiatric history; gains in functioning have not solidified or are a result of current compliance only; court-committed; care is complicated and requires multiple providers; etc.).

The above noted Functional Criteria ratings are suggested based upon the following information regarding this person's functioning: (Provide a description of positive (confirming) findings and negative ("rule-out") findings of the functioning of this person).
PreSMI; Given what is known, the BHR appears to meet criteria for F20.9 Schizophrenia.

Tamara Lamontagne //  _[signature]_      LASAC // Evaluator      9/22/2016
**Assessor's Name (print) / Signature**      **Credentials/Position**      **Date**

Name: Muhammad Muhaymin
Date of Birth: ▆▆▆▆

**II.** **Final SMI Eligibility Determination Evaluation**

☐  **SMI** – All of the available information supports the conclusion that the above individual has a qualifying diagnosis (1) AND either meets one or more functional criteria (2) OR is at risk of deterioration (3) and therefore meets ADHS/DBHS clinical criteria for SMI.

☐ SMI A - Functional Criteria 2a or 2b

☐ SMI B - Functional Criteria 2c or 3

☐  **Not SMI** - The above individual does not meet ADHS/DBHS clinical criteria for SMI.

Clinical rationale for final determination:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Reviewer Name (Print)                Signature

_____          _____
Credentials/ Position                Date of Determination

COP 015259



*Terros*
*Inspiring Change*
*for Life*

5030 W McDowell Rd Ste 16Phoenix AZ, Arizona  850353900   (602) 278-1414   Fax (602)269-8410

# Fax Transmission

**DATE:** 01/23/2017
**TO:**                                         **FAX:**


**FROM:**   Amy Beard
**REGARDING:**  PCP notification
**NUMBER OF PAGES IN THIS TRANSMISSION: 2**


                  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***CONFIDENTIAL**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail message contains information that is or may be LEGALLY PRIVILEGED, CONFIDENTIAL,PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and is intended only for the use of the Addressee(s) named herein.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited.  If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.

                        \*\*\*\*\*\***CONFIDENTIAL**\*\*\*\*\*\*

_____

**Message:**  You are being notified of care being provided for your patient at Terros.

If you did not receive the correct number of pages, or if there are any questions regarding this fax, please call (602)278-1414.
       Thank you.


Sender:   ___Amy Beard_____

**OUR FAX # IS  (602)269-8410**

COP 015260

COP 015261



COP 015262



# **CONFIDENTIAL TRANSMITTAL**

| | |
|---|---|
| **From:**<br>Crisis Preparation & Recovery Inc.<br>2120 S McClintock Dr<br>Tempe, AZ 85282<br>(480) 804-0326 | **To:** Cenpatico Integrated Care ☐<br>**To:** Health Choice Integrated Care ☐<br>**To:** Mercy Maricopa Integrated Care ☒<br>**To:** Crisis Response Network ☐ |

**Evaluator Name:**   Tamara Lamontagne

**TRANSMITTAL METHOD:**   ☒ Emailed

**DATE EMAILED**:   9/22/2016

**COE/ COT:**   ☐ YES   ☒ NO

**MEDICARE:**   ☐ YES   ☒ NO

**T-19:**   ☒ YES   ☐ NO   ☐ PENDING

If Non-T19 and not pending, AHCCCS screening completed: ☐ YES   ☐ NO

AHCCCS eligible:   ☐ YES (resources for application provided)   ☐ NO

**STATUS:**   ☐ GMH (CPR)   ☒ PRE-SMI (RBHA)   ☐ Determination requested (CRN)

**IF DETERMINATION REQUESTED**:   ☐ 3-day request  ☐ 20-day pend  ☐ EEP

The information contained in this electronic document is intended only for the confidential use of the designated recipient(s) named above. This document contains information that is privileged and confidential. If the reader of this message is not the intended recipient(s), you are hereby notified that you have received this transmission in error, and that any review, dissemination, distribution or copying of this document is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the message. Thank you.

Revised – 12-03-15

---

Name: Muhaymin, Muhammad                    DOB: ▮▮▮▮                    Date: 09/22/2016

COP 015264

Muhaymin, Muhammad

| V71.09 | No diagnosis on Axis II | | |
|--------|-------------------------|--|--|
| | | | |

**Axis III:**     30        Chronic Pulmonary Disorders
**Axis IV:**    **Problems with/related to** housing,
**Axis V:**     45

CCP: Kimberly  Bryant BHT

COP 015265

COP 015266

| V71.09 | No diagnosis on Axis II | | |
| | | | |

**Axis III:**   NONE
**Axis IV:**   **Problems with/related to** housing,
**Axis V:**   NONE

CCP: Kimberly Bryant BHT

COP 015267

COP 015268

Muhaymin, Muhammad                                              Page 2 of  2

**Axis IV:** **Problems with/related to** housing,
**Axis V:**      NONE

CCP: Kimberly  Bryant BHT

COP 015269

COP 015270

Muhaymin, Muhammad

**Axis V:**    NONE

CCP: Allyson  Parsons BHT

COP 015271

Name: Muhammad Muhaymin
Date of Birth: ███████

| NAME: Muhammad Muhaymin | DOB: ███████ | CONTINUATION.... | | |
|---|---|---|---|---|
| Marital Status | 6. Single | Primary Current Sub | None | (None Selected) |
| Race | 2. Black | Primary Current Sub | (None Selected) | First Use: |
| Ethnicity | 2. Not Hispanic | Secondary Current S | (None Selected) | (None Selected) |
| Language | 1. English | Secondary Current S | (None Selected) | First Use: |
| Medical Insurance 1 | 2. AHCCCS | Tertiary Current Sub | (None Selected) | (None Selected) |
| Medical Insurance 2 | (None Selected) | Tertiary Current Sub | (None Selected) | First use: |
| Medical Insurance 3 | (None Selected) | | | |
| AHCCCS ID | A92270335 | | | |
| T19 | Yes | | | |
| If Private insurance present, please indicate type, insurance ID # and Policy Number | N/A | | | |
| Referral Date | 9/16 | | | |
| Referral Source | 1. Self/Family/ Friend | | | |
| Health Plan Referral | No | | | |
| Delay code | 9- Not applicable | | | |
| Arrests in the last 30 days | 0 | | | |
| Household Size | 0 | | | |
| Gross Monthly Household Income | 0 | | | |
| Pregnant or Post-Partum | No | | | |
| Woman with Dependent Children | No | | | |
| Primary Residence | 7. Homeless/Shelter for H | | | |
| Treatment Participation | V-Voluntary | | | |
| Veteran Status | No | | | |
| ADOC | No | | | |
| AOC (adult) | No | | | |
| DES/RSA | No | | | |
| DES Jobs | No | | | |
| School | No | | | |
| Diagnostic Summary | | | | |
| F20.9 Schizophrenia Z59.0 Homelessness | | | | |
| Primary Transport | 2. Family/Friend | | | |
| Social Support of Recovery | 1. No attendance in past | | | |
| Gender Identity | 6 Woman | | | |
| Sexual Orientation | 4 Heterosexual | | | |

COP 015272

# Initial and or Change in Diagnosis

Modified Date: 12/05/2016 10:50 AM

**Primary Billing Diagnosis: AXIS I : 295.10 - Schizophrenia Disorganized Type**

**Axis I  - DSM -IV**                                    **DSM -V**                                          **Specifier:**

| 295.10 | Schizophrenia Disorganized Type | F20.9 | Schizophrenia | |
| 305.20 | Cannibus Abuse | F12.10 | Cannabis use disorder, Mild | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Axis II:**

| V71.09 | No diagnosis on Axis II | | | |

**Axis III:**    30          Chronic Pulmonary Disorders

**Axis IV:**    **Problems with/related to** housing,

**Significant recent losses as of 09/22/2016:**

**Axis V:**    45

**Modified by:** Lilliam Villalobos MD

**Date:** 12/05/2016

COP 015273

# Initial and or Change in Diagnosis

Modified Date: 09/26/2016 03:51 PM

---

**Primary Billing Diagnosis: AXIS I : 295.90 - Schizophrenia Undifferentiated Type**

| Axis I - DSM -IV | | DSM -V | | Specifier: |
|---|---|---|---|---|
| 295.90 | Schizophrenia Undifferentiated Type | F20.9 | Schizophrenia | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Axis II: | | | | |
|---|---|---|---|---|
| V71.09 | No diagnosis on Axis II | | | |
| | | | | |

Axis III:    NONE

   **Significant recent losses as of 09/22/2016:**

Axis V:    NONE

---

**Modified by:** Julia Matthies BHP

**Date:** 09/22/2016

COP 015275

COP 015276

Current sources of income and amount *(please check all that apply)*:

- [ ] SSI $ 0
- [ ] SSDI $ 0
- [ ] Social Security $ 0
- [ ] GA $_____
- [ ] VA $_____
- [ ] AFDC/TANF $ 190.00
- [ ] Unemployment benefits $_____
- [ ] Employment $_____

Sources of financial assistance the applicant has applied or will apply for: Muhammad wants to apply for SSDI, does receives food stamps in the amount of $190.00

Does the applicant require a start-up box?   ■Yes   ☐No

Has the member applied for Community Housing?   ☐Yes   ■No
(If yes, member will be removed from Community Housing waitlist.)

---

### REQUIRED: Please complete and submit the VI-SPDAT along with this application.
*VI-SPDAT: Vulnerability Index-Service Prioritization Decision Assistance Tool*

---

### 3) Certification/Signatures

| | | |
|---|---|---|
| Kimberly Bryant | Kim Bryant | 12-05/2016 |
| Case manager (print name) | CM (signature) | Date |
| Thomas R. Schaszberger | | 12-5-16 |
| Clinical Coordinator (print name) | CC (signature) | Date |
| Muhammad Muhaymin | M. Muhaymin | 12/5/16 |
| Applicant (print name) | Applicant (signature) | Date |
| Mussallina Muhaymin | M. Muhaymin | 12/5/2016 |
| Guardian (print name) | Guardian (signature) | Date |

**Please complete this form, print/scan and email to: housing@mercymaricopa.org**

Page **2** of **2**

---

Name: Muhaymin, Muhammad        DOB: ███        Date: 12/05/2016

COP 015277

COP 015278

COP 015280

COP 015281

FILED
12/7/16 8:00 a.m.
MICHAEL K. JEANES, Clerk
By L. Wistuber
L. Wistuber, Deputy

# IN THE SUPERIOR COURT IN AND FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

In the matter of the of:

MUHAMMAD A. MUHAYMIN,

An Incapacitated or Protected Person.

PB2016-003462

**ORDER OF CONTINUANCE**

Upon motion of Counsel for the Ward to continue the hearing set for December 2, 2016 at 3:00 p.m.,

IT IS ORDERED that this matter is rescheduled for **January 12**, 20**17**. @ 10:00 am.

IT IS FURTHER ORDERED that Petitioner's Temporary Letters be extended until **Jan 31, 2017** and the Clerk is directed to issue new Temporary Letters effective until such date.

Entered this **28** day of **Nov.** ~~2016~~ ~~2017~~ MLB

Margaret LaBianca, Commissioner

IT IS ORDERED waiving the fee for a certified copy of this Order of Appointment and one Letter of Appointment

VAN CAMP & LEONARD
7014 North 55th Avenue
Glendale, Arizona 85301
623-931-9259

MICHAEL K JEANES, CLERK
BY _____ DEP
FILED
16 DEC 13 AM 2: 34

FOR CLERK'S USE ONLY

Person Filing: Mussalina Muhaymin
Address (if not protected): 7214 S 41st DR
City, State, Zip Code: Phoenix AZ 85041
Telephone: (678)920-0786
Email Address: Mmuhaymin @gmail.com
Lawyer's Bar Number: _____
Licensed Fiduciary Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

In the Matter of: (check one or both)
☒ Guardianship  ☐ Conservatorship

Muhammad Muhaymin

☒ an Adult    ☐ a Minor

Case Number: 2016-003462
**LETTERS OF APPOINTMENT
AS TEMPORARY**
(Check one box)
☐ Guardian and Conservator
☒ Guardian
☐ Conservator
**AND ACCEPTANCE OF TEMPORARY
APPOINTMENT**

## ISSUANCE OF TEMPORARY LETTERS

1.   **NAME OF PERSON APPOINTED:** This person (name) Mussalina Muhaymin
     is appointed as: ☐ Guardian and Conservator  OR ☒ Guardian  OR ☐ Conservator

2.   **NAME OF PERSON WHO NEEDS GUARDIAN AND/OR CONSERVATOR:**
     Muhammad Muhaymin

3.   **REASON FOR APPOINTMENT:** The person who needs a guardian and/or conservator is
     ☐ a minor  OR ☐ an incapacitated adult or a ward  OR ☒ a protected person

4.   **LENGTH OF APPOINTMENT:** Jan 31, 2017

5.   **RESTRICTIONS** that apply to this TEMPORARY appointment, by order of the court:
     _____
     _____
     _____

WITNESS  DEC 1 3 2016

**MICHAEL K JEANES, CLERK**
Clerk of the Superior Court

By: _____
Deputy Clerk

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                          Page 1 of 2
LTA
PBGCT82
Use only most current version

Name: Muhaymin, Muhammad          DOB: ▮▮▮▮          Date: 12/12/2016

COP 015283

Case No _____

## ACCEPTANCE OF TEMPORARY APPOINTMENT

State of Arizona )
Maricopa County ) ss.

I accept the duties as TEMPORARY ☐ Guardian and Conservator   OR ☒ Guardian   OR ☐ Conservator

of Muhammad Muhaymin _____ (name)

I swear that I will perform these duties according to law.

_____
GUARDIAN AND/OR CONSERVATOR

Subscribed and sworn to before me this date: DEC 1 3 2016 _____ by Mussalina Muhaymin

MICHAEL K JEANES, CLERK

My Commission Expires: _____

Deputy Clerk/Notary Public

The foregoing instrument is a full, true and correct copy
of the original on file in this office.
I further certify that the Order/Letters are appointing the
Personal Representative  Conservator ☒ Guardian
was signed on 12-05-16 and that these
letters have not been revoked. DEC 1 3 2016
Attest
MICHAEL K JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the county of Maricopa.

By _____ Deputy

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
LTA

Page 2 of 2

PBGCT82f 062107
Use only most current version

Name: Muhaymin, Muhammad          DOB: ███████          Date: 12/12/2016

COP 015284

COP 015285

COP 015286

COP 015287

COP 015288

Person Filing: Mussellina Muhaymin
Address (if not protected): 7214 S 11st Dr.
City, State, Zip Code: Phoenix AZ 85041
Telephone: 678-920-0786
Email Address: MVmuhaymin@gmail.com
Lawyer's Bar Number:
Licensed Fiduciary Number:

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED
16 AUG 23 PM 4: 45
CERTIFIED COPY
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

In the Matter of: (check one or both)
☒ Guardianship ☐ Conservatorship

Muhammad A. Muhaymin
☒ an Adult   ☐ a Minor

Case Number: PB2016-003462
**LETTERS OF APPOINTMENT**
**AS TEMPORARY**
(Check one box)
☐ Guardian and Conservator
☒ Guardian
☐ Conservator
**AND ACCEPTANCE OF TEMPORARY**
**APPOINTMENT**

## ISSUANCE OF TEMPORARY LETTERS

1.  **NAME OF PERSON APPOINTED:** This person (name) Mussellina Muhaymin
    is appointed as: ☐ Guardian and Conservator   OR ☒ Guardian   OR ☐ Conservator

2.  **NAME OF PERSON WHO NEEDS GUARDIAN AND/OR CONSERVATOR:**
    Muhammad Muhaymin

3.  **REASON FOR APPOINTMENT:** The person who needs a guardian and/or conservator is
    ☐ a minor   OR ☒ an incapacitated adult or a ward   OR ☐ a protected person

4.  **LENGTH OF APPOINTMENT:** November 1, 2016

5.  **RESTRICTIONS** that apply to this TEMPORARY appointment, by order of the court:
    n/a

WITNESS: AUG 23 2016

MICHAEL K JEANES, CLERK
Clerk of the Superior Court
By: _____
Deputy Clerk

Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
LTA
Page 1 of 2
© Superior Court of Arizona
Use only most current version

Name: Muhaymin, Muhammad          DOB: ███          Date: 11/16/2016

COP 015289

Case No. _____

# ACCEPTANCE OF TEMPORARY APPOINTMENT

State of Arizona          )
Maricopa County        ) ss.

I accept the duties as TEMPORARY   ☐ Guardian and Conservator   OR ☒ Guardian   OR ☐ Conservator

of  Muhammad A Muhaymin (name).

I swear that I will perform these duties according to law.

_____
GUARDIAN AND/OR CONSERVATOR

Subscribed and sworn to before me this date:  AUG 23 2016  by Mussalina Muhaymin

MICHAEL K JEANES, CLERK

My Commission Expires: _____

Deputy Clerk/Notary Public

The foregoing instrument is a full, true and correct copy
of the original on file in this office.
I further certify that the Order/Statement appointing the
___ Personal Representative ___ Conservator ☒Guardian
was signed on  AUG 23 2016  and that these
letters have not been revoked.
Attest   AUG 23 2016
MICHAEL K. JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the county of Maricopa.

By_____, Deputy

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    PBGCT82f 062107

LTA

---

Name: Muhaymin, Muhammad                DOB: ▇▇▇▇▇                Date: 11/16/2016

COP 015290



COP 015291

COP 015292

COP 015293

FILED
12/7/16   8:00 a.m.
MICHAEL K. JEANES, Clerk
By L. Wietuber, Deputy

IN THE SUPERIOR COURT IN AND FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

In the matter of the of:                          PB2016-003462

MUHAMMAD A. MUHAYMIN,                    **ORDER OF CONTINUANCE**

An Incapacitated or Protected Person.

Upon motion of Counsel for the Ward to continue the hearing set for December 2, 2016 at

3:00 p.m.,

IT IS ORDERED that this matter is rescheduled for _January 12_, 20 17
@ 10:00 am.

IT IS FURTHER ORDERED that Petitioner's Temporary Letters be extended until

_Jan 31, 2017_ and the Clerk is directed to issue new Temporary Letters effective until such

date.

Entered this _28_ day of _Nov._ 2016 —MB
~~2017~~

Margaret LaBianca, Commissioner

IT IS ORDERED waiving the fee for a
certified copy of this Order of Appointment
and one Letter of Appointment

VAN CAMP & LEONARD
7014 North 55th Avenue
Glendale, Arizona 85301
623-931-7259

COP 015294

CERTIFIED COPY

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED

16 DEC 13 AM 2: 34

FOR CLERK'S USE ONLY:

Person Filing: Mussalina Muhaymin
Address (if not protected): 1218 S. 170th Dr
City, State, Zip Code: Phoenix AZ 85041
Telephone: 6781920-0786
Email Address: Mmuhaymin @ gmail.com
Lawyer's Bar Number: _____
Licensed Fiduciary Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

In the Matter of: (check one or both)
☒ Guardianship ☐ Conservatorship

Muhammad Muhaymin

☒ an Adult ☐ a Minor

Case Number: 2016-003462
LETTERS OF APPOINTMENT
AS TEMPORARY
(Check one box)
☐ Guardian and Conservator
☒ Guardian
☐ Conservator
AND ACCEPTANCE OF TEMPORARY
APPOINTMENT

## ISSUANCE OF TEMPORARY LETTERS

1. NAME OF PERSON APPOINTED: This person (name) Mussalina Muhaymin
   is appointed as: ☐ Guardian and Conservator  OR ☒ Guardian  OR ☐ Conservator

2. NAME OF PERSON WHO NEEDS GUARDIAN AND/OR CONSERVATOR:
   Muhammad Muhaymin

3. REASON FOR APPOINTMENT: The person who needs a guardian and/or conservator is
   ☐ a minor  OR  ☐ an incapacitated adult or a ward  OR ☒ a protected person

4. LENGTH OF APPOINTMENT: Jan 31, 2017

5. RESTRICTIONS that apply to this TEMPORARY appointment, by order of the court:

   _____
   _____
   _____

WITNESS: DEC 13 2016

MICHAEL K JEANES, CLERK
Clerk of the Superior Court

By: _____
Deputy Clerk

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 1 of 2          Use only most current version
LTA                                               PBGCT82F051701

---

Name: Muhaymin, Muhammad          DOB: ▇▇▇▇          Date: 11/28/2016

COP 015295

Case No. _____

## ACCEPTANCE OF TEMPORARY APPOINTMENT

State of Arizona       )
Maricopa County    ) ss.

I accept the duties as TEMPORARY ☐ Guardian and Conservator    OR ☒ Guardian    OR ☐ Conservator

of  _Muhammad  Muhaymin_____ (name).

I swear that I will perform these duties according to law.

_____

GUARDIAN AND/OR CONSERVATOR

Subscribed and sworn to before me this date: DEC 1 3 2016   by _Mussalina Muhaymin___

MICHAEL K JEANES, CLERK

My Commission Expires: _____

Deputy Clerk/Notary Public

The foregoing instrument is a full, true and correct copy
of the original on file in this office.
I further certify that the Order/Statement appointing the
___ Personal Representative ___ Conservator X Guardian
was signed on 12-05-16 and that these
letters have not been revoked.
Attest                              DEC 1 3 2016
MICHAEL K. JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the county of Maricopa.

By _____ Deputy

Name: Muhaymin, Muhammad          DOB: ████          Date: 11/28/2016

COP 015296

# GUIDELINES FOR

# HEALTH PROFESSIONAL'S REPORT

FOR CLERK'S USE ONLY

**INSTRUCTIONS TO PETITIONER:** Fill in the information below and give this document to the physician, registered nurse, or psychologist appointed by the Court to evaluate the health of the person said to need protection immediately after the "**ORDER APPOINTING** (Attorney, Health Professional, and Court Investigator)" is signed. The complete written report should be given to everyone listed in the "**ORDER APPOINTING**" no later than **10 days before** the scheduled hearing.

COURT CASE NUMBER:      PB _____

NAME OF EVALUATOR:      LILLIAM VILLALOBOS M.D.

EVALUATOR'S PROFESSION:    ☑ Physician    ☐ Registered Nurse    ☐ Psychologist

NAME OF PATIENT (subject of this evaluation): *Muhammad Muhaymin*
                                           (Person said to need guardian)

NAME OF PETITIONER:      *Mussallina Muhaymin*

PETITIONER'S TELEPHONE NUMBER: _____

DATE AND TIME OF COURT HEARING: _____

**INSTRUCTIONS TO PHYSICIAN OR OTHER EVALUATOR:** A court case has been filed that asks the court to appoint a guardian for the person named as "Patient" above. Before granting such a petition, the court must decide if mental, physical, or other cause exists which requires appointment of a guardian. To make that decision, the Court needs to know what you think about:
- the person's mental and physical health, and
- whether the person needs inpatient mental health treatment, and
- whether the person's driving privileges should be suspended.

The court has developed this form to make it easier for you to prepare your report. You may submit your report using this form *or in any format you choose*, but please provide the same type of information as provided for on this form. Note that if the Petitioner is seeking authority to consent to inpatient mental health treatment this report or a separate report recommending such authority <u>must</u> be signed by a licensed psychologist or psychiatrist. (A.R.S. § 14-5303(C))

After you complete the report, give the original report to *the Petitioner*, who is responsible for distributing copies to the proper parties. Please do <u>not</u> file your report with the Clerk of the Court.
**PLEASE DATE AND SIGN YOUR REPORT.** The Court realizes that your time is valuable.
**THANK YOU FOR YOUR TIME AND ASSISTANCE.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
PBGCA15f-080816

COP 015297

Case No. _____

## QUESTIONS FOR HEALTH PROFESSIONAL TO ANSWER:

> **Note:** *If not enough space* on this form to answer, write in "See attached" and respond on separate page. Please re-state the question on the attachment and use same number as from this document.

1. What is the date you last saw the patient? *12/5/16*

2. How long have you been treating the patient? *Since 10/25/16*

3. Why were you asked to do this evaluation?
   - [ ] I have been the person's physician for many years.
   - [✓] I was asked to do so by the family.
   - [ ] I was selected by an attorney.
   - [ ] My office is close to the person's residence.
   - [ ] I am a [ ] doctor, [ ] registered nurse, or [ ] psychologist, for the person's nursing home.
   - [ ] Other: _____

4. What is your area of specialty? *Psychiatry*
   Are you Board Certified in this area? [ ] Yes [✓] No
   In any other areas? [ ] Yes [✓] No
   If "yes", list: _____

5. Does the person you are evaluating appear to be having difficulty in any of the following areas?
   - [✓] Mental disorder
   - [ ] Chronic intoxication or drug use
   - [ ] Anything else (explain below)
   - [ ] Physical illness
   - [ ] Cognitive abilities
   - [ ] Physical illness ONLY

6. If he or she is having difficulty, please specify the nature of the illness, disorder, etc., including diagnosis:
   *PATIENT SUFFERS FROM Schizophrenia; disorganized type*

7. Has the person been treated or hospitalized before for this difficulty? [✓] Yes [ ] No
   If yes, when and where?
   *He has been treated with medications while in jail*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

PBGCA15f-080816

Name: Muhaymin, Muhammad                    DOB: ███                    Date: 12/05/2016

COP 015298

Case No. _____

8. Is the person able to do the following things?  Please check each applicable box.

☐ Pay his or her bills                    ☐ Take medication appropriately
☐ Obtain food                             ☐ Provide adequate housing
☐ Live alone                              ☐ Exercise daily self-help skills

☐ Make appropriate judgments that will protect him or her personally, physically, or financially
☐ Drive a motor vehicle.  (If "yes", explain below.)

If you believe a *guardianship* is warranted but you believe the person to be protected is capable of and *should be permitted to drive a motor vehicle*, please explain.

_____
_____
_____

9. If the person is currently on medication, please list:

*MEDICATIONS UNDER EVALUATION AT this TIME:*
*FAMILY TO INVESTIGATE MEDICATIONS that helped*
*in the PAST*

10. Do you believe that the medication is affecting the person's ability to respond coherently? ☐ Yes ☑ No

11. Do you believe that the medication is affecting the person's ability to ambulate? ☐ Yes ☑ No

12. Do you believe that a "medication holiday," if possible, would help you better evaluate the person? ☐ Yes ☑ No

13. Do you believe that any changes made in the type or amount of drugs the person is receiving would noticeably affect his or her mental or physical abilities? ☐ Yes ☐ No

14. Do you believe that any further medical evaluation or treatment would benefit the person? ☐ Yes ☑ No

If so, please give your recommendation:

_____
_____
_____

15. Do you think the person would benefit from other types of therapy such as counseling? ☐ Yes ☑ No   If yes, describe:

_____
_____
_____

© Superior Court of Arizona in Maricopa County                           PBGCA15f-080816
ALL RIGHTS RESERVED                        Page 3 of 6

Name: Muhaymin, Muhammad                DOB: ▮▮▮▮                    Date: 12/05/2016

COP 015299

Case No. _____

16.   **Where do you think the person should live today?**

☑ **At home with a companion**          ☐ **At home with a nurse**
☑ **In a group home**                   ☐ **In a boarding home**
☐ **in a supervisory care facility**    ☐ **In a nursing home**
☐ **In a hospital**
☐ **In an Inpatient Psychiatric Facility for inpatient mental health treatment.  Explain.**
☐ ***Other* -- please explain.**

_____

_____

17.   **Do you believe that the person's condition could improve within 6 months to a year?**

☐ Yes   ☑ No

18.   **Is there any reason for the court to review this matter again within less than one year?**

☐ Yes   ☑ No

19.   **Please make any additional comments or suggestions you think would be helpful to the court in making this decision.**

*Patient is extremely psychiatric which*
*impairs his ability to make the right*
*decisions.*

## MENTAL HEALTH TREATMENT ISSUES (This section must be completed <u>IF</u> the petitioner is requesting authority for a *guardian* to consent to inpatient mental health treatment, *and if so,* this report or a separate report covering this information must be completed and signed by a licensed psychologist or psychiatrist.)

> **Note:** *If not enough space* on this form to answer, write in "See attached" and respond on separate page. Please re-state the question on the attachment and use same number as from this document.

1.   **Is it the opinion of the undersigned that the patient is incapacitated as a result of a mental disorder?**
☑ Yes ☐ No

2.   **What is the mental disorder?**  *Schizophrenia, disorganized type*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 4 of 6                    PBGCA15f-080816

Name: Muhaymin, Muhammad          DOB: ████          Date: 12/05/2016

COP 015300

Case No. _____

3. Is it the opinion of the undersigned that the patient is likely to need inpatient mental health care and treatment within the next year?  ☐ Yes  ☑ No  (The maximum term for which authority may be granted to place a patient in an Inpatient Psychiatric Facility and treatment is one year.  This authority may be renewed or extended based on the evaluation and recommendation of a licensed physician or psychologist submitted with the annual report of the guardian. A.R.S. § 14-5312.01(P))

4. In the event that the answer to #3 is "Yes", please explain the need for, and the anticipated onset and duration of the inpatient treatment:

_Course of illness unpredictable_

5. What kind of treatment is the patient currently receiving for this disorder?

_Case Management_
_Appointment with Psychiatrist monthly_

6. Give a comprehensive assessment of any functional impairments of the patient.

_Patient is not able to live independently, unable to cook, clean, pay bills, work_

7. How and to what extent do these impairments affect the patient's ability to receive or evaluate information needed in making or communicating personal and financial decisions?

_Severe impairment due to psychiatric symptoms_

8. What tasks of daily living is the patient capable of performing without direction or with minimal direction?

_Eat or drink_

9. What is the most appropriate rehabilitation plan or care plan for the patient?

_24hr residential_

10. What would be the least restrictive living arrangement reasonably available for the patient?

_Living at home with family_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 5 of 6                    PBGCA15f-080816

Name: Muhaymin, Muhammad          DOB: ▮▮▮▮▮          Date: 12/05/2016

COP 015301

Case No. _____

11.    **Is there any reason why this patient should not personally appear in court?**  ☐ Yes  ☑ No
      **If "yes", please explain.**

_____

_____

_____

12.    **Please make any additional comments or suggestions you feel would be valuable to the court:**

_____

_____

_____

DATE REPORT PREPARED: *12/5/16*

SIGNATURE

LILLIAM VILLALOBOS M.D.

PRINTED NAME, PROFESSIONAL TITLE (MD, RN, etc.)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED        Page 6 of 6        PBGCA15f-080816

Name: Muhaymin, Muhammad      DOB: ███      Date: 12/05/2016

COP 015302

COPY FOR CERTIFICATION

CERTIFIED COPY

Person Filing: _____ Court _____
Address (if not protected): _____
City, State, Zip Code: _____
Telephone: _____
Email Address: _____
Lawyer's Bar Number: _____
Licensed Fiduciary Number: _____

**FILED**
10-25-2016 1:59 P.M.
MICHAEL K. JEANES, Clerk
By S. Brown
Deputy

Representing ☐ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**In the Matter of** (check one or both)
☒ Guardianship ☐ Conservatorship of

*Muhammad A. Muhaymin*

☒ an Adult   ☐ a Minor

Case Number: **PB2016-003462**

**TEMPORARY ORDER FOR**
(check one box)
☐ Guardianship and Conservatorship
☒ Guardianship
☐ Conservatorship

---

**NOTICE:** This is an important court order that affects your rights. Read this order carefully. If you do not understand this order, contact an attorney for legal advice. **This appointment is not effective until "Letters of Appointment" have been issued by the Clerk of the Court.**

---

## THE COURT FINDS:

1. **PETITION FILED.** A sworn Petition for Temporary Appointment of a Guardian and/or Conservator for the person named above was filed with the Court by the Petitioner.

2. **PERSON TO BE PROTECTED:** The person to be protected by this order:

   ☐ Is a **MINOR** whose welfare and best interests require the appointment of a Temporary **GUARDIAN** to provide for his or her continuing care and supervision;

   ☐ Is a **MINOR** for whom a Temporary **CONSERVATOR** is necessary because he or she has money or property that requires management or protection or has or may have business affairs which may be jeopardized by his minority, or the minor needs funds for his or her education and protection is necessary or desirable to obtain or provide funds.

   ☒ Is an **ADULT** who is incapacitated due to physical and/or mental disabilities, that he or she is unable to make or communicate responsible decisions concerning his or her person and that appointment of a Temporary **GUARDIAN** is necessary to provide for his or her continuing care and supervision,

   ☐ is an **ADULT** for whom a Temporary **CONSERVATOR** is necessary because he or she is unable to effectively manage or apply his or her estate due to physical and/or mental disabilities, confinement or disappearance, and that it is necessary to obtain or provide funds for the support, care, and welfare of the person to be protected and of those entitled to his or her support.

---

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
**ORD**

Page 1 of 3

PBGCTB1f 121710
Use only most current version

---

Name: Muhaymin, Muhammad                    DOB: ▮▮▮▮▮                    Date: 10/25/2016

COP 015303

Case No. _____

3.    **NEED FOR PROTECTION.** There is sufficient evidence to support a finding of incapacity or need for protection by the person who is the subject of this order;

4.    **PERSON TO SERVE AS GUARDIAN and/or CONSERVATOR:** Mussalina Muhaymin is competent to serve as: ☐ Guardian and Conservator OR ☒ Guardian OR ☐ Conservator.

5.    There is no guardian or conservator appointed by a court to date, or this order replaces such other order;

6.    ☐    **EMERGENCY.** An emergency exists and there is need under law for the Court to enter this order immediately;

7.    ☐    **PRIOR NOTICE.** Prior notice of this order is not required to be given to the person to be protected or his or her attorney or others entitled to prior notice because all the conditions of Arizona law, ARS §14-5310 and/or 14-5401.01 have been met.

8.    ☒    **MORE THAN 30 DAYS.** For good cause, this temporary appointment may be for more than 30 days, according to Arizona Law, A.R.S. § 14-5310 (D) and or 14-5401.01(D) for the following reasons:

_____

_____

_____

_____

## THE COURT ORDERS:

1.    **APPOINTMENT:** Mussalina Muhaymin is appointed as TEMPORARY
☐ Guardian and Conservator,  OR ☒ Guardian  OR ☐ Conservator of the above-named person pursuant to Arizona law ARS §14-5310 and/or 14-5401.01.

2.    **LETTERS:** This Order shall be filed with the Clerk of the Court, and upon filing a bond, if required, TEMPORARY LETTERS shall be issued to the Appointee in accordance with the terms of this Order and subject to the following restrictions (if any): _____

_____

_____

_____

3.    **NOTICE:**    ☒    The appointee shall give notice to the minor and his or her parents or to the protected or incapacitated person named in the caption above, and to all others, with a copy of each of the following documents:

a. The Petition for Temporary Appointment with this Order;
b. The Petition for Permanent Appointment;
c. All reports, affidavits, or other documents filed in support of both Petitions.

4.    **EMERGENCY HEARING WITHOUT NOTICE:**

☐    Personal service shall be completed no later than 72 hours after the date of this order upon the person who needs the protection, his or her attorney, and the parents of that person if the person is a minor.

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 2 of 3
**ORD**

PBGCT81f 121710
Use only most current version

Name: Muhaymin, Muhammad                    DOB: ▮▮▮▮▮                    Date: 10/25/2016

COP 015304

Case No. _____

5.  ☒  **PROOF OF NOTICE.** Proof of Notice of Hearing shall be filed with the Clerk of the Court, Probate Registrar, as required by Arizona Law, ARS §§ 14-5310 (B) and/or 14-5401.01(B).

6.  **THE APPOINTMENT ENDS.**

   The Appointment ends on ____Dec 8____, 20 16, or

   ☒  For good cause, this temporary appointment has been extended beyond 30 days.

   _____

7.  **CHANGE OF ADDRESS.** The person appointed as guardian and/or conservator shall notify this Court immediately of any change in his or her address or the person protected by this order. The appointee shall be responsible for all costs resulting from his/her failure to do so.

8.  ☒  **BOND:**
       No Bond is required, OR
       The Guardian and/or Conservator shall file a bond in the amount of $ _____
       with the Clerk of the Court, Probate Registrar.

   DONE IN OPEN COURT: ___10/25/2016___

   _____
   **JUDGE OR COMMISSIONER**

   *IT IS ORDERED waiving the fee for a certified copy of this Order of Appointment and one Letter of Appointment*

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
**ORD**

Page 3 of 3

PBGCT81f 121710
Use only most current version

---

Name: Muhaymin, Muhammad                DOB: ███████                Date: 10/25/2016

COP 015305

## ADDENDUM TO COURT ORDER – COMPLIANCE     Case #: PB2016-003462

To maintain public trust and confidence, the Court has a duty to ensure that court-appointed Guardians, Conservators and Personal Representatives comply with all Court Orders, Court Rules and Arizona Probate Laws.   Therefore,

**IT IS ORDERED** that the following tasks be completed in this case:

**GUARDIANS:**
- ☒ Issue Letters of Appointment within 10 days
- ☐ File Certificate of Completion of Training within 10 days

**PERSONAL REPRESENTATIVES / SPECIAL ADMINISTRATORS:**
- ☐ Issue Letters of Appointment within 10 days
- ☐ File Certificate of Completion of Training within 10 days
- ☐ Post a Bond within 10 days
- ☐ File or provide proof of mailing of Inventory & Appraisement within 90 days of appointment

**CONSERVATORS:**
- ☐ Issue Letters of Appointment within 10 days
- ☐ File Certificate of Completion of Training within 10 days
- ☐ Post a Bond within 10 days
- ☐ File Proof of Restricted Account within 30 days of appointment
- ☐ File Proof of Recorded Restriction on Real Property within 30 days of appointment
- ☐ File Proof of Annuity Contract within 60 days of appointment
- ☐ File Inventory & Appraisement within 90 days of appointment
- ☐ File Consumer Credit Report (dated within 90 days of the Inventory & Appraisement) within 90 days of appointment

**IT IS FURTHER ORDERED** that the following person(s) are responsible for completing these tasks:

**RESPONSIBLE FIDUCIARY:**
- ☒ Guardian
- ☐ Conservator/Special Conservator
- ☐ Personal Representative/ Special Administrator

**RESPONSIBLE ATTORNEY:**
- ☐ Attorney for the Fiduciary
- ☐ Attorney for the Insurance Company
- ☐ Attorney for the Ward or Protected Person

### A REVIEW HEARING IS SET TO DETERMINE COMPLIANCE

☒ Review Hearing Date: _11/29/16_     Time: 8:30 a.m.
Hearing Location:    125 W. Washington St., Courtroom 104, Hon. Edward Bassett
Compliance with Bond, Training, and Letters of Appointment.

☐ Review Hearing Date: _____     Time: 8:30 a.m.
Hearing Location:    125 W. Washington St., Courtroom 104, Hon. Edward Bassett
Compliance with Restricted Account and Restricted Real Property.

☐ Review Hearing Date: _____     Time: 8:30 a.m.
Hearing Location:    125 W. Washington St., Courtroom 104, Hon. Edward Bassett
Compliance with Annuity Contract.

☐ Review Hearing Date: _____     Time: 8:30 a.m.
Hearing Location:    125 W. Washington St., Courtroom 104, Hon. Edward Bassett
Compliance with Inventory and Appraisement and Consumer Credit Report.

**IF YOU HAVE COMPLIED WITH THE ORDERS OF THIS COURT, THE REVIEW HEARING WILL BE VACATED. YOU WILL NOT BE NOTIFIED IF A REVIEW HEARING IS VACATED.**

**IF YOU BELIEVE YOU HAVE COMPLIED WITH THE ORDERS OF THIS COURT, CONTACT PROBATE ADMINISTRATION AT (602) 506-5510. REVIEW FOR COMPLIANCE OCCURS UP TO THE DATE OF THE HEARING; THEREFORE, YOU SHOULD CALL THE DAY BEFORE THE HEARING TO SEE IF YOUR HEARING HAS BEEN VACATED.**

**ALL OTHER QUESTION ABOUT YOUR CASE SHOULD BE DIRECTED TO THE COURT WHERE YOUR CASE IS ASSIGNED.**

**DATED: October 25, 2016**     **JUDICIAL OFFICER:** _____
                                           Comm. Margaret LaBianca

Revised March 13, 2014

COP 015307

COP 015308



**Inspiring Change**
**for Life**

# Contact Note

---

**Encounter Date:** 01/06/2017          3:32 PM to 3:33 PM   No billing for service
**Patient Name:**  **Muhammad Muhaymin**
**Provider Name:**  Amy Beard BHT

---

Provider received e-mail from case manager. Contacted for coordination of care.

Diagnosis Addressed Today:

| Diagnosis | Diagnosis Description | New OR Continuing |
|-----------|----------------------|-------------------|
| F20.9 | Schizophrenia | Continuing |

From: Rasheedah Shaheed
Sent: Thursday, January 05, 2017 3:32 PM
To: Thomas Bohanske <Thomas.Bohanske@terros.org>
Cc: Amy Beard <Amy.Beard@terros.org>
Subject: Muhammad M. [secure]

Hello Tom....Here is the way I found out Muhammad M. had passed away: On my way home from work yesterday (1/4/2017) I observed Phoenix P.D at Maryvale library with yellow tape out and numerous police cars and mobile units. I knew Muhammad was homeless in the park behind the library so this CM went to check on him. I looked around for Muhammad as I located his belongings, however, he was not around. CM asked individuals in the park who he hung with if they had seen him. This is when I was informed that he was killed earlier that morning and that's why the police were still in the area. CM saw one of Muhammad's sister's in the park as she spoke with this CM and clarified that it was Muhammad that had been killed by the police. I hung around for a while providing support to the sister and then spoke wit  . I hung around for a while providing support to the sister and then spoke with a female detective who also clarified that Muhammad was dead. Today, 1/5/17, I tried to contact Muhammad's guardian which is one of his sister's, however, there was no answer. Came in to work today and notified CC, Amy of the incident.

Rasheedah Shaheed
Case Manager

COP 015310

COP 015311

COP 015312

COP 015313

Muhammad has support from his dog
Muhammad does get food stamps
Muhammad car drive
Muhammad has Associate's Degree
Cm informed Muhammad of getting a letter from a doctor for his services dog and he would be able to bring his dog to the clinic. cm informed Muhammad about the Christmas party and Muhammad said he would like to come if he could find a babysitter for his dog. Cm informed Muhammad she would schedule a cab for the 14th at 10:30am.

## Assessment

Clt presented with sx of Use of Drugs and Alcohol. Barriers to progress are Housing, income.  Clt's affect is  good eye contact, walked around and was cleaning.   Mood appears to be elevated, friendly.
Client has no SI/HI Ideation.

## Progress

Steady progress.

## Plan

Continue services.


Electronically Signed By: Kimberly Bryant BHT          12/12/2016 03:48 PM
Provider Signature                                                          Date

COP 015315

COP 015316

COP 015317

**Plan**

<u>Electronically Signed By: Kimberly Bryant BHT</u>          <u>12/05/2016 01:36 PM</u>
Provider Signature                               Date

COP 015318

COP 015319



# Contact Note

---

**Encounter Date:** 11/18/2016        **2:20 PM to 2:30 PM  Duration: 10 min**
                                                **Service code:  T1016HN53 Units:  1**

**Patient Name:  Muhammad Muhaymin**
**Provider Name:** Kimberly Bryant BHT

---

Provider met with guardian at Office.  Contacted for coordination of care.

Diagnosis Addressed Today:

| Diagnosis | Diagnosis Description | New OR Continuing |
|-----------|----------------------|-------------------|
| F20.9 | Schizophrenia | Continuing |

Case Management: activities may include assisting, maintaining, and monitoring covered services,  finding necessary resources to meet basic needs, coordinating care with family and other agencies involved,  outreach and follow up, and other activities as needed.

Muhammad guardian came into the clinic to informed cm that she needed more information of the guardianship paperwork, Mussallina informed cm when she went to the judge they gave her more time because the paperwork was not filled out with enough information. Mussallina informed cm she needed the to have it done by the 1st of December. Cm informed Mussallina that she would email the doctor due to her being off and cm will contact her on Monday to see if the doctor wants him to come back in or if she would fill it out.  Cm emailed the doctor and will follow up on Monday. Mussallina said she would contact cm on Monday.

**From:** Kimberly Bryant
**Sent:** Friday, November 18, 2016 3:24 PM
**To:** Lilliam Villalobos <Lilliam.Villalobos@terros.org>
**Cc:** Amy Beard <Amy.Beard@terros.org>
**Subject:** Muhammad M

Hello

Mussallina came in for Muhammad and asked if you could put more information with the report, Mussallina informed me the judge gave her more time because she said the guardianship paperwork needed to be filled out with more accurate information on Muhammad. Mussallina said she needed it by the 1st of December and his next appointment is on 12/5/16.

COP 015321

COP 015322

Electronically Signed By: Kimberly Bryant BHT           11/14/2016 04:31 PM
Provider Signature                                                Date

COP 015323

COP 015324

COP 015325

COP 015326

COP 015327

COP 015328



# Contact Note

---

**Encounter Date:** 11/04/2016          **8:31 AM to 8:45 AM  Duration: 14 min**
                                        **Service code:  T1016HN53 Units:  1**

**Patient Name:  Muhammad Muhaymin**
**Provider Name:**  Kimberly Bryant BHT

---

Provider attended staffing with guardian. Contacted for coordination of care.

Diagnosis Addressed Today:

| Diagnosis | Diagnosis Description | New OR Continuing |
|-----------|----------------------|-------------------|
| F20.9 | Schizophrenia | Continuing |

Case Management: activities may include assisting, maintaining, and monitoring covered services,  finding necessary resources to meet basic needs, coordinating care with family and other agencies involved,  outreach and follow up, and other activities as needed.

Cm meet with Mussallina to go over Muhammad intake packet and have the guardian, sign the necessary paper from Muhammad intake packet. Cm informed Mussallina when she meet Muhammad he was talking but the second time he was doing the hand gestures. Cm informed Mussallina Muhammad had appointment on the 14th and this cm was going to sit down with him and his step mother to complete his assessment and ISP which are his goals. Cm explained she talked with Muhammad about this and he did say he wanted help getting him apartment, Mussallina said that would be fine with her for cm to complete the assessment with Muhammad and his step mother because she knows Muhammad better. Cm asked Mussallina about coming to Muhammad appointments a  and she informed cm she could not come to everyone but if this cm could informed her about the appointments and give her an update on the ones she could not make it to. Mussallina asked if this cm was able to get the paperwork from CPR/ or the prison cm informed Mussallina they did get the paperwork from CPR so at his next appointment the doctor should be able to fill out the court paper she needed for guardianship. Cm went over the intake packet and had Mussallina sign it cm gave copy of the intake packet to Mussallina and walked her out to the lobby.
 Staff case. Cm staffed with guardian Mussallina

## Indicators

COP 015329

COP 015330

COP 015331

COP 015332

COP 015333

COP 015334

COP 015335



**Terros**
*Inspiring Change*
*for Life*

# Contact Note

---

**Encounter Date:** 11/02/2016          **12:15 PM to 12:25 PM  Duration: 10 min**

                                               **Service code:  T1016HN53 Units:  1**

**Patient Name:  Muhammad Muhaymin**

**Provider Name:**  Kimberly Bryant BHT

---

Provider left message for client. Contacted for coordination of care.

Diagnosis Addressed Today:

| Diagnosis | Diagnosis Description | New OR Continuing |
|-----------|---------------------|-------------------|
| F20.9 | Schizophrenia | Continuing |

Case Management: activities may include assisting, maintaining, and monitoring covered services,  finding necessary resources to meet basic needs, coordinating care with family and other agencies involved,  outreach and follow up, and other activities as needed.

CM called Muhammad guardian and let her know cm meet with Muhammad today to go over the intake prescreen packet. CM explained what was in the packet adv/Directive, consent BI, Copay, Email/Vm Consent, Handbook, Notice of legal rights, and rec office Information. Cm explained she gave Muhammad a copy of the handbook and asked if this cm could come by to have her sign as well since she was the guardian for Muhammad. Mussallina informed cm that her work schedule was crazy since she will be taking out work for a few weeks and it would be easier for her to come to the clinic to sign the paperwork. Mussallina did not give this cm a day when she would be coming in, cm informed Mussallina she would be in the office all day on Thursday  and Friday would be in and out all morning but in most of the afternoon on Friday. Mussallina asked if she came by and this cm was not there could someone else help her on the team. Cm explained yes and that she would staff with the team so the team would know she would be coming in. Cm informed Mussallina that Muhammad was using the hand gestures today and not talking, cm informed Mussallina that this cm informed Muhammad of his appointment on 11/14 and let him know there step-mother would be bring him in. Cm said she would call to reminded him the day before. Cm asked Mussallina since the step-mother knew Muhammad best if it would be alright to complete his assessment and get his ISP goal so cm could start helping him in the areas Muhammad wanted help in. Mussallina said yes that would be better because the step mother raised Muhammad and she could answer the questions if Muhammad was playing mute again. Cm thanked Mussallina and hung up the phone.
 Client scheduled. Mussallina will come in to sign the intake prescreen packet

COP 015336

COP 015337

COP 015338

Prison. Cm drove Muhammad to the 99 cent store and cm remined Muhammad about his appointment and said if he needed anything to contact this cm or the clinical team.

## Assessment

Clt presented with sx of Use of Drugs and Alcohol, Overactivity, Muhammad talked with hand gestures, could not keep still while completing the intake. Barriers to progress are Homelessness, Substance.  Clt's affect is  constricted.  Mood appears to be quiet, using gestures to talk.
Client has no SI/HI Ideation.

## Progress

No progress.

## Plan


Electronically Signed By: Kimberly Bryant BHT          11/02/2016 02:00 PM
Provider Signature                                                              Date

COP 015339

COP 015340

COP 015341

COP 015342

COP 015343

MuhammadMuhaymin                    Staffing note                    Rasheedah Shaheed BPP

COP 015344

COP 015345

COP 015346

**Plan**

This CM and CM, Kimberly will attempt to meet with Muhammad this week in the community for well check and to take him a hygiene box.

No homework given today.

Electronically Signed By: Rasheedah Shaheed BPP                    10/25/2016 04:02 PM
Provider Signature                                                                        Date

COP 015347

COP 015348

MuhammadMuhaymin                    Staffing note                    Kimberly Bryant BHT

COP 015349

COP 015350

COP 015351

COP 015352

COP 015353

COP 015354

COP 015355

MuhammadMuhaymin                    Staffing note                    Kimberly Bryant BHT

COP 015356

COP 015357

COP 015358

COP 015359

COP 015360



# Contact Note

---

**Encounter Date:** 10/11/2016              **11:33 AM to 11:34 AM   No billing for service**

**Patient Name**: **Muhammad Muhaymin**

**Provider Name:** Amy Beard BHT

---

Provider received e-mail from . Contacted for coordination of care.

Diagnosis Addressed Today:

| Diagnosis | Diagnosis Description | New OR Continuing |
|-----------|----------------------|-------------------|
| F20.9 | Schizophrenia | Continuing |

From: ACT Referral [mailto:Office365@messaging.microsoft.com]
Sent: Tuesday, October 11, 2016 11:33 AM
To: David J. Walker <David.JWalker@terros.org>; Michelle Shea LCSW <Michelle.Shea@terros.org>
Cc: Thomas Bohanske <Thomas.Bohanske@terros.org>; Julia Matthies <Julia.Matthies@terros.org>; ACT Referral <ACTReferrals@mercymaricopa.org>
Subject: Re: [SEND SECURE] CPR ACT Referral W Mcdowell MM

Thank you for the update, please keep me posted on the last attempt.

Devonne

---

From: David J. Walker <David.JWalker@terros.org>
Sent: Monday, October 10, 2016 4:44:16 PM
To: ACT Referrals; Michelle Shea LCSW
Cc: Thomas Bohanske; Julia Matthies
Subject: RE: [SEND SECURE] CPR ACT Referral W Mcdowell MM

Yes, I have made 2 attempts to screen this member. On 9/29/16 I went to the residence where the guardian resides and was informed by the roommate that the guardian was not there and that she would inform her that I came over. On 10/7/16 at  On 10/7/16 at 9:00am I met with the guardian and we went to the park where the member resides. Upon arrival at the park the mother/guardian and I were not able to locate the member. The members mother and I agreed to attempt to locate the member again this week in the park for another attempt to screen. The mother reported to me that she had spoken to him on 10/6 knew that we were coming at 9:00am.

COP 015361

COP 015362

COP 015363

COP 015364

COP 015365

COP 015366

COP 015367



**Terros**
*Inspiring Change
for Life*

## Psychiatric Evaluation Note

**Encounter Date:** 12/05/2016
**Provider Name:** Lilliam Villalobos MD
**Patient Name:** **Muhammad Muhaymin**          Age: 43 Years

**Submitted Code(s):**
Start Time: 10:24 AM  End Time: 11:00 AM
Non EM Code: 90792  Unit: 1

**Referred by:** 03 - Other Behavioral Hlth Provider
**Sources of information:** Client, chart,

### Reason for Visit
**Presenting issues/Chief Complaint:** I need a massage.
**History of Presenting Illness:** Patient is a 43 y/o, AA, male, he came accompanied by stepmother, homeless by choice, cames accompanied by step mother and sister, they brought some paperwork for Guardianship, family reported pt's symptoms started after his father passed away in 2006, patient was very close to his father, patient started to have aud hall, he was arrested for tresspassing, jade walking, first time he spend 13 days in jail, did not take any medications, after he got out of jail he started to decompensate , in 2007 he spend 1 year in jail, reasons why he was arrested were not clear, multiple areest for different reasons.
Treated in the past with Risperdal, Wellbutrim SR, Seroquel. Did not like Risperdal stated he felt agitated on it, Seroquel was making him tired, poor historian, family does not have enough information.
Psychotic symptoms: Aud hall, visual hall, paranoia, periods of being mute, alternating with agitation, disorganized thought process.
Depressive symptoms: Sad, most of the time.
Behaviors worsen with drug use. Did not specify drugs use.
Presented disorganized, periods of thought blocking, paranoia, guarded, loose of associations.
Recommendations:
Plan reviewed: 12/5/2016
Family will confirm what medication worked in the past..
CSPMP reviewed. No opiates rx'ed.
PCP Coordination to be done as needed.
Continue to provide Supportive Therapy.
Contact Case Manager with any concerns.
Practice Sleep Hygiene.
Continue compliance with Clinical Team recommendations.
Encourage proper hydration, nutrition and exercise. Regular Diet.
Risk factor reduction: Avoid stressful situations;  contact Clinical Team with any concerns.
Contact the Crisis Line if he becomes DTO/DTS.

COP 015368

Follow up with PCP for Back problems.
RTC with Psychiatrist in 6-8 wks or as needed.
RTC with RN for labs or as needed for triage.
Symptoms of Schizophrenia include: hallucinations, delusions, disorganized speech, grossly disorganized behavior, poverty of speech, flattened affect, poor hygiene, social isolation.

**Current treatment:** Client/Guardian reports no current behavioral health treatment.

## Psychiatric Treatment
**History of previous treatment:**  Psychiatric medication - 2007. Treatment was helpful.
**Psychiatric hospitalizations:**  Client/Guardian reports no hospitalizations.
**Past medications:**  Has not taken meds in a long time. Treated while in jail but does not remember name.
**History of dangerousness to self and/or others:**   Past DTS/DTO: Self-injurious behaviors: cutting, none past month. Suicidal attempts: 2006- c cu cut cutt cutti cuttin cutting

## Birth, Development, and Education
**Developmental history:** NormalClient was full term.  No in utero exposure to drugs, alcohol or nicotine reported.  No postnatal complications reported.  Raised by Stepmother. and Father.  Developmental milestones were reportedly reached on time. Walked within normal limits.  Talked within normal limits.  Toilet training within normal limits.
**History of Abuse/Neglect/Trauma:** No physical, sexual or emotional abuse reported.
**Education:**  Last grade completed was second year of college.
**Employment history :**  Unemployed
**Military history:**No history.

## Medical History
**Review of Systems:**
Initial Consultation
Ears, Nose, Throat: Negative
Constitutional:          Negative
Cardiovascular:         Negative
Endocrine:                Negative
Gastrointestinal:        Negative
Genitourinary:           Negative
Hematological:          Negative
Immunologic:            Negative
Musculoskeletal:        Negative
Respiratory:              Positive     Additional Detail: asthma
Skin/Breast:              Negative
Eyes:                       Negative
Neurological:            Negative
Psychiatric:              Positive     Additional Detail: psychotic
*Vitals*
**Medication allergies:  No known drug allergies.**
Client/Guardian reports head injuries with loss of consciousness.  Reports loss of consciousness:  Reports no history of seizures.  Client denies Glaucoma.  Last eye exam - none .  Recommended client have annual eye exam.  Reports no current treatment of chronic illness.  Client/Guardian denies any major surgical history.

## Family History of Mental Ilness, Physical Illness, and Substance Abuse

Pt. Name:  Muhammad   Muhaymin   ▇▇▇▇

COP 015369

COP 015370

**Next appointment:**  6 weeks

**MDM - Problem Points**

| Problem | Plan Desc | Problem Detail | NatureDesc |
|---|---|---|---|
| psychosis | No Plan | New to Examiner | Worsened |

| Problem | Chonic Acute | Workup | Notes |
|---|---|---|---|
| psychosis | Chronic | No Additional Workup | |

**Medical Decision Making (data points):**
  _X_ Obtained history from someone other than the patient OR made decision to obtain records
  _X_ Reviewed and summarized records and obtained records and or had a discussion with another health care provider
**Risk:** Moderate Risk

**Electronically Signed By: Lilliam Villalobos MD**          **Date**  _12/05/2016_

COP 015371

COP 015372

COP 015373

COP 015374

COP 015375

COP 015376

COP 015377

COP 015378

COP 015379

COP 015380

# Terros
# Psychiatric No Show Note

Encounter Date:  10/03/2016                    No billing for service

Patient Name:                                **Muhammad**
**Muhaymin**

Provider Name:   Lynnette Hjalmervik NP

No call from clt/guardian.        NO SHOW for new member psychiatric evaluation.

| | |
|---|---|
| 17888B9D-05A7-4587-B843-592FC89E5463 | 10/11/2016 09:08 AM |
| Signature | Date |

M. R. #:   Lynnette Hjalmervik
Revision Date:  6/1/00

COP 015381

M. R. #:   Lynnette Hjalmervik
Revision Date:  6/1/00

COP 015382

M. R. #:   Lynnette Hjalmervik
Revision Date:  6/1/00

COP 015383

M. R. #:   Lynnette Hjalmervik
Revision Date:  6/1/00

COP 015384

M. R. #:   Lynnette Hjalmervik
Revision Date:  6/1/00

COP 015385

# Terros
## Error Correction  for Muhammad Muhaymin ███████

**Allyson Parsons**

COP 015386

accidently open extra

# Terros
## Error Correction  for Muhammad Muhaymin ███████

**Kimberly Bryant**

COP 015387

# Terros
## Error Correction  for Muhammad Muhaymin ███████

by Lilliam Villalobos MD
by Lilliam Villalobos MD
**Lilliam Villalobos**
**Open in error**

# Terros
## Error Correction  for Muhammad Muhaymin ▮▮▮▮▮▮

**Allyson Parsons**

COP 015389

COP 015390

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| treatment to address the symptoms of auditory hallucinations, anxiety, related to the diagnosis of 295.10 Schizophrenia Disorganized Type. | maintaining, and monitoring covered services, finding necessary resources to meet basic needs, coordinating care with family and other agencies involved, outreach and follow up, and other activities as needed. | | face to face contact every 30 days, quarterly home visit, and phone contact | will meet with cm f2f once a month and every 90 days for home visits. | to continue to meet with cm once a month for f2f and every 90 days for home visits. | | |
| Muhammad needs to actively participate in his mental health treatment to address the symptoms of auditory hallucinations, anxiety, related to the diagnosis of 295.10 Schizophrenia Disorganized Type. | BHMP Services: Services may include ongoing medication management involving the review of effects, side effects, and adjustment of medications to prevent, stabilize, or ameliorate symptoms of a behavioral health condition. | (99211-99215, 90792, 90833, 90836, 90838, 99354, 99355, 99358, 99359) | Supportive BHMP will provide support at least every 90 days or more frequently if clinically indicat | Current measure Muhammad will attend his appointment s. | Desired measure for Muhammad to continue to attend his appointment s. | 12/12/2017 | |
| Muhammad needs to actively participate in his mental health treatment to address the symptoms of auditory hallucinations, anxiety, related to the diagnosis of 295.10 Schizophrenia Disorganized Type. | RN Services: as needed through activities that may include the measurement of vital signs, assessment and monitoring of physical/medical status, review of the effects and side effects of medications and administration of medications. | (T1002, T1016) | RN will provide support as clinically indicated based on psychiatric and medical need. | Current measure Muhammad will attend his RN appointment s. | Desired measure for Muhammad to be more consistent at attending his RN appointment s. | 12/12/2017 | |
| Muhammad needs to actively participate in his mental health treatment to address the symptoms of auditory hallucinations, anxiety, related to the diagnosis of 295.10 Schizophrenia Disorganized Type. | Rehab Specialist: Rehab Specialist services may include assessment of level of assistance he/she requires to create, plan, and successfully work towards accomplishing his/her employment/learning and social engagement goals. | (H201412, H201453, H201499, H202553, H202599, H202712, H202753, H202799) | RS will meet annually to assess level of assistance required to work towards treatment goals. | Current measure Muhammad needs to meet with RS for services. | Desired measure for Muhammad to meet with RS annually or as needed. | 12/12/2017 | |
| Muhammad needs to actively participate in his mental health treatment to address the symptoms of auditory hallucinations, anxiety, related to the diagnosis of | Peer/Family Mentor: Services may include group teaching independent living, social, and communications skills to persons and/or their families in order to maximize | (H003812, H003853, H003899) | Peer/Family Mentor to meet as needed to provide support for BHR as well as their family. | Current measure Muhammad needs to meet with PS/FM. | Desired measure for Muhammad to reach out to the PS/FM when needed for support services. | 12/12/2017 | |

COP 015391

| | | | | | | |
|---|---|---|---|---|---|---|
| 295.10 Schizophrenia Disorganized Type. | the person's ability to live and participate in the community and function independently. | | | | | |
| Muhammad needs to actively participate in his mental health treatment to address the symptoms of auditory hallucinations, anxiety, related to the diagnosis of 295.10 Schizophrenia Disorganized Type. | TRANSPORTATIO N:  CM will support by assisting in coordinating, arranging, or providing clinically necessary transportation for medically necessary behavioral health services. | (A0110; A0120; S2015) | As needed based on clinical or medical need. | Current measure Muhammad utilze the transportatio ns system. | Desired measure for Muhammad to continue to utilize the transportatio n services to attend appointment s. | 12/12/2018 |
| Living Goal: I want own apartment. | Cm will assits with housing referrals and other resources for housing. | Muhammad will attend with intake for housing referrals. | Muhammad will meet with cm as needed for housing resources. | Current measure Muhammad is homeless. | Desired measure for Muhammad to attain housing. | 12/12/2017 |
| Learning/Working Goal: I want to work part-time to earn money | RS will help Muhammad with resources for employment. | Muhammad will meet with RS for supportive employment | Muhammad will meet with RS as needed for employemnt . | Current measure Muhammad is not currently employed. | Desired measure for Muhammad to attain employment. | 12/12/2017 |
| Social Goal: I want attend community groups | Cm will help with resources for community groups and activities. | Muhammad will meet with RS to community support services | Muhammad will meet with RS/ CM as needed for support serivces. | Current measure Muhammad needs to jon a community group support. | Desired measure for Muhammad to find a community group he likes to attend. | 12/12/2017 |
| Health Goal: I want to visit with PCP yearly for routine check-up | Cm will schedule PCP appointment at the new clinic. | Muhammad meet with the PCP for intake. | Muhammad needs to meet with PCP as needed for health concerns. | Current measure Muhammad needs a PCP. | Desired measure for Muhammad to attend intake for PCP. | 12/12/2017 |

| Strengths Used | Success Determined | Achieved Measure | Program |
|---|---|---|---|
| Muhammad can cook and clean, Muhammad has support from his dog, Muhammad will meet with cm once a month for f2f and every 90 dyas, Muhammad will attend his appointments | Success is determined by Muhammad meeting with cm f2f once a month and every 90 days for HV | | Supportive |
| Muhammad has support from his dog, Muhammad will attend his appointments, Muhammad has the support of his family, | Success is determined by Muhammad attending his appointments. | | Supportive |

COP 015392

| | | | |
|---|---|---|---|
| Muhammad has the support of the clinical team | | | |
| Muhammad has support from his dog, Muhammad utilize the transit system, Muhammad will attend his appointments, Muhammad has the support of his family, Muhammad has the support of the clinical team | Success is determined by Muhammad attending his appointment | | Supportive |
| Muhammad car drive, Muhammad has Associate's Degree, Muhammad has support from his dog, Muhammad has work history, Muhammad utilize the transit system, Muhammad will attend his appointments, Muhammad has the support of his family, Muhammad has the support of the clinical team | Success is determined by Muhammad meeting with RS annually | | Supportive |
| Muhammad has support from his dog, Muhammad utilize the transit system, Muhammad will attend his appointments, Muhammad will meet with cm once a month for f2f and every 90 dyas, Muhammad has the support of his family, Muhammad has the support of the clinical team | Success is determined by Muhammad meeting with PS/FM as needed for support services | | Supportive |
| Muhammad has support from his dog, Muhammad utilize the transit system, Muhammad will attend his appointments, Muhammad will meet with cm once a month for f2f and every 90 dyas, Muhammad has the support of his family, Muhammad has the support of the clinical team | Success is determined by Muhammad utlizing the transportation services when needed | | Supportive |
| Muhammad can cook and clean, Muhammad does get food stamps, Muhammad has support from his dog, Muhammad will attend his appointments | Success i9s determined by Muhammad attain housing. | | Supportive |

COP 015393

COP 015394

☐ Client has received a Notice of Action (PM Form 5.1.1 if disagreement concerns a Title XIX/XXI covered service)

☐ Client has received the Notice of Decision & Right to Appeal for Individual with a Serious Mental Illness (PM Form 5.5.1 if disagreement pertains to a Non-Title XIX/XXI covered service).

**Service Plan Rights Acknowledgement for Persons who are Title XIX/XXI and/or SMI:**

My service plan has been reviewed with me by my behavioral health provider. I know what services I will be getting and how often. All changes in the services have been explained to me. I have marked my agreement and/or disagreement with each service. I know that in most cases, any reductions, terminations, or suspensions (stopping for a set time frame) of current services will begin no earlier than 10 days from the date of the plan. I know that I can ask for this to be sooner.

If I do not agree with some or all of the services that have been authorized in this plan, I have noted that on my plan. I know if the service asked for was denied, reduced, suspended or terminated, that my behavioral health provider will give me a letter that tells me why the decision was made. That letter will tell me how to appeal the decision that has been made about my services. The letter will also tell me how I can request continued services.

My behavioral health provider has told me how the appeal process works. I know how I can appeal service changes I do not agree with. I know that I can change my mind later about services I agree with today. I know that if I change my mind before the changes go into effect, I will get a letter that tells me the reason my services changed. The letter will also tell me about my appeal rights.

I know that if I need more services or other services than what I am getting, I can call my behavioral health provider at (602)278-1414 - to talk about this. My behavioral health provider will call me back within 3 working days. Once I have talked with my behavioral health provider, s/he will give me a decision about that request within 14 days. If the behavioral health provider is not able to make a decision about my request within 14 days, s/he will send me a letter to let me know more time is needed to make a decision.

Review Date (Objective Target Date):12/12/2017

| | |
|---|---|
| _Signed By: Mussallina Muhaymin_ <br> Person/Guardian | 12/12/2016 <br> Date |
| Electronically signed by: Kimberly Bryant BHT /s/ <br> Signature | 12/12/2016 <br> Date |
| _Signed By: Martino BPP, Katalyn_ <br> Participant Signature | 12/12/2016 <br> Date |
| {SIGNATURE PAD} <br> Participant Signature | 12/12/2016 <br> Date |
| {SIGNATURE PAD} <br> Participant Signature | 12/12/2016 <br> Date |
| {SIGNATURE PAD} <br> Participant Signature | 12/12/2016 <br> Date |
| {SIGNATURE PAD} <br> Participant Signature | 12/12/2016 <br> Date |
| {SIGNATURE PAD} <br> Participant Signature | 12/12/2016 <br> Date |

COP 015395

COP 015396

COP 015397

# ADHS FORM MH-211

## Notice of Legal Rights for Persons with Serious Mental Illness

If you have a serious or chronic mental illness, you have legal rights under federal and state law. Some of these rights include:

- The right to appropriate mental health services based on your individual needs;

- The right to participate in all phases of your mental health treatment, including individual service plan (ISP) meetings;

- The right to a discharge plan upon discharge from a hospital;

- The right to consent to or refuse treatment (except in an emergency or by court order);

- The right to treatment in the least restrictive setting;

- The right to freedom from unnecessary seclusion or restraint;

- The right not to be physically, sexually, or verbally abused;

- The right to privacy (mail, visits, telephone conversations);

- The right to file an appeal or grievance when you disagree with the services you receive or your rights are violated;

- The right to choose a designated representative(s) to assist you in ISP meetings and in filing grievances;

- The right to a case manager to work with you in obtaining the services you need;

- The right to a written ISP that sets forth the services you will receive;

- The right to associate with others;

- The right to confidentiality of your psychiatric records;

- The right to obtain copies of your own psychiatric records (unless it would not be in your best interest to have them);

- The right to appeal a court-ordered involuntary commitment and to consult with an attorney and to request judicial review of court-ordered commitment every 60 days;

- The right not to be discriminated against in employment or housing.

If you would like information about your rights, you may request a copy of the "Your Rights in Arizona as an Individual with Serious Mental Illness" brochure or you may also call the Arizona Department of Health Services, Office of Human Rights at 1-800-421-2124 or at (602) 364-4574.

ADHS/DBHS Form MH-211 (9/93)