# LODGED
# PROPOSED
# Doc. 292-20
# (redacted)

# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


Mussalina Muhaymin as Personal     )
Representative of the Estate of    )
Muhammad Abdul Muhaymin, Jr.,      )
                                   )
          Plaintiff,               )
                                   )
vs.                                )   Case No.:
                                   )   17-cv-04565-PHX-SMB
City of Phoenix, an Arizona        )
Municipal Corporation; Antonio     )
Tarango; Officer Oswald Grenier;   )
Officer Kevin McGowan; Officer     )
Jason Hobe; Officer Ronaldo        )
Canilao; Officer David Head;       )
Officer Susan Heimbinger;          )
Officer James Clark; Officer       )
Dennis Lerous; Officer Ryan        )
Nielson; Officer Steven Wong;      )
and Doe Supervisors 1-5,           )
                                   )
          Defendants.              )
_____)


VIDEOTAPED DEPOSITION OF A███████ MUHAYMIN

December 11, 2019

3:42 p.m.

Tempe, Arizona


REPORTED BY:                    MARICOPA REPORTING, INC.
Kate E. Roundy, RPR             2801 East Camelback Road
Certified Court Reporter        Suite 200

CCR No. 50582                   Phoenix, Arizona 85016

Page 2

1                        I N D E X

2

3   WITNESS                                        PAGE

4   A███████ MUHAYMIN

5         EXAMINATION BY MS. STILLWELL              5

6         EXAMINATION BY MR. CHAMI                 34

7         FURTHER EXAMINATION BY MS. STILLWELL     38

8

9

10

11

12

13                    E X H I B I T S

14

                    (No exhibits were marked.)
15

16

17

18

19

20

21

22

23

24

25

Page 3

1              THE VIDEOTAPED DEPOSITION OF A█████ MUHAYMIN,

2    was taken on December 11, 2019, at 3:42 p.m., at the

3    offices of O'Connor & Dyet, P.C., 7955 South Priest Drive,

4    Tempe, Arizona, before Kate E. Roundy, a Registered

5    Professional Reporter and Arizona Certified Reporter,

6    Certificate No. 50582, in and for the State of Arizona.

7

8    APPEARANCES:

9

10        For the Plaintiff:

11                PRICE LAW GROUP, APC
                  David A. Chami, Esq.
12                8245 North 85th Way
                  Scottsdale, Arizona 85258
13                david@pricelawgroup.com

14

          For the Defendants:
15
                  O'Connor & Dyet, P.C.
16                Karen J. Stillwell, Esq.
                  7955 South Priest Drive
17                Tempe, Arizona 85284
                  karen.stillwell@occlaw.com
18

19

20        Also present:  Tiffany Gill, Paralegal

21                       Florence Lirato, Paralegal

22                       Bill Marinakis, Videographer

23

24

25

Page 4

Tempe, Arizona
December 11, 2019
3:42 p.m.

1

2

3

4          THE VIDEOGRAPHER:  We are on the record.

5          Today's date is Wednesday, November -- excuse

6  me -- December 11th, 2019.  The time on the video monitor

7  is 3:42 p.m.

8          This is the video recorded deposition of

9  A        Muhaymin noticed by counsel for the defendants in

10  the matter of Mussalina Muhaymin versus City of Phoenix,

11  et al., in the United States District Court for the

12  District of Arizona, case No. 17-cv-04565-PHX-SMB.

13          Our location is the offices of O'Connor Dyet in

14  Tempe, Arizona.

15          The certified court reporter is Kate Roundy of

16  Maricopa Reporting, Incorporated, located at 2810 (sic)

17  East Camelback Road, Suite 23-47 (sic), Phoenix, Arizona

18  85044.

19          My name is William Marinakis.  I'm the certified

20  video specialist for the firm of VideoDep, Incorporated,

21  located in Tempe, Arizona.

22          Counsel, will you please identify yourselves and

23  state whom you represent for the record at this time,

24  please, starting with plaintiff's counsel.

25          MR. CHAMI:  David Chami on behalf of the Estate

Page 5

1    of Muhammad Muhaymin and Mussalina Muhaymin as his

2    personal representative.

3            MS. STILLWELL:  Karen Stillwell on behalf of the

4    City of Phoenix and the individual police officers as well

5    as Antonio Tarango.

6            THE VIDEOGRAPHER:  Thank you, Counsel.

7            For the record, also in attendance today is

8    Tiffany Gill and Florence Lirato.

9            The witness may be sworn in at this time, please.

10

11                        A█████ MUHAYMIN,

12   called as a witness herein, having been first duly sworn

13   by the Certified Court Reporter, was examined and

14   testified as follows:

15

16                        EXAMINATION

17   BY MS. STILLWELL:

18       Q.   All right.  Good afternoon.  Is it A█████?

19       A.   Yeah.

20       Q.   Okay.  Before we begin, I want to kind of explain

21   what we are doing here and what these individuals are here

22   for.

23            None of it's meant to intimidate you or scare

24   you.  This is how depositions are conducted.  Depositions

25   are really an opportunity to formalize a record so we have

1  your testimony or what you're going to say in the form of

2  a written transcript as well as a video.

3          Do you understand that?

4      A.   Oh, yeah.

5      Q.   Okay.  It's not only for my benefit but it's for

6  Mr. Chami's benefit and for your benefit to have it done

7  this way.

8          And I'm sure you have seen before, sometimes

9  people will say something and on paper it appears one way

10  and then in person it appears another.  These two

11  individuals will just capture whether it's spoken or the

12  nonverbal cues as well.

13          Now, I'm sure that your aunt's attorney kind of

14  gave you a background of what a deposition is and what to

15  expect; is that right?

16      A.   Yeah.

17      Q.   And you will see the person to my right is the

18  court reporter.  She is taking down every word that we

19  say.  So it is very important that you use verbal answers,

20  so, yes or no.  And it's easy to get in a conversation and

21  say uh-huh or huh-uh.  It's really important to keep those

22  verbal answers going so she can take it down.  Okay?

23      A.   Yeah.

24          MS. STILLWELL:  Now, I understand that Mussalina

25  is in the lobby and did not want to appear here; correct?

                                                        Page  7

1            MR. CHAMI:  You're asking me?

2            MS. STILLWELL:  Yes, Mr. Chami.

3            MR. CHAMI:  Yeah, Ms. Muhaymin chose to stay in

4    the lobby during the deposition.

5            MS. STILLWELL:  Okay.  Thank you, sir.

6    BY MS. STILLWELL:

7        Q.  And you're okay with me asking you a few

8    questions?

9        A.  Yes.

10       Q.  Now, I'm not here to offend or intimidate you by

11   any means.  I just need to ask you a few quick questions.

12   We won't be here very long.  Because I believe we won't be

13   here very long, you know, even if you need a break at some

14   point, you are welcome to take one.  The only thing I ask

15   is if I have asked you a question, I just ask that you

16   answer it before we take a break.  But you are more than

17   welcome to take them when you need them.  Okay?

18           Now, you -- did you have an opportunity to meet

19   with Mr. Chami before today's --

20       A.  Yes.

21       Q.  -- deposition?

22       A.  Yes.

23       Q.  And when did you meet with him?

24       A.  Monday.  I think Monday.

25       Q.  Just a few days ago -- or a couple days ago?

1    A.    Yeah.

2    Q.    Okay.  Do you remember how long you met with him?

3    A.    What do you mean by that?

4    Q.    Oh, how long you talked to him?

5    A.    Like two or three hours, I think, about.

6    Q.    Say that again.  I'm sorry.

7    A.    Like an hour or two.

8    Q.    Okay.  And you met with him again before we

9    started here today?

10   A.    Yes.

11   Q.    During your meeting with Mr. Chami did you review

12   any documents?

13   A.    No.

14   Q.    Did he give you any paperwork to look at?

15   A.    No.

16   Q.    Did he give you any photographs?

17   A.    No.

18   Q.    And was there anyone else present when you met

19   with Mr. Chami?

20   A.    Her and my aunt.

21   Q.    And when you are pointing to her, you are

22   pointing to Ms. Lirato?

23   A.    Yes.

24   Q.    And your aunt is Mussalina; correct?

25   A.    Yes.

Page 9

1    Q.   And did you -- did you review any videos --

2    A.   No.

3    Q.   -- or anything like that for today?

4    A.   No.

5    Q.   Now, we talked a little bit about saying yes or

6    no and using the verbal responses, but I also want to walk

7    through a few other ground rules.

8         When I ask you a question, if I just asked a

9    poorly or if you don't understand it, I ask that you tell

10   me that you don't understand it or you ask me to rephrase

11   it.  I'm more than happy to do it.

12        If you don't ask me to rephrase or you don't tell

13   me that you don't understand it, I'm going to assume that

14   you understood the question and that you heard the

15   question accurately and that you're answering the question

16   truthfully.

17        Is that fair?

18   A.   Yes.

19   Q.   Now, are you taking any medications today?

20   A.   No.

21   Q.   Is there anything that would affect your ability

22   to understand or remember or respond to my questions

23   today?

24   A.   No.

25   Q.   Are you normally on any kind of medication that

```
 1   you didn't take today?

 2       A.   No.

 3       Q.   You understand what I said about answering the

 4   questions truthfully?

 5       A.   Yes.

 6       Q.   And you understand what taking an oath means?

 7       A.   Yes.

 8       Q.   That it's kind of the same as taking the oath

 9   before you testified to a judge or a jury; right?

10       A.   Yes.

11       Q.   A██████, what is your date of birth?

12       A.   ████████.

13       Q.   And where do you currently go to school?

14       A.   Rogers Ranch Elementary.

15       Q.   What grade are you in?

16       A.   Eighth.

17       Q.   And what is your favorite subject in school?

18       A.   Science.

19       Q.   And how are your grades?

20       A.   Good.

21       Q.   Are you getting As and Bs?

22       A.   Yes.

23       Q.   Do you have any hobbies?

24       A.   Dancing.

25       Q.   What kind of dance?
```

```
 1      A.   All of them except for contemporary.

 2      Q.   Okay.  And when you say all of them, ballet?

 3      A.   Uh-huh.

 4      Q.   Tap?

 5      A.   Yes.

 6      Q.   You said not contemporary.

 7           Jazz?

 8      A.   Yes.

 9      Q.   And do you take dance classes somewhere?

10      A.   Yes.

11      Q.   Where do you take dance classes?

12      A.   I'm starting at Evolve Dance Studio.

13      Q.   Where's that?

14      A.   Somewhere around where we live.

15      Q.   And where do you live, in what city?

16      A.   Levine.

17      Q.   Okay.  And the elementary school that you go to,

18 that's also in Levine?

19      A.   Yes.

20      Q.   Okay.  And have you been taking dance classes

21 before now?

22      A.   Yes.

23      Q.   Where have you been taking dance class?

24      A.   Dance 101.

25      Q.   And is that also in Levine?
```

Page 12

1       A.    No.  It's in Tempe.

2       Q.    Okay.  And so how often would you have to drive

3    to Tempe for your dance classes?

4       A.    Once a week.

5       Q.    And who drove you?

6       A.    My group home staff.

7       Q.    Okay.  And how long were you in the group home?

8       A.    About a year.

9       Q.    And are you currently in the group home?

10      A.    No.

11      Q.    Where are you currently?

12      A.    Living with my aunt.

13      Q.    And when did you begin -- and when you are saying

14   your aunt, you're talking about Mussalina?

15      A.    Yes.

16      Q.    And when did you begin living with your aunt?

17      A.    In May.

18      Q.    Of this year?

19      A.    Yes.

20      Q.    So May 2019?

21      A.    Yes.

22      Q.    And you had been with your group home previously

23   for a year?

24      A.    Yes.

25      Q.    And while you were with your group home, you were

Page 13

1    going to Dance 101?

2         A.   Yes.

3         Q.   Were you going to dance classes prior to being in

4    the group home?

5         A.   No.

6         Q.   Okay.  Where were you living before you lived in

7    the group home?

8         A.   My grandma's house.

9         Q.   Which grandmother?  Can you tell me her name?

10        A.   Rasheedah Shaheed.

11        Q.   Okay.  So that's your grandmother on your mom's

12   side?

13        A.   Yes.

14        Q.   And your mom is Muslimah?

15        A.   Yes.

16        Q.   Shaheed?

17        A.   Yes.

18        Q.   Other than dance, what else do you like to do?

19        A.   Boxing and drawing, I guess.

20        Q.   Do you take boxing classes?

21        A.   I used to.

22        Q.   Where were you taking boxing classes?

23        A.   Kickboxing class somewhere in Levine too.  I

24   mean, not Levine, Tempe.

25        Q.   In Tempe?

Page 14

1      A.   Yes.

2      Q.   When you lived in the group home, was that in

3   Tempe?

4      A.   Yes.

5      Q.   Do you remember the name of that group home?

6      A.   Storms End Group Home.

7      Q.   Okay.  And so Dance 101 was near --

8      A.   Yes.

9      Q.   -- that group home?

10      A.   Uh-huh.

11      Q.   Okay.  When you began living with your

12   Aunt Mussalina in May, is that the first time that you've

13   lived with your Aunt Mussalina?

14      A.   Yes.

15      Q.   Do you recall the first time that you met your

16   aunt?

17      A.   Yeah.

18      Q.   Can you tell me when that was?

19      A.   I don't really remember, but around 2014, '15,

20   about.

21      Q.   So you would have been eight or nine?

22      A.   Yeah.

23      Q.   And under what circumstances did you meet your

24   aunt?

25      A.   What do you mean?

Page 15

1     Q.   How did you meet your aunt?

2     A.   Because I was living with my other aunt, and then

3   so she would visit back and forth from Georgia to Arizona.

4   So I just met from there.

5     Q.   Which other aunt?

6     A.   Tonya Davis.

7     Q.   Okay.  And when were you living with Tonya Davis?

8     A.   2015.

9     Q.   How long did you live with Tonya Davis?

10    A.   Year and a half.

11    Q.   Do you remember when you began living with her or

12  when that ended?

13    A.   I also lived with her throughout my life, too,

14  kind of thing sometimes, but I mostly lived with her the

15  most around 2015, '16.

16    Q.   Okay.  And when you lived with Ms. Davis in

17  2015/2016, how often did you see your Aunt Mussalina?

18    A.   Not a lot.

19    Q.   And when you say "not a lot," maybe one or two?

20    A.   What do you mean by that?

21    Q.   One or two times --

22    A.   Yeah.

23    Q.   -- during your time there?

24    A.   Yeah.

25    Q.   And when you said before that you lived with your

Page 16

1   aunt -- your Aunt Tonya --

2       A.   Yes.

3       Q.   Right?

4            That you lived with your Aunt Tonya kind of on

5   and off your whole life, how long would those periods be?

6       A.   It was like more like a visit-type thing, but I

7   would stay there for a week or so.

8       Q.   Okay.

9       A.   So it was like that.

10      Q.   Okay.  And what is your earliest memory of going

11  to your Aunt Tonya's house?

12      A.   I go almost every day after school because I walk

13  there after school and then my aunt picks me up.

14      Q.   So currently?

15      A.   Yeah.

16      Q.   Okay.  What is your earliest memory of going to

17  stay at your Aunt Tonya's house?

18      A.   2000 -- like living with her?

19      Q.   Uh-huh.

20      A.   2016.

21      Q.   Okay.  Other than the one or two times that you

22  met your Aunt Mussalina at your Aunt Tonya's house, had

23  you met her before that; do you recall?

24      A.   No.

25      Q.   Okay.  Had you spoken with her on the phone?

Page 17

1    A.   Yeah.

2    Q.   When did you start speaking with her on the

3  phone?

4    A.   I spoke to her a lot on the phone.  I just never

5  really met her.  So it's like more of a just calling-type

6  thing.  Just never really met.

7    Q.   When do you -- when do you think that those first

8  phone calls began with your Aunt Mussalina?

9         MR. CHAMI:  Objection.  Calls for speculation.

10        You can answer, if you can.

11        THE WITNESS:  When I was with my Aunt Tonya.

12  BY MS. STILLWELL:

13   Q.   Your Aunt Tonya?

14   A.   Yeah.

15   Q.   So that, again, was 2015, '16?

16   A.   Yeah.

17   Q.   Now, your father is Muhammad --

18   A.   Yes.

19   Q.   -- Muhaymin; correct?

20   A.   Yes.

21   Q.   Okay.  And he passed away on January 4th, 2017?

22   A.   Yes.

23   Q.   Right?

24        Did you see your Aunt Mussalina around that time?

25   A.   Yeah.

Page 18

```
 1      Q.   Do you remember when you saw her?

 2      A.   Yes.

 3      Q.   Can you tell me when you saw her?

 4      A.   When the funeral was happening, that's when I saw

 5   her again.

 6      Q.   Okay.  Did you see her the day before the

 7   funeral?

 8      A.   No.

 9      Q.   Did you see her the day of the funeral?

10      A.   Yes.

11      Q.   Do you remember who took you to the funeral?

12      A.   My mom.

13      Q.   And did you and your mom stay for the whole

14   funeral?

15      A.   No.

16      Q.   Did you stay for the whole funeral?

17      A.   No.

18      Q.   The funeral occurred about ten days later.

19           Is that about right?

20           MR. CHAMI:  Objection.  Calls for speculation.

21   Lacks foundation.  Ten days after what?

22           MS. STILLWELL:  Okay.  We can keep it to form and

23   foundation.

24           MR. CHAMI:  No.  It's federal court.

25           MS. STILLWELL:  I don't want you coaching her.
```

```
                                                        Page 19
 1              MR. CHAMI:  This is federal court, and I'm
 2    allowed to state the basis of my objection.
 3              And this is not coaching, but go ahead and ask
 4    your question.
 5    BY MS. STILLWELL:
 6         Q.   Ten days, so around January 14th, does that sound
 7    about right?
 8              MR. CHAMI:  Objection.  Calls for speculation.
 9    Lacks foundation.
10    BY MS. STILLWELL:
11         Q.   If you know?
12         A.   I just knew it was like after -- I didn't really
13    hear about a funeral coming up until afterwards.
14         Q.   Okay.
15         A.   I don't know.
16         Q.   Okay.  You just went with your mom to the
17    funeral?
18         A.   Yeah.
19         Q.   Okay.  And was your mom married to Muhammad; do
20    you know?
21         A.   No.
22         Q.   No, you don't know, or no, she wasn't married?
23         A.   She wasn't married.
24         Q.   Okay.  Do you recall a time when you and your mom
25    and your dad all lived together?
```

Page 20

```
1       A.   Yes.

2       Q.   When was that?

3       A.   Around 2011.

4       Q.   Okay.  And for how long, if you remember?

5       A.   He stayed about three months.

6       Q.   Okay.  And how were things during that time?

7       A.   It was good.

8       Q.   And he ultimately left?

9       A.   Like what do you mean?  Like?

10      Q.   He didn't stay with you and your mom --

11      A.   No.

12      Q.   -- in 2011 after those few months?

13      A.   After those few months, that's when he left.

14      Q.   Okay.  And during the time that he lived with

15  you, did he put you to bed?

16      A.   Yeah.

17      Q.   Did he tuck you to bed?

18      A.   Yeah.

19      Q.   Did he read you books?

20      A.   No.

21      Q.   Did he cook dinner or breakfast?

22      A.   Yeah.

23      Q.   Did he take you to school or from school?

24      A.   Yes.  Yes.

25      Q.   Did he take you to any activities?
```

Page 21

```
 1      A.   To the park, I guess you could say.

 2      Q.   And you remember those --

 3      A.   Yes.

 4      Q.   -- events?

 5      A.   Yes.

 6      Q.   Do you have any pictures of you and your mom and

 7   your dad together?

 8      A.   Not that I recall, no.

 9      Q.   Do you have any pictures of you and your dad

10   together?

11      A.   When I was younger, yeah.  I think so.

12      Q.   And would you have those in your possession?

13      A.   No.

14      Q.   Where do you think those photos might be?

15      A.   Either with -- probably with my mom, yeah.

16      Q.   Okay.  And in addition to your Aunt Mussalina,

17   you have a half-brother; right?

18      A.   Yes.

19      Q.   Muhammad?

20      A.   Yes.

21      Q.   And have you met him in person?

22      A.   Yes.

23      Q.   And when was the first time you met Muhammad?

24      A.   2015, yeah.

25      Q.   Okay.  And was that during one of the visits that
```

Page 22

1 your Aunt Mussalina came to town?

2  A. No.  It was around Thanksgiving time.

3  Q. Okay.

4  A. He came over.

5  Q. Where did he come to?

6  A. To my Aunt Tonya's house.

7  Q. And you said that was for Thanksgiving?

8  A. Yeah.

9  Q. And did you spend time with Muhammad?

10  A. Yes.

11  Q. And did you talk to Muhammad on the phone prior

12 to that?

13  A. No.

14  Q. Did you talk to Muhammad on the phone since that?

15  A. Yeah, we text a lot otherwise.

16  Q. When did you start texting?

17  A. Recently.  Since I moved with my Aunt Mussalina.

18  Q. Okay.  So since May of 2019?

19  A. Yeah.  Yes.

20  Q. And how often would you say you text with

21 Muhammad?

22  A. It's on and off because he has a life too and

23 wife and stuff like that.  So it's like sometimes you

24 text.  Sometimes you don't.  It just depends.

25  Q. What do you guys text about?

Page 23

```
 1      A.   We just talk.  Like, we try to get to know each

 2   other a little bit more and just talk about things we are

 3   interested in and stuff like that.

 4      Q.   Have you seen him since?

 5      A.   Yes.

 6      Q.   When have you seen him?

 7      A.   I recently saw him at his wedding.

 8      Q.   Okay.  And his wedding was in September?

 9      A.   I think so.

10      Q.   Does that sound right?

11      A.   I think so.

12      Q.   Just a couple months ago?

13      A.   Yeah.

14      Q.   And that was here in Arizona?

15      A.   Yes.

16      Q.   And other than his wedding, when was the last

17   time you saw him?

18      A.   That -- when I -- when he went to my aunt's house

19   for Thanksgiving, that's --

20      Q.   In 2015?

21      A.   Yes.

22      Q.   Did you see him at your dad's funeral?

23      A.   Oh, yeah.  I seen him there too.

24      Q.   Okay.  When you went to your dad's funeral, did

25   you spend some time with Muhammad and your Aunt Mussalina?
```

Page 24

```
 1      A.   No.

 2      Q.   You just saw them there?

 3      A.   Yes.

 4      Q.   Okay.  Now, you mentioned that you had phone

 5   calls with your Aunt Mussalina, and that began when you

 6   were living with your Aunt Tonya?

 7      A.   Yes.

 8      Q.   So 2015/2016; correct?

 9      A.   Yes.

10      Q.   How often would you speak with Mussalina on the

11   phone?

12      A.   Whenever she would call about, but it wasn't a

13   lot.  But whenever she would call, I would get a chance to

14   talk to her.

15      Q.   Okay.  Can you guess how often it would be?

16      A.   Like once a month about.

17      Q.   Okay.  And for how long would you guys talk; do

18   you know?

19      A.   A long time.

20      Q.   Like an hour?

21      A.   Yeah.

22      Q.   Okay.  Now, you and your Aunt Mussalina, between

23   2016 when you were living with your Aunt Tonya, after that

24   until your dad's funeral, had you seen your Aunt

25   Mussalina?
```

Page 25

```
 1      A.   No.

 2      Q.   Okay.  Actually your father -- yeah.

 3           After the funeral, did you spend some time with

 4   your Aunt Mussalina?

 5      A.   No.  I didn't stay the whole funeral, so, no.

 6      Q.   Oh, I'm talking about after the funeral, any

 7   day --

 8      A.   Um.

 9      Q.   -- from 2017 to 2019?

10      A.   I don't think so, no.

11      Q.   You just don't have a memory of it?

12      A.   Huh-uh.

13      Q.   Okay.  Did you continue talking to her on the

14   phone?

15      A.   No.

16      Q.   Did you text with her at all?

17      A.   No.

18      Q.   Did you talk to your brother at all beforehand --

19      A.   No.

20      Q.   -- or after?

21           Now, with your dad, what is your earliest memory

22   of him?

23      A.   Two days before he passed away.

24      Q.   Okay.  When he -- you remember that he lived with

25   you in 2011?
```

Page 26

1      A.    Yes.

2      Q.    Okay.  And since -- from 2011 until 2017, how

3   often did you see him?

4      A.    Not often.  It was kind of like a reunited-type

5   thing when I saw him because I had a chance to.

6      Q.    Okay.  From 2000 -- well, actually do you know at

7   any time after you're born until his passing, do you know

8   if he sent money?

9      A.    (Nonverbal response.)

10      Q.    Do you know if he sent clothing or items or

11   books?

12      A.    If he had some, he did, I think.  I don't know.

13      Q.    You just don't know?

14           THE COURT REPORTER:  Is that a yes or a no?

15           THE WITNESS:  No.

16           THE COURT REPORTER:  Thank you.

17   BY MS. STILLWELL:

18      Q.    You said that you saw your father two days before

19   his passing?

20      A.    Yes.

21      Q.    And how did that come about?

22      A.    I found out my mom, she went to go see him at the

23   park a lot.  And so when I found that out, I was asking

24   her if I could go see him.

25      Q.    Okay.  How did you find out your mom was visiting

Page 27

1    him?

2         A.    Because my grandma, they went -- he went -- he

3    went to my grandma's clinic.  So then she told me, did you

4    know that your dad was here and your mom was seeing him?

5    And I said no.

6              So then I asked my mom if I could go see him.

7         Q.    Okay.  So your grandma's clinic, this is your

8    mom's mom?

9         A.    Yes.

10        Q.    And what kind of a clinic does she run?

11        A.    She went to Terros.

12        Q.    Okay.  And so did she tell you that she was --

13   that he was living at the park, or did your mom tell you?

14        A.    My grandma told me.

15        Q.    Okay.  And so you asked your mom to go?

16        A.    Yes.

17        Q.    And do you know how long he had been living at

18   the park?

19        A.    No.

20        Q.    Do you know what he had been doing --

21        A.    No.

22        Q.    -- for the years before that?

23        A.    No.

24        Q.    Had you had any contact or communication with

25   him?

Page 28

```
 1      A.   No.

 2      Q.   No phone calls?

 3      A.   No.

 4      Q.   No other visits?

 5      A.   No.

 6      Q.   So you said two days before his passing you went

 7   to the park?

 8      A.   Yes.

 9      Q.   Did your mom take you?

10      A.   Yes.

11      Q.   And were you able to see him?

12      A.   Yes.

13      Q.   And were you able to visit with him?

14      A.   Yes.

15      Q.   How long would you say you were at the park?

16      A.   Four hours exact.

17      Q.   Okay.  What did you guys do?

18      A.   We talked.  We played, because he was at the

19   park.  We played a lot and we just hung out and stuff.

20      Q.   And how was -- how was he acting?

21      A.   Normal.

22      Q.   Was he being playful?

23      A.   Yeah.

24      Q.   Did he recognize you?

25      A.   Yes.
```

Page 29

1    Q.    And he was happy to see you?

2    A.    Yes.

3    Q.    And did you play on some park equipment together,

4    anything?

5    A.    Yes.

6    Q.    And did he show you where he was living?

7    A.    Well, I kind of already had the idea.

8    Q.    Okay.  Did you see where he was sleeping?

9    A.    Yes.

10   Q.    Okay.  Do you recall ever spending any holidays

11   or birthdays with your dad?

12   A.    We don't really celebrate holidays.

13   Q.    Okay.

14   A.    But birthdays, I didn't really celebrate that

15   either.

16   Q.    Okay.  When you had the big family gatherings and

17   like Thanksgiving at your aunt's --

18   A.    Yeah, that was -- that side of the family

19   celebrates holidays.

20   Q.    Okay.  He wasn't at those?

21   A.    Huh-uh.

22   Q.    Okay.  Did you ever have any family gatherings

23   with your dad that you remember?

24   A.    Two days before he passed away, that was kind of

25   a family gathering, I guess.

Page 30

```
 1      Q.   And who all was -- who all was there?

 2      A.   It was me, my brother, and my sister.

 3      Q.   Okay.  And who is your brother?

 4      A.   And my mom.

 5           My brother on my mom's side.

 6      Q.   And what's his name?

 7      A.   A███ and A███.

 8      Q.   Say the last one.

 9      A.   A███ and A███.

10      Q.   And A███ is your sister?

11      A.   Yes.

12      Q.   And how do you spell A██?

13      A.   ██████.

14      Q.   Okay.  And A███?

15      A.   ████████.

16      Q.   And are their last name Shaheed too?

17      A.   Yes.

18      Q.   Did you ever live with your Aunt Mussalina before

19   May 2019?

20      A.   Not that I recall.

21      Q.   Did you ever live with your half-brother,

22   Muhammad?

23      A.   No.

24      Q.   Did you live with anyone on your dad's side of

25   the family?
```

```
                                                       Page 31
1        A.   My Aunt Tonya Davis.

2        Q.   And that was for the year, year and a half?

3        A.   Yes.

4        Q.   Okay.  Do you know how long you are going to be

5   staying with your Aunt Mussalina?

6        A.   Probably a long time, about.

7        Q.   When you say a long time, more than a year?

8        A.   Yes.

9        Q.   Okay.  Do you have any knowledge about how that

10  happened?

11       A.   Yes.

12       Q.   What -- what do you know?

13       A.   What do you mean?

14       Q.   That it came to be that you're staying with your

15  aunt?

16       A.   Because I want to get adopted.

17       Q.   Okay.  Your mom is still living; correct?

18       A.   Yes.

19       Q.   Okay.  And you want to get adopted by your Aunt

20  Mussalina?

21       A.   Yes.

22       Q.   And why is that?

23       A.   A number of things that's happened, but, yeah.

24       Q.   What kind of things?

25       A.   Like, it was kind of a problem with me because I
```

Page 32

1    kind of -- I don't really know.  It doesn't really --

2    yeah.

3         Q.   Okay.  Are those issues being resolved in court

4    right now?

5         A.   Yes.

6         Q.   Okay.  Have you had contact with your mom?

7         A.   No.

8         Q.   Okay.

9              MS. STILLWELL:  Okay.  I may not have many more

10   questions, but we are going to take a quick break.  Okay?

11             THE VIDEOGRAPHER:  We are going off the record.

12   The time is 4:09 p.m.

13             (A recess was taken from 4:09 p.m. until

14   4:17 p.m.)

15             THE VIDEOGRAPHER:  We are back on the record.

16   The time is 4:17 p.m.  Thank you.

17   BY MS. STILLWELL:

18        Q.   A_____, I have just a few quick questions.

19             The group home in Tempe, was that the first group

20   home that you recall living in?

21        A.   Yes.

22        Q.   And prior to that, you were with your grandma or

23   with Tonya Davis --

24        A.   Yes.

25        Q.   -- is that correct?

Page 33

```
 1      A.    Yes.

 2      Q.    Do you still talk to your brother and sister,

 3   A▮▮▮ and A▮▮▮▮?

 4      A.    No.

 5      Q.    When was the last time you spoke with them?

 6      A.    Three months ago.

 7      Q.    Do you know where they are?

 8      A.    With their mom -- or my mom.

 9      Q.    With your mom currently?

10      A.    Yes.

11      Q.    Okay.  And you are -- sorry.

12            You have not spoken to them in three months?

13      A.    Huh-uh.

14      Q.    Do you plan to speak with them in the future?

15      A.    Yes.

16      Q.    Is there something about those three months?

17      A.    What do you mean?

18      Q.    That caused you to not speak with them?

19      A.    Um.

20      Q.    Why haven't you spoken to them in three months?

21      A.    Because of the case and stuff like that.

22      Q.    You are not allowed to speak with them?

23      A.    Basically, yeah.  If -- yeah.

24      Q.    Have you had contact with your mom?

25      A.    No.
```

Page 34

1      Q.   And same thing, because of the case?

2      A.   Yeah.

3      Q.   When you visited your dad, did you guys happen to

4   take any pictures while you were there?

5      A.   Yes, I think so.

6      Q.   And where would those pictures be?

7      A.   My mom.

8      Q.   Your mom has them?

9      A.   Yeah.

10     Q.   Okay.  When you visited your dad, did you notice

11   whether he had a dog with him?

12     A.   Yes.

13     Q.   And do you remember the dog's name?

14     A.   No.

15     Q.   Okay.

16          MS. STILLWELL:  I have no further questions,

17   A██████.

18

19                    EXAMINATION

20   BY MR. CHAMI:

21     Q.   A████, I have got a few questions for you.

22          Is that okay?

23     A.   Yes.

24     Q.   How old are you, A██████?

25     A.   13.

Page 35

```
 1      Q.   So I think earlier you testified that you had

 2   lived with your Aunt Tonya Davis in 2015/2016 time frame?

 3      A.   Yes.

 4      Q.   How old were you back in 2015?

 5      A.   Eight or nine, about.

 6      Q.   And I think you testified that you would see your

 7   Aunt Mussalina when she would come visit from Georgia?

 8      A.   Yes.

 9      Q.   Do you know when Mussalina moved to Arizona?

10      A.   No.

11      Q.   Okay.  So if Mussalina moved to Arizona in 2014,

12   is it possible that you may have been seeing her in one of

13   your visits to your Aunt Tonya Davis?

14      A.   Yes.

15      Q.   How many times did you live with your -- well,

16   say the word live.

17           How often would your mom leave you with your --

18   with your Aunt Tonya Davis for about a week or so?

19      A.   Often.

20      Q.   And are you positive that you lived with your

21   Aunt Tonya Davis in 2015?  Could it have been earlier?

22      A.   I don't know.  Maybe.  Yeah.

23      Q.   Okay.  Is it possible that it was 2015 and 2016?

24      A.   Yes.

25      Q.   I want to ask you just a little bit about some of
```

Page 36

1    the things that have happened to you since your dad's life

2    was taken.  Okay?

3            MS. STILLWELL:  Objection.  Form.

4    BY MR. CHAMI:

5        Q.   Can you tell me how you felt the day you saw your

6    father in January of 2017?

7        A.   Happy.

8        Q.   And I know it's hard, but if you can just say or

9    tell us how you have reacted to his death.

10       A.   Depression came in after that.  And then I

11   started cutting myself after that and then tried

12   committing suicide after that.

13       Q.   Did you ever have to go to the hospital because

14   of these incidents?

15       A.   Yes.

16       Q.   I'm sorry?

17       A.   Yes.

18       Q.   How many times have you been to the hospital?

19       A.   Once.

20       Q.   Did you have to stay at the hospital?

21       A.   Yes.

22       Q.   For how long?

23       A.   I stayed for two, three weeks.  Three weeks

24   about.

25       Q.   What were you in the hospital for?

Page 37

1      A.   Depression, anxiety, being -- self-harm issues.

2      Q.   Had you ever had any self-harm issues before your

3  father was killed?

4      A.   No.

5      Q.   Do you know what hospital you went to?

6      A.   Yes.

7      Q.   What hospital was that?  Or at least where was

8  it, if you know?

9      A.   It was a crisis, but it was a -- I forget the

10  name of it.  It was -- I don't remember.

11      Q.   Do you know where it was?

12      A.   No.

13      Q.   Do you know if your Aunt Mussalina knows?

14      A.   Probably, yeah.

15      Q.   Have you stopped cutting yourself?

16      A.   Yes.

17      Q.   You said your Aunt Mussalina is trying to adopt

18  you?

19      A.   Yes.

20      Q.   And when Ms. Stillwell was asking you why you

21  haven't seen your brother and sister and she said it was

22  about the case, were you talking about the custody case or

23  are you talking about this case?

24      A.   The custody case.

25      Q.   Okay.  I just wanted to make sure.

Page 38

```
 1       A.   I remember the hospital name.

 2       Q.   What's it --

 3       A.   St. Luke's.

 4       Q.   St. Luke's.

 5            Do you know when you were in the hospital?

 6       A.   Last year.

 7       Q.   Is that 2018 or was it earlier this year; do you

 8  know?

 9       A.   2018, yeah.

10            MR. CHAMI:  I don't have any further questions.

11

12                      FURTHER EXAMINATION

13  BY MS. STILLWELL:

14       Q.   I have just a couple quick follow-ups, A█████.

15            You said you were at St. Luke's?

16       A.   Yes.

17       Q.   Okay.  And that was in 2018?

18       A.   Yes.

19       Q.   Was that while you were residing at the group

20  home?

21       A.   Wait.  What?

22       Q.   Was that when you were living at the group home?

23       A.   No.

24       Q.   Where were you living at that time?

25       A.   I was living with my grandma.
```

Page 39

1      Q.   On your mom's side?

2      A.   Yes.

3      Q.   Was there anything else going on in your life at

4   that time?

5      A.   No.   Like what do you mean?   Like?

6      Q.   Was there -- because you have bounced, gone to

7   different residences with your grandma or your aunt and

8   then the group home.

9           Was there anything like that happening with your

10   mom and you?

11     A.   Like moving around?

12     Q.   Uh-huh.

13     A.   Yeah.   We all moved -- like different houses,

14   yeah.   That's -- what do you mean?

15     Q.   When you were living with your grandma you said

16   in 2018 --

17     A.   Yes.

18     Q.   -- when this happened?

19     A.   Yes.

20     Q.   Was your mom living with you?

21     A.   Yes.

22     Q.   And was your sister and brother?

23     A.   Yes.

24     Q.   And this was because you were cutting; is that

25   correct?

```
 1      A.    Because of what?

 2      Q.    That you were cutting?

 3      A.    Like?

 4      Q.    You said it was depression and anxiety?

 5      A.    Yes.

 6      Q.    Okay.  And self-harm?

 7      A.    Yes.

 8      Q.    Are you still in treatment?

 9      A.    Something like that, yeah.

10      Q.    Do you still see someone?

11      A.    Yes.

12      Q.    Who do you see?

13      A.    My therapist.

14      Q.    Who is your therapist?

15      A.    I just got a new one.  I don't know her name yet

16  because we are still doing, like, intake kind of things,

17  still getting to know each other.

18      Q.    Do you know what business or clinic it is?

19      A.    Southwest.

20      Q.    Southwest.

21            Is it Southwest Behavioral?

22      A.    Yes.

23      Q.    And the therapist before that, do you remember

24  who that was?

25      A.    Nicole.  Her name is Nicole.
```

Page 41

```
 1      Q.   Do you remember her last name?

 2      A.   No.

 3      Q.   Do you remember is that also with Southwest

 4 Behavioral?

 5      A.   No.

 6      Q.   Do you remember who she was with?

 7      A.   JFCS.

 8      Q.   What is JFCS?

 9      A.   Jewish Family something services.  I don't know.

10      Q.   Okay.  And who put you in contact with those

11 therapists?

12      A.   The crisis line and my case manager.

13      Q.   And when you talk about your case manager, you

14 are talking about the custody case with your mom?

15      A.   Yes.

16      Q.   Okay.  And in 2018, did you have a case manager

17 at that time?

18      A.   Yes.

19      Q.   Okay.

20           MS. STILLWELL:  I have no further questions.

21 Thank you, A██████.

22           MR. CHAMI:  Nothing further.

23           THE VIDEOGRAPHER:  This concludes the deposition

24 of A██████ Muhaymin.  The time is 4:27 p.m.

25           (The videotaped deposition concluded at
```

```
                                                    Page 42
 1   4:27 p.m.)

 2           MR. CHAMI:  We will not read and sign but I will

 3   order an e-tran.

 4           (TIME NOTED:  4:27 p.m.)

 5

 6

 7

 8                      (Waived signature.)
                       A███████ MUHAYMIN
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 43

1                     CERTIFICATE OF REPORTER

2    STATE OF ARIZONA    )
                         )
3    COUNTY OF MARICOPA )

4

5            I, Kate E. Roundy, a Certified Reporter in the
     State of Arizona, do hereby certify that the foregoing
6    deposition was taken before me in the County of Maricopa,
     State of Arizona; that an oath or affirmation was duly
7    administered to the witness, A███████ MUHAYMIN, pursuant to
     A.R.S. 41-324(B); that the questions propounded to the
8    witness and the answers of the witness thereto were taken
     down by me in shorthand and thereafter reduced to
9    typewriting; that the transcript is a full, true, and
     accurate record of the proceeding, all done to the best of
10   my skill and ability; and that the preparation,
     production, and distribution of the transcript and copies
11   of the transcript comply with the Arizona Revised Statutes
     and ACJA 7-206(j)(1)(g)(1) and (2).
12           The witness herein, A███████ MUHAYMIN, has
     requested signature.
13           I FURTHER CERTIFY that I am in no way related to
     any of the parties, nor am I in any way interested in the
14   outcome hereof.

15

16           IN WITNESS WHEREOF, I have set my hand in my
     office in the County of Maricopa, State of Arizona, this
17   19th day of December, 2019.

18

19

20                           _____
                             Kate E. Roundy, RPR
21                           Certified Reporter 50582

22

23   _____
     Maricopa Reporting, Inc.
24   Registered Reporting Firm No. R1081

25

Page 44

1                        CERTIFICATE OF INVOICE

2                       SUPERIOR COURT OF ARIZONA

3                         COUNTY OF MARICOPA

4
                    In compliance with and under ACJA 7-206(J)(g)(3)
5         through (6), we certify that:

6                    All billing and invoicing to all the parties
          related in any manner to the reporting of the proceedings
7         or cases and the production of the transcript and any
          products or services ancillary thereto comply with the
8         Arizona Revised Statutes and ACJA;

9                    All financial terms and other services have been
          offered on the same terms to all parties to the
10        litigation;

11                   Each party was able to purchase the transcript
          and such ancillary services as requested by that party
12        without regard to the ancillary services purchased by any
          party:   And
13
                    No economic or other benefit was given by the
14        certified reporter to any party or their attorney,
          representative, agent, or insurer or insured that was not
15        provided to the other parties, attorneys, or insured in
          the same case.
16

17

18

19                                     _____
                                       Kate E. Roundy, RPR
20                                     Certified Reporter 50582

21

22

23        _____
          Maricopa Reporting, Inc.
24        Registered Reporting Firm No. 1081

25