LODGED
PROPOSED
Doc. 292-21
(redacted)



EXHIBIT T

**In the Matter Of:**

MUHAYMIN vsCITY OF PHOENIX

17-cv-04565-PHX-SMB

MUHAMMAD MUHAYMIN

*December 06, 2019*



800.211.DEPO (3376)
EsquireSolutions.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MUSSALINA MUHAYMIN AS PERSONAL    )
REPRESENTATIVE OF THE ESTATE OF   )
MUHAMMAD ABDUL MUHAYMIN, JR.,     )
                                  )
    Plaintiff,                    )
                                  )
vs.                               )   CASE NO:
                                  )   17-cv-04565-PHX-SMB
CITY OF PHOENIX, AN ARIZONA       )
MUNICIPAL CORPORATION; ANTONIO    )
TARANGO; OFFICER OSWALD GRENIER;  )
OFFICER KEVIN MCGOWAN; OFFICER    )
JASON HOBE; OFFICER RONALDO       )
CANILAO; OFFICER DAVID HEAD;      )
OFFICER SUSAN HEIMBINGER;         )
OFFICER JAMES CLARK; OFFICER      )
DENNIS LEROUS; OFFICER RYAN       )
NIELSON; OFFICER STEVEN WONG;     )
AND DOE SUPERVISORS 1-5,          )
                                  )
    Defendants.                   )

_____

The Video Deposition of:

MUHAMMAD MUHAYMIN

Pursuant to stipulations herein

Taken at the offices of

5051 Peachtree Corners Circle

Suite 200

Norcross, Georgia  30092

Before Crystal Brumbelow, CCR

December 6, 2019

Commencing at 10:20 a.m.



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

 David A. Chami, Esquire

 Price Law Group, APC

 8245 North 85th Way

 Scottsdale, Arizona  85258

 (818) 600-5515

ON BEHALF OF THE DEFENDANTS:

 Karen Stillwell, Esquire

 O'Connor & Dyet, P.C.

 7955 South Priest Drive

 Tempe, Arizona  85284

 (602) 241-7000

ALSO PRESENT:

 Doneilea Williams, Videographer



I N D E X   O F   E X A M I N A T I O N S
_____


Cross-Examination by Ms. Stillwell              Page   8




A T T A C H M E N T S

Errata Sheet

Court Reporter's Disclosure Statement




T R A N S C R I P T   C O D E S:


--     interruption/change in thought

. . . incomplete thought

(sic) denotes word/phrase that may seem strange or

incorrect has been written verbatim

(ph)  phonetically spelled

(indiscernible) not capable of being understood



I N D E X   O F   E X H I B I T S

Number      Description                           Page
_____

D-1         Medical Examiner's Report              92

D-2         Toxicology Report                      94



1                    P R O C E E D I N G S

2                                          10:20 a.m.

3          THE VIDEOGRAPHER:  This is Tape Number 1 to

4    the videotaped deposition of Muhammad Muhaymin on

5    Friday, December 6th, 2019.  The time is now

6    10:20 a.m.

7          My name is Doneilea Williams.  I am the

8    videographer.  The court reporter is Crystal

9    Brumbelow.

10          Will the attorneys please introduce

11   themselves, state their affiliations and place any

12   necessary stipulations on the record, after which

13   the witness will be sworn.

14          MS. STILLWELL:  Hi, Karen Stillwell.  I

15   represent the City of Phoenix and the individual

16   police officers, as well as Antonio Tarango.

17          MR. CHAMI:  I'm David Chami with the Price Law

18   Group, and I represent the estate of Muhammad

19   Muhaymin and the witness, Muhammad Muhaymin, Jr. --

20   III --

21          THE WITNESS:  Uh-huh.

22          MR. CHAMI:  III.

23          MS. STILLWELL:  Sir, I introduced myself

24   earlier.  If -- yes, please.

25                    (Witness sworn.)



1      MS. STILLWELL:  All right.  Sir, I introduced
2   myself to you earlier this morning.  Thank you for
3   coming today.
4      Have you ever had your deposition taken
5   before, sir?
6      THE WITNESS:  No.
7      MS. STILLWELL:  Have you ever had a lawsuit
8   before?
9      THE WITNESS:  No.
10      MS. STILLWELL:  And I'm sure that Mr. Chami,
11   the estate's attorney, has kind of given you a
12   background or a rundown of what to expect today.
13   But I wanted to kind of go through some of the
14   ground rules just to make sure that you and I are
15   on the same page.  Okay?
16      THE WITNESS:  Okay.
17      MS. STILLWELL:  I'm -- I'm going to ask you
18   some questions today.  Some of them will be kind of
19   difficult, and it's truly not meant to offend or be
20   disrespectful to you or to your family.
21      If you need to take a break at any time, I ask
22   that you take that break.  Okay?
23      THE WITNESS:  Uh-huh.
24      MS. STILLWELL:  If -- the one caveat, though,
25   is that if I have a question pending, I ask that



1   you ask that question before we take the break --

2   I'm sorry -- answer that question before we take

3   the break.  And -- and then we can take the break

4   and come back and resume.  Fair?

5          THE WITNESS:  Okay.

6          MS. STILLWELL:  While I'm asking you

7   questions -- sometimes I ask some bad questions, so

8   I ask that you tell me that you don't understand

9   the question or that it's just a bad question, and

10  I'll try to reword it so you and I understand each

11  other.

12         But if you answer that question, I'm going to

13  assume a few things.  I'm going to assume that you

14  understood the question, and I'm going to assume

15  that you heard it accurately.  And I'm also going

16  to assume that you're answering it truthfully and

17  accurately; is that fair?

18         THE WITNESS:  Yes.

19         MS. STILLWELL:  Now, you'll notice she's

20  taking down every word that everybody is saying and

21  that there is also a video player running.

22         I ask that you give me verbal answers.  It's

23  common to get kind of in a conversation where you

24  nod your head or shake your head.  I just ask that

25  it be verbal so she can get that information down.



```
1              THE WITNESS:  Okay.

2              MS. STILLWELL:  Okay.

3              Whereupon,

4                   MUHAMMAD MUHAYMIN, JR.,

5              was called as a witness herein and, having

6    been first duly sworn, was deposed and testified as

7    follows:

8                         CROSS-EXAMINATION

9    BY MS. STILLWELL:

10        Q.    Now, I -- I'm sure that you met with Mr. Chami

11   prior to today's deposition; is that right?

12        A.    Uh-huh.

13        Q.    And how many times did you meet with him?

14        A.    A few times.

15        Q.    What is a few?  Do you remember?

16             MR. CHAMI:  I'm going to object to the form.

17             Do you mean in -- in preparation for the

18        deposition?

19             MS. STILLWELL:  Yes, sir.

20             THE WITNESS:  Once.

21   BY MS. STILLWELL:

22        Q.    Was that this morning prior to the deposition,

23   or did you meet with him prior to today?

24        A.    Are you asking --

25        Q.    For purposes of preparing for the deposition.
```



1         A.    Oh, yeah.   Once.

2         Q.    Was that this morning, sir?

3         A.    Yesterday.

4         Q.    And how long do you think you met with

5    Mr. Chami?

6         A.    Maybe an hour, couple of hours.

7         Q.    And was anybody else present during that

8    meeting with Mr. Chami?

9         A.    No.

10        Q.    Was anybody present with your meeting with

11   Mr. Chami this morning?

12        A.    My wife.

13        Q.    And what's your wife's name?

14        A.    Zhane Muhaymin.

15        Q.    Can you spell her first name for me?

16        A.    Z-h-a-n-e.

17        Q.    Thank you.

18              Did you review any documents in preparation

19   for your deposition today?

20        A.    Just the document for the deposition, I guess.

21        Q.    Are you referring to the notice of deposition?

22        A.    Yes.

23        Q.    Okay.   Did you review any pleadings, any

24   complaints or discovery responses?

25        A.    No.



1      Q.    Did you review any videotapes?

2      A.    No.

3      Q.    Did you review any recordings or other

4   communications?

5      A.    No.

6      Q.    Is there anything about your physical

7   condition that would affect your ability to testify

8   today?

9      A.    No.  Not that I can think of.

10     Q.    Is there anything about your mental condition

11  that would affect your ability to testify?

12     A.    No.

13     Q.    Are you on any medications that would affect

14  your ability to understand the questions and testify

15  truthfully?

16     A.    No.  I mean, I have asthma, but that's it, if

17  that's what you're asking, but no.

18     Q.    Okay.  And for asthma, you just take --

19     A.    Inhaler.

20     Q.    And no other medications, correct?

21     A.    Yes, that is correct.

22     Q.    And you understand that when you took the

23  oath, when you got sworn in by the court reporter, that

24  you avowed to answer the -- the questions that I asked

25  today, or if Mr. Chami asks any questions, that you'll



1    answer them truthfully and accurately, correct?

2        A.   Yes.

3        Q.   And that's the same as testifying in the

4    court, you understand that, correct?

5        A.   Yes.  To the best of my abilities.

6        Q.   Okay.  I just want to go through some of your

7    general background.

8             What is your date of birth?

9        A.   ████████████████ .

10       Q.   Did you say '83 or '93?

11       A.   '93.

12       Q.   Thank you.

13            And you live in Norcross, Georgia, correct?

14       A.   Uh-huh.

15       Q.   When did you move here?

16       A.   A little over a year ago.

17       Q.   What brought you to Norcross?

18       A.   Well, I made a promise to myself and my family

19   that after I graduated from college, that I would pursue

20   my dream.  And so my dream is to do acting and stuntman

21   work and actually has a lot of influence on a lot of

22   background from the stuff of when I was younger, when I

23   grew up, spending time with my dad and spending time

24   with my grandfather.  Because martial arts is a huge

25   part of tradition in our family.



1            And as I grew older -- at first I went to high

2    school, then I went to college, and -- and I got my

3    degree.  But I always felt like something was missing.

4            So I definitely wanted to give it a shot, to

5    pursue my dream.  And I know that a lot of the work out

6    here is for acting and stuntman work, so that's why I

7    came out here.

8        Q.   So are you now employed in acting or stuntman

9    work?

10       A.   No.  Right now I do insurance sales, because

11   moving out here was hard.  I -- I actually took a pay

12   cut moving out here.  But I -- when I got older, I

13   didn't want to regret what could have happened, what

14   could have been, so --

15       Q.   So when did you start -- you said you're

16   working in insurance sales, correct?

17       A.   Yeah.  I've been doing insurance for -- for a

18   while now, a couple of years.  I -- on the side, I've

19   had some part-time gigs for acting and stuntman work,

20   but I haven't had the time to completely pursue it, just

21   because I want to get my finances in order.

22           And this year was a lot.  Just got married.

23   Just bought a house in Georgia.

24       Q.   Congratulations.

25       A.   Thank you.



1          Yeah.  So I wanted to get all that, my -- my
2    roots down in Georgia, in Atlanta, before I went full
3    time at that.
4        Q.   Okay.  So when you moved out here, did you
5    take a job in insurance sales?
6        A.   Uh-huh.
7        Q.   And you said that was roughly a year, year and
8    a half ago; is that right?
9        A.   Yeah.
10       Q.   Okay.
11       A.   Yeah.
12       Q.   So who did you work for when you moved here?
13       A.   I worked for State Farm.
14       Q.   Okay.  State Farm here in Atlanta?
15       A.   Uh-huh.  Yeah.  Because I worked for State
16   Farm in Arizona, and then I moved out here.
17       Q.   Were you able to do a transfer within State
18   Farm, then?
19       A.   No.
20       Q.   Okay.  You had to apply for a whole new
21   position?
22       A.   Yeah.  Because they didn't have my position --
23       Q.   Okay.
24       A.   -- out here, so -- and plus, I wanted to try
25   something different.  So instead of working for the



1  corporate company, I had been working for an agency.

2      Q.   Oh.

3      A.   But it -- just in case my stunt work and

4  acting didn't pan out, I wanted to have enough to build

5  my resume and my portfolio.  So now I've obtained a

6  couple different positions in insurance, but --

7      Q.   What are your positions in insurance?

8      A.   I've worked -- well, at first I worked at

9  Humana, when I -- because I had to find a full-time

10 position.  So when I was in college, I worked for health

11 insurance.

12     Q.   Oh, we'll get to college.  I'm -- I'm just

13 talking about here, in Georgia.

14     A.   Okay.

15     Q.   What are your positions here?  You said you're

16 working for an agency now?

17     A.   Yeah.  Selling insurance.

18     Q.   Okay.

19     A.   That's it.  Yeah.

20     Q.   So you're a selling agent?

21     A.   Like, sell -- yeah.  Sales policy -- selling

22 policies.

23     Q.   Okay.  And you said you had a couple

24 positions.  Couple positions while you've been here, or

25 a couple of positions over your career?



1      A.    Over my career.

2      Q.    Okay.  And so when you moved to Georgia, you

3    started with State Farm.  And have you remained with

4    State Farm this whole time?

5      A.    Uh-huh.  Yeah.  State Farm agents.

6      Q.    Okay.  How many agents do you work for?

7      A.    It -- I --

8      Q.    Or with?

9      A.    I worked with a couple, because it can be kind

10   of like what they label as, like, a floater.  So for

11   example, if I need to work with one agent but they have

12   a friend that has a business need at that agency, then I

13   go over there and work over there, so -- but it's been

14   the same position.  It's been the same role.

15     Q.    Can you tell me the agents that you work with?

16     A.    Right now, I just work with one.

17     Q.    Okay.  Who is that?

18     A.    Barbara Collins.

19     Q.    Okay.  And who did you work with before that?

20     A.    Brenda Montgomery.

21     Q.    And just those two?

22     A.    No.  I've worked with a couple, because a lot

23   of times, they are friends, and, like, they know each

24   other.  Like I said, where the business need is needed,

25   so --



1        Q.    Okay.

2        A.    And how -- how is that relevant, or...

3        Q.    Well, I -- I'm asking the questions.  I'm sure

4    Mr. Chami can make his objections.  But I'm -- I'm just

5    asking who you've worked with since you've been to --

6    back in Georgia.

7        A.    Okay.

8        Q.    So I have Barbara and Brenda.

9              Were there any others?

10       A.    Uh-huh.  Barbara and Brenda were friends.  And

11   so I worked with Brenda for a little while, and she said

12   that Barbara needed some assistance in her office

13   because they were short.  So I moved over there.

14             Before Brenda, I was working with Charisse

15   Hunter.  And I also was working with Andre Cleveland.

16   Andre Cleveland retired, though.  I was with him for a

17   while.  But then because of his retirement, then the --

18   my team had to find work at other agents, but he -- he

19   knew a couple of the other agents as friends.

20       Q.    Okay.

21       A.    So...

22       Q.    And is that then when you went to Barbara

23   Collins?

24       A.    No.  I went from Andre Cleveland to Charisse

25   Hunter.



1      Q.    Okay.

2      A.    And then from Charisse to Brenda, and Barbara.

3  But it's -- like I said, it's all the same position.

4      Q.    You just float between them?

5      A.    Yeah.

6      Q.    Whatever the need is?

7      A.    Yeah.

8      Q.    Okay.  And then your part-time gigs for acting

9  and stunt work, who have you done those through?  Is it

10 an agency?

11     A.    Yeah.  Yeah.  It's -- it's -- it's a couple of

12 different agencies, because I've done a couple of extra

13 roles --

14     Q.    Okay.

15     A.    -- and stuff.

16     Q.    Which agencies are those?

17     A.    I -- I'd have to look through -- through my

18 e-mail.  I'm not sure.

19     Q.    Okay.  When you're doing the acting/stuntmen,

20 what -- what kind of product is that?  Is it for a

21 commercial?  Or is it for a TV show?

22     A.     It can be for anything, really.  I mean, you

23 can do -- well, acting is like everything, you know,

24 TVs, movies, short films, what have you.

25            And then the stuntman work is anybody that's



1  doing fight choreography, falls, flips, driving,

2  anything like that.

3          But -- but mainly, I would be doing, like,

4  fight choreography, falls and flips, those -- those

5  three.

6      Q.   Okay.

7      A.   So -- yeah.

8      Q.   How much time would you say you devote to

9  either of those?

10     A.   You mean practicing?

11     Q.   No, no.  The actual gigs, the actual paying

12  employment that you receive from it.

13     A.   I haven't had much time, because like I said,

14  I've been focusing more on getting my financial

15  situation structured first.  Because I have received

16  a -- a couple of paychecks, but they -- they pay you

17  like six weeks later.  It's a long time.

18     Q.   Okay.

19     A.   Yeah.

20     Q.   So how many gigs would you say you've had

21  since you moved back here?

22     A.   Maybe only three or four.

23     Q.   Okay.

24     A.   So...

25     Q.   And if you don't mind me asking, how much do



1  you get paid for those gigs?

2      A.   Because they were extra roles, maybe a couple

3  hundred dollars.

4      Q.   Okay.  And you said it's pretty much a scene,

5  like a fighting scene or a rolling or flipping?  Is that

6  what you said?

7      A.   Those are -- that's the acting or that's

8  the -- the stuntman portion, but -- yeah.  That's the --

9  the stuntman -- because I'm trying to do stuntman and

10 acting work.

11     Q.   Okay.  And so the acting, does that compensate

12 you differently, or is it still the same?

13     A.   Well, the roles that I've gotten were extra

14 roles.  Those are the ones that I've gotten actually

15 paid for.

16          I haven't done any stuntman work yet, just

17 because there is -- it's not so straightforward.  Like,

18 you have to know the right people.  You have to learn

19 the industry, how the industry works.  You have to

20 create a stunt reel and headshots and a resume.  You

21 have to network with people.

22          So I've been doing that behind the scenes, as

23 well as doing my day job selling insurance, so...

24     Q.   So you've been busy?

25     A.   Yeah.



1      Q.   And you have to, I'm sure, train and practice

2    a lot for the stunt work too.

3      A.   Uh-huh.

4      Q.   And I know you talked a little bit about

5    martial arts, and I'd like to talk about that more.

6           But are you still in martial arts training?

7      A.   Yeah.

8      Q.   Okay.  And where do you do your martial arts

9    training?

10     A.   I actually just go to some stuntman gyms and

11   stuff, and -- well, because I -- I've always done

12   martial arts.

13     Q.   Uh-huh.

14     A.   And now I'll just call some people or, you

15   know, some of my friends that I've made out here that

16   are also stuntmen.

17     Q.   Okay.

18     A.   And see if they want to train.  And sometimes

19   they'll teach me, or -- and sometimes I'll teach them,

20   so...

21     Q.   So I'm curious.  What are the stuntman gyms

22   that you go to?

23     A.   One is called SMASH, and that's like -- yeah.

24   One's called SMASH.  Another one is called ACTION DOJO.

25     Q.   And this is just places where you can spar,



1  or...

2       A.   Yeah.  It's like -- it's like a warehouse, and

3  they have padded flooring.  They have heavy bags.  They

4  have a lot of different stuff.  And the people that do

5  movies, that do casting, are friends with some of the

6  people that own those gyms.

7            So when you go inside, sometimes they will

8  have like a portfolio or a book of actors where you put

9  your headshot, resume, action reel, all that into the

10 book.  And then after a while, if you're good enough,

11 then they can introduce you to the casting directors.

12      Q.   Okay.

13      A.   So -- so -- yeah.  You -- they --

14      Q.   So it's good exposure?

15      A.   Yeah.  It's good exposure.  It's a good place

16 to practice, good place just to train.  They do a lot of

17 different stuff, so...

18      Q.   But you're not doing any formal martial arts

19 training anymore, right?

20      A.   No.  Not right now.

21      Q.   Okay.  Now, you said you just got married.

22 When did you get married?

23      A.   September?  Yeah.  Yeah.

24      Q.   September of this year?

25      A.   Uh-huh.



```
 1      Q.   Do you remember what day?
 2      A.   I believe it was -- it was -- well, I took a
 3   vacation out to Arizona and stayed there for like a
 4   week, and it was just really hectic, so -- I think it
 5   was like September 6th or something like that, yeah.
 6      Q.   And you guys got married in Arizona, you said?
 7      A.   Uh-huh.
 8      Q.   What part of Arizona?
 9      A.   The Gilbert area.
10      Q.   Is her family from out there too?
11      A.   Uh-huh.  Yeah.  We're both from out there.
12      Q.   And so did you both have family attend your
13   wedding?
14      A.   Yeah.
15      Q.   And did your aunt attend?
16      A.   Yes.
17      Q.   And did your half sister attend?
18      A.   Uh-huh.
19      Q.   A████?
20      A.   Yes.
21      Q.   And so how long were you in Arizona?
22      A.   Like I said earlier, about a week, I think.
23      Q.   And then you came back to Georgia, correct?
24      A.   Yeah.
25      Q.   And when did you buy your house?
```



1      A.    It was actually December.  I think it was like

2    December or January, around that time.

3      Q.    Of what year?

4      A.    Of -- well, it was like December of 2018 or --

5    and -- or January of 2019.  That's when we were booking

6    the house, finishing the real estate, finishing the

7    closing, all the paperwork.  So it was my first house,

8    so it was a lot, yeah.

9      Q.    Well, that's exciting.

10     A.    Yeah.

11     Q.    What does your wife do for employment?

12     A.    She works at State Farm also.

13     Q.    Okay.

14     A.    Uh-huh.

15     Q.    Is she also a selling agent?

16     A.    No.  She works in -- 'cause -- well, she's had

17   a couple of different positions as well.

18     Q.    Okay.

19     A.    So -- but it's been within the same company.

20   She works at corporate, as opposed to me working in the

21   agency.

22     Q.    What does she do at corporate?

23     A.    She has been a trainer for customer service.

24     Q.    Okay.

25     A.    Did that for a little while.  Then got



1  promoted to specialist in claims.  And then after that,

2  she got promoted again to being a manager for customer

3  service.

4       Q.   And so is that what she does here?

5       A.   Uh-huh.

6       Q.   She's a manager for customer service?

7       A.   Yes.  Or not manager, supervisor.  I'm sorry.

8       Q.   Okay.  So does she have family in Georgia too,

9  or did she just accompany you for --

10      A.   She has a couple of -- yeah.  I don't -- I

11 think it's like her -- her cousin.  You know, they do

12 like second removed or something like that.

13           So she's got -- she's got some family out

14 here, but she's not too close to them or -- so --

15 building an -- a newer relationship.

16      Q.   Okay.

17      A.   Yeah.

18      Q.   Do you still have some family that lives here?

19      A.   Well -- so -- no.  Not that I -- that I see

20 right now.  No.  Because I know that, like, Musi and

21 Zarinah had been out here a couple of times.

22      Q.   When you say Musi, are you talking about

23 Ms. Muhaymin?

24      A.   Yes.

25      Q.   Okay.



1      A.   Sorry.  Yeah.

2           So they -- they've been out here, but while

3    we've been out here, haven't had the chance to -- to

4    meet up.  But we've had a chance to meet up while we've

5    been in Arizona a couple of times.

6      Q.   Okay.  So does -- does your aunt live out in

7    Georgia now?

8      A.   Well, last time I talked to them, they said

9    that they were -- she was getting ready to move back to

10   Arizona.

11     Q.   Okay.

12     A.   So...

13     Q.   How long has she been back in Georgia?

14     A.   I don't remember.

15     Q.   Same amount of time as you?

16     A.   I -- I don't remember how long because -- I --

17   I just know she's been back and forth between Arizona

18   and Georgia a couple of times.

19     Q.   Okay.

20     A.   So...

21     Q.   Okay.  With the majority of her time in

22   Georgia or Arizona?  Do you know?

23     A.   No -- not particularly, because most of the

24   time, like, if I would meet them, it would be in

25   Arizona.



1        Q.   How often have you been back to Arizona in the

2   past year?

3        A.   I think about maybe three times.

4        Q.   And is that all with your wife?

5        A.   Yeah.  She's gone.

6        Q.   And is it to visit her family as well?

7        A.   She -- there's -- well, sometimes we'll be

8   together, and we'll visit her family; be together and

9   visit my family.  Sometimes we'll split up for a couple

10  of days; she goes with her family, and I go with mine,

11  so...

12       Q.   And who -- who else in your family would be in

13  Arizona?

14       A.   Pretty much everybody.  I mean, to be honest,

15  everybody on my mom's side of the family, on my dad's

16  side of the family, so...

17       Q.   Okay.  And do you see both sides, your mom's

18  side and your dad's side of the families?

19       A.   More so, I grew up with my mother's side of

20  the family.

21       Q.   Okay.  And did she have a big family?

22       A.   My mom?

23       Q.   Uh-huh.

24       A.   Not -- I don't -- not particularly, no.

25       Q.   But they all still live local in Arizona?



1          A.    Uh-huh.

2                MR. CHAMI:  Say yes or no, instead of uh-huh.

3                THE WITNESS:  Yes.

4    BY MS. STILLWELL:

5          Q.    I know what you're saying.

6          A.    Oh, okay.

7          Q.    And she can still get down the, you know,

8    u-h-m.

9          A.    Okay.

10         Q.    But it's probably better to say yes.

11         A.    Okay.

12         Q.    Now, your mom, is that Tanya Kelley?

13         A.    Yes.

14         Q.    Okay.  And she and your -- your dad, Muhammad,

15   they were married; is that right?

16         A.    No.

17         Q.    No, they were never married?

18         A.    No.

19         Q.    Did they live together?

20         A.    Yes.

21         Q.    And do you remember or do you know how long

22   they lived together?

23         A.    I -- I was young at the time, so no, I'm not

24   sure how long of the time frame.  But I do remember that

25   they did live together for a while.  We all three did



1    together.

2         Q.    Who is all three?

3         A.    Me and my mom and my dad.

4         Q.    Okay.  Do you remem- -- do you remember when

5    that ended?

6         A.    No.  I was -- I was so young.

7         Q.    How many siblings do you have?

8         A.    Two brothers, one sister, two half brothers

9    and one half sister.

10        Q.    Two brothers, one sister, one half brother?

11        A.    No.  Two half brothers and one half sister, if

12   we're being technical, but...

13        Q.    Now, your two brothers, who are they?

14        A.    Sean and Jayce.

15        Q.    Same last name?

16        A.    No.  Foster, because they are -- my mom -- we

17   share the same mom and my stepdad.

18        Q.    Okay.  Who is your stepdad?

19        A.    Patrick Foster.

20        Q.    Foster.

21              And is Patrick still alive?

22        A.    Yes.

23        Q.    And your mom?

24        A.    Yes.

25        Q.    And Sean?



```
 1        A.    Uh-huh.

 2        Q.    And you said the other one is Jayce?

 3        A.    Yeah.

 4        Q.    Is that right?

 5              Do the four of them still live in Arizona?

 6        A.    Yes.  Everybody does.

 7        Q.    Okay.

 8        A.    They live together.

 9        Q.    Okay.  When did -- how old are Sean and Jayce?

10        A.    They're young.  They're like 15; 14 and 15.

11        Q.    Okay.  And the sister?

12        A.    A██████?

13        Q.    Well, you said you have two brothers, one

14   sister, two half brothers, one half sister.

15        A.    No, no, no, no, no.  I'm saying -- let me --

16   let me clarify.

17        Q.    Okay.

18        A.    So on my mom's side of the family, I have my

19   two half brothers, which is Sean and Jayce.  And their

20   dad is Patrick Foster, and we share the same mom.

21        Q.    Okay.  And then your --

22        A.    And then on -- my -- my half sister is A██████,

23   so --

24        Q.    And that's your only sister, correct?

25        A.    Yeah.
```


ESQUIRE
DEPOSITION SOLUTIONS

```
 1      Q.    Okay.  And do you know where A████ is?

 2      A.    In Arizona.

 3      Q.    Do you know where she lives?

 4      A.    She lives with my -- my aunt, so...

 5      Q.    With Mussalina?

 6      A.    With -- well, with one of them.  The only --

 7  the only reason why I'm saying I'm -- I'm not sure is

 8  because they -- they're together all the time, or

 9  they're -- they're together a lot of the time, so...

10      Q.    When you say they, who are you referring to?

11      A.    My sister, Zarinah, and Mussalina.

12      Q.    Who is Zarinah?

13      A.    She is her sister.

14      Q.    Whose sister?

15      A.    Well, she was -- she's Mussalina's sister.

16      Q.    Okay.  And do you refer to Zarinah as your

17  aunt?

18      A.    Yeah.  It gets confusing just because of the

19  way everybody was raised.  So there's, like, the

20  biological standpoint, and then there was, like, the

21  situation of -- of how people were raised to address

22  their family member.

23      Q.    Okay.

24      A.    So I know sometimes Mussalina has played like

25  a mother figure and like a sister figure at the same
```



1   time to Zarinah.

2       Q.   Okay.  Can you explain that to me a little

3   bit, how she acts as a mother and a sister to Zarinah?

4       A.   I don't really know how to explain that,

5   like -- because Mussalina helped raise Zarinah, so...

6       Q.   Who is -- biologically speaking, who is

7   Zarinah related to?

8       A.   I'm not sure, to be honest.

9       Q.   Do you remember when Zarinah became part of

10  the family or when you -- as you described, Mussalina

11  was raising her?

12      A.   Yeah.  Well, I mean, Zarinah and Mussalina has

13  always been involved in -- in the family.  Like, they

14  have always been there.  I remember even at a time when

15  I lived with my dad, Muhammad, and my mom, Tanya, that

16  there was a couple of times that Zarinah came over and

17  spend the night.  So they -- they have always been

18  around.  We've always been in each other's lives.

19      Q.   As far as you know?

20      A.   Yeah.  As far as I can remember.

21      Q.   Now, when you referred to Zarinah and

22  Mussalina coming over to the house that you lived in

23  with your mom and dad --

24      A.   Uh-huh.

25      Q.   -- you said that that ended when you were



1   really young?

2        A.   Yeah.

3        Q.   I'm -- I'm trying to figure out how old you

4   were when that happened.  Were you in kindergarten yet?

5        A.   I believe so.

6        Q.   Were you in first grade?

7        A.   Probably more so like the kindergarten age.

8        Q.   Okay.

9        A.   Yeah.

10       Q.   Okay.  So perhaps somewhere around four or

11  five?

12       A.   Yeah.  I guess, yeah.

13       Q.   And you recall Zarinah coming to visit you

14  during that time period?

15       A.   Uh-huh.  I remember me, my mom and my dad

16  lived in -- it was in an apartment -- apartment complex.

17  And I remember even Zarinah coming over a couple of

18  times.

19            And one of the reasons why I remember it so

20  vividly being in that apartment complex is because me

21  and my dad caught chicken pox together at the same time.

22  Yeah -- so -- my mom was more so kind of babying me

23  tell -- but telling my dad that he could deal with it

24  type thing, so...

25       Q.   Okay.  Do you know if your dad had any



```
 1   other -- well, you wouldn't know, but is it possible
 2   that your dad had other children not including you and
 3   A█████?
 4           MR. CHAMI:  Object to foundation.
 5           You can answer, if you can.
 6           THE WITNESS:  What was your question?
 7   BY MS. STILLWELL:
 8       Q.   Is it possible that your father had other
 9   children other than you and your half sister?
10           MR. CHAMI:  Same objection.
11   BY MS. STILLWELL:
12       Q.   If you know.
13       A.   I'm not sure.
14       Q.   Now, your grandparents, did you know either of
15   your grandparents on your dad's side?
16       A.   Yeah.
17       Q.   And did you spend time with either of them?
18       A.   My grandfather, Muhammad, up until his
19   passing.  To be honest with you, a lot of the time when
20   I spent time with my dad was with my grandfather.  So it
21   was all three generations of Muhammad.  It was me, my
22   father and my grandfather.
23       Q.   And your grandfather passed in 2006, correct?
24       A.   Yeah.  About that time.
25       Q.   When you and your mom and dad all lived
```



1    together, what was your dad's role?  Did he spend a lot

2    of time with you?  Was he working?

3        A.   Like I said, I was -- I was so young that -- I

4    mean, I do remember us spending time together for sure,

5    me, my mom and my dad.

6        Q.   Do you remember -- and I'm sorry, but at the

7    beginning, you said you did martial arts with your dad.

8    Did you start that at that point?

9        A.   Me doing martial arts goes back to the

10   beginning of, like, some of my earliest memories.  So

11   it's something that I remember always doing, because my

12   grandfather moved from New York to Arizona and opened up

13   some -- some dojos and did some teaching there.

14           And at that time -- so I remember being young,

15   and we all practiced together.  That was one of the ways

16   that we spent time together.  Just like some families,

17   you know, football is prevalent in their family or

18   basketball or baseball or something.  Martial arts and

19   Islam was a huge part of my upbringing.

20       Q.   Okay.  And you said that was -- your -- your

21   grandfather had owned the dojos, correct?

22       A.   Well, he -- yeah.  Because he -- he opened up

23   a dojo inside of his garage in his house, taught some

24   local people around there.  But at the same time, he

25   would go to some universities.  I guess he had some type



1    of contract or deal with them, so he would teach at some

2    colleges as well.  And then my -- my father would

3    assist -- assist him.

4              And then I would go spend time with them.

5         Q.   Okay.  What kind or what type of martial arts?

6         A.   Aikodo.  It was --

7         Q.   Say that again.

8         A.   Aikodo.

9         Q.   Okay.

10        A.   It was a -- it's a very soft, gentle version

11   of a Japanese martial arts style, so...

12        Q.   Is that the only style --

13        A.   Yeah.

14        Q.   -- that you all practiced --

15        A.   Uh-huh.

16        Q.   -- or taught?

17        A.   No.  I -- I -- I went on to learn others,

18   because Aikodo is such a soft style that they don't even

19   believe in competitions or competing.  So I wanted to --

20   as I got older, I wanted to learn how to compete.  So I

21   did Aikodo for as long as I can remember with them.

22   That was the only thing that they did.  And then I went

23   on to practice other styles of martial arts.

24        Q.   And what did you go on to practice?

25        A.   Well, my stepfather, Patrick, knows



1  kickboxing.  So he taught me kickboxing, boxing, more

2  competitive styles of martial arts.

3       Q.    And so did you compete in martial arts?

4       A.    A couple of times.  I also learned Tang Soo Do

5  as well.  So I did a point fighting tournament.  But

6  I -- I wanted to expand and learn more, so...

7            MR. CHAMI:  I'm sure she's going to have to

8       ask you how to spell that.  Tang Soo Do?

9            THE WITNESS:  Tang Soo Do.

10            MR. CHAMI:  Tang Soo Do.

11            THE WITNESS:  Yeah.  It's a Korean style of

12       martial arts.  It's similar to Tae Kwon Do.

13            MS. STILLWELL:  I got it.

14            MR. CHAMI:  I didn't.

15            MS. STILLWELL:  The court reporter might have

16       to ask you, but...

17  BY MS. STILLWELL:

18       Q.    Now, how often would you spend time with your

19  dad and grandpa doing martial arts?

20       A.    That was one of our pastimes, to be honest

21  with you.  So almost every time I would see them.

22       Q.    And how often was that?

23       A.    It depends at what stage I was in my life.  It

24  depends on how old I was.

25       Q.    Okay.  So from birth to four or five, when



1  your dad moved out of the home, how often did you guys
2  do martial arts together?
3        A.    Well, from birth to four or five, nothing.  I
4  think I started martial arts at, like, five.
5        Q.    Okay.  Do you recall whether you started
6  martial arts while your dad was still living there or
7  after he had gone?  Or do you remember?
8        A.    No.  I don't remember that.  I just remember
9  when I was with them, just like everything else, going
10  out to eat, going to the movies, spending time together.
11        Also was -- they had a huge aspect of Islamic
12  prayer and doing martial arts as well.  It was -- the
13  martial art thing was -- it was something sacred.  It
14  was something traditional.
15        So on top of practicing a lot of the time,
16  like right after, we would do prayer too, so -- it was
17  more so something to teach for, like I said, tradition.
18        Q.    Were there times where you practiced with your
19  grandfather, but your dad wasn't there?
20        A.    Yeah.  There was times where I practiced with
21  my dad, and my grandfather wasn't there.
22        Q.    Okay.  From, let's say, you know, kindergarten
23  through junior high, how often would you see your dad?
24        And my next question is, how often would you
25  see your grandfather?



1          MR. CHAMI:  Do you want those broken up

2     into --

3          MS. STILLWELL:  Yes.

4          THE WITNESS:  I would see my dad -- well,

5     sometimes they were together, so that's kind of,

6     you know --

7   BY MS. STILLWELL:

8     Q.    Okay.

9     A.    Like, sometimes I would see them together.

10  Sometimes I would see them apart.

11    Q.    How often did you see your dad by himself?

12    A.    You said from what age to what age?

13    Q.    Sure.  Kindergarten to junior high.

14    A.    Kindergarten to junior high, I probably see my

15  dad every couple -- well, at first, it was like every

16  week or every other week.  And then it was like maybe

17  twice a month, around that time.

18    Q.    Okay.  And when you -- you said -- and some of

19  those times, when you saw your dad, you were also seeing

20  your grandpa; is that correct?

21    A.    Yeah.  Sometimes, yeah.  A lot of the time,

22  because they were -- they were close.  They were really

23  close.

24    Q.    Can you estimate for me how -- the percentage

25  of time that you would see your dad every other week or



1  twice a month or what you had just testified, and how

2  many of those times your grandpa was present?

3      A.   Up until the time of his passing?

4      Q.   No, no, no.  We're still kindergarten to

5  junior high.

6      A.   Okay.

7      Q.   Was it 50 percent of the time you --

8      A.   Junior high is like kindergarten to eighth

9  grade, is that what you mean?  Like --

10     Q.   Yeah.

11     A.   Probably, yeah, like 50 percent of the time.

12     Q.   Okay.  Junior high to starting college, how

13 often did you see your dad?

14     A.   Not as -- not as much.

15          And you said junior high, so like eighth grade

16 to college?

17     Q.   Yeah.  Eighth grade to high school graduation.

18     A.   I wouldn't see him as much.  And I think that

19 one of the huge reasons is because my grandfather and my

20 dad were so close, that after my grandfather passed

21 away, it hugely impacted my father a lot.  And he was --

22 he was really sad about it, so...

23          I don't know.  It was -- it was -- it was kind

24 of like a part of my father had passed too, if that

25 makes sense.  Because it -- it hit him heavy.  That's



1   how close they were.

2          And then -- I mean, I was upset for a little

3   while that I didn't see him, and I -- I didn't really

4   understand why.  I -- I wanted to spend time with him.

5   I wanted to see what he was doing but -- I don't know.

6          It was -- it was -- as I got older and look

7   back on it now, I -- I also know that he had mental

8   illness.  So at first I was upset, but now I'm not sure

9   how long he had that mental illness.  I'm not sure if it

10  was triggered after my grandfather passed away.  I'm

11  not -- I'm not really sure what happened.  So I think --

12  you know -- it was hard.

13     Q.   I -- I want to go back to kindergarten.

14     A.   Okay.

15     Q.   Your mom remarried to Patrick Foster, correct?

16     A.   Uh-huh.

17     Q.   Do you remember what year that was or how old

18  you were?

19     A.   Nine.

20     Q.   Okay.

21     A.   It was either nine or ten.

22     Q.   And so you then lived with your mom and with

23  Patrick Foster, right?

24     A.   Off and on, because the -- the other half of

25  the time, I lived with my grandparents on my mother's



1  side.  But they were so close, it didn't really matter.

2         Like, sometimes -- because, like, for example,

3  I had to go to school.  So half the week, I would stay

4  with my grandparents.  The other half the week, I'd stay

5  with my parents, Patrick and my mom, so...

6     Q.   Okay.

7     A.   We were all close, like...

8     Q.   Did you live close to -- close to each other?

9     A.   No.  But we visited all the time.

10    Q.   Okay.

11    A.   Yeah.  So -- well, it actually depends on what

12 time in my life.  There were some times that my parents

13 were in a different city and some times where they were

14 in the same city and then some times my grandparents and

15 my parents lived together.

16    Q.   Okay.  So the grandparents you're referring to

17 is the grandparents on your mom's side?

18    A.   Yeah.

19    Q.   What are their names?

20    A.   Artist and Daniel Kelley.

21    Q.   Artist?

22    A.   Uh-huh.

23    Q.   And so did you stay with your grandparents so

24 you could stay in the same school?  Or why -- why did

25 you stay with your grandparents and not your mom or your



1   dad?

2       A.   Well, I did stay with them.  I stayed with

3   both of them.  Like I was saying, like, half the week, I

4   might be with my grandparents, half the week I might be

5   with my parents.  It just -- it just depend on their

6   schedule.

7       Q.   Okay.

8       A.   So -- but it -- it didn't matter, because

9   my -- my parents would go to my grandparents' house all

10  the time and vice versa.  And then there was even

11  occasions where they -- they were living together.

12      Q.   Okay.

13      A.   Like, all four of them, my grandparents and

14  parents would live together sometimes.

15      Q.   So even when your parents lived, I think you

16  said, in another city --

17      A.   Uh-huh.

18      Q.   -- did you stay with them and just travel to

19  school?

20      A.   I would stay with them and -- yeah.  They

21  would -- they would drop me off before they went to

22  work.

23      Q.   Okay.  And during that time, you were trying

24  to see your dad every other week or so?

25      A.   Yeah.



1      Q.    And in high school, who did you live with?

2      A.    It was still the same.  Like, maybe one week,

3  I'll stay at my grandparents', or one week I'll be with

4  my parents.  Or maybe -- you know, so I lived with them

5  back -- I had a room at both -- both places.

6      Q.    Okay.

7      A.    So...

8      Q.    And that was just because of your relationship

9  with your grandparents?

10     A.    Yeah.  We were just close all the time.

11     Q.    What high school did you go to?

12     A.    Westview in Avondale.

13     Q.    Okay.  And after high school, what did you do?

14     A.    I went to college at ASU.

15     Q.    And tell me the years that you were in college

16  at ASU.

17     A.    What -- what are you asking?  I'm sorry.

18     Q.    What years were you in college at ASU?

19     A.    From like 2011 to -- I think it was 2015,

20  around that time.

21     Q.    And did you get a degree?

22     A.    Yes.

23     Q.    And what is your -- what is your degree in?

24     A.    Bachelor's in criminal justice and

25  criminology.



1    Q.   And so did you intend to start a career in

2    criminal justice, or was it just something that

3    intrigued you?

4    A.   At the beginning, I was actually thinking

5    about either doing -- becoming a doctor or being a nurse

6    or also going into the criminal justice field of being a

7    police officer or an FBI agent.

8         I really felt like I -- at the time, I felt

9    like I didn't want to be behind a desk, ironically,

10   because that's what I'm doing now.  But -- yeah.

11        So then after my freshman year, I decided that

12   I wanted to do criminal justice and criminology, so I

13   pursued that.  And then I had -- a lot of my friends,

14   they switched majors.  And they asked me if I wanted to,

15   but I said no, because I didn't want to get set back

16   again with the credits and doing college.

17        So even though my junior year, my senior year,

18   I decided that I didn't want to do criminal justice --

19   that I wanted to stick it out to finish the degree to

20   have a degree.  Because at that point, it was just about

21   being competitive in the corporate market, so I just

22   wanted to make sure I had a degree.

23   Q.   And was that -- was that the time you started

24   working for State Farm?

25   A.   I worked at Humana first.



1      Q.    Okay.

2      A.    So when I -- my senior year of college, I was

3   going to school -- yeah -- I was going to school -- my

4   senior year of college, I was going to school full time,

5   and also I was working full time as well until my -- my

6   last semester.  Because I had landed a job working with

7   Humana.

8      Q.    Uh-huh.

9      A.    Yeah.  That was rough.

10          So I was going to the school during the day --

11   or no, I'm sorry.  I was going to work during the day.

12   And then I would get out, and I would go to school

13   during nighttime.  And some of my classes were online.

14          So at times, I'd have, like -- I'd -- I'd be

15   working from like 7:00, get off -- let me think.

16          No.  I'd work from like 9:00 to 5:00 and then

17   get off and then do school.  And do school work from

18   like 6:00 to -- until I could fall asleep, so...

19      Q.    So -- and that was when you were working at

20   Humana, right?

21      A.    Uh-huh.

22      Q.    What was your role at Humana at that time?

23      A.    Pharmaceutical sales specialist.

24      Q.    And how long did you work for Humana?

25      A.    I think about a year and a half, maybe two



1  years.

2       Q.   What made you leave?

3       A.   My wife told me about State Farm and said

4  there was a better opportunity for growth.

5       Q.   So you had already met your wife by then?

6       A.   Yeah.  We were -- we met in college.  We -- we

7  both met at Arizona State.  So we both met at ASU.

8       Q.   And you've been dating since?

9       A.   Uh-huh.

10      Q.   Well, now you're married.

11      A.   Yeah.

12      Q.   What year did you guys meet in at ASU?

13      A.   Been about five years.  So I think it was

14  2015 -- no -- 2014.

15      Q.   Okay.

16      A.   Well -- 'cause I had known her for a while,

17  but we didn't actually start dating until later, so...

18      Q.   So when she told you about State Farm -- and

19  if my math is right, that was maybe 2017 -- is that when

20  you started working for State Farm?

21      A.   Yeah.  I -- I think it was around that time.

22  You're making me want to get my resume.  So...

23      Q.   And so you've been with State Farm since?

24      A.   Yeah.

25      Q.   In the various roles?



1       A.    Uh-huh.

2       Q.    And you're now a sales agent.  But before,

3   what were you doing?

4       A.    Claims.

5       Q.    Okay.  Is that where you started?

6       A.    Uh-huh.  Entry-level claims.

7       Q.    And when you were in college, where did you

8   live?

9       A.    Again, that depends on what year of me being

10  in college.  My freshman year -- well, actually, I went

11  to -- I got accepted into this program where when I was

12  starting out in college -- it was like a summer school.

13  They call it a Summer Bridge, or whatever.

14           So when I started out -- because I started --

15  I went from high school and started working in college,

16  like, that summer, taking summer classes in college.

17  Then did the Summer Bridge there.  So I lived with my

18  parents.

19           And then after that, I got an apartment my

20  freshman year, lived by myself for a few years.  Yeah.

21  And then I just -- I've had a apartment since then, I

22  guess.

23      Q.    And is that during the time where you didn't

24  have much of a relationship with your dad?

25      A.    Yeah.  As I got older.



1    Q.   Did you -- how many times would you say you

2    saw him on a yearly basis in high school and college?

3    A.   There was a time where I didn't see my dad for

4    a few years.  Yeah.

5    Q.   Do you remember when that was?

6    A.   I think it was from the time I was around

7    16 -- sorry.  It gets kind of hard to talk about.  Just

8    because I -- I remembered seeing my dad when I was about

9    like 16 years old.

10        And then after that, I didn't see him a couple

11   of times.  All right?  I -- I didn't see him.  But I

12   wanted to.  I just didn't know what his situation was or

13   where he was.

14        And then I ended up finding out that later

15   on -- I ended up finding out that my grandfather Daniel

16   was still seeing him, was still helping him, was still

17   visiting him.  And -- yeah -- so...

18   Q.   And Daniel is your mom's dad?

19   A.   Yeah.  Because -- because my mom and my dad

20   grew up together, kind of, my grandfather Muhammad was

21   still very close to my mom, acted as a father figure in

22   that way.

23        And then vice versa, my grandfather Daniel,

24   which is my mom's dad, still acted as a father figure to

25   my dad, Muhammad.



1          So they -- they would all, you know, visit or

2     spend time together even -- even -- even after my mom

3     and my dad broke up, basically, so...

4          Q.   Now, I -- I want to ask more questions, but I

5     know you said it's getting hard.

6          Do you want to take a break, or do you want to

7     keep going?

8          A.   Yeah.  Maybe a couple-minute break, if that's

9     okay?

10         Q.   Yeah.

11         MR. CHAMI:  We'll take one now, that way I

12     won't have to take one in 15 minutes, so...

13         THE VIDEOGRAPHER:  The time is 11:11 a.m., and

14     we're off the record.

15         (Off the record:  Brief recess.)

16         THE VIDEOGRAPHER:  The time is 11:27 a.m., and

17     we're on the record.

18   BY MS. STILLWELL:

19         Q.   We took a short break.

20         One thing I wanted to clarify or at least get

21     on the record, you -- you recently got married

22     September 2018, correct?

23         A.   Uh-huh.  Yes.  Yes.

24         Q.   And what is her name?  What's her maiden name?

25         A.   Zhane Vincent.



1      Q.    Can you help me with that spelling?

2      A.    Yeah.  Z-h-a-n-e.  Last name is V-i-n-c-e-n-t.

3      Q.    And you said she's from Arizona too?

4      A.    Yes.

5      Q.    And do you know from what part of Arizona?

6      A.    Yeah.  It's -- it's -- well, because she kind

7    of lived back and forth with her mom and her dad too --

8      Q.    Okay.

9      A.    -- so...

10          I'm not really sure, because -- well, she just

11   stayed in the dorms.  So I'm not really sure where her

12   mom exactly was from.

13     Q.    Uh-huh.

14     A.    Because, you know, she moved around a couple

15   of times.

16     Q.    So was her dad from Gilbert, then, since

17   that's where you guys got married?

18     A.    Oh, are you asking why we had the wedding in

19   Gilbert?

20     Q.    Well, sure.

21     A.    Okay.  Yeah.  Well, we had the wedding in

22   Gilbert because she had looked at which venues that she

23   wanted to go to, and she just decided it was that one.

24   And I just said okay.  Yeah.  That's all.

25          So -- but we definitely wanted to have the



1  wedding in Arizona as opposed to Georgia because most of

2  our family is in Arizona.

3      Q.   Okay.  So is she from Gilbert?  Is that where

4  her dad lives?  Or did you just choose that wedding

5  venue because that's where she wanted to go?

6      A.   Yeah.  That's her -- yeah.  I just said, Okay.

7      Q.   And you don't know where she went to high

8  school or anything?

9      A.   I can't name it specifically, no.

10     Q.   Okay.  Was she up by you in Avondale?

11     A.   No.

12     Q.   Okay.

13     A.   Her -- she lived -- her mom lived, like,

14  farther, I think, south -- southeast, as opposed to I

15  live in Avondale, which is really far west.

16     Q.   Okay.

17     A.   Yeah.

18          But then -- but we met at school, so we met in

19  college, which is in Tempe, and then downtown Phoenix.

20     Q.   Okay.  Does she have any children from a prior

21  relationship?

22     A.   No.

23     Q.   Okay.  Do you have any children?

24     A.   No.

25     Q.   Okay.  Do you have any criminal background?



1   Meaning have you ever been charged with a crime?

2       A.   I got a misdemeanor at one point, but then I

3   filed for a motion to dismiss it or something like that.

4   But I think they don't dismiss it anymore.  They call it

5   withdrawn in the state of Arizona.

6       Q.   What was --

7       A.   So...

8       Q.   -- the misdemeanor for?

9       A.   When I was in college, I got caught with a --

10  when I was in college, I got caught with a little bit of

11  weed.  So that's it.

12      Q.   Did you get pulled over?  Or how did you get

13  caught?

14      A.   Yeah.  Yeah.  I got pulled over.

15      Q.   And did you --

16      A.   So...

17      Q.   How -- how much weed was it?  Or --

18      A.   It was a -- a little --

19      Q.   I'm assuming that's marijuana?

20      A.   Yes.  Yes.  A little bit of marijuana when I

21  was in college.  I -- I experimented with a little bit

22  of marijuana in college, so...

23      Q.   Okay.  And did you -- did you enter a plea

24  agreement?  Or what happened after that charge?

25      A.   They charged me with a misdemeanor, and they



1  said I had to pay a fee and take a class.  And that was

2  it.

3          And then after that, I filed for -- to dismiss

4  it.  And I guess, like I said, they don't -- in Arizona,

5  they don't completely dismiss it.  They call it

6  withdrawn, I think, something like that.  So then we got

7  it withdrawn.

8      Q.    Do you remember when that was?

9      A.    No.  I'm not sure.  I -- yeah.

10     Q.    Just sometime when you're in college, I think

11 you said between the years of 2011 and 2015?

12     A.    Yeah.

13     Q.    Any other crimes that you've been charged

14 with?

15     A.    No.

16     Q.    Any --

17     A.    Nothing.

18     Q.    -- civil citations that you can recall?

19     A.    What is a civil citation?  Like...

20     Q.    Loitering, trespass- -- well, trespassing.

21     A.    No, that was it.  I mean, that's --

22     Q.    That's -- that's the only --

23     A.    That's the only thing I can think of.

24 That's...

25     Q.    And you've never been a party to a lawsuit?



```
 1        A.    No.
 2        Q.    You mentioned when we -- when we took our
 3   break, you were talking about your relationship with
 4   your dad.  And you said around 16 years old, you kind of
 5   stopped talking to him for a little bit --
 6        A.    Uh-huh.
 7        Q.    Is that right?
 8        A.    Yes.
 9        Q.    And you also mentioned that you're a little
10   upset because Daniel, your mom's dad --
11        A.    Uh-huh.
12        Q.    -- was still seeing him and helping him.
13              MR. CHAMI:  Object.  Mischaracterizes his
14        prior testimony.
15   BY MS. STILLWELL:
16        Q.    What was -- what was your prior testimony
17   about Daniel helping and seeing him?
18        A.    Are you asking, like, to clarify the
19   relationship?  Is that what you're asking, or --
20        Q.    No, sir.  You mentioned that your -- you found
21   out that your grandfather was still seeing and helping
22   your dad.
23        A.    Yeah.  He just told me.  It wasn't -- it
24   wasn't like a -- a secret or anything.  My -- my
25   grandfather was just like, Oh, by the way, I'm -- you
```



1    know, I was seeing your dad because he needs some help.

2    He had asked for help.  He's trying to get better.  He's

3    trying to -- but that was -- I'm -- because he -- he had

4    always kept a relationship with him, but he didn't

5    really start helping him until later on in life.

6              So at that point, he was like, Oh, by the way,

7    you know, your -- your dad is -- he's -- because my dad

8    was -- he didn't really like to ask for help because,

9    you know, being -- being a man, I guess, being -- having

10   a little bit of pride, trying to do things by himself.

11             But he had actually reached out to Musi and my

12   grandfather for help, for them to help him get better,

13   get established, get a better life, so...

14        Q.   Do you remember when that was?

15        A.   I'm not sure.

16        Q.   When your grandfather told you that he had

17   asked for help, did you then get involved too?

18        A.   He asked me if I wanted to see him, and I said

19   yes.  But I needed a little bit of time, because to

20   rekindle the relationship, it's like, where do you go

21   from there?  But I did.

22             I mean, I wanted -- I wanted some of those

23   moments back, you know?  Like, even -- even with me

24   getting married, I -- I remember being in the groom's --

25   the groomsmen room and putting on my tux, and I'm, you



1    know, getting ready to walk out, and I remember thinking

2    about moments like, This is supposed to be a happy day.

3            But I didn't want to make it about that, but I

4    wish he would have been there, you know.  There was --

5    there was a -- plenty of times that I wanted to -- to

6    see my dad again.

7            I remember wanting to show him the results of

8    me becoming a man.  Even though sometimes he wasn't

9    there, his presence was still there.

10           With me getting into college, with me getting

11   into high school, with me completing it.  I wanted him

12   to be at those moments, so...

13           So I -- I kind of regret not immediately

14   jumping at the chance to -- to -- to reconnect, but I --

15   I was trying to build up the courage.  I had some

16   conflicting emotions, you know?

17       Q.    Uh-huh.

18       A.    So...

19       Q.    When was the last time that you saw your dad?

20       A.    I think it was -- I was 16.  And then after

21   that -- yeah -- seeing him at the funeral, so...

22       Q.    And I know this is difficult, so if you want

23   to take another break, we can.

24       A.    No.  It's okay.  I mean, we got to do this.

25   It's -- it's just -- it's not something that I open up



1  about.  It's not something I like to talk to people

2  about, but because of the circumstances, I know you got

3  to address it, so...

4       Q.   And -- and you understand why we're here

5  today?

6       A.   Yeah.

7       Q.   And that's based on a lawsuit that was filed

8  against the City of Phoenix --

9       A.   Uh-huh.

10       Q.   -- and against ten police officers and an

11  employee.

12       A.   Uh-huh.

13       Q.   And your aunt, Mussalina, is the personal

14  representative of your dad's estate, correct?

15       A.   Yes.

16       Q.   Is that your understanding?

17            And she has filed this lawsuit.  And you are a

18  statutory beneficiary to his estate.  Do you understand

19  that?

20       A.   Yes.

21       Q.   With regard to your aunt, you call her Musi?

22       A.   Yeah.  That's her -- her nickname around the

23  family.

24       Q.   Okay.  So I have a better idea of your -- your

25  central family here in Arizona, you have Mussalina --



```
 1        A.    Uh-huh.

 2        Q.    Or Musi?

 3        A.    Uh-huh.

 4        Q.    Zarinah?

 5        A.    Yes.

 6        Q.    And how often do you see the two of them?  Or

 7   how often did you see them before you moved to Georgia?

 8   Let me start there.

 9        A.    I -- I would see them -- well, to be honest

10   with you, I would see them a lot of times that I would

11   go spend time with my dad and my grandfather.  And then

12   kind of after my grandfather's passing, I started to see

13   them less.

14            And then after -- as -- as I got older, I --

15   we would still text or call or message, stuff like that.

16   But I didn't get a chance to -- to see them as much.

17        Q.    When had you met your half sister, A██████?

18        A.    A██████.

19        Q.    A██████.  Thank you.

20            Had you met her prior to your dad's death?

21        A.    Yes.  I remember holding her when she was

22   young, like, when she was, like, just born, so -- yeah.

23   I -- I remember seeing her a couple of times.  I mean, I

24   would like to have seen her more, but because I'm --

25   growing up a little closer to my mom's side of the
```



1    family, didn't really get the chance to.

2         Q.   How often do you think you saw her?  Or can

3    you recall?

4         A.   I don't remember.

5         Q.   Now, my understanding is that she was placed

6    in foster care --

7         A.   Yeah.

8         Q.   -- a little after a year old?

9         A.   Yeah.  Her mom was not the best parent, not

10   the -- the fittest parent.  And so I know that they had

11   to have a custody battle and all that stuff, because her

12   mom wasn't a very good example or a very good role

13   model.  And my Auntie Pooch and my -- that's her nick --

14   her name as well, around the family.  But her --

15        Q.   Which -- which aunt?

16        A.   Her -- well, we just -- we just call her

17   Aunt -- Auntie Pooch.

18        Q.   Who is Auntie Pooch?

19        A.   She's -- how do I say this?  She is somebody

20   that's always been around the family as well.  And she

21   was raised with my father, Mussalina, Zarinah.  So I

22   remember a lot of the time, my Aunt Mussalina and Pooch

23   would also be looking after my sister.

24             MR. CHAMI:  Is that Tonya Davis?

25             THE WITNESS:  Yeah.  To -- I -- to be



1       honest -- I -- because she always goes by -- I --

2       I'd have to -- yeah.

3   BY MS. STILLWELL:

4       Q.   Do you know what her name is?

5       A.   I don't remember right now because that's just

6   what she's always gone by.  That's always been her

7   nickname.

8       Q.   You -- you don't know your Auntie Pooch's real

9   name?

10      A.   No.  Because a lot of times that -- you know,

11  that's just how it's always been.  She's -- yeah.

12      Q.   Do you know how old she is?  Could you guess?

13      A.   Like around her 40s.

14      Q.   Now, when -- when your half sister went into

15  foster care, she did not live with your aunt, correct?

16      A.   I'm not sure.

17      Q.   Had you seen her -- strike that.

18           You first saw her after she was born, correct?

19      A.   Yeah.  Like, I seen her when she was, like, a

20  few months old, like -- so yeah.

21      Q.   And then when was the next time you saw her?

22      A.   I'm not -- I'm not sure.  Maybe, like, two,

23  maybe.

24      Q.   Do you remember the circumstances under which

25  you would have seen her when she was two?



1        A.    Well, I mean, a lot of the time I only seen

2   her when -- when my dad was there.  So he would bring me

3   over, or -- well, I remember him introducing her to

4   me -- because she was young, a few months old.  And I

5   held her, spent the night with -- with my dad, and spent

6   time with her, my sister's mom, my sister and my dad,

7   you know, trying to grow that relationship.

8             And then the next time I seen her, she was a

9   little bit older.  Maybe like two.  And then -- yeah...

10       Q.    And then what about after that?

11       A.    I hadn't seen her that many times after that

12  because it was kind of hard.  Her -- her -- her mom,

13  like I said, wasn't, like, the best role model, so I

14  know she was moving around.  She was having a hard time

15  with stuff.

16       Q.    Uh-huh.

17       A.    She was having a hard time with getting

18  stable, so...

19       Q.    So as far as you know, she was still in foster

20  care at that point?

21       A.    Yeah.  I'm not -- I'm not sure.  I do know

22  that after being in foster care, she went to live with

23  my Aunt Musi -- or Mussalina.  Sorry.

24       Q.    And that -- that was recent, though, correct?

25       A.    Yeah.



1      Q.    Is she still living with her?

2      A.    Yes.

3      Q.    And so does she pop back and forth between

4  Georgia and Arizona?  Do you know?

5      A.    No.  So to -- to kind of clarify, Musi has

6  been in Arizona, but Zarinah has been back and forth

7  between Georgia and -- and Arizona.  Because my Aunt

8  Musi -- or Mussalina moved back to Arizona to help my

9  dad, really.  Because he was trying to get better, so...

10     Q.    But that was three years ago, right?

11     A.    Yeah.  And -- yeah.

12     Q.    So...

13     A.    And I guess she just also stayed behind and

14  helped try to take care of my sister.

15     Q.    And what you testified earlier was that you

16  were trying to visit with her while she's out here,

17  with -- you were trying to visit with Mussalina while

18  she was out here in Georgia?

19          MR. CHAMI:  Objection, mischaracter- --

20          MS. STILLWELL:  And you saw -- I'm sorry.  Go

21     ahead.

22  BY MS. STILLWELL:

23     Q.    And you saw her more frequently in Georgia

24  than you did in Arizona?

25     A.    I seen who more frequently?



1      Q.    Mussalina.

2      A.    In Arizona?

3      Q.    No.  In Georgia.

4            MR. CHAMI:  Objection.  That mischaracterizes

5      his prior testimony.

6  BY MS. STILLWELL:

7      Q.    Is that accurate?

8      A.    Okay.  So to clarify, because I'm not sure

9  what you're asking.  Mussalina is in Arizona along with

10 my sister and Zarinah has moved back and forth between

11 Arizona and Georgia.  And any of the times that I seen

12 Mussalina was in Arizona.  I had never seen Mussalina

13 here in Georgia.

14           But meanwhile, we would still call or text or

15 message, see how each other were doing.

16           But the last time that I seen them is when

17 they came to the wedding.

18     Q.    Thank you.

19     A.    Uh-huh.

20     Q.    And you said Mussalina and Zarinah...

21     A.    They're -- they're close.

22     Q.    They're close?

23     A.    Yeah.

24     Q.    So you said they're all three usually

25 together?



1      A.   Yeah.  Usually when I see them, yeah.  Because

2   Mussalina is kind of like a mother figure to a couple

3   different family members, my sister being one of them,

4   and then Zarinah being another.  But she's kind of just

5   looked at as like a mother figure.

6      Q.   Okay.  But Zarinah doesn't have any biological

7   connection to you, correct?  As far as you know?

8      A.   To be honest, it gets kind of hard, because I

9   asked about our connection, because they were always

10  there, but they didn't really explain it until around

11  the -- the funeral.

12         Because I didn't-- I didn't really want to

13  ask, because I didn't -- you know, I was a kid.  You

14  know, I didn't want to be disrespectful.

15         But -- no.  I think -- I think Zarinah --

16  yeah.  I don't think she has a biological connection to

17  me, now that I think about it.

18     Q.   So what did you learn about the relationship

19  at the funeral?

20     A.   Well, it's confusing, because I -- I'd

21  actually have to ask, because -- because I know -- let

22  me think.  Hold on.

23         I just know that -- that Mussalina has always

24  raised Zarinah or always been around with her, really.

25     Q.   Now, Mussalina, as far as you remember, had



1   she always been in Arizona, or did she move out here in

2   Georgia too?

3       A.   The only times I remember seeing her was being

4   in Arizona.

5       Q.   Okay.  Did you ever live with her?

6       A.   No.

7       Q.   Did you have a -- a good relationship with her

8   prior to your dad's death?

9       A.   I mean, it was good.  She was always

10  respectful.  She was always welcoming, always kind,

11  always caring.  I didn't see her as much as I'd liked

12  to, because to be honest with you, my father and my

13  grandfather were like the gateway to that side of the

14  family, so...

15           After my grandfather's passing, I seen them

16  less.  And then because of some complications with my

17  father, I seen them less as well as I got older, so...

18      Q.   And the complications with your father, you're

19  talking about the -- kind of the breakdown in

20  relationship between you and your dad?

21      A.   Yeah.

22      Q.   Do you have -- but you saw Mussalina at

23  Christmas or -- not Christmas.  I'm sorry.  Any holidays

24  or birthdays or celebrations?

25      A.   I would see her, like, big gatherings, when I



1 would visit my dad's side of the family.

2     Q.   Okay.  And do you have any pictures for those

3 big gatherings?

4     A.   The last one is the wedding.  The time before

5 that -- I could look and try and find some.

6     Q.   Okay.

7     A.   But...

8     Q.   Do you have any pictures of you and your dad?

9     A.   Yes.

10     Q.   And do you remember the -- the last picture

11 you have?

12     A.   I have a book of pictures of my dad.  So I

13 mean, I'd have to look in -- in the book.  If you need

14 it, I could bring it.

15     Q.   Okay.  And I'll talk to Mr. Chami about that

16 later.

17     What about when you saw your half sister when

18 she was a few months old and again at two, do you have

19 any pictures with her?

20     A.   No.  Because they didn't really take pictures

21 back then, to be honest.

22     Q.   That was before the cell phone photos were

23 really --

24     A.   Yeah.

25     Q.   -- popular?



1        A.   Yeah.   That was -- I mean, that was, like,

2   back in the day when people had flip phones or like --

3   you know, it was -- yeah.

4            MR. CHAMI:   Ancient times?

5            THE WITNESS:   Yeah.

6   BY MS. STILLWELL:

7        Q.   So -- give me one second.

8            Okay.   I want to talk a little bit more about

9   your relationship with your dad.

10       A.   Okay.

11       Q.   You indicated that he and your grandfather and

12  you all did the -- the soft martial arts.

13       A.   Yes.

14       Q.   I'm going back so I can remember the name of

15  it.

16       A.   Aikodo.

17       Q.   Thank you.

18            And that was the only martial arts that your

19  dad and your grandfather studied; is that correct?

20       A.   That's the only one that they practiced with

21  me.   That's the only one I -- I remember them ever

22  doing.

23       Q.   So would it be possible, though, that they

24  would have practiced other forms of martial arts without

25  you around --



1          MR. CHAMI:  Objection.

2    BY MS. STILLWELL:

3          Q.   -- given your age?

4          MR. CHAMI:  Objection.  Calls for speculation,

5       lacks foundation.

6          You can answer, if you can.

7          THE WITNESS:  I only remember them doing

8       Aikodo.

9    BY MS. STILLWELL:

10         Q.   Do you recall if -- what level of education

11   your dad had?

12         A.   No.

13         Q.   Do you recall whether he was employed during

14   your earlier years when you lived with him?

15         A.   I don't remember.

16         Q.   Do you recall whether he worked with your

17   grandfather teaching martial arts or karate?

18         A.   You mean, like, would he go with him to

19   assist?

20         Q.   Yeah.  You said that he assisted.

21         A.   Yeah.

22         Q.   Was he also teaching?

23         A.   More like assisting, to be honest.  It was

24   more so --

25         Q.   What do you mean by assisting?



1      A.    Like, if my grandfather wanted to do a

2  demonstration, he would call him up front to do a

3  demonstration on him.

4      Q.    So he would not be hands-on teaching children

5  or adults?

6      A.    Not really.  It was more so my grandfather.

7      Q.    And you do not recall where your father worked

8  or if he worked or how he made a living?

9      A.    I mean, it depends on what type of my -- what

10  period of --

11      Q.    The time --

12      A.    Yeah.

13      Q.    -- that you lived with him?

14      A.    Oh, no.  I was -- no.  I don't remember.

15      Q.    You did not live with him for any length of

16  period after he and your mom broke up?

17      A.    No.

18      Q.    Okay.  I assume then you would see him every

19  other week or something like --

20      A.    Uh-huh.

21      Q.    It would -- would it just be a visit?

22      A.    Like, coming over and spending the night.

23  There would be a good amount of times where I would come

24  over to spend the night at my grandfather's house.  My

25  dad was there too.  There would be times where wherever



 1  my dad was living, I would spend the night at his -- his

 2  house or maybe for, like, the weekend, so...

 3       Q.   Okay.  And when you say, you know, wherever

 4  your dad was living -- because he had lived in a couple

 5  different places --

 6       A.   Uh-huh.

 7       Q.   -- right?

 8            So if he -- I think Tonya Thompson was one of

 9  his ex-girlfriends.  Do you remember her?

10       A.   Yes.

11       Q.   And so if you visited your dad, would you have

12  stayed at the residence that he shared with Tonya?

13       A.   Yes.

14       Q.   Are you familiar with your dad's criminal

15  background?

16       A.   Not too much.

17       Q.   Are you aware that he was arrested for

18  aggravated assault on a police officer and resisting

19  arrest in the late '90s?

20       A.   No.  I -- I didn't know that.

21       Q.   He was living with Antonie Sweeney in the late

22  '90s.  Do you remember who she is?

23       A.   I don't remember.

24       Q.   Do you know whether he had a child with

25  Ms. Sweeney?



```
 1        A.    The only child I know about is my sister.

 2        Q.    In the late '90s, you said that, you know, at

 3   four or five, your parents had broken up.  So that would

 4   have taken you to about 1997 or '98.

 5              Would you recall whether you stayed at

 6   Ms. Sweeney's home?

 7        A.    I'm not sure who Ms. Sweeney is.

 8        Q.    Okay.

 9        A.    I mean, I'd have to see a picture or

10   something.  I don't...

11        Q.    Your half sister's mom is Muslim- -- Muslimah?

12        A.    Yeah.

13        Q.    Is that right?

14        A.    Yeah.  It gets confusing.

15        Q.    And her last name is Shaheed?

16        A.    I'm not sure.

17        Q.    Are you aware that there was another domestic

18   violence incident with her, with A█████'s mom, in 2005?

19        A.    No.

20        Q.    When she was pregnant with your sister?

21        A.    No.  I was unaware or don't remember.

22        Q.    And at that time and later on, your -- your

23   dad was living with Tonya Thompson.  You remember

24   Ms. Thompson, correct?

25        A.    Uh-huh.
```



1      Q.    And do you recall staying the night at her

2   house?

3      A.    Yeah.

4      Q.    And you recall that Ms. Thompson had other

5   children, correct?

6      A.    Yes.

7      Q.    And she had a few children, right?

8      A.    Uh-huh.

9      Q.    Did you have any kind of a relationship with

10  Ms. Thompson?

11     A.    No.

12     Q.    Was she kind to you?  Did you have any issues

13  with her?

14     A.    I didn't really spend time with her --

15     Q.    Okay.

16     A.    -- you know, so...

17     Q.    So when you'd stay a night or a weekend at her

18  home, it was more with your dad and with the other kids?

19     A.    Yeah.  I mean -- well -- yeah.  Most of the

20  time, it was with my dad, though.

21     Q.    In 2007, your -- your dad was arrested again

22  for a domestic violence incident where he allegedly

23  punched Ms. Thompson.

24          Were you present for that incident?

25     A.    No.



1      Q.   Are you aware of that incident?

2      A.   No.

3      Q.   There were quite a few instances, actually, of

4    assault/domestic violence between your dad and

5    Ms. Thompson.

6           Do you recall any of those incidents?

7      A.   No.  Not -- not while I was around.  I never

8    experienced anything or seen anything like that.

9      Q.   Are you aware of any of them?

10     A.   No.

11     Q.   Were you aware of any of the domestic violence

12   charges or assault charges or convictions against your

13   dad?

14     A.   No.

15     Q.   Now, it seems that your dad moved out of

16   Ms. Thompson's residence in 2008.  2008, you would have

17   been around 15, correct?

18     A.   Okay.  Yeah.  Okay.

19     Q.   Did you still have a relationship with your

20   father at that time?

21     A.   Yeah.  You said -- in what -- in what year?

22     Q.   2008.

23     A.   2008.  Yeah.

24     Q.   So you still saw him --

25     A.   Every so often.



1     Q.   And when you say every so often, how often

2   would that be?

3     A.   At that time, maybe once a month, once every

4   couple of months.

5     Q.   Okay.  After he moved out of Ms. Thompson's

6   house, there was another incident where he had a samurai

7   sword and made several threats and assaults against

8   Ms. Thompson, and I believe it was her sister.

9          Are you aware of that incident?

10          MR. CHAMI:  Object to the question as it lacks

11      foundation, calls for speculation and assumes facts

12      not in evidence.

13          MS. STILLWELL:  I'm asking if he's aware.

14   BY MS. STILLWELL:

15     Q.   Are you aware of that incident?

16     A.   I don't remember.

17     Q.   Do you recall whether your father had a

18   samurai sword?

19     A.   No.

20     Q.   She expressed concerns to the officers because

21   of --

22          MR. CHAMI:  He's already said he's not even

23      aware of it.  What -- what are we doing?

24          MS. STILLWELL:  Let me -- let me get to my

25      next question.



1              MR. CHAMI:  Okay.

2    BY MS. STILLWELL:

3        Q.   She expressed concern to the officers because

4    of his samurai sword and because of his martial arts

5    experience.

6              Did you ever share that concern about your

7    father's martial arts experience?

8        A.   What do you mean, share concern?

9        Q.   Did you ever have a concern or fear of your

10   father?

11       A.   No.

12       Q.   Because of his martial arts?

13       A.   No.

14       Q.   Did your father -- do you recall or know

15   whether he had a history of cage fighting?

16       A.   No.

17       Q.   Now, there were several other charges of

18   resisting arrest or running from officers involving your

19   father.

20             October 2000 -- or I'm sorry.  October 1998,

21   he was combative and punching officers.

22             Are you aware of that instance?

23       A.   I mean, '98, I was -- I was born in '93.  So

24   how old was I, like five?  Like -- no, I'm not -- no.

25       Q.   In 2008, when you would have been 15, there



1   was an incident where your dad took off on a bicycle and

2   ran from officers through backyards refusing to stop.

3           Are you aware of that?

4       A.   No.

5       Q.   Four days later, Ms. Thompson called the

6   police on your father again, and she indicated to the

7   officers that she believes your father would fight with

8   them because he has former karate experience.

9           Number one, are you familiar with that

10  incident?

11      A.   No.

12      Q.   Number two, do you have -- or are you aware

13  whether your father had karate experience?

14      A.   I'm unaware.

15      Q.   Do you know whether your father had any other

16  martial arts training other than Aikodo?

17      A.   The Aikodo?  Uh-huh.

18          MR. CHAMI:  Asked and answered.

19          THE WITNESS:  I -- I'm only aware of him

20          practicing Aikodo.  I don't -- I don't remember him

21          like that, as -- as -- well, when he was around me,

22          you know, if any -- if anything, I remember him

23          being -- trying to teach me patience, trying to

24          teach me about being spiritual, trying to teach me

25          about discipline.



1        So -- so the -- the martial art thing was more

2      so -- and also, I -- like, I had really, really bad

3      asthma growing up.  So he was teaching me that to

4      control my breath to help me with breathing, to

5      help me with -- to fighting asthma, the disease.

6        You know, and -- and then he would also teach

7      me the principles that martial arts taught.  Not so

8      I -- anytime we did that, it was -- it was more for

9      -- for that type of foundation.

10  BY MS. STILLWELL:

11      Q.   And to address Mr. Chami's objection, I was

12  asking what he had training in, not what he practiced.

13  You had already testified --

14      A.   Yes.  Just the Aikodo, that's the only thing.

15      Q.   -- what he practiced around -- you had already

16  testified what he had practiced around you.

17      A.   Uh-huh.

18      Q.   And you don't know what he practiced when he

19  wasn't around you.

20        But my question was, do you know of any other

21  training that he may have had?

22      A.   Just that, just the Aikodo.

23      Q.   And -- and I'm just going to run through

24  these, and tell me if one of them -- if you know of one

25  of them.



1              In July 2009, your dad ran from officers and
2      resisted arrest by pulling from officers.
3              In November 2009, resisted arrest with
4      physical force and unlawful flight.
5              In 2010, he was charged with aggravated
6      assault and resisting officers.  He grabbed officers,
7      tensed up, struggled and pulled away.
8              Are you aware of any of those instances?
9         A.   No.  I only know about him going to jail, but
10     I didn't know why.  I mean, nobody really told me.
11        Q.   So he was sentenced to the Department of
12     Corrections.  Is that what you're referring to?
13        A.   Yes, I believe so.
14        Q.   He was sentenced there for a year and a half
15     in May of 2011.  So you would have been 18?
16        A.   Okay.
17        Q.   And that was around the time you weren't
18     speaking with your father, correct?
19        A.   Uh-huh.
20        Q.   And is this one of the influences?  You said
21     that you had -- there were concerns or other issues that
22     caused you not to have a relationship with your father.
23     Was that part of it, the criminal background or the
24     criminal history?
25        A.   No.  I didn't really consider -- are you



1   asking, like, did I not want to see him because I was

2   worried about --

3       Q.   Because he was in prison.

4       A.   Oh, yeah.  I mean, I didn't see him because he

5   was in prison, yeah.  And then I had heard that he got

6   out.

7       Q.   And so he got out in January 2012.

8            In May 2012, there was another aggravated

9   assault against officers and resisting arrest incident

10  where he took off after shoplifting, turned and faced an

11  officer with fighting stance and a citizen had to help

12  the officer detain him.

13           Do you have any knowledge of that instance?

14      A.   No.

15      Q.   He -- your dad went back to prison again from

16  July to December 2012.

17           You never visited him at DOC, right?

18      A.   Uh-uh.

19      Q.   Were you aware that he had gone back in?

20      A.   I had heard about it.

21      Q.   And did you talk to him before or after he was

22  sentenced or served the time in DOC?

23      A.   No.  I remember -- I think it was the last

24  time that I had spoken to him was when I was around,

25  like, 16.



1        Q.    Okay.

2        A.    And then after that -- because a few years

3    down the line, to be honest, I became busy.  I mean, I

4    graduated from high school.  I had scouted out several

5    different colleges.  And then I finally went to Arizona

6    State and graduated from there, and I was trying to

7    finish doing that.

8              And then at the same time, later on, getting a

9    full-time job while doing full time in schooling.

10             So it became a point to where I did want to

11   see him at certain moments, but I heard that he was in

12   prison, or -- yeah.  Then he -- then he would get out,

13   and then I'd have to find out where he was.

14             I didn't really know where he was.  It's

15   not -- I didn't know, like, his cell phone number or

16   anything.  But then I had heard about -- then my

17   grandfather Daniel had told me about him getting out and

18   if I wanted to visit him later on.  And -- and I said

19   yeah, but...

20       Q.    And so -- I'm trying to figure out when that

21   conversation with -- with Daniel, with your grandfather,

22   would have occurred.  Because your -- your dad had

23   another drug offense in 2013, and he was sentenced to

24   prison from July 2013 through April 2015.

25             So you think the conversation with your



1   grandfather would have been 2015/2016?

2        A.   I'm not sure of what -- how old I was.  I just

3   remember having that conversation.

4        Q.   Oh, no, no, 2015-2016 years, whether that

5   would have been when your -- your grandfather was

6   helping your dad, when he got out of prison the most

7   recent time.

8        A.   I don't know how long he was helping him.

9        Q.   Are you -- are you aware at all that your dad

10  had been arrested at least 24 times?

11       A.   I don't remember.

12       Q.   Or that he had four separate prison stays?

13            MR. CHAMI:  Object to form.

14            THE WITNESS:  I -- I don't -- I don't

15       remember.

16  BY MS. STILLWELL:

17       Q.   And you testified earlier that you had not

18  seen your dad since you were 16, correct?

19       A.   Around that time.  I'm -- I'm guessing.  But I

20  think it was around that time.

21       Q.   So that would have been 2009 -- right? -- ish?

22  Give or take?

23       A.   Could be around that time.

24       Q.   You mentioned the discussion with your

25  grandfather about how -- him helping.  Were you aware



1  that your dad was homeless?

2       A.   No.   Not until recently or around the time of

3  his passing.  I -- I didn't know that.

4       Q.   Your grandfather didn't share that with you?

5       A.   When -- at what time would that -- are you

6  saying he was homeless?

7       Q.   Do you know how long he had been homeless?

8       A.   No.  Because it was -- like I said earlier, it

9  was kind of hard trying to keep in contact with him,

10 with him in and out of prison a couple of times, so...

11      Q.   So it wouldn't surprise you if he had various

12 stints of homelessness between those prison stays?

13      A.   I only knew about him being homeless before he

14 passed because -- but before that, anytime I had visited

15 him or spent time with him, a lot of the time, he was --

16 he would live with my grandfather, because he had a room

17 there.  Or he would be -- I'd be spending the night with

18 him and his girlfriend at the time.

19      Q.   Well, that was 2009, right?  Because that was

20 the last time you had seen your dad?

21      A.   Yeah.  The -- the last time I seen him, he

22 came over to my grandparents' -- my grandparents' house.

23      Q.   Okay.

24      A.   The last couple of times.

25      Q.   Okay.  In 2009-ish?



1      A.    Around that time, I guess.

2      Q.    Were you aware of or did you participate in

3    any efforts to help your father out of the homelessness?

4      A.    Are you asking if I tried to help my father

5    out of homelessness when I was, like, 15?

6      Q.    No, no, no, no, no.  In the most recent years.

7      A.    In --

8      Q.    In 2016, you mentioned Mussalina had moved

9    back here?

10     A.    Yeah, yeah.  So not at the time, but that was

11   because -- I wasn't really sure of his situation.  Like

12   I said, I hadn't seen him so long that the -- what I

13   would hear about him would be through my family.  For

14   example, like, my -- my grandfather or -- I was -- I was

15   confused about his situation.

16     Q.    Uh-huh.

17     A.    So it would be when I would be ready to visit

18   him or -- or try to visit him or try to get ahold of

19   him, it was kind of hard to track him down sometimes.

20           And then as I got older, I was trying to focus

21   on my situation in life, finishing high school,

22   finishing college, getting a job, getting married, stuff

23   like that.

24     Q.    And you mentioned earlier, your dad and your

25   grandfather were kind of like the gatekeeper to your



1   relationship with Mussalina and Zarinah.

2        A.    A lot of the time.

3        Q.    So after your grandpa had passed away, had you

4   had any communications with Mussalina?

5        A.    Sometimes, but --

6        Q.    Like by text or a phone call?

7        A.    Yeah.  It wasn't common all the time.  If

8   anything, I just remember, like I said, like, big family

9   gatherings, stuff like that.

10       Q.    And so you would still see her at big family

11  gatherings even though you weren't talking to your dad?

12       A.    I'm -- I'm just thinking.

13             Yeah, yeah.  There was a couple of times.

14       Q.    Do you remember those years, or...

15       A.    No.

16       Q.    Did Mussalina contact you when she moved back

17  to Arizona in 2016?

18       A.    I believe so.

19       Q.    And do you remember that conversation?

20       A.    No.

21       Q.    Do you recall whether she asked for your

22  assistance in helping your dad?

23       A.    No.

24       Q.    Did she ask for your opinion or input?

25       A.    No.  Not that I remember.



1      Q.   How did you learn about the incident on

2   January 4th, 2017, with your dad?

3      A.   You mean how did I find out about him passing

4   away?  Is that what you're asking?

5      Q.   Yes, sir.

6      A.   I was at work.  I was -- I was working at

7   Humana at the time, and I remember -- I was at work.  I

8   remember my mom calling me, and she was crying.  And she

9   was like, Mu, are you okay?  Are you okay?

10          And I was like, Mom, I'm just at -- I'm

11   sitting at a desk.  I'm fine.  What's wrong?

12          And, you know, she's -- she's bawling her eyes

13   out.  And she's like, Well, I -- I have to tell you

14   something.  You know, let me know as soon as you get off

15   work.

16          And I knew at that time that something was

17   wrong.

18          And she -- she was just like, I was so worried

19   about you.  So -- so I'm glad that you're doing okay.

20   I'm glad that you're having a normal day.  Let me know

21   when you get off work.

22          So I let her know.  I call my mom, tell her I

23   get off work.  I know something horrible has happened.

24          I drive home or go to my apartment.  And my --

25   my mom and my stepfather come in.  And they are like,



1   Well, we have something to tell you.

2           Me, my wife, my stepfather and my mom are

3   there.  And then they -- they told me the news.  And you

4   know, we were crying.  We were sad together.

5           And my mom was like -- she was like, I heard

6   that Muhammad had gotten hurt, and I wasn't sure which

7   one.  So she's like -- she's like, I'm -- I'm really sad

8   about what happened to your father, but she's like, I am

9   glad that -- that you're okay.

10          And you know, that's -- at that time, that's

11  when I had found out that he passed away.  And I -- I

12  was so frustrated, because I had felt like I had just

13  gotten myself somewhat established enough to build up

14  the courage to see him.  I remember -- yeah.

15          That's not my phone.  I don't know whose phone

16  that is.

17          Yeah -- so...

18      Q.   Have you -- as -- as a statutory beneficiary

19  in this case, have you reviewed the complaint?  Did you

20  review the complaint that was filed?

21      A.   What complaint?  You mean, like an actual

22  document, or --

23      Q.   Yes, sir.

24      A.   No, I haven't.

25      Q.   Are you aware of or are you familiar with the



1  allegations that have been alleged in this case?

2      A.   Some of them.  The -- the information that was

3  told to me was more so what Mussalina had told me and my

4  other family members, so...

5      Q.   Okay.  When you say your other family members,

6  who -- who are you talking to -- or talking about?

7      A.   To be honest with you, I don't know all of the

8  situation, because I know that they have a videotape of

9  it.  And I know that they have some documents and some

10 recording.  But I don't really want to watch it too

11 much, because that's hard.

12          I mean, it's -- it's -- I remember I was -- I

13 was Googling or YouTubing my name, and then he -- you

14 know, his video popped up on YouTube.  And -- and I --

15 yeah.  I just -- I haven't seen the video.  I refuse to

16 watch it.  I mean, I can't watch my father's last

17 breath.  I can't watch up until leading to that moment.

18 It's too hard, so...

19     Q.   Is that why you haven't read the complaint or

20 any of the documents or pleadings in this case?

21     A.   Yeah.  Because it's -- it's just hard.

22     Q.   Have you reviewed the medical examiner report?

23     A.   I've heard what other people have told me.

24 But no, I haven't directly reviewed it.

25     Q.   And --



1      A.   Because -- I mean, it's hard to talk about.

2   It's hard -- I remember all of a sudden, I had to go to

3   sit down with the mortician and talk about how we're

4   going to -- what we're going to do with the body, bury

5   it, cremate it.  Because he's Islamic, they have to bury

6   it within a certain amount of days.

7           But then we have to try and get the money for

8   that, but he didn't have life insurance.

9           Like, it was -- it was -- it was -- all of a

10  sudden, I hadn't talked to my dad in a while, and now

11  we're trying to figure out what to do with his body.

12  And then we're trying to figure out, you know, what he's

13  going to wear or what songs they are going to play at

14  the funeral or how much money we have to -- to -- to

15  respect him, to pay respects.

16          So, no.  I mean, that was kind of traumatizing

17  to me.

18          And then the hard -- another hard part is the

19  fact that he looks so much like me.  Seeing him -- you

20  know, going to the casket, I was -- I was just confused.

21  I was looking at him, and -- and we look so much alike,

22  it's like, This could have been me, you know?

23          I don't know.  It was a lot.  It was -- it was

24  too much for me to deal with it sometimes.

25      Q.   Were you a part -- then, you were a part of



1    the funeral arrangements?

2         A.    Yeah.

3         Q.    Were you a part of the GoFundMe page that was

4    created so you could get funds to pay for it?

5         A.    Yeah.  Some -- some of it, yeah.

6         Q.    Do you recall how much you guys were able to

7    earn through the GoFundMe?

8         A.    I just remember that we didn't have enough to

9    do burial.  We had enough to do cremation, and -- you

10   know, so...

11        Q.    Do you -- what one of the allegations in the

12   Plaintiff's complaint or one of the damages that's being

13   sought is the cost for the funeral and burial.

14             Do you have any idea what the cost is?

15        A.    No.  Because it -- I mean, because we did the

16   GoFundMe, it had changed.  But it wasn't -- it wasn't

17   enough.  I mean, it was expensive trying to -- I --

18   well, I had never realized how expensive it was to

19   arrange a funeral.

20        Q.    Do you -- do you remember if you had to pay

21   anything for it?  Are you asking for recovery in this

22   lawsuit for what you had to pay for it?

23        A.    Are you asking -- can you -- can you rephrase

24   that?

25        Q.    Sure.



1          One of the claims in the complaint is

2     demanding reimbursement for funeral and burial expenses.

3     I'm asking, are you asking for that?

4          MR. CHAMI:  Object to the form.

5          THE WITNESS:  To be honest with you, I haven't

6          really asked for anything, you know?  This is -- it

7          was something that my aunt was taking care of or

8          that -- that she was handling.  And -- but I -- I

9          haven't really asked for anything.

10    BY MS. STILLWELL:

11         Q.   Did you want the lawsuit to be filed?

12         A.   I wanted some type of justice for my father.

13    I mean, I didn't really know in which way, shape or form

14    that would take -- because it is intimidating filing --

15    filing a lawsuit on another person but let alone a

16    police department.

17         So it's kind of where do you go from there?

18    How do you -- how do you go about doing that?

19         So it's -- it's not something that I directly

20    asked for, but I wanted some type of justice.

21         Q.   And this lawsuit has been filed against 10 --

22    11 individuals too.  You realize that?

23         A.   Say that again.

24         Q.   The lawsuit was filed against 11 individuals

25    too.



1      A.    Okay.  Yes.

2      Q.    There is another demand for medical fees and

3   expenses incurred in connection with your dad.

4            Are you aware of those fees and expenses?

5      A.    No.

6      Q.    Is that something that you're requesting in

7   the lawsuit?

8      A.    If you're asking me what I want, to -- to

9   rephrase, to be honest, what I would want with -- is

10  time, time to get back with my father, time -- I would

11  want time back with him that I never got to show him all

12  the moments, from the day that he was passing until now,

13  of the things that I've accomplished, or, when I have

14  kids, his grandchildren.

15           I mean, there are people that are, like, 40

16  years old, and their parents are still alive, and their

17  grandparents are still alive.  I mean, I think I was

18  like 24 when he passed.  You know?

19           So I would want time back with him to be able

20  to rekindle that relationship, just when we were on the

21  verge to, if -- I mean, if I could have two things, it

22  would be the time back that was stolen and the people

23  who did this to him in prison.

24           I'm not really sure about the money or the

25  funds, but I would want justice with him -- for him



1    and -- and time back that I know I'm not going to get.

2        Q.   Going back to the medical examiner's report --

3    and I -- I understand you haven't read it, and I

4    understand it is difficult to read.  The -- the loss of

5    a parent is difficult under any circumstances.

6            Do you understand that your father's death was

7    caused by cardiac arrest in the setting of a coronary

8    artery disease, psychiatric disease, acute

9    methamphetamine intoxication and physical exertion?

10           MR. CHAMI:  Objection.  Calls for speculation,

11       lacks foundation.

12           MS. STILLWELL:  Can I have this marked as

13       Exhibit 1, please?  Thank you.

14           (Whereupon, Defendants' Exhibit No. 1 was

15       marked for identification.)

16           MR. CHAMI:  It also calls for -- oh, go ahead.

17       I'll wait until you're done.

18           MS. STILLWELL:  Go ahead.

19           MR. CHAMI:  I don't need it.

20           MS. STILLWELL:  I have a copy for you.

21           MR. CHAMI:  Sure.

22           Also calls for expert testimony.

23           MS. STILLWELL:  Can I ask the question first?

24           MR. CHAMI:  Didn't you already ask it?

25           MS. STILLWELL:  No.



1              MR. CHAMI:  I'm continuing my prior

2        objection --

3    BY MS. STILLWELL:

4        Q.   Sir, you have in front of you what's been

5    marked Exhibit 1, correct?

6        A.   Yes.

7        Q.   And on the front page, you see medical

8    examiner report, correct?

9        A.   Yes.

10       Q.   Date of examination, 1/5/2017?

11       A.   Yes.

12       Q.   And the name of the decedent, that is your

13   father's name, correct?

14       A.   Yes.

15       Q.   And you see underneath -- I'm not asking you

16   to make any opinions; I'm asking for the accuracy.

17            The cause of death:  Cardiac arrest in the

18   setting of coronary artery disease, psychiatric disease,

19   acute methamphetamine intoxication and physical exertion

20   during law enforcement's subdual.

21            Did I read that accurately?

22       A.   Yes.

23       Q.   I'm going to hand you what's going to be

24   marked as Exhibit Number 2.

25       A.   But then below that it says, Manner of death:



1   Homicide.

2        Q.   And below that, where it says, Manner of

3   death:  Homicide, do you know what that classification

4   means?

5        A.   When somebody else is killed.

6        Q.   Do you know what that classification means as

7   a medical examiner?  Are you a medical examiner, sir?

8        A.   No.

9        Q.   In terms of manner of death, as classified by

10  a medical examiner, you're not here to testify about

11  that, are you, sir?

12       A.   No.

13       Q.   What you have in front of you is Exhibit

14  Number 2.

15            (Whereupon, Defendants' Exhibit No. 2 was

16       marked for identification.)

17  BY MS. STILLWELL:

18       Q.   It's the toxicology report.

19            Same thing, date of exam, January 5th, 2017.

20            Did I read that correct?

21       A.   You said January 5th, 2017?

22       Q.   Yes.

23       A.   Yes.

24       Q.   And the name of the decedent is your dad,

25  correct?



1        A.    Yes.

2        Q.    And you see in there that in the blood sample,

3    Positive for methamphetamine and amphetamine, correct?

4        A.    Yes.

5        Q.    Now, as a beneficiary, are you telling me,

6    sir, that you do not seek to recover any monetary

7    damages from the Defendants?

8             MR. CHAMI:  Objection; calls for

9        attorney-client privilege and communications.

10             THE WITNESS:  I mean --

11             MR. CHAMI:  Don't disclose anything that we've

12        talked about.

13   BY MS. STILLWELL:

14        Q.    I'm asking what you are asking for, sir.

15             MR. CHAMI:  He's not a Plaintiff in the case.

16             MS. STILLWELL:  He is a statutory beneficiary

17        who stands to recover from anything that is

18        awarded, if anything.

19             THE WITNESS:  What's your -- could you

20        rephrase the question?

21   BY MS. STILLWELL:

22        Q.    Sure.

23             What monetary damages -- I'm sorry.  Strike

24   that.

25             Earlier, you said that you were not requesting



1   monetary damages.  Did I understand that correctly?

2        A.   What I was saying is that if I could choose --

3   if I could choose to have the police officers who did

4   this in jail or in prison over money, I would choose

5   that anytime.  If I could choose to get time back with

6   my father, I would choose that over money, if that's

7   what you're asking me.

8        Q.   And, sir, you're making that choice, you

9   haven't read any of the complaints, correct?

10       A.   (No response.)

11       Q.   Correct?

12       A.   I haven't read any -- any of them officially,

13  no.

14       Q.   You haven't read any of the depositions,

15  correct?

16       A.   Yes.

17       Q.   You haven't read any of the reports that have

18  been disclosed, correct?

19       A.   No.  Because after doing the funeral, I mean,

20  I was -- I was just traumatized.

21       Q.   And it is understandably hard to lose a

22  parent.

23            But in this instance, you have not reviewed

24  the use of force report or the PSD investigation,

25  correct?



1       A.    No.  I mean -- no.

2       Q.    So your conclusion about the police officers

3   is based off of what other people have told you; is that

4   correct?

5       A.    Yes.  Because, I mean, it's -- it's

6   traumatizing to know that I can just go on YouTube and

7   click and watch the whole video of the final moments

8   that my dad died.  Or -- yeah.  I -- I could have access

9   to go read the reports, but I think if -- it -- anybody

10  would be understanding why I wouldn't -- they wouldn't

11  want to read that.

12      Q.    Well -- and -- and my question, sir, is your

13  conclusion of -- of what you're demanding in this

14  lawsuit is based off of what other people told you,

15  correct?

16      A.    Yes.

17      Q.    I have -- I have one last very off-the-wall

18  question.

19            Do you know about your dog's -- your dad's

20  dog, Chiquita?

21      A.    The chihuahua?

22      Q.    Yes.

23      A.    Yes.  I know about it.

24      Q.    Is it true that you were asked to take the dog

25  and you didn't want to take it?



1        A.   No.   I don't remember -- I -- I don't remember

2    having that conversation with anyone.

3        Q.   Do you recall having a conversation with

4    anyone about Chiquita?

5        A.   They told me that he did have a dog and

6    that -- that he was really close to it, because, I mean,

7    he owned the dog and -- but that was it.

8        Q.   And -- and you didn't have -- you never met

9    the dog?

10       A.   No.

11       Q.   Okay.   And you weren't, according to you,

12   asked to take the dog, correct?

13       A.   I don't remember anybody asking me that.

14       Q.   Okay.   Okay.

15            MS. STILLWELL:   I have no further questions.

16            MR. CHAMI:   I don't have any questions.

17            MS. STILLWELL:   You want him to read and sign?

18            MR. CHAMI:   Yeah.   We'll read and sign.   You

19       can send the transcript to my office.

20            THE VIDEOGRAPHER:   This concludes this

21       videotaped deposition.   The time is 12:29 p.m., and

22       we're off the record.

23            (Whereupon, the proceedings were concluded at

24       12:29 p.m.)

25



Janice S. Baker & Associates, Inc.

JOB ID: 2089

CASE CAPTION: Mussalina Muhaymin  vs.  City of Phoenix


DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter or the same has been read to me and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the Janice S. Baker & Associates, Inc., Errata Sheet hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____,

20_____.

SIGNATURE:_____ DATE:_____

          MUHAMMAD MUHAYMIN



DEPOSITION ERRATA SHEET


Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____



SIGNATURE:_____ DATE:_____

        MUHAMMAD MUHAYMIN



DEPOSITION ERRATA SHEET


Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____

Page No._____Line No._____Change to: _____

_____

Reason for change:_____



SIGNATURE:_____ DATE:_____

                MUHAMMAD MUHAYMIN



D I S C L O S U R E

        Pursuant to Article 8.B of the Rules and

Regulations of the Board of Court Reporting of the

Judicial Council of Georgia, I make the following

disclosure:

        I am a Georgia Certified Court Reporter.  I am

here as an independent contractor of Janice S. Baker &

Associates, Inc.  The firm was contacted by Esquire

Deposition Solutions to provide court reporting services

for this deposition.  I am not disqualified for a

relationship of interest under the provisions of

O.C.G.A. § 9-11-28 (c).

        Janice S. Baker & Associates, Inc., will not

be taking this deposition under any contract that is

prohibited by O.C.G.A. § 15-14-37 (a) and (b).

        Janice S. Baker & Associates, Inc., does not

have a contract to provide reporting services with any

party to the case, any counsel in the case, or any

reporter or reporting agency from whom a referral might

have been made to cover this deposition.  Janice S.

Baker & Associates, Inc., will charge its usual and

customary rate to all parties in the case.



                        CRYSTAL BRUMBELOW
                        CERTIFIED COURT REPORTER
                        GA Cert# 4896-5849-1967-8976

CERTIFICATE

STATE OF GEORGIA  )

COUNTY OF PAULDING)


I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewritten form under my direction; that the foregoing pages represent a true and correct transcript of the evidence given upon said hearing.

And I further certify that I am not related to said parties or counsel of said parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in any way interested in the result of said case.


This, the 6th day of January, 2020.



**1**

**1**
5:3
92:13,14
93:5

**1/5/2017**
93:10

**10**
90:21

**10:20**
5:2,6

**11**
90:22,24

**11:11**
49:13

**11:27**
49:16

**12:29**
98:21,24

**14**
29:10

**15**
29:10
49:12
73:17
75:25
83:5

**16**
48:7,9
54:4
56:20
79:25
81:18

**18**
78:15

**1993**
11:9

**1997**

71:4

**1998**
75:20

**2**

**2**
93:24
94:14,15

**2000**
75:20

**2005**
71:18

**2006**
33:23

**2007**
72:21

**2008**
73:16,22,
23 75:25

**2009**
78:1,3
81:21
82:19

**2009-ish**
82:25

**2010**
78:5

**2011**
43:19
53:11
78:15

**2012**
79:7,8,16

**2013**
80:23,24

**2014**
46:14

**2015**
43:19

46:14
53:11
80:24

**2015-2016**
81:4

**2015/2016**
81:1

**2016**
83:8
84:17

**2017**
46:19
85:2
94:19,21

**2018**
23:4
49:22

**2019**
5:5 23:5

**24**
81:10
91:18

**3**

**30th**
11:9

**4**

**40**
91:15

**40s**
60:13

**4th**
85:2

**5**

**50**

39:7,11

**5:00**
45:16

**5th**
94:19,21

**6**

**6:00**
45:18

**6th**
5:5 22:5

**7**

**7:00**
45:15

**8**

**83**
11:10

**9**

**90s**
70:19,22
71:2

**93**
11:10,11
75:23

**98**
71:4
75:23

**9:00**
45:16

**A**

a.m.

5:2,6
49:13,16

**abilities**
11:5

**ability**
10:7,11,
14

**accepted**
47:11

**access**
97:8

**accompany**
24:9

**accomplishe
d**
91:13

**accuracy**
93:16

**accurate**
63:7

**accurately**
7:15,17
11:1
93:21

**acted**
48:21,24

**acting**
11:20
12:6,8,19
14:4
17:8,23
19:7,10,
11

**acting/
stuntmen**
17:19

**action**
20:24
21:9

**actors**



21:8

**acts**
31:3

**actual**
18:11
86:21

**acute**
92:8
93:19

**address**
30:21
57:3
77:11

**adults**
69:5

**affect**
10:7,11,
13

**affiliation
s**
5:11

**age**
32:7
38:12
68:3

**agencies**
17:12,16

**agency**
14:1,16
15:12
17:10
23:21

**agent**
14:20
15:11
23:15
44:7 47:2

**agents**
15:5,6,15
16:18,19

**aggravated**

70:18
78:5 79:8

**agreement**
52:24

**ahead**
62:21
92:16,18

**ahold**
83:18

**Aikodo**
35:6,8,
18,21
67:16
68:8
76:16,17,
20 77:14,
22

**alike**
88:21

**alive**
28:21
91:16,17

**allegations**
87:1
89:11

**alleged**
87:1

**allegedly**
72:22
█████
22:19
29:12,22
30:1 33:3
58:17,18,
19
█████'s
71:18

**amount**
25:15
69:23
88:6

**amphetamine**
95:3

**Ancient**
67:4

**Andre**
16:15,16,
24

**answering**
7:16

**answers**
7:22

**Antonie**
70:21

**Antonio**
5:16

**anymore**
21:19
52:4

**anytime**
77:8
82:14
96:5

**apartment**
32:16,20
47:19,21
85:24

**apply**
13:20

**April**
80:24

**area**
22:9

**Arizona**
13:16
22:3,6,8,
21 25:5,
10,17,22,
25 26:1,
13,25
29:5 30:2
34:12

46:7
50:3,5
51:1,2
52:5 53:4
57:25
62:4,6,7,
8,24
63:2,9,
11,12
65:1,4
80:5
84:17

**arrange**
89:19

**arrangement
s**
89:1

**arrest**
70:19
75:18
78:2,3
79:9 92:7
93:17

**arrested**
70:17
72:21
81:10

**art**
37:13
77:1

**artery**
92:8
93:18

**Artist**
41:20,21

**arts**
11:24
20:5,6,8,
12 21:18
34:7,9,18
35:5,11,
23 36:2,
3,12,19

37:2,4,6,
12 67:12,
18,24
68:17
75:4,7,12
76:16
77:7

**asks**
10:25

**asleep**
45:18

**aspect**
37:11

**assault**
70:18
73:12
78:6 79:9

**assault/
domestic**
73:4

**assaults**
74:7

**assist**
35:3
68:19

**assistance**
16:12
84:22

**assisted**
68:20

**assisting**
68:23,25

**assume**
7:13,14,
16 69:18

**assumes**
74:11

**assuming**
52:19

**asthma**



10:16,18
77:3,5

**ASU**
43:14,16,
18 46:7,
12

**Atlanta**
13:2,14

**attend**
22:12,15,
17

**attorney**
6:11

**attorney-client**
95:9

**attorneys**
5:10

**August**
11:9

**aunt**
22:15
25:6
30:4,17
57:13,21
59:15,17,
22 60:15
61:23
62:7 90:7

**Auntie**
59:13,17,
18 60:8

**Avondale**
43:12
51:10,15

**avowed**
10:24

**awarded**
95:18

**aware**
70:17

71:17
73:1,9,11
74:9,13,
15,23
75:22
76:3,12,
19 78:8
79:19
81:9,25
83:2
86:25
91:4

———————

**B**

———————

**babying**
32:22

**Bachelor's**
43:24

**back**
7:4 16:6
18:21
22:23
25:9,13,
17 26:1
34:9
40:7,13
43:5
44:15
50:7
55:23
62:3,6,8
63:10
66:21
67:2,14
79:15,19
83:9
84:16
91:10,11,
19,22
92:1,2
96:5

**background**
6:12

11:7,22
51:25
70:15
78:23

**backyards**
76:2

**bad**
7:7,9
77:2

**bags**
21:3

**Barbara**
15:18
16:8,10,
12,22
17:2

**baseball**
34:18

**based**
57:7
97:3,14

**basically**
49:3

**basis**
48:2

**basketball**
34:18

**battle**
59:11

**bawling**
85:12

**beginning**
34:7,10
44:4

**believes**
76:7

**beneficiary**
57:18
86:18
95:5,16

**bicycle**
76:1

**big**
26:21
65:25
66:3
84:8,10

**biological**
30:20
64:6,16

**biologically**
31:6

**birth**
11:8
36:25
37:3

**birthdays**
65:24

**bit**
20:4 31:3
52:10,20,
21 54:5
55:10,19
61:9 67:8

**blood**
95:2

**body**
88:4,11

**book**
21:8,10
66:12,13

**booking**
23:5

**born**
58:22
60:18
75:23

**bought**
12:23

**boxing**

36:1

**break**
6:21,22
7:1,3
49:6,8,19
54:3
56:23

**breakdown**
65:19

**breath**
77:4
87:17

**breathing**
77:4

**Brenda**
15:20
16:8,10,
11,14
17:2

**Bridge**
47:13,17

**bring**
61:2
66:14

**broke**
49:3
69:16

**broken**
38:1 71:3

**brother**
28:10

**brothers**
28:8,10,
11,13
29:13,14,
19

**brought**
11:17

**Brumbelow**
5:9



build
  14:4
  56:15
  86:13

building
  24:15

burial
  89:9,13
  90:2

bury
  88:4,5

business
  15:12,24

busy
  19:24
  80:3

buy
  22:25

——————

        C
——————

cage
  75:15

call
  20:14
  47:13
  52:4 53:5
  57:21
  58:15
  59:16
  63:14
  69:2 84:6
  85:22

called
  8:5
  20:23,24
  76:5

calling
  85:8

calls
  68:4

74:11
92:10,16,
22 95:8

cardiac
  92:7
  93:17

care
  59:6
  60:15
  61:20,22
  62:14
  90:7

career
  14:25
  15:1 44:1

caring
  65:11

case
  14:3
  86:19
  87:1,20
  95:15

casket
  88:20

casting
  21:5,11

caught
  32:21
  52:9,10,
  13

caused
  78:22
  92:7

caveat
  6:24

celebration
s
  65:24

cell
  66:22
  80:15

central
  57:25

Chami
  5:17,22
  6:10
  8:10,16
  9:5,8,11
  10:25
  16:4 27:2
  33:4,10
  36:7,10,
  14 38:1
  49:11
  54:13
  59:24
  62:19
  63:4
  66:15
  67:4
  68:1,4
  74:10,22
  75:1
  76:18
  81:13
  90:4
  92:10,16,
  19,21,24
  93:1
  95:8,11,
  15 98:16,
  18

Chami's
  77:11

chance
  25:3,4
  56:14
  58:16
  59:1

changed
  89:16

charge
  52:24

charged
  52:1,25

53:13
78:5

charges
  73:12
  75:17

Charisse
  16:14,24
  17:2

chicken
  32:21

chihuahua
  97:21

child
  70:24
  71:1

children
  33:2,9
  51:20,23
  69:4
  72:5,7

Chiquita
  97:20
  98:4

choice
  96:8

choose
  51:4
  96:2,3,4,
  5,6

choreograph
y
  18:1,4

Christmas
  65:23

circumstanc
es
  57:2
  60:24
  92:5

citation
  53:19

citations
  53:18

citizen
  79:11

city
  5:15
  41:13,14
  42:16
  57:8

civil
  53:18,19

claims
  24:1
  47:4,6
  90:1

clarify
  29:16
  49:20
  54:18
  62:5 63:8

class
  53:1

classes
  45:13
  47:16

classificat
ion
  94:3,6

classified
  94:9

Cleveland
  16:15,16,
  24

click
  97:7

close
  24:14
  38:22,23
  39:20
  40:1
  41:1,7,8



43:10
48:21
63:21,22
98:6

closer
58:25

closing
23:7

college
11:19
12:2
14:10,12
39:12,16
43:14,15,
18 44:16
45:2,4
46:6
47:7,10,
12,15,16
48:2
51:19
52:9,10,
21,22
53:10
56:10
83:22

colleges
35:2 80:5

Collins
15:18
16:23

combative
75:21

commercial
17:21

common
7:23 84:7

communicati
ons
10:4 84:4
95:9

company

14:1
23:19

compensate
19:11

compete
35:20
36:3

competing
35:19

competition
s
35:19

competitive
36:2
44:21

complaint
86:19,20,
21 87:19
89:12
90:1

complaints
9:24 96:9

completely
12:20
53:5

completing
56:11

complex
32:16,20

complicatio
ns
65:16,18

concern
75:3,6,8,
9

concerns
74:20
78:21

concluded
98:23

concludes
98:20

conclusion
97:2,13

condition
10:7,10

conflicting
56:16

confused
83:15
88:20

confusing
30:18
64:20
71:14

Congratulat
ions
12:24

connection
64:7,9,16
91:3

contact
82:9
84:16

continuing
93:1

contract
35:1

control
77:4

conversatio
n
7:23
80:21,25
81:3
84:19
98:2,3

convictions
73:12

copy

92:20

coronary
92:7
93:18

corporate
14:1
23:20,22
44:21

correct
10:20,21
11:1,4,13
12:16
22:23
29:24
33:23
34:21
38:20
40:15
49:22
57:14
60:15,18
61:24
64:7
67:19
71:24
72:5
73:17
78:18
81:18
93:5,8,13
94:20,25
95:3
96:9,11,
15,18,25
97:4,15
98:12

Corrections
78:12

correctly
96:1

cost
89:13,14

couple
9:6 12:18

14:6,23,
24,25
15:9,22
16:19
17:11,12
18:16
19:2
23:17
24:10,21
25:5,18
26:9
31:16
32:17
36:4
38:15
48:10
50:14
58:23
64:2 70:4
74:4
82:10,24
84:13

couple-
minute
49:8

courage
56:15
86:14

court
5:8 10:23
11:4
36:15

cousin
24:11

create
19:20

created
89:4

credits
44:16

cremate
88:5



cremation
   89:9

crime
   52:1

crimes
   53:13

criminal
   43:24
   44:2,6,
   12,18
   51:25
   70:14
   78:23,24

criminology
   43:25
   44:12

CROSS-
EXAMINATION
   8:8

crying
   85:8 86:4

Crystal
   5:8

curious
   20:21

custody
   59:11

customer
   23:23
   24:2,6

cut
   12:12

───────────
         D
───────────

dad
   11:23
   27:14
   28:3
   29:20
   31:15,23

32:15,21,
23,25
33:2,20,
25 34:5,7
36:19
37:1,6,
19,21,23
38:4,11,
15,19,25
39:13,20
42:1,24
47:24
48:3,8,
18,19,24,
25 49:3
50:7,16
51:4
54:4,10,
22 55:1,7
56:6,19
58:11
61:2,5,6
62:9
65:20
66:8,12
67:9,19
68:11
69:25
70:1,4,11
71:23
72:18,20,
21 73:4,
13,15
76:1 78:1
79:15
80:22
81:6,9,18
82:1,20
83:24
84:11,22
85:2
88:10
91:3
94:24
97:8

dad's

26:15,18
33:15
34:1
57:14
58:20
65:8 66:1
70:14
97:19

damages
   89:12
   95:7,23
   96:1

Daniel
   41:20
   48:15,18,
   23 54:10,
   17 80:17,
   21

date
   11:8
   93:10
   94:19

dating
   46:8,17

David
   5:17

Davis
   59:24

day
   19:23
   22:1
   45:10,11
   56:2 67:2
   85:20
   91:12

days
   26:10
   76:5 88:6

deal
   32:23
   35:1
   88:24

death
   58:20
   65:8 92:6
   93:17,25
   94:3,9

decedent
   93:12
   94:24

December
   5:5 23:1,
   2,4 79:16

decided
   44:11,18
   50:23

Defendants
   95:7

Defendants'
   92:14
   94:15

degree
   12:3
   43:21,23
   44:19,20,
   22

demand
   91:2

demanding
   90:2
   97:13

demonstrati
on
   69:2,3

department
   78:11
   90:16

depend
   42:5

depends
   36:23,24
   41:11
   47:9 69:9

deposed
   8:6

deposition
   5:4 6:4
   8:11,18,
   22,25
   9:19,20,
   21 98:21

depositions
   96:14

desk
   44:9
   85:11

detain
   79:12

devote
   18:8

didn't--
   64:12

died
   97:8

differently
   19:12

difficult
   6:19
   56:22
   92:4,5

directly
   87:24
   90:19

directors
   21:11

discipline
   76:25

disclose
   95:11

disclosed
   96:18

discovery
   9:24



discussion
81:24

disease
77:5 92:8
93:18

dismiss
52:3,4
53:3,5

disrespectful
6:20
64:14

DOC
79:17,22

doctor
44:5

document
9:20
86:22

documents
9:18
87:9,20

dog
97:20,24
98:5,7,9,
12

dog's
97:19

dojo
20:24
34:23

dojos
34:13,21

dollars
19:3

domestic
71:17
72:22
73:11

Doneilea

5:7

dorms
50:11

downtown
51:19

dream
11:20
12:5

drive
85:24

driving
18:1

drop
42:21

drug
80:23

duly
8:6

————————

E

————————

e-mail
17:18

earlier
5:24 6:2
22:22
62:15
68:14
81:17
82:8
83:24
95:25

earliest
34:10

earn
89:7

eat
37:10

education
68:10

efforts
83:3

eighth
39:8,15,
17

emotions
56:16

employed
12:8
68:13

employee
57:11

employment
18:12
23:11

ended
28:5
31:25
48:14,15

enforcement
's
93:20

enter
52:23

Entry-level
47:6

established
55:13
86:13

estate
5:18 23:6
57:14,18

estate's
6:11

estimate
38:24

evidence
74:12

ex-
girlfriends

70:9

exam
94:19

examination
93:10

examiner
87:22
93:8
94:7,10

examiner's
92:2

exciting
23:9

exertion
92:9
93:19

Exhibit
92:13,14
93:5,24
94:13,15

expand
36:6

expect
6:12

expenses
90:2
91:3,4

expensive
89:17,18

experience
75:5,7
76:8,13

experienced
73:8

experimented
52:21

expert
92:22

explain
31:2,4
64:10

exposure
21:14,15

expressed
74:20
75:3

extra
17:12
19:2,13

eyes
85:12

————————

F

————————

faced
79:10

fact
88:19

facts
74:11

fair
7:4,17

fall
45:18

falls
18:1,4

familiar
70:14
76:9
86:25

families
26:18
34:16

family
6:20
11:18,25
22:10,12
24:8,13,



18 26:6,
8,9,10,
12,15,16,
20,21
29:18
30:22
31:10,13
34:17
51:2
57:23,25
59:1,14,
20 64:3
65:14
66:1
83:13
84:8,10
87:4,5

**Farm**
13:13,14,
16,18
15:3,4,5
23:12
44:24
46:3,18,
20,23

**farther**
51:14

**father**
33:8,22
35:2
39:21,24
48:21,24
59:21
65:12,17,
18 69:7
73:20
74:17
75:10,14,
19 76:6,
7,13,15
78:18,22
83:3,4
86:8
90:12
91:10

96:6

**father's**
75:7
87:16
92:6
93:13

**FBI**
44:7

**fear**
75:9

**fee**
53:1

**fees**
91:2,4

**felt**
12:3 44:8
86:12

**field**
44:6

**fight**
18:1,4
76:7

**fighting**
19:5 36:5
75:15
77:5
79:11

**figure**
30:25
32:3
48:21,24
64:2,5
80:20
88:11,12

**filed**
52:3 53:3
57:7,17
86:20
90:11,21,
24

**filing**

90:14,15

**films**
17:24

**final**
97:7

**finally**
80:5

**finances**
12:21

**financial**
18:14

**find**
14:9
16:18
66:5
80:13
85:3

**finding**
48:14,15

**fine**
85:11

**finish**
44:19
80:7

**finishing**
23:6
83:21,22

**fittest**
59:10

**flight**
78:4

**flip**
67:2

**flipping**
19:5

**flips**
18:1,4

**float**
17:4

**floater**
15:10

**flooring**
21:3

**focus**
83:20

**focusing**
18:14

**football**
34:17

**force**
78:4
96:24

**form**
8:16
81:13
90:4,13

**formal**
21:18

**forms**
67:24

**foster**
28:16,19,
20 29:20
40:15,23
59:6
60:15
61:19,22

**found**
54:20
86:11

**foundation**
33:4 68:5
74:11
77:9
92:11

**frame**
27:24

**frequently**
62:23,25

**freshman**
44:11
47:10,20

**Friday**
5:5

**friend**
15:12

**friends**
15:23
16:10,19
20:15
21:5
44:13

**front**
69:2
93:4,7
94:13

**frustrated**
86:12

**full**
13:2
45:4,5
80:9

**full-time**
14:9 80:9

**funds**
89:4
91:25

**funeral**
56:21
64:11,19
88:14
89:1,13,
19 90:2
96:19

---

**G**

---

**garage**
34:23

**gatekeeper**



83:25

**gateway**
65:13

**gatherings**
65:25
66:3
84:9,11

**general**
11:7

**generations**
33:21

**gentle**
35:10

**Georgia**
11:13
12:23
13:2
14:13
15:2 16:6
22:23
24:8
25:7,13,
18,22
51:1 58:7
62:4,7,
18,23
63:3,11,
13 65:2

**get all**
13:1

**gigs**
12:19
17:8
18:11,20
19:1

**Gilbert**
22:9
50:16,19,
22 51:3

**girlfriend**
82:18

**give**
7:22 12:4
67:7
81:22

**glad**
85:19,20
86:9

**Gofundme**
89:3,7,16

**good**
21:10,14,
15,16
59:12
65:7,9
69:23

**Googling**
87:13

**grabbed**
78:6

**grade**
32:6
39:9,15,
17

**graduated**
11:19
80:4,6

**graduation**
39:17

**grandchildr
en**
91:14

**grandfather**
11:24
33:18,20,
22,23
34:12,21
37:19,21,
25 39:19,
20 40:10
48:15,20,
23 54:21,
25 55:12,

16 58:11
65:13
67:11,19
68:17
69:1,6
80:17,21
81:1,5,25
82:4,16
83:14,25

**grandfather
's**
58:12
65:15
69:24

**grandpa**
36:19
38:20
39:2 84:3

**grandparent
s**
33:14,15
40:25
41:4,14,
16,17,23,
25 42:4,
13 43:9
91:17

**grandparent
s'**
42:9 43:3
82:22

**grew**
11:23
12:1
26:19
48:20

**groom's**
55:24

**groomsmen**
55:25

**ground**
6:14

**Group**
5:18

**grow**
61:7

**growing**
58:25
77:3

**growth**
46:4

**guess**
9:20
32:12
34:25
47:22
53:4 55:9
60:12
62:13
83:1

**guessing**
81:19

**guys**
22:6 37:1
46:12
50:17
89:6

**gyms**
20:10,21
21:6

---

**H**

---

**half**
13:8
22:17
28:8,9,
10,11
29:14,19,
22 33:9
40:24
41:3,4
42:3,4
45:25
58:17

60:14
66:17
71:11
78:14

**hand**
93:23

**handling**
90:8

**hands-on**
69:4

**happened**
12:13
32:4
40:11
52:24
85:23
86:8

**happy**
56:2

**hard**
12:11
40:12
48:7 49:5
61:12,14,
17 64:8
82:9
83:19
87:11,18,
21 88:1,
2,18
96:21

**head**
7:24

**headshot**
21:9

**headshots**
19:20

**health**
14:10

**hear**
83:13



heard
    7:15
    79:5,20
    80:11,16
    86:5
    87:23

heavy
    21:3
    39:25

hectic
    22:4

held
    61:5

helped
    31:5
    62:14

helping
    48:16
    54:12,17,
    21 55:5
    81:6,8,25
    84:22

high
    12:1
    37:23
    38:13,14
    39:5,8,
    12,15,17
    43:1,11,
    13 47:15
    48:2 51:7
    56:11
    80:4
    83:21

history
    75:15
    78:24

hit
    39:25

Hold
    64:22

holding

58:21

holidays
    65:23

home
    37:1 71:6
    72:18
    85:24

homeless
    82:1,6,7,
    13

homelessnes
s
    82:12
    83:3,5

Homicide
    94:1,3

honest
    26:14
    31:8
    33:19
    36:20
    58:9 60:1
    64:8
    65:12
    66:21
    68:23
    80:3 87:7
    90:5 91:9

horrible
    85:23

hour
    9:6

hours
    9:6

house
    12:23
    22:25
    23:6,7
    31:22
    34:23
    42:9
    69:24

70:2 72:2
    74:6
    82:22

huge
    11:24
    34:19
    37:11
    39:19

hugely
    39:21

Humana
    14:9
    44:25
    45:7,20,
    22,24
    85:7

hundred
    19:3

Hunter
    16:15,25

hurt
    86:6


_____

I
_____

idea
    57:24
    89:14

identificat
ion
    92:15
    94:16

III
    5:20,22

illness
    40:8,9

immediately
    56:13

impacted
    39:21

incident
    71:18
    72:22,24
    73:1
    74:6,9,15
    76:1,10
    79:9 85:1

incidents
    73:6

including
    33:2

incurred
    91:3

individual
    5:15

individuals
    90:22,24

industry
    19:19

influence
    11:21

influences
    78:20

information
    7:25 87:2

Inhaler
    10:19

input
    84:24

inside
    21:7
    34:23

instance
    75:22
    79:13
    96:23

instances
    73:3 78:8

insurance
    12:10,16,

17 13:5
    14:6,7,
    11,17
    19:23
    88:8

intend
    44:1

intimidatin
g
    90:14

intoxicatio
n
    92:9
    93:19

intrigued
    44:3

introduce
    5:10
    21:11

introduced
    5:23 6:1

introducing
    61:3

investigati
on
    96:24

involved
    31:13
    55:17

involving
    75:18

ironically
    44:9

ish
    81:21

Islam
    34:19

Islamic
    37:11
    88:5



issues
    72:12
    78:21

———————————
            J
———————————

jail
    78:9 96:4

January
    23:2,5
    79:7 85:2
    94:19,21

Japanese
    35:11

Jayce
    28:14
    29:2,9,19

job
    13:5
    19:23
    45:6 80:9
    83:22

Jr
    5:19 8:4

July
    78:1
    79:16
    80:24

jumping
    56:14

junior
    37:23
    38:13,14
    39:5,8,
    12,15
    44:17

justice
    43:24
    44:2,6,
    12,18
    90:12,20
    91:25

———————————
            K
———————————

karate
    68:17
    76:8,13

Karen
    5:14

Kelley
    27:12
    41:20

kickboxing
    36:1

kid
    64:13

kids
    72:18
    91:14

killed
    94:5

kind
    6:11,13,
    18 7:23
    15:9
    17:20
    32:22
    35:5 38:5
    39:23
    48:7,20
    50:6 54:4
    56:13
    58:12
    61:12
    62:5
    64:2,4,8
    65:10,19
    72:9,12
    82:9
    83:19,25
    88:16
    90:17

kindergarte
n
    32:4,7
    37:22
    38:13,14
    39:4,8
    40:13

knew
    16:19
    82:13
    85:16

knowledge
    79:13

Korean
    36:11

Kwon
    36:12

———————————
            L
———————————

label
    15:10

lacks
    68:5
    74:10
    92:11

landed
    45:6

late
    70:19,21
    71:2

law
    5:17
    93:20

lawsuit
    6:7 53:25
    57:7,17
    89:22
    90:11,15,
    21,24
    91:7
    97:14

leading
    87:17

learn
    19:18
    35:17,20
    36:6
    64:18
    85:1

learned
    36:4

leave
    46:2

length
    69:15

let alone
    90:15

level
    68:10

life
    36:23
    41:12
    55:5,13
    83:21
    88:8

live
    11:13
    25:6
    26:25
    27:19,25
    29:5,8
    41:8
    42:14
    43:1 47:8
    51:15
    60:15
    61:22
    65:5
    69:15
    82:16

lived
    27:22
    31:15,22
    32:16

33:25
    40:22,25
    41:15
    42:15
    43:4
    47:17,20
    50:7
    51:13
    68:14
    69:13
    70:4

lives
    24:18
    30:3,4
    31:18
    51:4

living
    37:6
    42:11
    62:1 69:8
    70:1,4,21
    71:23

local
    26:25
    34:24

Loitering
    53:20

long
    9:4 18:17
    22:21
    25:13,16
    27:21,24
    35:21
    40:9
    45:24
    81:8 82:7
    83:12

looked
    50:22
    64:5

lose
    96:21

loss



92:4

**lot**
11:21
12:5,22
15:22
20:2
21:4,16
23:8 30:9
33:19
34:1
37:15
38:21
39:21
44:13
58:10
59:22
60:10
61:1
82:15
84:2
88:23

———————

**M**

**made**
11:18
20:15
46:2 69:8
74:7

**maiden**
49:24

**majority**
25:21

**majors**
44:14

**make**
6:14 16:4
44:22
56:3
93:16

**makes**
39:25

**making**
46:22
96:8

**man**
55:9 56:8

**manager**
24:2,6,7

**manner**
93:25
94:2,9

**marijuana**
52:19,20,
22

**marked**
92:12,15
93:5,24
94:16

**market**
44:21

**married**
12:22
21:21,22
22:6
27:15,17
46:10
49:21
50:17
55:24
83:22

**martial**
11:24
20:5,6,8,
12 21:18
34:7,9,18
35:5,11,
23 36:2,
3,12,19
37:2,4,6,
12,13
67:12,18,
24 68:17
75:4,7,12
76:16

77:1,7

**math**
46:19

**matter**
41:1 42:8

**Meaning**
52:1

**means**
94:4,6

**meant**
6:19

**medical**
87:22
91:2 92:2
93:7
94:7,10

**medications**
10:13,20

**meet**
8:13,23
25:4,24
46:12

**meeting**
9:8,10

**member**
30:22

**members**
64:3
87:4,5

**memories**
34:10

**mental**
10:10
40:7,9

**mentioned**
54:2,9,20
81:24
83:8,24

**message**
58:15

63:15

**met**
8:10 9:4
46:5,6,7
51:18
58:17,20
98:8

**methampheta
mine**
92:9
93:19
95:3

**mind**
18:25

**mine**
26:10

**minutes**
49:12

**mischaracte
r-**
62:19

**mischaracte
rizes**
54:13
63:4

**misdemeanor**
52:2,8,25

**missing**
12:3

**model**
59:13
61:13

**mom**
26:22
27:12
28:3,16,
17,23
29:20
31:15,23
32:15,22
33:25
34:5

40:15,22
41:5,25
48:19,21
49:2
50:7,12
51:13
59:9,12
61:6,12
69:16
71:11,18
85:8,10,
22,25
86:2,5

**mom's**
26:15,17
29:18
41:17
48:18,24
54:10
58:25

**moment**
87:17

**moments**
55:23
56:2,12
80:11
91:12
97:7

**monetary**
95:6,23
96:1

**money**
88:7,14
91:24
96:4,6

**Montgomery**
15:20

**month**
38:17
39:1 74:3

**months**
60:20
61:4



66:18
74:4

**morning**
6:2 8:22
9:2,11

**mortician**
88:3

**mother**
30:25
31:3
64:2,5

**mother's**
26:19
40:25

**motion**
52:3

**move**
11:15
25:9 65:1

**moved**
13:4,12,
16 15:2
16:13
18:21
34:12
37:1
50:14
58:7 62:8
63:10
73:15
74:5 83:8
84:16

**movies**
17:24
21:5
37:10

**moving**
12:11,12
61:14

**Mu**
85:9

**Muhammad**
5:4,18,19
8:4 27:14
31:15
33:18,21
48:20,25
86:6

**Muhaymin**
5:4,19
8:4 9:14
24:23

**Musi**
24:20,22
55:11
57:21
58:2
61:23
62:5,8

**Muslim-**
71:11

**Muslimah**
71:11

**Mussalina**
30:5,11,
24 31:5,
10,12,22
57:13,25
59:21,22
61:23
62:8,17
63:1,9,
12,20
64:2,23,
25 65:22
83:8
84:1,4,16
87:3

**Mussalina's**
30:15

— N —

**names**

41:19

**needed**
15:24
16:12
55:19

**network**
19:21

**newer**
24:15

**news**
86:3

**nick**
59:13

**nickname**
57:22
60:7

**night**
31:17
61:5
69:22,24
70:1
72:1,17
82:17

**nighttime**
45:13

**nod**
7:24

**Norcross**
11:13,17

**normal**
85:20

**notice**
7:19 9:21

**November**
78:3

**number**
5:3 76:9,
12 80:15
93:24
94:14

**nurse**
44:5

— O —

**oath**
10:23

**object**
8:16 33:4
54:13
74:10
81:13
90:4

**objection**
33:10
62:19
63:4
68:1,4
77:11
92:10
93:2 95:8

**objections**
16:4

**obtained**
14:5

**occasions**
42:11

**occurred**
80:22

**October**
75:20

**off-the-wall**
97:17

**offend**
6:19

**offense**
80:23

**office**
16:12
98:19

**officer**
44:7
70:18
79:11,12

**officers**
5:16
57:10
74:20
75:3,18,
21 76:2,7
78:1,2,6
79:9 96:3
97:2

**officially**
96:12

**older**
12:1,12
35:20
40:6
47:25
58:14
61:9
65:17
83:20

**One's**
20:24

**online**
45:13

**open**
56:25

**opened**
34:12,22

**opinion**
84:24

**opinions**
93:16

**opportunity**
46:4

**opposed**
23:20
51:1,14



order
  12:21

other's
  31:18

owned
  34:21
  98:7

——————————————

          P

——————————————

p.m.
  98:21,24

padded
  21:3

paid
  19:1,15

pan
  14:4

paperwork
  23:7

parent
  59:9,10
  92:5
  96:22

parents
  41:5,12,
  15 42:5,
  9,14,15
  43:4
  47:18
  71:3
  91:16

part
  11:25
  22:8 31:9
  34:19
  39:24
  50:5
  78:23
  88:18,25
  89:3

part-time
  12:19
  17:8

participate
  83:2

party
  53:25

passed
  33:23
  39:20,24
  40:10
  82:14
  84:3
  86:11
  91:18

passing
  33:19
  39:3
  58:12
  65:15
  82:3 85:3
  91:12

past
  26:2

pastimes
  36:20

patience
  76:23

Patrick
  28:19,21
  29:20
  35:25
  40:15,23
  41:5

pay
  12:11
  18:16
  53:1
  88:15
  89:4,20,
  22

paychecks

18:16

paying
  18:11

pending
  6:25

people
  19:18,21
  20:14
  21:4,6
  30:21
  34:24
  57:1 67:2
  87:23
  91:15,22
  97:3,14

percent
  39:7,11

percentage
  38:24

period
  32:14
  69:10,16

person
  90:15

personal
  57:13

Pharmaceuti
cal
  45:23

Phoenix
  5:15
  51:19
  57:8

phone
  66:22
  80:15
  84:6
  86:15

phones
  67:2

photos

66:22

physical
  10:6 78:4
  92:9
  93:19

picture
  66:10
  71:9

pictures
  66:2,8,
  12,19,20

place
  5:11
  21:15,16

places
  20:25
  43:5 70:5

Plaintiff
  95:15

Plaintiff's
  89:12

play
  88:13

played
  30:24

player
  7:21

plea
  52:23

pleadings
  9:23
  87:20

plenty
  56:5

point
  34:8 36:5
  44:20
  52:2 55:6
  61:20
  80:10

police
  5:16 44:7
  57:10
  70:18
  76:6
  90:16
  96:3 97:2

policies
  14:22

policy
  14:21

Pooch
  59:13,17,
  18,22

Pooch's
  60:8

pop
  62:3

popped
  87:14

popular
  66:25

portfolio
  14:5 21:8

portion
  19:8

position
  13:21,22
  14:10
  15:14
  17:3

positions
  14:6,7,
  15,24,25
  23:17

Positive
  95:3

pox
  32:21

practice



20:1
21:16
35:23,24

**practiced**
34:15
35:14
37:18,20
67:20,24
77:12,15,
16,18

**practicing**
18:10
37:15
76:20

**prayer**
37:12,16

**pregnant**
71:20

**preparation**
8:17 9:18

**preparing**
8:25

**presence**
56:9

**present**
9:7,10
39:2
72:24

**pretty**
19:4
26:14

**prevalent**
34:17

**Price**
5:17

**pride**
55:10

**principles**
77:7

**prior**

8:11,22,
23 51:20
54:14,16
58:20
63:5 65:8
93:1

**prison**
79:3,5,15
80:12,24
81:6,12
82:10,12
91:23
96:4

**privilege**
95:9

**proceedings**
98:23

**product**
17:20

**program**
47:11

**promise**
11:18

**promoted**
24:1,2

**PSD**
96:24

**psychiatric**
92:8
93:18

**pulled**
52:12,14
78:7

**pulling**
78:2

**punched**
72:23

**punching**
75:21

**purposes**

8:25

**pursue**
11:19
12:5,20

**pursued**
44:13

**put**
21:8

**putting**
55:25

---

## Q

**question**
6:25 7:1,
2,9,12,14
33:6
37:24
74:10,25
77:20
92:23
95:20
97:12,18

**questions**
6:18 7:7
10:14,24,
25 16:3
49:4
98:15,16

---

## R

**raise**
31:5

**raised**
30:19,21
59:21
64:24

**raising**
31:11

**ran**

76:2 78:1

**reached**
55:11

**read**
87:19
92:3,4
93:21
94:20
96:9,12,
14,17
97:9,11
98:17,18

**ready**
25:9 56:1
83:17

**real**
23:6 60:8

**realize**
90:22

**realized**
89:18

**reason**
30:7

**reasons**
32:19
39:19

**recall**
32:13
37:5
53:18
59:3
68:10,13,
16 69:7
71:5
72:1,4
73:6
74:17
75:14
84:21
89:6 98:3

**receive**
18:12

**received**
18:15

**recent**
61:24
81:7 83:6

**recently**
49:21
82:2

**recess**
49:15

**reconnect**
56:14

**record**
5:12
49:14,15,
17,21
98:22

**recording**
87:10

**recordings**
10:3

**recover**
95:6,17

**recovery**
89:21

**reel**
19:20
21:9

**refer**
30:16

**referred**
31:21

**referring**
9:21
30:10
41:16
78:12

**refuse**
87:15

**refusing**



76:2

**regard**
57:21

**regret**
12:13
56:13

**reimbursement**
90:2

**rekindle**
55:20
91:20

**related**
31:7

**relationship**
24:15
43:8
47:24
51:21
54:3,19
55:4,20
61:7
64:18
65:7,20
67:9 72:9
73:19
78:22
84:1
91:20

**relevant**
16:2

**remained**
15:3

**remarried**
40:15

**remem-**
28:4

**remember**
8:15 22:1
25:14,16
27:21,24

28:4
31:9,14,
20 32:15,
17,19
34:4,6,
11,14
35:21
37:7,8
40:17
48:5 53:8
55:14,24
56:1,7
58:21,23
59:4,22
60:5,24
61:3
64:25
65:3
66:10
67:14,21
68:7,15
69:14
70:9,22,
23 71:21,
23 74:16
76:20,22
79:23
81:3,11,
15 84:8,
14,19,25
85:7,8
86:14
87:12
88:2
89:8,20
98:1,13

**remembered**
48:8

**removed**
24:12

**rephrase**
89:23
91:9
95:20

**report**
87:22
92:2 93:8
94:18
96:24

**reporter**
5:8 10:23
36:15

**reports**
96:17
97:9

**represent**
5:15,18

**representative**
57:14

**requesting**
91:6
95:25

**residence**
70:12
73:16

**resisted**
78:2,3

**resisting**
70:18
75:18
78:6 79:9

**respect**
88:15

**respectful**
65:10

**respects**
88:15

**response**
96:10

**responses**
9:24

**results**
56:7

**resume**
7:4 14:5
19:20
21:9
46:22

**retired**
16:16

**retirement**
16:17

**review**
9:18,23
10:1,3
86:20

**reviewed**
86:19
87:22,24
96:23

**reword**
7:10

**role**
15:14
34:1
45:22
59:12
61:13

**roles**
17:13
19:2,13,
14 46:25

**rolling**
19:5

**room**
43:5
55:25
82:16

**roots**
13:2

**rough**
45:9

**roughly**
13:7

**rules**
6:14

**run**
77:23

**rundown**
6:12

**running**
7:21
75:18

―――――――

**S**

**sacred**
37:13

**sad**
39:22
86:4,7

**sales**
12:10,16
13:5
14:21
45:23
47:2

**sample**
95:2

**samurai**
74:6,18
75:4

**scene**
19:4,5

**scenes**
19:22

**schedule**
42:6

**school**
12:2
39:17
41:3,24
42:19
43:1,11,
13 45:3,



4,10,12,
17  47:12,
15  48:2
51:8,18
56:11
80:4
83:21

**schooling**
80:9

**scouted**
80:4

**Sean**
28:14,25
29:9,19

**secret**
54:24

**seek**
95:6

**sell**
14:21

**selling**
14:17,20,
21  19:23
23:15

**semester**
45:6

**send**
98:19

**senior**
44:17
45:2,4

**sense**
39:25

**sentenced**
78:11,14
79:22
80:23

**separate**
81:12

**September**

21:23,24
22:5
49:22

**served**
79:22

**service**
23:23
24:3,6

**set**
44:15

**setting**
92:7
93:18

**Shaheed**
71:15

**shake**
7:24

**shape**
90:13

**share**
28:17
29:20
75:6,8
82:4

**shared**
70:12

**shoplifting**
79:10

**short**
16:13
17:24
49:19

**shot**
12:4

**show**
17:21
56:7
91:11

**siblings**
28:7

**side**
12:18
26:15,16,
18,19
29:18
33:15
41:1,17
58:25
65:13
66:1

**sides**
26:17

**sign**
98:17,18

**similar**
36:12

**sir**
5:23  6:1,
5  8:19
9:2  54:20
85:5
86:23
93:4
94:7,11
95:6,14
96:8
97:12

**sister**
22:17
28:8,9,
10,11
29:11,14,
22,24
30:11,13,
14,15,25
31:3  33:9
58:17
59:23
60:14
61:6
62:14
63:10
64:3
66:17

71:1,20
74:8

**sister's**
61:6
71:11

**sit**
88:3

**sitting**
85:11

**situation**
18:15
30:21
48:12
83:11,15,
21  87:8

**SMASH**
20:23,24

**soft**
35:10,18
67:12

**songs**
88:13

**Soo**
36:4,8,9,
10

**sought**
89:13

**south**
51:14

**southeast**
51:14

**spar**
20:25

**speaking**
31:6
78:18

**specialist**
24:1
45:23

**specificall
y**
51:9

**speculation**
68:4
74:11
92:10

**spell**
9:15  36:8

**spelling**
50:1

**spend**
31:17
33:17
34:1  35:4
36:18
40:4  49:2
58:11
69:24
70:1
72:14

**spending**
11:23
34:4
37:10
69:22
82:17

**spent**
33:20
34:16
61:5
82:15

**spiritual**
76:24

**split**
26:9

**spoken**
79:24

**stable**
61:18

**stage**
36:23



stance
  79:11

standpoint
  30:20

stands
  95:17

start
  12:15
  34:8 44:1
  46:17
  55:5 58:8

started
  15:3
  37:4,5
  44:23
  46:20
  47:5,14,
  15 58:12

starting
  39:12
  47:12

state
  5:11
  13:13,14,
  15,17
  15:3,4,5
  23:12
  44:24
  46:3,7,
  18,20,23
  52:5 80:6

statutory
  57:18
  86:18
  95:16

stay
  41:3,4,
  23,24,25
  42:2,18,
  20 43:3
  72:17

stayed
  22:3 42:2

50:11
62:13
70:12
71:5

staying
  72:1

stays
  81:12
  82:12

stepdad
  28:17,18

stepfather
  35:25
  85:25
  86:2

stick
  44:19

Stillwell
  5:14,23
  6:1,7,10,
  17,24
  7:6,19
  8:2,9,19,
  21 27:4
  33:7,11
  36:13,15,
  17 38:3,7
  49:18
  54:15
  60:3
  62:20,22
  63:6 67:6
  68:2,9
  74:13,14,
  24 75:2
  77:10
  81:16
  90:10
  92:12,18,
  20,23,25
  93:3
  94:17
  95:13,16,
  21 98:15,

17

stints
  82:12

stipulation
s
  5:12

stolen
  91:22

stop
  76:2

stopped
  54:5

straightfor
ward
  19:17

strike
  60:17
  95:23

structured
  18:15

struggled
  78:7

studied
  67:19

stuff
  11:22
  17:15
  20:11
  21:4,17
  58:15
  59:11
  61:15
  83:22
  84:9

stunt
  14:3 17:9
  19:20
  20:2

stuntman
  11:20
  12:6,8,19

17:25
19:8,9,16
20:10,21

stuntmen
  20:16

style
  35:11,12,
  18 36:11

styles
  35:23
  36:2

subdual
  93:20

sudden
  88:2,10

summer
  47:12,13,
  16,17

supervisor
  24:7

supposed
  56:2

surprise
  82:11

Sweeney
  70:21,25
  71:7

Sweeney's
  71:6

switched
  44:14

sword
  74:7,18
  75:4

sworn
  5:13,25
  8:6 10:23

———————
  T
———————

Tae
  36:12

taking
  7:20
  47:16
  90:7

talk
  20:5 48:7
  57:1
  66:15
  67:8
  79:21
  88:1,3

talked
  20:4 25:8
  88:10
  95:12

talking
  14:13
  24:22
  54:3,5
  65:19
  84:11
  87:6

Tang
  36:4,8,9,
  10

Tanya
  27:12
  31:15

Tape
  5:3

Tarango
  5:16

taught
  34:23
  35:16
  36:1 77:7



teach
    20:19
    35:1
    37:17
    76:23,24
    77:6

teaching
    34:13
    68:17,22
    69:4 77:3

team
    16:18

technical
    28:12

telling
    32:23
    95:5

Tempe
    51:19

ten
    40:21
    57:10

tensed
    78:7

terms
    94:9

testified
    8:6 39:1
    62:15
    77:13,16
    81:17

testify
    10:7,11,
    14 94:10

testifying
    11:3

testimony
    54:14,16
    63:5
    92:22

text

58:15
63:14
84:6

thing
    32:24
    35:22
    37:13
    49:20
    53:23
    77:1,14
    94:19

things
    7:13
    55:10
    91:13,21

thinking
    44:4 56:1
    84:12

Thompson
    70:8
    71:23,24
    72:4,10,
    23 73:5
    74:8 76:5

Thompson's
    73:16
    74:5

threats
    74:7

time
    5:5 6:21
    11:23
    12:20
    13:3 15:4
    18:8,13,
    17 23:2
    25:8,15,
    21,24
    27:23,24
    30:8,9
    31:1,14
    32:14,21
    33:17,19,
    20,24

34:2,4,
14,16,24
35:4
36:18,21
37:10,15
38:17,21,
25 39:3,
7,11
40:4,25
41:9,12
42:10,23
43:10,20
44:8,23
45:4,5,22
46:21
47:23
48:3,6
49:2,13,
16 55:19
56:19
58:11
59:22
60:21
61:1,6,8,
14,17
63:16
66:4
69:11
71:22
72:14,20
73:20
74:3
78:17
79:22,24
80:8,9
81:7,19,
20,23
82:2,5,
15,18,20,
21 83:1,
10 84:2,7
85:7,16
86:10
91:10,11,
19,22
92:1 96:5
98:21

times
    8:13,14
    15:23
    24:21
    25:5,18
    26:3
    31:16
    32:18
    36:4
    37:18,20
    38:19
    39:2
    41:12,13,
    14 45:14
    48:1,11
    50:15
    56:5
    58:10,23
    60:10
    61:11
    63:11
    65:3 67:4
    69:23,25
    81:10
    82:10,24
    84:13

today
    6:3,12,18
    8:23 9:19
    10:8,25
    57:5

today's
    8:11

told
    46:3,18
    54:23
    55:16
    78:10
    80:17
    86:3
    87:3,23
    97:3,14
    98:5

Tonya
    59:24

70:8,12
71:23

top
    37:15

tournament
    36:5

toxicology
    94:18

track
    83:19

tradition
    11:25
    37:17

traditional
    37:14

train
    20:1,18
    21:16

trainer
    23:23

training
    20:6,9
    21:19
    76:16
    77:12,21

transcript
    98:19

transfer
    13:17

traumatized
    96:20

traumatizin
g
    88:16
    97:6

travel
    42:18

trespass-
    53:20



trespassing
53:20

triggered
40:10

true
97:24

truthfully
7:16
10:15
11:1

turned
79:10

tux
55:25

TV
17:21

TVS
17:24

type
32:24
34:25
35:5 69:9
77:9
90:12,20

---

**U**

u-h-m
27:8

uh-huh
5:21 6:23
8:12
11:14
13:6,15
15:5
16:10
20:3,13
21:25
22:7,11,
18 23:14
24:5
26:23

27:1,2
29:1
31:24
32:15
35:15
40:16
41:22
42:17
45:8,21
46:9
47:1,6
49:23
50:13
54:6,11
56:17
57:9,12
58:1,3
61:16
63:19
69:20
70:6
71:25
72:8
76:17
77:17
78:19
83:16

Uh-uh
79:18

unaware
71:21
76:14

underneath
93:15

understand
7:8,10
10:14,22
11:4 40:4
57:4,18
92:3,4,6
96:1

understanda
bly
96:21

understandi
ng
57:16
59:5
97:10

understood
7:14

universitie
s
34:25

unlawful
78:4

upbringing
34:19

upset
40:2,8
54:10

---

**V**

V-I-N-C-E-
N-T
50:2

vacation
22:3

venue
51:5

venues
50:22

verbal
7:22,25

verge
91:21

versa
42:10
48:23

version
35:10

vice
42:10

48:23

video
7:21
87:14,15
97:7

videotape
87:8

videotapes
10:1

Vincent
49:25

violence
71:18
72:22
73:4,11

visit
26:6,8,9
32:13
49:1
62:16,17
66:1
69:21
80:18
83:17,18

visited
41:9
70:11
79:17
82:14

visiting
48:17

vividly
32:20

---

**W**

wait
92:17

walk
56:1

wanted
6:13 12:4
13:1,24
14:4
35:19,20
36:6
40:4,5
44:12,14,
19,22
48:12
49:20
50:23,25
51:5
55:18,22
56:5,11
69:1
80:18
90:12,20

wanting
56:7

warehouse
21:2

watch
87:10,16,
17 97:7

ways
34:15

wear
88:13

wedding
22:13
50:18,21
51:1,4
63:17
66:4

weed
52:11,17

week
22:4,22
38:16,25
41:3,4
42:3,4,24
43:2,3



69:19

**weekend**
70:2
72:17

**weeks**
18:17

**welcoming**
65:10

**west**
51:15

**Westview**
43:12

**wife**
9:12
23:11
26:4
46:3,5
86:2

**wife's**
9:13

**Williams**
5:7

**withdrawn**
52:5
53:6,7

**word**
7:20

**work**
11:21
12:5,6,9,
19 13:12
14:3
15:6,11,
13,15,16,
19 16:18
17:9,25
19:10,16
20:2
42:22
45:11,16,
17,24
85:6,7,

15,21,23

**worked**
13:13,15
14:8,10
15:9,22
16:5,11
44:25
68:16
69:7,8

**working**
12:16
13:25
14:1,16
16:14,15
23:20
34:2
44:24
45:5,6,
15,19
46:20
47:15
85:6

**works**
19:19
23:12,16,
20

**worried**
79:2
85:18

**wrong**
85:11,17

———————

**Y**
———————

**year**
11:16
12:22
13:7
21:24
23:3 26:2
40:17
44:11,17
45:2,4,25
46:12

47:9,10,
20 59:8
73:21
78:14

**yearly**
48:2

**years**
12:18
43:15,18
46:1,13
47:20
48:4,9
53:11
54:4
62:10
68:14
80:2 81:4
83:6
84:14
91:16

**Yesterday**
9:3

**York**
34:12

**young**
27:23
28:6
29:10
32:1
34:3,14
58:22
61:4

**younger**
11:22

**Youtube**
87:14
97:6

**Youtubing**
87:13

———————

**Z**
———————

**Z-H-A-N-E**

9:16 50:2

**Zarinah**
24:21
30:11,12,
16 31:1,
3,5,7,9,
12,16,21
32:13,17
58:4
59:21
62:6
63:10,20
64:4,6,
15,24
84:1

**Zhane**
9:14
49:25

