LODGED
PROPOSED
Doc. 335-1
(redacted)

# EXHIBIT A

 **O'CONNOR & CAMPBELL**

A Professional Corporation
Attorneys Licensed In Multiple Jurisdictions

Daniel J. O'Connor, Jr.
J. Daniel Campbell
Shane Dyet

Kris Smith
Justin D. Holm
Karen Stillwell
Terry E. Harrison
Jessica R. America

Writer's Contact Information
daniel.oconnor@occlaw.com
602.241.7002

January 03, 2018

David Ali Chami
Price Law Group APC
1204 E Baseline Rd., Ste. 102
Tempe, AZ 85283

Haytham Faraj
Law Offices of Haytham Faraj
1935 W Belmont Ave.
Chicago, IL 60657

Re:    Muhaymin v. City of Phoenix, et al.

Dear Counsel:

This letter will confirm that our firm has been retained to represent the City of Phoenix, Antonio Taranto, Oswald Grenier, Kevin McGowan, Jason Hobe, Ronaldo Canilao, David Head, Susan Heimbinger, James Clark, Dennis Lerous, Ryan Nielson and Steven Wong in connection with the above-referenced lawsuit, and that our Answer will be filed in a timely manner.

We would appreciate receiving copies of the Affidavits of Service of the Summons, Complaint and Notice of Claim served upon the City of Phoenix and the above individuals at your earliest convenience.

We look forward to working with you on this case.

Kindest regards,

**O'CONNOR & CAMPBELL**

Daniel J. O'Connor, Jr.
Justin D. Holm
DOC/kl

# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Mussalina Muhaymin,              )
                                 )
        Plaintiff,               )
                                 )
vs.                              ) Civil Action No.
                                 ) CV-17-04565-PHX-SMB
City of Phoenix, et al.,         )
                                 )
        Defendants.              )
_____ )


VIDEOTAPED DEPOSITION OF ANTONIO TARANGO

Scottsdale, Arizona
July 31, 2019
2:17 p.m.


PREPARED FOR:
(COPY)


PREPARED BY:
SHERYL L. HENKE, RPR
Arizona CCR No. 50745

```
 1        A.    The time that he threatened me?

 2        Q.    Yeah.

 3        A.    No.

 4        Q.    You didn't create a report?

 5        A.    No.

 6        Q.    You didn't tell anybody?

 7        A.    Mm-hm.  I think I did talk to my supervisor

 8   about it or mentioned it.

 9        Q.    Okay.

10        A.    Possibly.

11        Q.    Your supervisor is Jan Sherwood?

12        A.    Yes.

13        Q.    What's her number?

14              MS. STILLWELL:  Form.

15              THE WITNESS:  (602) 262-5051.

16              MS. STILLWELL:  And you will contact her

17   through our --

18              MR. FARAJ:  No, I'm not.  She's not

19   represented.

20              MS. STILLWELL:  She works for the City of

21   Phoenix.

22              MR. CHAMI:  She's not a defendant.

23              MS. STILLWELL:  Yes, it is.

24              MR. CHAMI:  It was dismissed.

25              MR. FARAJ:  You guys filed a motion and
```

```
 1   got the City dismissed.
 2             MS. STILLWELL:  No.  I am going to ask
 3   that you do not contact her.
 4             MR. FARAJ:  I don't have a letter of
 5   representation from you.
 6             MS. STILLWELL:  Okay.  We're going to
 7   stop the deposition.  We'll get the court on the phone.
 8             MR. CHAMI:  I'm not going to stop the
 9   deposition.
10             MR. FARAJ:  We're not stopping the
11   deposition.  And show me something where the City is
12   represented and that you're representing Jan Sherwood.
13             MS. STILLWELL:  She is a City employee.
14   I ask that you do not contact her.
15             MR. FARAJ:  You represent --
16             MS. STILLWELL:  And if you need to, we
17   will get the court on the phone to address this.
18             MR. FARAJ:  You represent every person in
19   the City of Phoenix?
20             MS. STILLWELL:  You will not talk to one
21   of our employees.  I do represent City of Phoenix.
22             MR. FARAJ:  Who do you represent?
23             MS. STILLWELL:  She is a City of Phoenix
24   employee.
25             MR. FARAJ:  Show me on --
```

1              MS. STILLWELL:   The City of Phoenix has

2   been dismissed from this lawsuit, but I do represent

3   the City.   So I am asking that you not contact her

4   directly.

5              MR. FARAJ:   I'm not suing the City.

6              MS. STILLWELL:   If you need to, again, we

7   can stop the deposition and get the court on the phone.

8              MR. FARAJ:   I don't need to stop the

9   deposition.   I don't need to get the court on the

10  phone.   You're welcome to do whatever you want.   But

11  I'm not stopping the deposition.   I'm not getting the

12  court on the phone.   And until you get me a letter of

13  representation formally that you represent Jan

14  Sherwood, I'm not, not calling her.   So we're going to

15  call her today.   You want to get your office to send me

16  a letter of representation, I'll wait.

17             MS. STILLWELL:   We will do that.   Let's

18  take a break.

19             MR. FARAJ:   No, no.   You can -- you can

20  get on the --

21             MS. STILLWELL:   No.   I would like to take

22  a break.

23             MR. FARAJ:   When we take a break, we'll

24  do it.   But I'm not going to do it before you -- I'm

25  not going to do it before you have an opportunity to

1   give me your notice.
2                   MS. STILLWELL:   No.   There is no question
3   pending.   I would like to take a break.
4                   MR. FARAJ:   Go ahead.   Go ahead.   I'm not
5   going to stop you from taking a break.
6                   THE VIDEOGRAPHER:   Going off the record.
7   The time is 3:05 p.m.
8                   MR. FARAJ:   Hold on.   Get back on the
9   record.
10                  THE VIDEOGRAPHER:   We're on the record
11  still.
12                  THE WITNESS:   I thought I was able -- or
13  I can't take a break?
14                  MR. FARAJ:   Hold on.   You can take a
15  break at any time.   We're going to.
16                  Just to be clear on the record,
17  Mr. Tarango give me the number for Ms. Sherwood.   I was
18  beginning to call her and everyone lost their mind,
19  because apparently she's some secret witness that has
20  never been -- we've never been told about.
21                  And suddenly this law office represents
22  Ms. Sherwood.   And so we've been told by counsel that
23  they represent her.   Because counsel has made that
24  representation, I have to give her the benefit of the
25  doubt.   I'm going to give them an opportunity before

Antonio Tarango - July 31, 2019                    45

1    the end of the day today to get me something, e-mail or
2    letter, that not only do they represent the City of
3    Phoenix, but that they represent Jan Sherwood obviously
4    in this matter.  Okay.
5                   And so now we'll take -- unless you put
6    to put something on.
7                   MS. STILLWELL:  No, no, of course.  And
8    I, of course, take offense to your idea that I lost my
9    mind.  Mr. Tarango should not have given you that
10   number.
11                  MR. FARAJ:  Why not?
12                  MS. STILLWELL:  She is a City employee.
13   No, sorry, Mr. Chami --
14                  MR. CHAMI:  I'm attorney of record.
15                  MS. STILLWELL:  I understand that.  But,
16   you know, sir, you are not the one asking the questions
17   in the earlier deposition or in this deposition.  And
18   it's so far beyond, your facial expressions, sir.  I
19   mean --
20                  MR. CHAMI:  I don't care.
21                  MS. STILLWELL:  -- it is unprofessional.
22                  MR. CHAMI:  I will be clear that my
23   facial expressions will not be controlled to your
24   liking.  And here's what I'm going to tell you.  The
25   City of Phoenix is not a defendant in this case.  If

1    you have a separate representation agreement with the

2    City, it doesn't give you some sort of umbrella to

3    protect every employee in the City from discussions

4    with attorneys in cases that they're not a party to.

5                    And the fact that you want to make those

6    claims on the record, by all means, supply the letter

7    of representation that you represent not only Ms.

8    Sherwood but the City in this case.  And when you do

9    that, the issues are resolved.

10                   MS. STILLWELL:  It is far beyond your

11   facial recognitions, Mr. Chami.  It is unprofessional.

12                   MR. CHAMI:  I'm -- your comments are duly

13   noted.

14                   MS. STILLWELL:  You're laughing, you're

15   making snide remarks, and you are not miked so it's not

16   being caught on any of the record.

17                   MR. CHAMI:  Well, you're trying to put it

18   on the record, but it is actually --

19                   MS. STILLWELL:  No.  Let me finish,

20   Mr. Chami.

21                   MR. CHAMI:  No, I'm not going to let you

22   finish and make false representations about me.

23                   MS. STILLWELL:  It's not --

24                   MR. CHAMI:  And if I have -- if your

25   client wants to make a false statement under oath, and

```
 1   I find that to be offensive, and I smirk in a way
 2   that's offended by his lie, then you can take offense
 3   to that.  But I don't care, because it's offensive that
 4   he sits under oath and lies.
 5               MS. STILLWELL:  Mr. Chami, you are so far
 6   out of line.
 7               MR. CHAMI:  All right.  Well, I'm glad.
 8   You're --
 9               MS. STILLWELL:  Let's take a break.
10               MR. FARAJ:  Guys --
11               MR. CHAMI:  Let's take a break.
12               MR. FARAJ:  -- yeah, we need -- let's
13   take a break.  We need to finish this deposition.
14               THE VIDEOGRAPHER:  Going off the record.
15   The time is 3:08 p.m.
16               (Recess taken from 3:08 p.m. to
17   3:27 p.m.)
18               THE VIDEOGRAPHER:  We're back on the
19   record.  The time is 3:27 p.m.  Thank you.
20   BY MR. FARAJ:
21       Q.  Mr. Tarango, we were discussing your report to
22   Ms. Sherwood of being threatened by Mr. Muhaymin; do
23   you recall that?
24               MS. STILLWELL:  Form.
25               THE WITNESS:  The discussion that we were
```

# EXHIBIT C

