# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin, et al., <br>     Plaintiffs, <br> v. <br> City of Phoenix, et al., <br>     Defendants. | No. CV-17-04565-PHX-DLR <br> **ORDER** |

In response to the Court's November 3, 2021 amended order (Doc. 376), Defendants have (1) publicly filed appropriately redacted versions of Docs. 99, 157, 162, 169, and 235 (Doc. 381), and (2) lodged proposed redacted versions of a number of other documents (Doc. 382). Defendants contend these redactions are appropriate because the documents contain either settlement-related materials or personal identifying information protected by Federal Rule of Civil Procedure 5.2. The Court agrees and directs the Clerk of the Court to publicly file the documents currently lodged at Doc. 382. The original versions of those documents will remain sealed, but the public will have access to the redacted filings. Defendants also argue that Docs. 275-62 through 275-74, which are non-electronic exhibits consisting of body worn camera footage, should remain under seal while Defendants work toward redacting certain protected information from those videos. The Court agrees. Those documents will remain under seal, and Defendants will have 14 days from the date of this order in which to submit to the Court appropriately redacted, publicly available

versions of these non-electronic exhibits. Defendants further contend that Doc. 237-6 should remain sealed because it contains settlement-related communications. The Court agrees. Accordingly,

IT IS ORDERED as follows:

1. The Clerk of the Court is directed to publicly file the documents currently lodged at Doc. 382.

2. Per the Court's November 3, 2021 amended order (Doc. 376), the following docket entries will remain sealed: Doc. 99 (a redacted version is now publicly available at Doc. 381-1), Doc. 114-1 (a redacted version is publicly available at Doc. 129-1), Doc. 155, Doc. 157 (a redacted version is now publicly available at Doc. 381-2), Doc. 162 (a redacted version is now publicly available at Doc. 381-3), Doc. 169 (a redacted version is now publicly available at Doc. 381-4), Doc. 186, Doc. 235 (a redacted version is now publicly available at Doc. 381-5), and Doc. 251-4.

3. In addition, for cause shown, the following docket entries will remain sealed: Doc. 237-6, Doc. 274 (a publicly available redacted version is lodged at Doc. 382), Doc. 275 (main docket entry only, consisting of the Index of Exhibits) (a publicly available redacted version is lodged at Doc. 382-1), Doc. 275-46 (a publicly available redacted version is lodged at Doc. 382-2), Doc. 275-51 (a publicly available redacted version is lodged at Doc. 382-3), Doc. 275-59 (a publicly available redacted version is lodged at Doc. 382-4), Docs. 275-62 through 275-74 (publicly available redacted versions will be forthcoming), Doc. 292-2 (a publicly available redacted version is lodged at Doc. 382-5), Doc. 292-6 (a publicly available redacted version is lodged at Doc. 382-6), Doc. 292-14 (a publicly available redacted version is lodged at Doc. 382-7), Doc. 292-18 (a publicly available redacted version is lodged at Doc. 382-8), Doc. 292-20 (a publicly available redacted version is lodged at Doc. 382-9), Doc. 292-21 (a publicly available redacted version is lodged at Doc. 382-10), Doc. 313-1 (a

publicly available redacted version is lodged at Doc. 382-11), Doc. 317-1 (a publicly available redacted version is lodged at Doc. 382-12), Doc. 328-1 (a publicly available redacted version is lodged at Doc. 382-13), and Doc. 335-1 (a publicly available redacted version is lodged at Doc. 382-14).

4. Within **14 days** of the date of this order, Defendants shall submit appropriately redacted and publicly available versions of the non-electronic exhibits described in Docs. 275-62 through 275-74.

5. The Clerk of the Court is directed to unseal all other docket entries not otherwise kept sealed by this order.

Dated this 1st day of December, 2021.

Douglas L. Rayes
United States District Judge