Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1738
Fax: (602) 200-7859
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br>             Plaintiff, <br><br>    v. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br>             Defendants. | No. 17-cv-04565-PHX-DLR <br><br> **Notice of Filing and Serving Non-Electronic Exhibits** <br><br> (Assigned to the Honorable Douglas L. Rayes) |

Pursuant to the Court's December 1, 2021 Order [Doc. 383], Defendants give notice that they are on this date filing with the Clerk of the Court a CD/DVD containing redacted versions of Exhibits 62-74 to Defendants' Statement of Facts in Support of Motion for Summary Judgment (as shown in the index below). Unredacted versions of these exhibits were previously filed under seal as Docs. 275-62 through 275-74.

**Index of Non-Electronic Exhibits**

| MSJ Exhibit No. | Description |
|---|---|
| 62 | BCV from Officer Oswald Grenier - COP 1 (Redacted version of Doc. 275-62) |
| 63 | BCV from Officer Jason Hobel - COP 2 (Redacted version of Doc. 275-63) |
| 64 | BCV from Officer Jason Hobel - COP 3 (Redacted version of Doc. 275-64) |
| 65 | BCV from Officer Ronaldo Canilao - COP 4 (Redacted version of Doc. 275-65) |
| 66 | BCV from Officer David Head - COP 5 (Redacted version of Doc. 275-66) |
| 67 | BCV from Officer David Head - COP 6 (Redacted version of Doc. 275-67) |
| 68 | BCV from Officer Ryan Nielsen - COP 8 (Redacted version of Doc. 275-68) |
| 69 | BCV from Officer Ryan Nielsen - COP 9 (Redacted version of Doc. 275-69) |
| 70 | BCV from Officer Ryan Nielsen - COP 10 (Redacted version of Doc. 275-70) |
| 71 | BCV from Officer James Clark - COP 12 (Redacted version of Doc. 275-71) |
| 72 | BCV from Officer Kevin McGowan - COP 7 (Redacted version of Doc. 275-72) |
| 73 | BCV from Officer Mark Aker - COP 11 (Redacted version of Doc. 275-73) |
| 74 | BCV from Officer Lance Miller - COP 13 (Redacted version of Doc. 275-74) |

Concurrent to filing the non-electronic exhibits, a Judge's copy of the CD/DVD of exhibits is being delivered. In addition, Counsel for Defendants certify that true copies of the non-electronic exhibits listed above are being e-mailed to all counsel of record.

9994111.1

DATED this 14th day of December, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ *Ravi V. Patel*
     Georgia A. Staton
     Ravi V. Patel
     40 N. Central Avenue, Suite 2700
     Phoenix, Arizona 85004
     Attorneys for Defendants City of Phoenix,
     an Arizona Municipal Corporation;
     Antonio Tarango; Officer Oswald Grenier;
     Officer Kevin McGowan; Officer Jason
     Hobe; Officer Ronaldo Canilao; Officer
     David Head; Officer Susan Heimbinger;
     Officer James Clark; Officer Dennis
     Lerous; Officer Ryan Nielson; Officer
     Steven Wong; and Doe Supervisors 1-5


### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Lorraine Marques*