Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1738
Fax: (602) 200-7859
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mussalina Muhaymin as Personal Representative of the Estate of Muhammad Abdul Muhaymin Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5, <br><br> Defendants. | No. 17-cv-04565-PHX-DLR <br><br> **Notice of Settlement** <br><br> (Assigned to the Honorable Douglas L. Rayes) |

Notice is hereby given that the Parties have reached a settlement of the above-captioned matter and Plaintiff is in the process of obtaining Probate Court approval of a minor beneficiary. The Parties will file a Stipulation for Dismissal with Prejudice upon receipt of the Probate Court's Order. The Parties anticipate that an order will be received within the next 60 days.

10003778.1

DATED this 17th day of December, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ *Georgia A. Staton*
  Georgia A. Staton
  Ravi V. Patel
  40 N. Central Avenue, Suite 2700
  Phoenix, Arizona 85004
  Attorneys for Defendants City of Phoenix, an Arizona Municipal Corporation; Antonio Tarango; Officer Oswald Grenier; Officer Kevin McGowan; Officer Jason Hobe; Officer Ronaldo Canilao; Officer David Head; Officer Susan Heimbinger; Officer James Clark; Officer Dennis Lerous; Officer Ryan Nielson; Officer Steven Wong; and Doe Supervisors 1-5

PRICE LAW GROUP, APC



By: /s/ *David A. Chami (w/permission)*
  David A. Chami, AZ
  8245 N. 85th Way
  Scottsdale, AZ 85258
  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Lorraine Marques*

2

9979684.1
10003778.1